IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Big Level Trucking, Inc, Debtor            Case No. 25-51204-KMS
                                                     CHAPTER 11

## AGREED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Aloysius Davis ("Movant"), by and through Mississippi bankruptcy counsel The Rollins Law Firm, PLLC, working in coordination with Georgia counsel Princenthal, May & Wilson, LLC, and respectfully moves this Court for entry of an agreed order granting limited relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1). In support thereof, Movant states as follows:

1. Movant is the plaintiff in Davis v. Big Level Trucking, Inc., Arch Insurance Company, et al., Civil Action No. 24EV000916, pending in the State Court of Fulton County, Georgia. The Georgia Action asserts claims for negligence and direct-action insurance liability arising from a February 22, 2023 motor-vehicle collision.

2. On or about August 18, 2025, Debtor Big Level Trucking, Inc. ("Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court, commencing Case No. 25-51204-KMS.

3. Movant seeks limited relief from the automatic stay to continue prosecuting the Georgia Action for the sole purpose of establishing liability and pursuing recovery from applicable liability insurance, including but not limited to the policy issued by Arch Insurance Company and/or any endorsement or rider to any applicable liability insurance, including any MCS-90, and/or any bond or surety bond providing coverage for Movant's claims..  The parties agree that Movant shall take no action whatsoever in the Georgia Action until April 15, 2026, at which time the automatic stay shall be modified solely to allow Movant to resume prosecuting the Georgia Action for the exclusive purpose of pursuing available liability insurance coverage including coverage under any endorsement or rider to any applicable insurance, including any MCS-90, and/or any applicable bond or surety bond. Movant shall remain prohibited from pursuing collection against the Debtor or property of the estate unless and until permitted under 11 U.S.C. § 362(c).

4. Movant does not seek to pursue collection from the Debtor or from any property of the bankruptcy estate during the pendency of this Chapter 11 case. Movant waives any right to

execute on or collect any judgment from the Debtor or estate property while this bankruptcy case remains pending, but Movant expressly reserves all rights to pursue the Debtor should this bankruptcy case be dismissed, consistent with 11 U.S.C. § 362(c)(2)(B).

5. Cause exists under § 362(d)(1) to modify the stay for this limited purpose because (a) applicable insurance including any endorsement or rider, including any MCS-90, or any applicable bond or surety bond,, rather than estate assets, is the real source of potential recovery; (b) continuing the Georgia Action will not burden the estate; (c) the Debtor will not be exposed to collection activity; and (d) the Debtor's counsel has reviewed this Motion and agrees to the relief requested.

6. The parties desire to avoid duplicated litigation, unnecessary delay, and prejudice to the Movant's ability to pursue insurance.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court enter the Agreed Order submitted simultaneously herewith, granting the limited stay relief described above, and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

| Of Counsel for Movant: | Agreed and Consented to: |
|---|---|
| Thomas C. Rollins, Jr. | /s/ Craig M. Geno |
| The Rollins Law Firm, PLLC | Craig M. Geno (MSB 4793) |
| P.O. Box 13767 | Law Offices of Craig M. Geno, PLLC |
| Jackson, MS 39236 | 601 Renaissance Way, Suite A |
| 601-500-5533 | Ridgeland, MS 39157 |
| | 601-427-0048 |
| | Counsel for Debtor |

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion was forwarded on January 15, 2026, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                    /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, Jr.