MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: BIG LEVEL TRUCKING, INC.　　　　　　　　　Case No.: 25-51204-KMS

　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter: 11

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, BMO Bank, National Association, a
[Name of Corporate Party]

**[Check One]**

[X] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[X] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> BMO Financial Corp, a Delaware Corporation

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 1/16/26　　　　_/s/ signed_
　　　　　　　　　　　Attorney Signature

　　　　　　　Justin B. Little　　　　　　　102038
　　　　　　　Attorney Name　　　　　　　　State Bar Number

　　　　　　　Post Office Box 2863
　　　　　　　Address

　　　　　　　Tuscaloosa, Alabama 35403
　　　　　　　City, State, and Zip Code

　　　　　　　205-391-0073　　　　　jlittle@rrllaw.com
　　　　　　　Telephone Number　　　　Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**