United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-51204-KMS

Big Level Trucking, Inc.                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                     User: mssbad                                Page 1 of 3

Date Rcvd: Jan 15, 2026                  Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

**Recip ID**        **Recipient Name and Address**
dbpos             + Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Abigail M. Marbury
        on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
        on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Alan Lee Smith
        on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Alan Lee Smith
        on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
        on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Andrew R. Wilson
        on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

Andrew R. Wilson

on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com

Chad J. Hammons

on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.

on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno

on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray

on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus

on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank emcmanus@watkinseager.com, scook@watkinseager.com

James Haney

on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com

James A. McCullough, II

on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com

Jim F. Spencer, Jr.

on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com, mryan@watkinseager.com

Joe Stevens

on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson

on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson

on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little

on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade

on behalf of Creditor Chuck Evans mmcdade@balch.com bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy

on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy

on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd

on behalf of Creditor Midland States Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd

on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl

on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson

on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas M Hewitt

on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William P. Wessler

on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

on behalf of Creditor PNC Bank National Association wlee@burr.com, sberry@burr.com;cbankston@burr.com;cmccann@burr.com

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com sberry@burr.com;cbankston@burr.com;cmccann@burr.com

District/off: 0538-6                    User: mssbad                          Page 3 of 3
Date Rcvd: Jan 15, 2026                 Form ID: pdf012                       Total Noticed: 1
TOTAL: 31

**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | Case No. 25-51204-KMS |
| BIG LEVEL TRUCKING, INC., | Chapter 11 |
| Debtor. | |

## AGREED ORDER RESOLVING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND ABANDONMENT OF
## PROPERTY OF THE ESTATE OR FOR ADEQUATE PROTECTION

This matter came before the Court on the *Motion for Relief from the Automatic Stay and Abandonment of Property of the Estate or for Adequate Protection* (Dkt. #99) (the "Motion") filed by M&T Equipment Finance Corporation f/k/a People's United Equipment Finance Corp. ("M&T") and the *Debtor's Answer and Response to M&T Equipment Finance Corporation's Motion for Relief from the Automatic Stay and Abandonment of Property of the Estate or for Adequate Protection* (Dkt. #159) filed by the above-captioned debtor and debtor in possession (the "Debtor"). The Debtor and M&T hereby enter into this Order and stipulate and agree as follows.

### RECITALS

1. *Jurisdiction and Venue*. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

2. *Statutory Predicates*. The statutory and other predicates for the relief requested

in the Motion are §§ 105(a), 361, 362(d), and 554(b) of the Bankruptcy Code; Bankruptcy Rules 4001(a) and 6007(b); and Local Rules 4001-1(a) and 6007-1(b).

3.     *Petition Date.* The Debtor filed a voluntary petition for bankruptcy relief under chapter 11 of the Bankruptcy Code on August 18, 2025 (the "Petition Date").

4.     *Debtor-in-Possession.* The Debtor continues to operate its business and manage its assets as debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

5.     *Prepetition Note.* On May 12, 2021, before the Petition Date, the Debtor executed a Promissory Note in favor of M&T in the principal amount of $218,635.20 together with interest payable in 60 consecutive monthly installments of $3,643.92 beginning on June 19, 2021. A true and correct copy of the Promissory Note is attached to the Motion as Exhibit A.

6.     *Prepetition Collateral.* As security for the Promissory Note, the Debtor executed a Security Agreement granting M&T a first-priority security interest in and lien upon the following six (6) flatbed trailers (the "Trailers") as well as all goods, inventory, equipment, accounts, accounts receivable, documents, instruments, chattel paper, contract rights, general intangibles, investment property, securities entitlements, deposit accounts, fixtures, and other property wherever located, then or thereafter belonging to the Debtor or in which the Debtor has any interest, and in all proceeds, insurance proceeds, substitutions, replacement parts, additions, and accessions of or to all of the foregoing (collectively, the "Cash Collateral" and together with the Trailers, collectively, the "Collateral"):

| QUANTITY | YEAR | MODEL | DESCRIPTION OF COLLATERAL | SERIAL NUMBER |
|---|---|---|---|---|
| One(1) | 2022 | FS2CHA | Utility Flatbed Trailer | 1UYFS2480N5541707 |
| One(1) | 2022 | FS2CHA | Utility Flatbed Trailer | 1UYFS2482N5541708 |
| One(1) | 2022 | FS2CHA | Utility Flatbed Trailer | 1UYFS2484N5541709 |
| One(1) | 2022 | FS2CHA | Utility Flatbed Trailer | 1UYFS2480N5541710 |
| One(1) | 2022 | FS2CHA | Utility Flatbed Trailer | 1UYFS2482N5541711 |
| One(1) | 2022 | FS2CHA | Utility Flatbed Trailer | 1UYFS2484N5541712 |

A true and correct copy of the Security Agreement is attached to the Motion as <u>Exhibit B</u>. M&T perfected its security interest in and lien upon the Collateral by having its interest noted on the Certificates of Title for the Trailers and by filing a UCC Financing Statement and a UCC Financing Statement Amendment, true and correct copies of which are attached to the Motion as <u>Exhibit C</u>. The Debtor acknowledges and agrees that M&T has a valid, binding, enforceable, properly perfected, first-priority security interest in and lien upon the Trailers and a valid, binding, enforceable, properly perfected subordinate security interest in and lien upon the Cash Collateral.

7.      *Prepetition Indebtedness.* Pursuant to M&T's Proof of Claim (Claim 32), as of the Petition Date, the outstanding balance on the Promissory Note was $34,697.41 plus attorney's fees, costs, and expenses (the "<u>Prepetition Indebtedness</u>"). The Debtor acknowledges and agrees that the Prepetition Indebtedness constitutes a legal, valid, existing, binding, and non-avoidable obligation of the Debtor to M&T.

8.      *Prepetition Default.* On the Petition Date, the Debtor was in default of its payment obligations to M&T under the Promissory Note.

9.      *Agreement.* To avoid litigation regarding appropriate adequate protection or relief from the automatic stay and the costs attendant thereto, and to allow for the continued operation of the Debtor's business and use of the Collateral, the Debtor and M&T have stipulated and agreed to the terms and conditions set forth herein.

### AGREED ORDER

**NOW, THEREFORE, THE PARTIES HEREBY FURTHER STIPULATE AND AGREE, AND AFTER CONSIDERING THE MATTER, AND THE FACT THAT THE PARTIES AGREE TO ENTRY HEREOF, AND NOTICE OF THE MOTION HAVING BEEN PROPERLY GIVEN, THE COURT HEREBY ORDERS, AS FOLLOWS:**

A.      *Grant of Motion*. The Motion is granted as set forth herein.

B.      *Monthly Installments*. The Debtor shall make monthly cash payments to M&T totaling $2,400.00, payable in weekly installments of $558.14, beginning on February 3, 2026, and continuing on each successive Tuesday thereafter until the Promissory Note is paid in full in

accordance with its terms, except as modified herein. M&T is authorized to apply payments in the following order: first, to attorney's fees, costs, and expenses; second, to interest; and third, to principal.

C.     *Insurance*. In accordance with the Security Agreement, the Debtor shall keep and maintain property and casualty insurance covering the Trailers in an amount equal to or greater than the full insurable replacement value and shall cause M&T to be named as the loss payee under such policy, and such policy may not be cancelled or diminished without a minimum of 30-days' prior written notice to M&T. The Debtor shall provide written proof of such insurance to M&T within ten (10) days from the date hereof. M&T's liens on the Trailers shall attach to all collections or proceeds on such insurance policy.

D.     *Default; Remedies*. If the Debtor fails to comply with any provision of this Order or this case is converted to chapter 7, M&T will serve written notice of the default on Debtor's counsel, Craig M. Geno, by email, and if the Debtor fails to cure the default within ten (10) days from the date of the written notice, the automatic stay under § 362(a) of the Bankruptcy Code shall be terminated as to M&T and the Trailers, and the Trailers shall be deemed abandoned from the bankruptcy estate under § 554 of the Bankruptcy Code, and M&T may exercise its default rights and remedies against the Trailers including repossessing and disposing of the Trailers in accordance with the Security Agreement and applicable nonbankruptcy law; provided, however, that if the Debtor commits three (3) defaults under this Order and timely cures each such default, then upon the fourth (4th) default, M&T will serve written notice of the default on Debtor's counsel, and the automatic stay shall immediately terminate as to the Trailers, and the Trailers shall be deemed abandoned from the bankruptcy estate, and M&T may enforce its default rights and remedies against the Trailers without any cure period.

E.     *Right to Inspect Collateral*. M&T shall have the right to inspect the Collateral in accordance with the terms of the Promissory Note and the Security Agreement.

F.     *Incorporation of Order into Plan*. The Debtor shall incorporate the terms and conditions of this Order into any plan of reorganization it may file in this case. To the extent any

plan of reorganization conflicts with this Order, this Order shall control.

G.     *Survival; Successors and Assigns.* The provisions of this Order shall be binding upon and inure to the benefit of M&T and the Debtor and its successors and assigns, including, to the extent permitted by applicable law, any chapter 7 or chapter 11 trustee or other fiduciary hereafter appointed or elected for the estate or as a legal representative of the Debtor or with respect to property of the Debtor's estate.

H.     *Effectiveness.* Notwithstanding Bankruptcy Rule 4001(a)(3), this Order shall be immediately effective and enforceable upon entry.

I.     *Jurisdiction.* The Court shall retain jurisdiction to enforce the provisions of this Order, to the extent allowed by law.

KMS

J.     *Final Judgment.* Entry hereof constitutes entry of final judgment under the Federal Rules of Bankruptcy Procedure and applicable law.

**##END OF ORDER##**

**AGREED TO AND APPROVED FOR ENTRY BY:**

*/s/ Christopher J. Steiskal, Sr.*
Christopher J. Steiskal, Sr., Esq.
*Attorney for the Debtor*

**PREPARED AND PRESENTED BY:**

*/s/ Andrew R. Wilson*
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
221 Sunnybrook Road, Suite B
Ridgeland, Mississippi 392157
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for M&T Equipment Finance Corporation*
*f/k/a People's United Equipment Finance Corp.*