# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  BIG LEVEL TRUCKING, INC.  Debtor | CHAPTER 11  CASE NO. 25-51204-KMS |

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Notice* of *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Geno and Steiskal, PLLC* (a copy of which is attached hereto as Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 19th day of January, 2026.

/s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Fee Apps\LOGS\1st\Certificate.wpd

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BIG LEVEL TRUCKING, INC. | CHAPTER 11 |
| | Debtor | CASE NO. 25-51204-KMS |

### NOTICE

TO: ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, the Law Offices of Craig M. Geno, PLLC has filed its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), covering the period from May 10, 2025, to and including January 17, 2026, and is for the sum of $104,193.15 ($100,202.50 in fees and $3,990.65 in expenses), less any retainer balance remaining.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from Katie Carter kcarter@cmgenolaw.com. If no objections are filed within **twenty-one (21) days** from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy served upon Craig M. Geno of the Law Offices of Geno and Steiskal, PLLC, the attorneys for the Debtor, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157, the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

SO NOTICED, this, the 19th day of January, 2026.

Respectfully submitted,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

# EXHIBIT "A"

-2-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Fee Apps\LOGS\1st\Notice.wpd

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-51204-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Mon Jan 19 13:19:44 CST 2026 | 90 Degree Benefits<br>P.O. Box 1688<br>Pascagoula, MS 39568-1688 | Alabama Media Group<br>P.O. Box 2168<br>Grand Rapids, MI 49501-2168 |
| Alan L. Smith, Esq.<br>Baker, Donelson, Bearman, Caldwell & Ber<br>For Banc of America Leasing & Capital, L<br>100 Vision Drive, Suite 400<br>Jackson, Mississippi 39211-7009 | Alan L. Smith, Esq.<br>Baker, Donelson, Bearman, Caldwell & Ber<br>For Navistar Leasing Company<br>100 Vision Drive, Suite 400<br>Jackson, Mississippi 39211-7009 | Alexander Hardware<br>206 N Magnolia Drive<br>P.O. Box 276<br>Wiggins, MS 39577-0276 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American Trucking Associations<br>P.O. Box 201068<br>Dallas, TX 75320-1068 |
| Andrew R. Wilson<br>BENNETT LOTTERHOS SULSER & WILSON, P.A.<br>For M&T Equipment Finance Corporation<br>P.O. Box 1488<br>Madison, Mississippi 39130-1488 | Automotive Glass Spec., Inc.<br>607 Adeline Street<br>Hattiesburg, MS 39401-3843 | BCT, Inc.<br>P.O. Box 95741<br>Chicago, IL 60694-5741 |
| BMO Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids IA 52406-3040 | BMO Harris Bank, N.A.<br>P.O. Box 71951<br>Chicago, IL 60694-1951 | BMSS<br>1020 Highland Colony Parkway<br>Suite 600<br>Ridgeland, MS 39157-2150 |
| Ballman's Auto Repair<br>1725 S Azalea Drive<br>Wiggins, MS 39577-8107 | Banc of America<br>P.O. Box 25916<br>Overland Park, KS 66225-5916 | Banc of America Leasing & Capital, LLC<br>c/o Alan L. Smith, Esq.<br>Baker Donelson, PC<br>100 Vision Drive - Suite 400<br>Jackson, MS 39211-7009 |
| Banc of America Leasing & Capital, LLC<br>c/o Alan L. Smith, Esq.<br>100 Vision Drive - Suite 400<br>Jackson, MS 39211-7009 | Bank of NY Trust Co., Agent<br>c/o Navistar<br>2701 Navistar Drive<br>Lisle, IL 60532-3637 | Bank of Wiggins<br>c/o Paul S. Murphy, Esq.<br>Butler Snow LLP<br>P.O. Drawer 4248<br>Gulfport, MS 39502-4248 |
| Bank of Wiggins<br>109 W Pine Avenue<br>Wiggins, MS 39577-2654 | Bank of Wiggins<br>c/o Paul S. Murphy<br>Butler Snow LLP<br>P.O. Drawer 4248<br>Gulfport, MS 39502-4248 | BeanCo<br>802 Hwy 12 W<br>Starkville, MS 39759-3580 |
| Bestone Tire & Service<br>1702 N Collins Blvd<br>Suite 100<br>Richardson, TX 75080-3662 | Big Level Trucking, Inc.<br>P.O. Box 306<br>Wiggins, MS 39577-0306 | Blossman Gas, Inc.<br>1316 S Magnolia<br>Wiggins, MS 39577-2705 |
| Bo Bennett<br>P.O. Box 215<br>Counce, TN 38326-0215 | Bob Matus<br>17940 Gulf Blvd<br>Unit 16D<br>Redington Shores, FL 33708-1156 | Brent Tice<br>319 First Street S<br>Wiggins, MS 39577-2737 |

EXHIBIT "B"

| | | |
|---|---|---|
| Bryan Cave Leighton Paisner LLP<br>211 N. Broadway, Suite 3600<br>Attn: Katie Spewak<br>St. Louis, MO 63102-2726 | Burkes Auto Parts<br>429 East Central Avenue<br>Wiggins, MS 39577-2717 | Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 |
| C-Spire Wireless<br>P.O. Box 519<br>Meadville, MS 39653-0519 | CET Logistics<br>P.O. Box 306<br>Wiggins, MS 39577-0306 | Calvin Barnes<br>14986 Hwy 57 S<br>McLain, MS 39456-6502 |
| Chad J. Hammons, Esq.<br>Jones Walker LLP<br>For Mitsubishi HC Capital America, Inc<br>P.O. Box 427<br>Jackson, MS 39205-0427 | Chase Auto Finance<br>P.O. Box 9001801<br>Louisville, KY 40290-1801 | Chuck Evans<br>32 Madewood Court<br>Hattiesburg, MS 39402-7948 |
| Cintas Corporation<br>P.O. Box 630921<br>Cincinnati, OH 45263-0921 | Colonial Life<br>Processing Center<br>P.O. Box 903<br>Columbia, SC 29202-0903 | Copeland Cook Taylor & Bush<br>P.O. Box 17619<br>Hattiesburg, MS 39404-7619 |
| Copeland, Cook, Taylor and Bush<br>Attn: Accounting Department<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Corporate Billing, LLC<br>Dept 100<br>P.O. Box 830604<br>Birmingham, AL 35283-0604 | Corporate Billing, a Division of SouthState<br>c/o Eric T. Ray<br>Holland & Knight LLP<br>1901 Sixth Ave N, Suite 1400<br>Birmingham, AL 35203-4605 |
| (p)QUALIA COLLECTION SERVICES<br>P O BOX 4699<br>PETALUMA CA 94955-4699 | Crossroads Equipment Lease & Finance, LLC<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730-5338 | Crossroads Equipment Lease and Finance<br>400 Alexander Park Dr.<br>Ste. 201<br>Princeton, NJ 08540-6797 |
| Daimler Truck Financial<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | David Johns<br>168 Woodlands Glen Circle<br>Brandon, MS 39047-7107 | Demetric Ratcliff<br>100 Ginger Drive<br>Hattiesburg, MS 39402-9658 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Department of the Treasury<br>Internal Revenue Service<br>c/o U.S. Attorney<br>501 E. Court St., Suite 4.430<br>Jackson, MS 39201-5025 | Don Mattocks<br>253 Tidewater Road<br>Hattiesburg, MS 39402-7920 |
| Endom Welding and Trailer Repair<br>P.O. Drawer 10<br>Ellisville, MS 39437-0010 | (p)MITSUBISHI HC CAPITAL AMERICA  INC<br>1 PIERCE PLACE SUITE 1100 WEST<br>ITASCA IL 60143-3149 | Eric T. Ray, Esq.<br>HOLLAND & KNIGHT LLP for<br>Corporate Billing, Division of SouthStat<br>1901 Sixth Avenue North, Suite 1400<br>Birmingham, Alabama 35203-4605 |
| Erin McManus<br>Watkins and Eager PLLC<br>For Trustmark Bank, successor in<br>P.O. Box 650<br>Jackson, MS 39205-0650 | FIT Logistical Services<br>319 First Street S<br>Wiggins, MS 39577-2737 | FIT Logistical Services<br>P.O. Box 1071<br>Hattiesburg, MS 39403-1071 |

Fast Pace Mississippi, PLLC
P.O. Box 306415
Nashville, TN 37230-6415

Ferguson Trucking, LLC
1538 Hwy 15 N
Houston, MS 38851-7463

Ferguson Trucking, LLC
159 County Road 43
Houston, MS 38851-7668

Ferguson Trucking, LLC
P.O. Box 307
Houston, MS 38851-0307

Flagstar/GAF
Great Atlantic Financial
41 Hackensack Avenue
Hackensack, NJ 07601

Fleet Charge Select
3500 Lacey Road
Suite 220
Downers Grove, IL 60515-2481

FleetPride
P.O. Box 847118
Dallas, TX 75284-7118

Gas and Supply
2905 Industrial Blvd
Laurel, MS 39440-5953

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Scot P. Goldsholl
Padgett Law Group
415 North McKinley,
Suite 1177
Little Rock, AR 72205-3177

Grantham Heavy Equipment Machine Shop
P.O. Box 444
Monticello, MS 39654-0444

Gulf Coast Tire Supply
P.O. Box 1161
Lucedale, MS 39452-1161

H & P Leasing
P.O. Box 6257
Jackson, MS 39288-6257

Hamblin & Hamblin
837 N Eason Blvd
Tupelo, MS 38804-6903

Chad J. Hammons
Jones Walker
P.O. Box 427
Jackson, MS 39205-0427

James Haney
Wong Fleming
400 Alexander Park Drive
Suite 201
Princeton, NJ 08540-6797

James K. Haney
WONG FLEMING, P.C.
400 Alexander Park Dr., Ste. 201
Princeton, NJ 08540-6797

Hankook Tire America Corp.
333 Commerce Street
Suite 600
Nashville, TN 37201-1836

Thomas M Hewitt
Butler Snow LLP
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139

Idle Smart
P.O. Box 1922
Lenox, MA 01240-4922

Impact Training Solutions, Inc.
2355 Lusk Drive
Neosho, MO 64850-8833

Independent Furniture Supply
Wanda Bell
P.O. Box 2186
Tupelo, MS 38803-2186

Infinite Wisdom
P.O. Box 7935
Missoula, MT 59807-7935

J.W. Sledge
212 Reservoir Road
Columbia, MS 39429-8543

Jack's Home Improvement Center
747 Hall Street
Wiggins, MS 39577-2105

Jackson Trailer and Equipment, LLC
P.O. Box 6366
Pearl, MS 39288-6366

James Haney
Wong Fleming
For Crossroads Equipment Lease and Finan
400 Alexander Park Drive Suite 201
Princeton, NJ 08540-6797

Jeff Martin Auctioneers, Inc.
P.O. Box 16809
Hattiesburg, MS 39404-6809

Jim F. Spencer, Jr.
Watkins & Eager PLLC
For Trustmark Bank, successor in
Post Office Box 650
Jackson, MS 39205-0650

Joe Stevens, Esq.
Wise Carter Child & Caraway, P.A.
For Renasant Bank
601 Adeline St.
Hattiesburg, MS 39401-3843

Joey Ferguson
159 CR 43
Houston, MS 38851-7668

John S. Simpson, Esq.
Simpson Law Firm PA
for H&P Leasing, Inc.
P.O. Box 2058
Madison, MS 39130-2058

John S. Simpson, Esq.
Simpson Law Firm PA
for Southern States Utility Trailer Sale
P.O. Box 2058
Madison, MS 39130-2058

John Tucker
Tower Loan of MS
P.O. Box 320001
Flowood, MS 39232-0001

Johnny's Wrecker Service
5484 Hwy 42
Hattiesburg, MS 39401-1413

Johnson & Johnson
P.O. Box 899
Charleston, SC 29402-0899

Justin B. Little, Esq.
Reynolds, Reynolds & Little, LLC
For BMO Bank, N.A.
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863

KFCU VISA Card
Credit Card Center
P.O. Box 71050
Charlotte, NC 28272-1050

Kacy Burnsed
1007 Clifton Road, NE
Atlanta, GA 30307-1227

Keesler Federal Credit Union
c/o Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

Keesler Federal Credit Union
Atten: Bankruptcy
P.O. Box 7001
Biloxi, MS 39534-7001

Keesler Federal Credit Union
PO Box 7001
Biloxi, MS 39534-7001

Winston Lee
Burr & Forman LLP
190 E. Capitol St.
Ste M-100
Jackson, MS 39201-2149

LesJam
P.O. Box 808
McComb, MS 39649-0808

Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, AL 35403-2863

Long Drive Investments
122 Bellewood Road
Hattiesburg, MS 39402-8811

Love's Travel Stops
10601 N Pennsylvania Ave
Oklahoma City OK 73120-4108

Love's Travel Stops & Country Stores, I
Andrew R. Turner, esq
4100 First Place Tower
15 East Fifth Street, Ste. 4100
Tulsa, Ok 74103-4305

Love's Travel Stops and Country Stores
P.O. Box 842568
Kansas City, MO 64184-2568

Loves Travel Stops & Country Stores, Inc.
CONNER & WINTERS, LLP
15 East Fifth Street, Ste. 4100
Tulsa, Oklahoma 74103-4305

Loves Travel Stops & Country Stores, Inc.
CONNER & WINTERS, LLP
4100 First Place Tower
Tulsa, Oklahoma 74112

Lytx, Inc.
P.O. Box 849972
Los Angeles, CA 90084-9972

M&T Equipment Finance Corporation
f/k/a Peoples United Equipment Finance
c/o Bennett Lotterhos Sulser & Wilson PA
P.O. Box 1488
Madison, MS 39130-1488

M&T Equipment Finance Corporation f/k/a Peop
United Equipment Finance Corp.
Michael D. Bloom
300 Frank W. Burr Blvd, Suite 50
Teaneck, NJ 07666-6703

MISSISSIPPI DEPARTMENT OF REVENUE
Legal Department
P. O. BOX 22828
JACKSON, MS 39225-2828

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

Matthew W. McDade
for Charles Evans, Jr. a/k/a Chuck Evans
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501-1931

James A. McCullough II
Brunini, Grantham, Grower & Hewes, PLLC
P, O. Drawer 119
Jackson, MS 39205-0119

Matthew Ward McDade
Balch & Bingham
1310 25th Avenue
Gulfport, MS 39501-1931

McLeod Software
Dept 3500
P.O. Box 830539
Birmingham, AL 35283-0539

Erin McManus
Watkins and Eager PLLC
P.O. Box 650
Jackson, MS 39205-0650

Memorial Hospital at Gulfport
4500 Thirteenth Street
Gulfport, MS 39501-2569

Michelin North America, Inc.
P.O. Box 100860
Atlanta, GA 30384-0860

Midland States Bank
c/o Byrd & Wiser
PO Drawer 1939
Biloxi, MS 39533-1939

Midland States Bank
1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146-4022

Midland States Bank
PO Box 2149
Gig Harbor, WA 98335-4149

Miller Rental & Investments
1047 First Street S
Wiggins, MS 39577-8213

Miller Transportation
P.O. Box 366
Wiggins, MS 39577-0366

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Mississippi State Port Authority
P.O. Box 40
Gulfport, MS 39502-0040

Mississippi Trucking Association
825 North President Street
Jackson, MS 39202-2561

Mitsubishi HC Capital America, Inc.
c/o Chad J. Hammons, Esq.
Jones Walker LLP
3100 N. State St., Ste. 300
Jackson, MS 39216-4013

Mitsubishi HC Capital America/Webster
P.O. Box 71347
Chicago, IL 60694-1347

(c)MUNN DIESEL REPAIR & SALES
17 J C MUNN RD
SUMRALL MS  39482-4634

Paul S. Murphy
Butler Snow O'Mara Stevens &Cannada
1300-25th Avenue, Suite 204
Gulfport, MS 39501-1994

Nationwide Testing Association, Inc.
P.O. Box 508
772 North Broad Street
Mooresville, NC 28115-9551

Navistar Financial Corporation
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Navistar Financial Corporation
P.O. Box 96070
Chicago, IL 60693-6070

Navistar Leasing Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Navistar Leasing Company
P.O. Box 98454
Chicago, IL 60693-8454

Navitas Credit Corporation
201 Executive Center Drive
Suite 100
Columbia, SC 29210-8410

New Orleans Terminal
50 Napoleon Avenue
New Orleans, LA 70115-7758

Onsite Auto Glass
21313 Saucier Lizano Road
Saucier, MS 39574-9671

Orkin
P.O. Box 2010
Gulfport, MS 39505-2010

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Bank, National Association
c/o Winston Lee
190 E. Capitol Street, Suite M-100
Jackson, MS 39201-2152

PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044-3409

Parker's Service Center, LLC
419 East Central Avenue
Wiggins, MS 39577-2717

Paul S. Murphy
BUTLER SNOW LLP
For XTRA Lease LLC.
1300 25th Avenue, Suite 204
Gulfport, MS 39501-1994

Paul S. Murphy
Butler Snow O'Mara Stevens &Cannada
For Bank of Wiggins
1300-25th Avenue, Suite 204
Gulfport, MS 39501-1994

(p)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

Eric T. Ray
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203-4605

Robbie Rollin
19572 Brighton Drive
Saucier, MS 39574-6207

Sylvie Derdeyn Robinson
MS Dept of Revenue
P O Box 22828
Jackson, MS 39225-2828

Roy Jones
997 Hwy 49
Lot 63
Perkinston, MS 39573-6603

Sam McClendon
1310 Oloh Road
Sumrall, MS 39482-4490

Signature Finance
P.O. Box 5524
Hicksville, NY 11802-5524

SkyBitz
P.O. Box 74007409
Chicago, IL 60674-7409

South Mississippi Business Machines of
Gulfport, Inc.- South Miss. Business
Machines of Gulfport, Inc
P O Box 697
Gulfport, MS 39502-0697

Pearl River Valley
422 E Pine Street
Wiggins, MS 39577-2800

Pine Belt Fleet Services
5102 US Hwy 49
Hattiesburg, MS 39401

Renasant Bank
2001 Park Place North
Birmingham, Al 35203-2735

Robert Alan Byrd
Byrd & Wiser Attorneys at Law
For Midland States Bank
P.O. Box 1939
Biloxi, MS 39533-1939

Rocking C Truck and Trailer
P.O. Box 3327
Gulfport, MS 39505-3327

Rushing Enterprises, Inc.
P.O. Box 220
Headland, AL 36345-0220

Scot P. Goldsholl
Padgett Law Group
For Simmons Bank
415 North McKinley, Suite 1177
Little Rock, AR 72205-3177

(p)SIMMONS BANK
POST OFFICE BOX 733
UNION CITY TN 38281-0733

Alan Lee Smith
Baker Donelson
100 Vision Drive
Suite 400
Jackson, MS 39211-7009

(p)SOUTHERN FINANCIAL SYSTEMS
2603 OAK GROVE ROAD
HATTIESBURG MS 39402-8928

Penske Truck Leasing Co.
P.O. Box 827380
Philadelphia, PA 19182-7380

Rand McNally
1100 W Idaho Street
Suite 330
Boise, ID 83702-5655

Renasant Bank
2001 Park Place
Suite 315
Birmingham, AL 35203-2735

Robert Alan Byrd
For Keesler Federal Credit Union
P.O. Box 1939
Biloxi, MS 39533-1939

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

STM-Pilot-Flying J
Dept 6412
P.O. Box 11407
Birmingham, AL 35246-6412

Siemens Financial Services
P.O. Box 2083
Carol Stream, IL 60132-2083

John S. Simpson
Simpson Law Firm, P.A.
P.O. Box 2058
Madison, MS 39130-2058

South MS Business Machine
P.O. Box 697
Gulfport, MS 39502-0697

Southern Gas and Supply of Mississippi, Inc.
Lisa Gintz
4709 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809-9655

Southern Pipe and Supply
710 West Frontage Road
Wiggins, MS 39577-8133

Southern States Utility Trailer Sales
P.O. Box 6257
Jackson, MS 39288-6257

Southern Tire Mart
Dept 143
P.O. Box 1000
Memphis, TN 38148-0143

Southern Tire Mart, LLC
800 Highway 98
Columbia, MS 39429-8255

Jim F. Spencer Jr.
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650

Christopher J. Steiskal Sr.
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Steven Evans
117 Wildwood Trace
Hattiesburg, MS 39402-2353

Joe Stevens
Wise Carter Child & Caraway, P.A.
601 Adeline St.
Hattiesburg, MS 39401-3843

Stone Printing
2919 Hwy 26
Wiggins, MS 39577-9585

Sumitomo Mitsui Finance & Leasing Co.
P.O. Box 530023
Atlanta, GA 30353-0023

Sumitomo Mitsui Finance and Leasing Company Limited
Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

Supervision
P.O. Box 203489
Dallas, TX 75320-3489

Systems 9 Business Solutions
237 Tidewater Road
Hattiesburg, MS 39402-7920

Tenstreet, LLC
120 W 3rd Street
Suite 101
Tulsa, OK 74103-3406

Thomas M Hewitt
Butler Snow LLP
For XTRA Lease LLC
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139

Tice and Associates
P.O. Box 458
Wiggins, MS 39577-0458

Tim's Body Shop
145 John Willis Road
Wiggins, MS 39577-9346

Timothy Pitts
34 Earl Lane
Lot B
Picayune, MS 39466-6635

Transportation Safety Services
P.O. Box 1290
Daphne, AL 36526-1290

Trewolla Sweatman
317 East Capital Street
Lamar Life Bldg, Suite 505
Jackson, MS 39201-3405

Tri County Air Services
25 Pump Branch Road
Wiggins, MS 39577-8755

Tri-State Truck Center, Inc.
P.O. Box 5858
Jackson, MS 39288-5858

Trimble Maps
P.O. Box 204769
Dallas, TX 75320-4769

Triple E Farms
P.O. Box 306
Wiggins, MS 39577-0306

Trustmark Bank f/k/a Trustmark National Bank
Jim F. Spencer, Jr.
P.O. Box 650
Jackson, MS 39205-0650

Trustmark Bank, successor in interest to Tru
c/o Jim F. Spencer, Jr.
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650

(p)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

U.S. Attorney S.D. Mississippi
c/o U.S. Securities and Exchange Commiss
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Small Business Administration
1835 Assembly Street, Suite 1425
Columbia, SC 29201-2453

U.S. Small Business Administration
c/o U.S. Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201-5025

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

VFI ABS 2025-1, LLC
c/o Troy Aramburu
15 W South Temple Ste 1200
Salt Lake City, UT 84101-1547

VFI Corporate Finance
2800 East Cottonwood Parkway
2nd Floor
Salt Lake City, UT 84121-7295

VTFNA
P.O. Box 26131
Greensboro, NC 27402-6131

VanPete, LLC
1018 N Flowood Dr
Flowood, MS 39232-9532

Waring Oil Company
P.O. Box 66
Vicksburg, MS 39181-0066

Waters International Trucks, Inc.
P.O. Box 831
Hattiesburg, MS 39403-0831

Webster Capital Finance
c/o Evan S. Goldstein, Esq.
Updike, Kelly & Spellacy, P.C.
225 Asylum Street, 20th Floor
Hartford, CT 06103-1532

Webster/Sterling
Dept E19
707 Texas Avenue, Suite 200D
College Station, TX 77840-1980

Webster/Sterling
Webster Capital Finance
P.O. Box 330
Hartford, CT 06141-0330

Wells Fargo Equipment Finance
P.O. Box 858178
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance, Inc.
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Wells Fargo Equipment Finance, Inc.
Attn: La Neice Brown
801 Walnut Street, MAC F0006-052
Des Moines, IA 50309-3606

William P. Wessler
William P. Wessler
1624 24th Avenue
PO Box 175
Gulfport, MS 39502-0175

(p)COMMUNITY MEDICAL CENTER
PO BOX 1007
LUCEDALE MS 39452-1007

Andrew R. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
P.O. Box 1488
Madison, MS 39130-1488

Winston Lee
Burr & Forman LLP
For PNC Equipment Finance
190 E. Capitol St. Ste M-100
Jackson, MS 39201-2149

Workforce QA, LLC
2200 South Main Street
Suite 475
Salt Lake City, UT 84115-2601

XTRA Lease LLC
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
Attn: Katie Spewak
St. Louis, MO 63102-2726

Xtra LLC
7911 Forsyth Blvd
Suite 600
Saint Louis, MO 63105-3877

Yokohama Tire Corporation
P.O. Box 677087
Dallas, TX 75267-7087

Yokohama Tire Corporation
Wagner, Falconer & Judd, Ltd.
300 North Corporate Drive, Suite 200
Brookfield WI 53045-5833


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CrossCheck, Inc.
1440 North McDowell Blvd.
Petaluma, CA 94954

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Engs Commercial Finance Co.
One Pierce Place
Suite 1100 W
Itasca, IL 60143

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | PNC Bank, National Association<br>655 Business Center Drive<br>Horsham, PA 19044 |
| Penske Truck Leasing Co., LP<br>PO Box 563<br>Reading, PA 19606 | Simmons Bank<br>P.O. Box 7009<br>Pine Bluff, AR 71611-7009 | (d)Simmons Bank<br>P.O. Box 733<br>Union City, TN 38281 |
| Southern Financial Systems<br>P.O. Box 15203<br>Hattiesburg, MS 39404 | Trustmark National Bank<br>248 East Capital Street<br>Jackson, MS 39201 | Wiggins Primary Care<br>P.O. Box 1007<br>Lucedale, MS 39452 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Munn Diesel Repair & Sales
398 Munn Road
Sumrall, MS 39482

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMO Bank, N.A. | (d)Bank of Wiggins<br>c/o Paul S. Murphy<br>Butler Snow LLP<br>P.O. Drawer 4248<br>Gulfport. MS 39502-4248 | (u)CREDITOR ADDED IN ERROR |
| (u)Aloysius Davis | (d)Chuck Evans<br>32 Madewood Court<br>Hattiesburg, MS 39402-7948 | (u)H&P Leasing, Inc. |
| (d)Love's Travel Stops & Country Stores, I<br>Andrew R. Turner, esq<br>4100 First Place Tower<br>15 East Fifth Street, Ste. 4100<br>Tulsa, Ok 74103-4305 | (d)Mitsubishi HC Capital America, Inc.<br>c/o Chad J. Hammons, Esq.<br>Jones Walker LLP<br>3100 N. State St., Ste. 300<br>Jackson, MS 39216-4013 | (d)PNC Equipment Finance<br>655 Business Center Drive<br>Horsham, PA 19044-3409 |
| (u)Simmons Bank | (u)Southern States Utility Trailer Sales, Inc | (u)U.S. Small Business Administration |

| | | |
|---|---|---|
| (d)Vanpete, LLC<br>1018 N Flowood Drive<br>Flowood, MS 39232-9532 | (u)Webster Capital Finance | (u)XTRA Lease LLC |

End of Label Matrix
Mailable recipients   233
Bypassed recipients    15
Total                 248