IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-51204 |
| BIG LEVEL TRUCKING, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I, Justin B. Little, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copy of Motion For An Order Granting BMO Bank N.A. Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(D) And Bankruptcy Rule 4001(A) Or, In The Alternative, For Adequate Protection (Dkt. # 312) and the Notice of Hearing (Dkt. #319) to the below parties:

**Notice Provided via First Class U.S. Mail:**

20 Largest Unsecured Creditors (a true and correct copy of which is attached hereto as Exhibit "A")

Big Level Trucking
Post Office Box 306
Wiggins, Mississippi 39577

**Service provided via Notice of Electronic Filing (NEF through ECF system:**

Office of the United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Abigail M. Marbury, Esq.
abigail.m.marbury@usdoj.gov

Craig M. Geno, Esq.
cmgeno@cmgenolaw.com

Christopher J. Steiskal, Sr., Esq.
csteiskal@cmgenolaw.com

Robert Alan Byrd
rab@byrdwiser.com

Scot P. Goldsholl
scot.goldsholl@padgettlawgroup.com

Chad J. Hammons
chammons@joneswalker.com

James Haney
jhaney@wongfleming.com

Winston Lee
wlee@burr.com

James A. McCullough, II
jmccullough@brunini.com

Matthew Ward McDade
mmcdade@balch.com

Erin McManus
emcmanus@watkinseager.com

Paul S. Murphy
paul.murphy@butlersnow.com

Eric T. Ray
etray@hklaw.com

Sylvie Derdeyn Robinson
bankruptcy.attorney@dor.ms.gov

John S. Simpson
jsimpson@simpsonlawfirm.net

Alan Lee Smith
asmith@bakerdonelson.com

Jim F. Spencer, Jr.
jspencer@watkinseager.com

Joe Stevens
jds@wisecarter.com

William P. Wessler
william@wesslerbankruptcy.com

Andrew R. Wilson
awilson@blswlaw.com

Dated: January 23, 2026

                                Respectfully submitted,

                                **BMO Bank National Association**

                                By: */s/ Justin B. Little*
                                Justin B. Little (Miss. Bar No. 102038)
                                REYNOLDS, REYNOLDS & LITTLE, LLC
                                Post Office Box 2863
                                Tuscaloosa, Alabama 35403
                                Telephone: (205) 391-0073
                                Fax: (205) 391-0911
                                jlittle@rrllaw.com

                                *Counsel for BMO Bank National Association*