**25-51204-KMS** Big Level Trucking, Inc.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Katharine M. Samson
**Date filed:** 08/18/2025 **Date of last filing:** 01/22/2026



## Creditors

**90 Degree Benefits**
P.O. Box 1688
Pascagoula, MS 39568
(5547539)
(20)

**Bank of Wiggins**
109 W Pine Avenue
Wiggins, MS 39577
(5547545)
(20)

**Bank of Wiggins**
c/o Paul S. Murphy
Butler Snow LLP
P.O. Drawer 4248
Gulfport. MS 39502
(5561958)
(20)

**BMSS**
1020 Highland Colony Parkway
Suite 600
Ridgeland, MS 39157
(5547550)
(20)

**Fleet Charge Select**
3500 Lacey Road
Suite 220
Downers Grove, IL 60515
(5547569)
(20)

**H & P Leasing**
P.O. Box 6257
Jackson, MS 39288
(5547574)
(20)

**Love's Travel Stops and Country Stores**
P.O. Box 842568
Kansas City, MO 64184
(5547590)
(20)

**Lytx, Inc.**
P.O. Box 849972
Los Angeles, CA 90084-9972
(5547591)
(20)

**McLeod Software**
Dept 3500
P.O. Box 830539
Birmingham, AL 35283
(5547593)
(20)

**Michelin North America, Inc.**
P.O. Box 100860
Atlanta, GA 30384
(5547595)
(20)

**Mississippi Trucking Association**
825 North President Street
Jackson, MS 39202
(5547598)
(20)

**Rand McNally**  
1100 W Idaho Street  
Suite 330  
Boise, ID 83702  
(5547614)  
(20)

**Rocking C Truck and Trailer**  
P.O. Box 3327  
Gulfport, MS 39505  
(5547616)  
(20)

**Southern States Utility Trailer Sales**  
P.O. Box 6257  
Jackson, MS 39288  
(5547626)  
(20)

**Southern Tire Mart**  
Dept 143  
P.O. Box 1000  
Memphis, TN 38148-0143  
(5547627)  
(20)

**Systems 9 Business Solutions**  
237 Tidewater Road  
Hattiesburg, MS 39402  
(5547633)  
(20)

**Waring Oil Company**  
P.O. Box 66  
Vicksburg, MS 39181  
(5547648)  
(20)

**Waters International Trucks, Inc.**  
P.O. Box 831  
Hattiesburg, MS 39403  
(5547649)  
(20)

**Yokohama Tire Corporation**  
P.O. Box 677087  
Dallas, TX 75267  
(5547653)  
(20)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/23/2026 13:33:16 | | | |
| **PACER Login:** | jblittle | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 25-51204-KMS Creditor Type: 20 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |