## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **BIG LEVEL TRUCKING, INC.**                   **CHAPTER 11**
        **Debtor**                              **CASE NO. 25-51204-KMS**

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email

transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Rule 9019 Motion to*

*Settle and Compromise Disputed Claims* and the *Notice* in connection therewith (copies of which

are attached hereto as Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on

file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 23rd day of January, 2026.

_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\COS - 9019 Mot to Settle - Secka Wrongful Death 1-23-26.wpd

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BIG LEVEL TRUCKING, INC.**                           **CHAPTER 11**
        **Debtor**                                            **CASE NO. 25-51204-KMS**

### NOTICE

NOTICE IS HEREBY GIVEN that the Debtor herein has filed its *Rule 9019 Motion to Settle and Compromise Disputed Claims* (the "Motion"), a copy of which is attached, incorporated by reference and marked as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy of any objection must be served upon Craig M. Geno, Esq., and Christopher J. Steiskal, Sr., Esq., Law Offices of Geno and Steiskal, PLLC, counsel for the Debtor, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to the Motion is filed, it will be scheduled for hearing in due course.

DATED, this the ⟋⟋⟋ day of January, 2026.

                      Respectfully submitted,

                      BIG LEVEL TRUCKING, INC.

                      By Its Attorneys,

                      LAW OFFICES OF GENO AND STEISKAL, PLLC

                      By: _____
                              Craig M. Geno

## EXHIBIT "A"

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Notice - 9019 Mot to Settle - Socks Wrongful Death 1-23-26.wpd

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BIG LEVEL TRUCKING, INC.**                    **CHAPTER 11**

          **DEBTOR(S)**                              **CASE NO. 25-51204-KMS**

## RULE 9019 MOTION TO SETTLE AND COMPROMISE DISPUTED CLAIMS

COMES NOW Debtor Big Level Trucking, Inc. (the "Debtor"), by and through undersinged counsel, and files this its *Rule 9019 Motion to Settle and Compromise Disputed Claims* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1.      On August 18, 2025, the Debtor herein filed with this Court its Voluntary Petition (the "Petition") for bankruptcy under Chapter 11 of the Bankruptcy Code.

2.      This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 363, 1107, 1109, related statutes, related rules, and various orders of reference.  This is a core proceeding.

3.      Prior to the filing of the Petition herein, the Debtor was a party in a wrongful death lawsuit filed by the Plaintiff's estate against multiple defendants, including the Debtor.  The lawsuit was filed in the Circuit Court of Second Judicial Circuit, in and for Gadsden County, Florida (the "Florida lawsuit"), and styled: *Modou Secka, as Personal Representative of the Estate of Alhagie Secka v. Jade Ce'Mone Smith, et al.*, Case No. 2025 CAA 440.

4.      After the filing of the Petition herein, the Debtor and the other litigation parties entered into a series of extensive negotiations that produced a settlement and compromise of numerous issues along with related relief (the "Settlement").

5. The Debtor's portion of the Settlement will be paid by the Debtor's insurer, so there will be no impact on the Debtor's creditors.

6. The Settlement is pervasive and obviously speaks for itself. A copy of the signed settlement and release is attached, incorporated by reference, and marked hereto as **Exhibit "A"**. As a summary, the Debtor submits that the Settlement resolves difficult and unsettled issues with respect to the alleged wrongful death of the Plaintiff. In exchange for the payment to Plaintiff of $225,000.00, the Plaintiff agrees to dismiss the Florida lawsuit against all parties.

7. The Settlement provides finality to the Debtor regarding this matter, avoids a lengthy, expensive, and time-consuming trial in this wrongful death dispute, ends any possibility of appeals and resolves difficult issues without the necessity of a trial.

8. Federal Rule of Bankruptcy Procedure 9019 ("Rule 9019") authorizes the Court to approve the compromise and settlement of claims and causes of action in a bankruptcy case after appropriate notice and an opportunity for a hearing.

9. Compromises are tools for expediting the administration of the case and reducing administrative costs and are favored in bankruptcy. *See Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000); *Fishell v. Soltow (In re Fishell)*, 1995 WL 66622, at *2 (6th Cir. February 16, 1995); *In re Martin*, 91 F.3d 389, 393 (3d Cir. 1996) ("To minimize litigation and expedite the administration of a bankruptcy estate, '[c]ompromises are favored in bankruptcy.'") (quoting 9 Collier on Bankruptcy ¶ 9019.03[1] (15th Ed. 1993)). Various courts have endorsed the use of Bankruptcy Rule 9019 to resolve disputes. See, e.g., *In re Miller*, 148 B.R. 510, 516 (Bankr. N.D. Ill. 1992); *In re Patel*, 43 B.R. 500, 504 (Bankr. N.D. Ill. 1984); see also, *Bartel v. Bar Harbor Airways, Inc.*, 196 B.R. 268 (S.D.N.Y. 1996); *In re Foundation for New Era*

*Philanthropy*, 1996 Bankr. LEXIS 1892 (Bankr. E.D. Pa. Aug 21, 1996); *In re Check Reporting Servs., Inc.*, 137 B.R. 653 (Bankr. W.D. Mich. 1992).

10.   A compromise or proposed settlement should be approved where such settlement is in the best interests of the bankruptcy estate and is fair and reasonable under the circumstances. *In re Griffin Trading Co.*, 270 B.R. 883, 903 (Bankr. N.D. Ill. 2001) (citing *In re American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987)).   More specifically, "[t]his determination requires a comparison of the settlement's terms with the litigation's probably costs and probable benefits." *In re Miller*, 148 B.R. at 516 (citing *In re American Reserve Corp.*, 841 F.2d at 161).   Furthermore, "[i]n making this comparison the bankruptcy judge should consider the litigation's probable costs and probability of success, the litigation's complexity, and the litigation's attendant expense, inconvenience, and delay." *Id.*

11.   Settlements in bankruptcy cases are, of course, encouraged and favored.

12.   A basic policy in bankruptcy cases is that settlement is favored.  10 *Collier on Bankruptcy* ¶ 9019.01 at 9019-2 (15th Ed. Revised 1997).   Courts have built on this policy by adopting the standards set forth in the U.S. Supreme Court decision *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968).   In *TMT*, the Supreme Court held that:

> A compromise would be approved by the bankruptcy court only after it apprise[s itself] of all facts necessary for an intelligent and objective opinion of the probabilities of ultimate success should the claim be litigated. Further, the judge should form an educated estimate of the complexity, expense and likely duration of such litigation, the possible difficulties in collecting on any judgment which might be obtained, and all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise.

*Id.* at 424.

13.     The Fifth Circuit standard was stated in *Official Comm. of Unsecured Creditors v. Cajun Electric Power Co-op., Inc.*:

(1)     [t]he probability of success in the litigation, with due consideration for the uncertainty in fact and law;

(2)     [t]he complexity and likely duration of the litigation and any attendant expense, inconvenience and delay, and

(3)     [a]ll other factors bearing on the wisdom of the compromise.

119 F.3d 349, 356 (5th Cir. 1997).   These factors have been summarized as requiring the compromise to be "fair and equitable" and "in the best interests of the estate." *TMT,* 390 U.S. at 424; *Cajun Elec.,* 119 F.3d at 355.

14.     In this case, the Settlement is reasonable, fair and equitable.

15.     The Debtor is of the opinion that litigation of the issues in this action would not produce a better result than has been agreed to already.

16.     The costs, expenses, and delay of litigation would not justify litigating any of the issues in this matter, and the Debtor is of the opinion that the Settlement is reasonable, justified and fair.

17.     Accordingly, the Debtor respectfully requests that the Court and the creditors approve the Settlement that has been reached.   The Debtor requests that it be authorized to execute such release, or settlement and compromise agreements and any other commercially reasonable documents necessary to implement the terms of the Settlement to the extent any are necessary in addition to an order of the Court granting the Motion.

18.     Other grounds to be assigned upon a hearing hereof if necessary.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion. Debtor prays for general relief.

THIS, the _____ day of January, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\9019 Mot to Settle and Compromise Disputed Claims - Secka Wrongful Death - 2026-01-16.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.
Assistant U.S. Trustee
abigail.m.marbury@usdoj.gov

THIS, the _____ day of January, 2026.

_____
Craig M. Geno

-6-

## RELEASE OF ALL CLAIMS

### *Definitions*

1. **"INCIDENT"** herein refers to: injuries sustained by "RELEASOR" (*as defined herein, below*) due to injuries Plaintiff/Decedent sustained as alleged in the Amended Complaint filed in *Modou Secka, as Personal Representative of the Estate of Alhagie Secka v. Jade Ce'Mone Smith, Alejandro Aviles, Marcos Termaine Bines, Big Level Trucking, Inc., Michael LeRoy Carter, Charles Bearden, GEME, LLC, and JNJ Express, Inc.,* Case No. 2025 CAA 440, pending in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida.

2. **"CLAIMS"** herein refers to: all claims for legal damages and equitable remedies sought by the "RELEASOR" against the "RELEASEES" (*as defined herein, below*) arising or inferable from the INCIDENT.

3. **"RELEASOR"** collectively herein refers to: Modou Secka, as Personal Representative of the Estate of Alhagie Secka, on behalf of the Estate and Survivors, Modou Secka, Mamfoday Bamba Secka, Sering Salieu Secka, Awamarie Secka, Mariam Secka, Sheakhuna Bamba Secka, Isatou Bamba Secka, Ndeyegnagna Secka, Muhammad Secka, as well as decedent's spouse, representatives, heirs, agents, attorneys, servants, firms, executors, administrators, survivors, and assignees (both current and former) of RELEASOR having any actual or potential claims by and though the Estate of Alhagie Secka for legal damages or equitable remedies against the "RELEASEES" that arises or that is inferable from the INCIDENT.

4. **"RELEASEES"** collectively herein refers to: Big Level Trucking, LLC and Michael LeRoy Carter, Cottingham & Butler Claims Services (CBCS) and Arch Insurance Group Inc., and their respective parent company(ies), subsidiaries, corporations, insurers, reinsurers, retrocessionaries, affiliates, heirs, agents, volunteers, board members, attorneys, servants, successors, principals, officers, members, managers, directors, shareholders, assigns, executors, administrators and all employees, contractors, firms, direct and indirect owners, lenders and related limited liability companies, predecessors and successors in interest (both current and former).

5. **"PARTIES"** herein refers to: the RELEASOR and the RELEASEES, collectively, as defined above.

6. **"PARTY"** herein refers to: any member of the RELEASOR or the RELEASEES as defined above.

7. The plural shall include the singular and the singular shall include the plural, and the masculine, feminine, and neutral shall include each of the other genders.

# EXHIBIT "A"

### *Terms*

8.    RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka for and in consideration of the total sum of TWO HUNDRED TWENTY FIVE THOUSAND DOLLARS AND ZERO CENTS ($225,000.00), receipt of which is hereby acknowledged, does hereby remise, release, acquit, satisfy and forever discharge RELEASEES of and from any and all types of actions, of whatever name or nature, claims (*whether presently known or unknown*), causes of action, derivative causes of action, including bodily injury, property damage, wrongful death claims, third party claims, cross claims, counterclaims, extra-contractual claims, common law or statutory "bad faith" claims, unfair claims practices claims, demands, loss of service, subrogation claims, rights, indemnification claims, contribution claims, pain and suffering claims, Medicaid claims, Social Security claims, or any other disability claims, liens, suits, rights, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, lost wages, loss of business (*whether presently known or unknown*), judgments, executions, attorneys' fees, costs, punitive damages, and demands whatsoever, in law or in equity, expense and compensation whatsoever of every name and nature, known or unknown, which RELEASOR now has, and which RELEASOR hereinafter can, shall, could or may have, from the beginning of time to the present, upon or by reason of any manner, resulting from or arising out of or relating in any manner whatsoever to the INCIDENT. The Undersigned hereby acknowledges that the full extent of RELEASOR'S damages may not have manifested as of the date of this Release of All Claims and knowingly enters into same notwithstanding. The foregoing Release and discharge is intended by RELEASOR to be as broad in favor of RELEASEES as he can possibly create.

RELEASOR agrees to dismiss, with prejudice, the lawsuit filed against RELEASEES in *Modou Secka, as Personal Representative of the Estate of Alhagie Secka v. Jade Ce'Mone Smith, Alejandro Aviles, Marcos Termaine Bines, Big Level Trucking, Inc., Michael LeRoy Carter, Charles Bearden, GEME, LLC, and JNJ Express, Inc.,* Case No. 2025 CAA 440, pending in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, immediately upon clearance of the settlement funds set forth above to RELEASOR.

9.    The payment set forth in Paragraph 8 is to be produced to RELEASOR within twenty (20) days of RELEASEES' counsel's receipt of this Release executed by RELEASOR.

10.   The payment set forth in Paragraph 8 shall be issued to Hinkle Law Trust Account, Tax ID # 04-3613005.

11.   RELEASOR, on behalf of and as the Personal Representative of the Estate of Alhagie Secka, agrees that he is solely responsible for satisfying any lien, taxes, or other obligations relating to the settlement proceeds.

12.   RELEASOR agrees that all liens and subrogated interests in the settlement proceeds, including,

but not limited to, liens held by medical providers and facilities, funeral/burial entities, health insurers, the Social Security Administration, Medicaid, Medicare, contractors for Medicaid and Medicare, the Centers for Medicare & Medicaid Services, have been satisfied or will be satisfied from the settlement proceeds by RELEASOR and his attorney.

In order to give full effect to the intent expressed in this Release, RELEASOR stipulates and agrees in consideration for the aforesaid payment, to fully indemnify and hold harmless RELEASEES from any and all loss associated with any conditional payment, lien, subrogation, expenses incurred by RELEASOR, including funeral/burial expenses, fire-rescue expenses, medical services, and property damage, or other claim or demand asserted by the Centers for Medicare & Medicaid Services and/or its contractors, other governmental entities or programs, medical providers, or other sources of payment or benefits that may arise in any manner, including without limitation under the Medicare Second Payer statute (42 U.S.C. § 1395y(b)), contract, or other applicable state or federal law relating to Medical Services or from RELEASOR'S failure to provide accurate representations and warranties or to adhere to the representations and warranties contained herein. This indemnification from loss includes all damages and costs incurred by RELEASEES and or their attorneys, including without limitation, any attorneys fees, fines and penalties, interest, expenses, judgments, and multipliers.

RELEASOR further stipulates and agrees that he is solely responsible for satisfying any conditional payment, lien or other obligation to reimburse the Centers for Medicare & Medicaid Services ("CMS") and/or its contractors, other governmental entities or programs, insurers or other sources of payment or benefits for any Medical Services furnished to RELEASOR. RELEASOR acknowledge and agree that it is their responsibility, and not that of RELEASEES, to satisfy any and all conditional payments, liens, subrogation and other claims or demands for payment associated with Medical Services that may arise in any manner, including without limitation under the Medicare Secondary Payer ("MSP") statute (42 U.S.C. § 1395y(b)), contract, or other applicable state or federal law. RELEASOR further stipulates and agrees that he will indemnify RELEASEES and hold them harmless from any such liens.

With respect to Medicare status (check relevant box):



RELEASOR hereby represents and warrants that Alhagie Secka (a) was not entitled to Medicare benefits, (b) was not entitled to Medicare benefits on or between the date of the incident giving rise to the Lawsuit and execution of this Settlement Agreement and Release and (c) does not reasonably expect to qualify for Medicare coverage within 30 months of executing this Settlement Agreement and Release; or

RELEASOR hereby represents and warrants that Alhagie Secka (a) qualified for Medicare coverage or (b) was entitled to Medicare benefits on

or between the date of the incident giving rise to the Lawsuit and execution of this Settlement Agreement and Release.

In order to give full effect to the intent expressed in this Settlement Agreement and Release, RELEASOR stipulates and agrees in consideration for the aforesaid payment, to fully indemnify and hold harmless RELEASEES from any and all loss associated with any conditional payment, lien, subrogation or other claim or demand asserted by CMS and/or its contractors, other governmental entities or programs, Medicare, Humana, or other sources of payment or benefits that may arise in any manner, including without limitation under the MSP statute (42 U.S.C. § 1395y(b)), contract, or other applicable state or federal law relating to Medical Services or from RELEASOR'S failure to make the payments and satisfaction described in this Release. RELEASOR'S further agree to indemnify and hold harmless RELEASEES from any and all loss resulting from RELEASOR'S failure to provide accurate representations and warranties or to adhere to the representations and warranties contained herein. This indemnification from loss includes all damages and costs incurred by RELEASEES and/or their attorneys, including without limitation, any attorneys' fees, fines and penalties, interest, expenses, judgments, and multipliers.

13.   It is expressly understood and agreed that this settlement is the compromise of a doubtful and disputed claim and that the payment made is NOT to be construed as an admission of liability on the part of the PARTY or PARTIES hereby released, and that RELEASEES deny liability therefore and intend merely to avoid litigation and buy peace.

14.   RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka, promise not to sue or proceed in any manner, whether at law, in equity, by way of administrative hearing, or otherwise, to solicit others to institute any such actions or proceedings, against RELEASEES because of, or arising out of, any event or transaction relating to or reasonably inferred from the CLAIMS and the INCIDENT.

15.   RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka, agrees that the terms of this Release shall remain confidential and that the RELEASOR is not permitted to disclose the terms of this Release in any means or media or to any person or entity except for the following: tax preparers, financial professionals, the Guardian Ad Litem, guardians and trustees of the minor survivors, and if required and/or ordered by a Court of competent jurisdiction in any proceeding.

16.   RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as

devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka and RELEASEES mutually agree that they will neither take nor encourage any action which reflects negatively on the other, or their business operations or management, including on social media including but not limited to Facebook, Instagram, Snapchat, TikTok, Tumblr, Reddit, Foursquare, Yelp, LinkedIn, Twitter, X, and/or other similar social networking sites or applications. RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka agrees that he will not assert, claim or allege, through conversation, comment, reply or otherwise, to any person that RELEASEES, or any of their respective affiliates, insurers, related entities, or any past or present officer, director, partner, owner or employee, committed any wrongful or illegal acts. RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka and RELEASEES mutually agree that the non-disparagement provision set forth in this section is a material term of this Agreement and that breach of this section constitutes a material breach of this Agreement. The Parties to this Agreement represent and acknowledge that no portion of the settlement amount in this Agreement represents consideration or payment for anything other than personal injuries within the meaning of Section 104 (a)(2) of the United States Tax Code; the sole consideration for this section is the reciprocal promises made herein.

17. RELEASOR warrants and attests that he is more than eighteen (18) years old and operates under no impairment that prevents him from understanding this Release of All Claims and executing this instrument. RELEASOR further warrants and attests that he has the authority to execute this Release of All Claims and to completely release the RELEASEES from any and all CLAIMS arising or inferable from the INCIDENT. The Undersigned has read this Release of All Claims completely and has conferred with counsel about its terms. The undersigned understands and voluntarily accept its terms.

18. It is further stipulated that each PARTY to this Release of All Claims will bear their respective attorneys' fees and costs incurred by reason of this litigation.

19. The Undersigned further declares and represents that no promise, inducement or agreement, that is not herein expressed, has been made to the Undersigned, and that this Release of All Claims contains the entire agreement between the PARTIES hereto, and that the items of this Release of All Claims are contractual and not a mere recital.

20. The terms of this Release are limited to resolve and release of CLAIMS which exist as to RELEASEE AND RELEASOR. The Parties recognize and acknowledge that the terms of this Release are not designed nor intended to resolve all pending claims, nor does payment received represent the full damages suffered in this case. Any and all claims which have been made, or

which may exist, as to any other person, corporation, partnership, or other legal entity shall not be compromised or extinguished by the terms of this Release.

21. The RELEASOR acknowledges the need, and accepts responsibility, to obtain the court's approval of this settlement and to seek the court's authority to execute a binding release, to dismiss the claims herein with finality, and to seek authority to execute such other documents as are necessary to consummate the terms of the settlement outlined herein. It is understood that the terms of this Release and settlement agreement must be authorized and approved by the court before the settlement described herein can be finalized.

22. RELEASOR, on behalf of and as Personal Representative of the Estate of Alhagie Secka, all of the survivors, devisees, legatees, beneficiaries, heirs, claimants, and successor personal representatives to the Estate of Alhagie Secka, whether or not specifically listed and/or named as devisees or beneficiaries of the Estate of Alhagie Secka, as well as all other persons having any actual or potential claims by and though the Estate of Alhagie Secka further stipulates and agrees that he had an adequate opportunity to review the terms of this Settlement Agreement and Release with legal counsel of his choice.

BY SIGNATURE, RELEASOR AFFIRMS THAT HE HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

**IN WITNESS WHEREOF**, I hereunto set my hand and seal this _____ day of

December 5, 2025
_____, 2025.

Signed by:

_____
**MODOU SECKA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALHAGIE SECKA**

Label Matrix for local noticing
0538-6
Case 25-51204-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Fri Jan 23 10:04:56 CST 2026

90 Degree Benefits
P.O. Box 1688
Pascagoula, MS 39568-1688

Alabama Media Group
P.O. Box 2168
Grand Rapids, MI 49501-2168

Alan L. Smith, Esq.
Baker, Donelson, Bearman, Caldwell & Ber
For Banc of America Leasing & Capital, L
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan L. Smith, Esq.
Baker, Donelson, Bearman, Caldwell & Ber
For Navistar Leasing Company
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alexander Hardware
206 N Magnolia Drive
P.O. Box 276
Wiggins, MS 39577-0276

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Trucking Associations
P.O. Box 201068
Dallas, TX 75320-1068

Andrew R. Wilson
BENNETT LOTTERHOS SULSER & WILSON, P.A.
For M&T Equipment Finance Corporation
P.O. Box 1488
Madison, Mississippi 39130-1488

Automotive Glass Spec., Inc.
607 Adeline Street
Hattiesburg, MS 39401-3843

BCT, Inc.
P.O. Box 95741
Chicago, IL 60694-5741

BMO Bank N.A.
P.O. Box 3040
Cedar Rapids IA 52406-3040

BMO Harris Bank, N.A.
P.O. Box 71951
Chicago, IL 60694-1951

BMSS
1020 Highland Colony Parkway
Suite 600
Ridgeland, MS 39157-2150

Ballman's Auto Repair
1725 S Azalea Drive
Wiggins, MS 39577-8107

Banc of America
P.O. Box 25916
Overland Park, KS 66225-5916

Banc of America Leasing & Capital, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Banc of America Leasing & Capital, LLC
c/o Alan L. Smith, Esq.
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Bank of NY Trust Co., Agent
c/o Navistar
2701 Navistar Drive
Lisle, IL 60532-3637

Bank of Wiggins
c/o Paul S. Murphy, Esq.
Butler Snow LLP
P.O. Drawer 4248
Gulfport, MS 39502-4248

Bank of Wiggins
109 W Pine Avenue
Wiggins, MS 39577-2654

Bank of Wiggins
c/o Paul S. Murphy
Butler Snow LLP
P.O. Drawer 4248
Gulfport, MS 39502-4248

BeanCo
802 Hwy 12 W
Starkville, MS 39759-3580

Bestone Tire & Service
1702 N Collins Blvd
Suite 100
Richardson, TX 75080-3662

Big Level Trucking, Inc.
P.O. Box 306
Wiggins, MS 39577-0306

Blossman Gas, Inc.
1316 S Magnolia
Wiggins, MS 39577-2705

Bo Bennett
P.O. Box 215
Counce, TN 38326-0215

Bob Matus
17940 Gulf Blvd
Unit 16D
Redington Shores, FL 33708-1156

Brent Tice
319 First Street S
Wiggins, MS 39577-2737

## EXHIBIT "B"

Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
Attn: Katie Spewak
St. Louis, MO 63102-2726

Burkes Auto Parts
429 East Central Avenue
Wiggins, MS 39577-2717

Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

C-Spire Wireless
P.O. Box 519
Meadville, MS 39653-0519

CET Logistics
P.O. Box 306
Wiggins, MS 39577-0306

Calvin Barnes
14986 Hwy 57 S
McLain, MS 39456-6502

Chad J. Hammons, Esq.
Jones Walker LLP
For Mitsubishi HC Capital America, Inc
P.O. Box 427
Jackson, MS 39205-0427

Chase Auto Finance
P.O. Box 9001801
Louisville, KY 40290-1801

Chuck Evans
32 Madewood Court
Hattiesburg, MS 39402-7948

Cintas Corporation
P.O. Box 630921
Cincinnati, OH 45263-0921

Colonial Life
Processing Center
P.O. Box 903
Columbia, SC 29202-0903

Copeland Cook Taylor & Bush
P.O. Box 17619
Hattiesburg, MS 39404-7619

Copeland, Cook, Taylor and Bush
Attn: Accounting Department
P.O. Box 6020
Ridgeland, MS 39158-6020

Corporate Billing, LLC
Dept 100
P.O. Box 830604
Birmingham, AL 35283-0604

Corporate Billing, a Division of SouthState
c/o Eric T. Ray
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203-4605

(p)QUALIA COLLECTION SERVICES
P O BOX 4699
PETALUMA CA 94955-4699

Crossroads Equipment Lease & Finance, LLC
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5338

Crossroads Equipment Lease and Finance
400 Alexander Park Dr.
Ste. 201
Princeton, NJ 08540-6797

Daimler Truck Financial
14372 Heritage Parkway
Fort Worth, TX 76177-3300

David Johns
168 Woodlands Glen Circle
Brandon, MS 39047-7107

Demetric Ratcliff
100 Ginger Drive
Hattiesburg, MS 39402-9658

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Department of the Treasury
Internal Revenue Service
c/o U.S. Attorney
501 E. Court St., Suite 4.430
Jackson, MS 39201-5025

Don Mattocks
253 Tidewater Road
Hattiesburg, MS 39402-7920

Endom Welding and Trailer Repair
P.O. Drawer 10
Ellisville, MS 39437-0010

(p)MITSUBISHI HC CAPITAL AMERICA INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Eric T. Ray, Esq.
HOLLAND & KNIGHT LLP for
Corporate Billing, Division of SouthStat
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203-4605

Erin McManus
Watkins and Eager PLLC
For Trustmark Bank, successor in
P.O. Box 650
Jackson, MS 39205-0650

FIT Logistical Services
319 First Street S
Wiggins, MS 39577-2737

FIT Logistical Services
P.O. Box 1071
Hattiesburg, MS 39403-1071

Fast Pace Mississippi, PLLC
P.O. Box 306415
Nashville, TN 37230-6415

Ferguson Trucking, LLC
1538 Hwy 15 N
Houston, MS 38851-7463

Ferguson Trucking, LLC
159 County Road 43
Houston, MS 38851-7668

Ferguson Trucking, LLC
P.O. Box 307
Houston, MS 38851-0307

Flagstar/GAF
Great Atlantic Financial
41 Hackensack Avenue
Hackensack, NJ 07601

Fleet Charge Select
3500 Lacey Road
Suite 220
Downers Grove, IL 60515-2481

FleetPride
P.O. Box 847118
Dallas, TX 75284-7118

Gas and Supply
2905 Industrial Blvd
Laurel, MS 39440-5953

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Scot P. Goldsholl
Padgett Law Group
415 North McKinley,
Suite 1177
Little Rock, AR 72205-3177

Grantham Heavy Equipment Machine Shop
P.O. Box 444
Monticello, MS 39654-0444

Gulf Coast Tire Supply
P.O. Box 1161
Lucedale, MS 39452-1161

H & P Leasing
P.O. Box 6257
Jackson, MS 39288-6257

Hamblin & Hamblin
837 N Eason Blvd
Tupelo, MS 38804-6903

Chad J. Hammons
Jones Walker
P.O. Box 427
Jackson, MS 39205-0427

James Haney
Wong Fleming
400 Alexander Park Drive
Suite 201
Princeton, NJ 08540-6797

James K. Haney
WONG FLEMING, P.C.
400 Alexander Park Dr., Ste. 201
Princeton, NJ 08540-6797

Hankook Tire America Corp.
333 Commerce Street
Suite 600
Nashville, TN 37201-1836

Thomas M Hewitt
Butler Snow LLP
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139

Idle Smart
P.O. Box 1922
Lenox, MA 01240-4922

Impact Training Solutions, Inc.
2355 Lusk Drive
Neosho, MO 64850-8833

Independent Furniture Supply
Wanda Bell
P.O. Box 2186
Tupelo, MS 38803-2186

Infinite Wisdom
P.O. Box 7935
Missoula, MT 59807-7935

J.W. Sledge
212 Reservoir Road
Columbia, MS 39429-8543

Jack's Home Improvement Center
747 Hall Street
Wiggins, MS 39577-2105

Jackson Trailer and Equipment, LLC
P.O. Box 6366
Pearl, MS 39288-6366

James Haney
Wong Fleming
For Crossroads Equipment Lease and Finan
400 Alexander Park Drive Suite 201
Princeton, NJ 08540-6797

Jeff Martin Auctioneers, Inc.
P.O. Box 16809
Hattiesburg, MS 39404-6809

Jim F. Spencer, Jr.
Watkins & Eager PLLC
For Trustmark Bank, successor in
Post Office Box 650
Jackson, MS 39205-0650

Joe Stevens, Esq.
Wise Carter Child & Caraway, P.A.
For Renasant Bank
601 Adeline St.
Hattiesburg, MS 39401-3843

Joey Ferguson
159 CR 43
Houston, MS 38851-7668

John S. Simpson, Esq.
Simpson Law Firm PA
for H&P Leasing, Inc.
P.O. Box 2058
Madison, MS 39130-2058

John S. Simpson, Esq.
Simpson Law Firm PA
for Southern States Utility Trailer Sale
P.O. Box 2058
Madison, MS 39130-2058

John Tucker
Tower Loan of MS
P.O. Box 320001
Flowood, MS 39232-0001

Johnny's Wrecker Service
5484 Hwy 42
Hattiesburg, MS 39401-1413

Johnson & Johnson
P.O. Box 899
Charleston, SC 29402-0899

Justin B. Little, Esq.
Reynolds, Reynolds & Little, LLC
For BMO Bank, N.A.
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863

KFCU VISA Card
Credit Card Center
P.O. Box 71050
Charlotte, NC 28272-1050

Kacy Burnsed
1007 Clifton Road, NE
Atlanta, GA 30307-1227

Keesler Federal Credit Union
c/o Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

Keesler Federal Credit Union
Atten: Bankruptcy
P.O. Box 7001
Biloxi, MS 39534-7001

Keesler Federal Credit Union
PO Box 7001
Biloxi, MS 39534-7001

Winston Lee
Burr & Forman LLP
190 E. Capitol St.
Ste M-100
Jackson, MS 39201-2149

LesJam
P.O. Box 808
McComb, MS 39649-0808

Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, AL 35403-2863

Long Drive Investments
122 Bellewood Road
Hattiesburg, MS 39402-8811

Love's Travel Stops
10601 N Pennsylvania Ave
Oklahoma City OK 73120-4108

Love's Travel Stops & Country Stores, I
Andrew R. Turner, esq
4100 First Place Tower
15 East Fifth Street, Ste. 4100
Tulsa, Ok 74103-4305

Love's Travel Stops and Country Stores
P.O. Box 842568
Kansas City, MO 64184-2568

Loves Travel Stops & Country Stores, Inc.
CONNER & WINTERS, LLP
15 East Fifth Street, Ste. 4100
Tulsa, Oklahoma 74103-4305

Loves Travel Stops & Country Stores, Inc.
CONNER & WINTERS, LLP
4100 First Place Tower
Tulsa, Oklahoma 74112

Lytx, Inc.
P.O. Box 849972
Los Angeles, CA 90084-9972

M&T Equipment Finance Corporation
f/k/a Peoples United Equipment Finance
c/o Bennett Lotterhos Sulser & Wilson PA
P.O. Box 1488
Madison, MS 39130-1488

M&T Equipment Finance Corporation f/k/a Peop
United Equipment Finance Corp.
Michael D. Bloom
300 Frank W. Burr Blvd, Suite 50
Teaneck, NJ 07666-6703

MISSISSIPPI DEPARTMENT OF REVENUE
Legal Department
P. O. BOX 22828
JACKSON, MS 39225-2828

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

Matthew W. McDade
for Charles Evans, Jr. a/k/a Chuck Evans
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501-1931

James A. McCullough II
Brunini, Grantham, Grower & Hewes, PLLC
P, O. Drawer 119
Jackson, MS 39205-0119

Matthew Ward McDade
Balch & Bingham
1310 25th Avenue
Gulfport, MS 39501-1931

McLeod Software
Dept 3500
P.O. Box 830539
Birmingham, AL 35283-0539

Erin McManus
Watkins and Eager PLLC
P.O. Box 650
Jackson, MS 39205-0650

Memorial Hospital at Gulfport
4500 Thirteenth Street
Gulfport, MS 39501-2569

Michelin North America, Inc.
P.O. Box 100860
Atlanta, GA 30384-0860

Midland States Bank
c/o Byrd & Wiser
PO Drawer 1939
Biloxi, MS 39533-1939

Midland States Bank
1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146-4022

Midland States Bank
PO Box 2149
Gig Harbor, WA 98335-4149

Miller Rental & Investments
1047 First Street S
Wiggins, MS 39577-8213

Miller Transportation
P.O. Box 366
Wiggins, MS 39577-0366

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Mississippi State Port Authority
P.O. Box 40
Gulfport, MS 39502-0040

Mississippi Trucking Association
825 North President Street
Jackson, MS 39202-2561

Mitsubishi HC Capital America, Inc.
c/o Chad J. Hammons, Esq.
Jones Walker LLP
3100 N. State St., Ste. 300
Jackson, MS 39216-4013

Mitsubishi HC Capital America/Webster
P.O. Box 71347
Chicago, IL 60694-1347

(c)MUNN DIESEL REPAIR & SALES
17 J C MUNN RD
SUMRALL MS  39482-4634

Paul S. Murphy
Butler Snow O'Mara Stevens &Cannada
1300-25th Avenue, Suite 204
Gulfport, MS 39501-1994

Nationwide Testing Association, Inc.
P.O. Box 508
772 North Broad Street
Mooresville, NC 28115-9551

Navistar Financial Corporation
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Navistar Financial Corporation
P.O. Box 96070
Chicago, IL 60693-6070

Navistar Leasing Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Navistar Leasing Company
P.O. Box 98454
Chicago, IL 60693-8454

Navitas Credit Corporation
201 Executive Center Drive
Suite 100
Columbia, SC 29210-8410

New Orleans Terminal
50 Napoleon Avenue
New Orleans, LA 70115-7758

Onsite Auto Glass
21313 Saucier Lizano Road
Saucier, MS 39574-9671

Orkin
P.O. Box 2010
Gulfport, MS 39505-2010

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Bank, National Association
c/o Winston Lee
190 E. Capitol Street, Suite M-100
Jackson, MS 39201-2152

PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044-3409

Parker's Service Center, LLC
419 East Central Avenue
Wiggins, MS 39577-2717

Paul S. Murphy
BUTLER SNOW LLP
For XTRA Lease LLC.
1300 25th Avenue, Suite 204
Gulfport, MS 39501-1994

Paul S. Murphy
Butler Snow O'Mara Stevens &Cannada
For Bank of Wiggins
1300-25th Avenue, Suite 204
Gulfport, MS 39501-1994

(p)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

Eric T. Ray
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203-4605

Robbie Rollin
19572 Brighton Drive
Saucier, MS 39574-6207

Sylvie Derdeyn Robinson
MS Dept of Revenue
P O Box 22828
Jackson, MS 39225-2828

Roy Jones
997 Hwy 49
Lot 63
Perkinston, MS 39573-6603

Sam McClendon
1310 Oloh Road
Sumrall, MS 39482-4490

Signature Finance
P.O. Box 5524
Hicksville, NY 11802-5524

SkyBitz
P.O. Box 74007409
Chicago, IL 60674-7409

South Mississippi Business Machines of
Gulfport, Inc.- South Miss. Business
Machines of Gulfport, Inc
P O Box 697
Gulfport, MS 39502-0697

Pearl River Valley
422 E Pine Street
Wiggins, MS 39577-2800

Pine Belt Fleet Services
5102 US Hwy 49
Hattiesburg, MS 39401

Renasant Bank
2001 Park Place North
Birmingham, Al 35203-2735

Robert Alan Byrd
Byrd & Wiser Attorneys at Law
For Midland States Bank
P.O. Box 1939
Biloxi, MS 39533-1939

Rocking C Truck and Trailer
P.O. Box 3327
Gulfport, MS 39505-3327

Rushing Enterprises, Inc.
P.O. Box 220
Headland, AL 36345-0220

Scot P. Goldsholl
Padgett Law Group
For Simmons Bank
415 North McKinley, Suite 1177
Little Rock, AR 72205-3177

(p)SIMMONS BANK
POST OFFICE BOX 733
UNION CITY TN 38281-0733

Alan Lee Smith
Baker Donelson
100 Vision Drive
Suite 400
Jackson, MS 39211-7009

(p)SOUTHERN FINANCIAL SYSTEMS
2603 OAK GROVE ROAD
HATTIESBURG MS 39402-8928

Penske Truck Leasing Co.
P.O. Box 827380
Philadelphia, PA 19182-7380

Rand McNally
1100 W Idaho Street
Suite 330
Boise, ID 83702-5655

Renasant Bank
2001 Park Place
Suite 315
Birmingham, AL 35203-2735

Robert Alan Byrd
For Keesler Federal Credit Union
P.O. Box 1939
Biloxi, MS 39533-1939

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

STM-Pilot-Flying J
Dept 6412
P.O. Box 11407
Birmingham, AL 35246-6412

Siemens Financial Services
P.O. Box 2083
Carol Stream, IL 60132-2083

John S. Simpson
Simpson Law Firm, P.A.
P.O. Box 2058
Madison, MS 39130-2058

South MS Business Machine
P.O. Box 697
Gulfport, MS 39502-0697

Southern Gas and Supply of Mississippi, Inc.
Lisa Gintz
4709 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809-9655

Southern Pipe and Supply
710 West Frontage Road
Wiggins, MS 39577-8133

Southern States Utility Trailer Sales
P.O. Box 6257
Jackson, MS 39288-6257

Southern Tire Mart
Dept 143
P.O. Box 1000
Memphis, TN 38148-0143

Southern Tire Mart, LLC
800 Highway 98
Columbia, MS 39429-8255

Jim F. Spencer Jr.
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650

Christopher J. Steiskal Sr.
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Steven Evans
117 Wildwood Trace
Hattiesburg, MS 39402-2353

Joe Stevens
Wise Carter Child & Caraway, P.A.
601 Adeline St.
Hattiesburg, MS 39401-3843

Stone Printing
2919 Hwy 26
Wiggins, MS 39577-9585

Sumitomo Mitsui Finance & Leasing Co.
P.O. Box 530023
Atlanta, GA 30353-0023

Sumitomo Mitsui Finance and Leasing Company
Limited
Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

Supervision
P.O. Box 203489
Dallas, TX 75320-3489

Systems 9 Business Solutions
237 Tidewater Road
Hattiesburg, MS 39402-7920

Tenstreet, LLC
120 W 3rd Street
Suite 101
Tulsa, OK 74103-3406

Thomas M Hewitt
Butler Snow LLP
For XTRA Lease LLC
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139

Tice and Associates
P.O. Box 458
Wiggins, MS 39577-0458

Tim's Body Shop
145 John Willis Road
Wiggins, MS 39577-9346

Timothy Pitts
34 Earl Lane
Lot B
Picayune, MS 39466-6635

Transportation Safety Services
P.O. Box 1290
Daphne, AL 36526-1290

Trewolla Sweatman
317 East Capital Street
Lamar Life Bldg, Suite 505
Jackson, MS 39201-3405

Tri County Air Services
25 Pump Branch Road
Wiggins, MS 39577-8755

Tri-State Truck Center, Inc.
P.O. Box 5858
Jackson, MS 39288-5858

Trimble Maps
P.O. Box 204769
Dallas, TX 75320-4769

Triple E Farms
P.O. Box 306
Wiggins, MS 39577-0306

Trustmark Bank f/k/a Trustmark National Bank
Jim F. Spencer, Jr.
P.O. Box 650
Jackson, MS 39205-0650

Trustmark Bank, successor in interest to Tru
c/o Jim F. Spencer, Jr.
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650

(p)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

U.S. Attorney S.D. Mississippi
c/o U.S. Securities and Exchange Commiss
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Small Business Administration
1835 Assembly Street, Suite 1425
Columbia, SC 29201-2453

U.S. Small Business Administration
c/o U.S. Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201-5025

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

VFI ABS 2025-1, LLC
c/o Troy Aramburu
15 W South Temple Ste 1200
Salt Lake City, UT 84101-1547

VFI Corporate Finance
2800 East Cottonwood Parkway
2nd Floor
Salt Lake City, UT 84121-7295

VTFNA
P.O. Box 26131
Greensboro, NC 27402-6131

VanPete, LLC
1018 N Flowood Dr
Flowood, MS 39232-9532

Waring Oil Company
P.O. Box 66
Vicksburg, MS 39181-0066

Waters International Trucks, Inc.
P.O. Box 831
Hattiesburg, MS 39403-0831

Webster Capital Finance
c/o Evan S. Goldstein, Esq.
Updike, Kelly & Spellacy, P.C.
225 Asylum Street, 20th Floor
Hartford, CT 06103-1532

Webster/Sterling
Dept E19
707 Texas Avenue, Suite 200D
College Station, TX 77840-1980

Webster/Sterling
Webster Capital Finance
P.O. Box 330
Hartford, CT 06141-0330

Wells Fargo Equipment Finance
P.O. Box 858178
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance, Inc.
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Wells Fargo Equipment Finance, Inc.
Attn: La Neice Brown
801 Walnut Street, MAC F0006-052
Des Moines, IA 50309-3606

William P. Wessler
William P. Wessler
1624 24th Avenue
PO Box 175
Gulfport, MS 39502-0175

(p)COMMUNITY MEDICAL CENTER
PO BOX 1007
LUCEDALE MS 39452-1007

Andrew R. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
P.O. Box 1488
Madison, MS 39130-1488

Winston Lee
Burr & Forman LLP
For PNC Equipment Finance
190 E. Capitol St. Ste M-100
Jackson, MS 39201-2149

Workforce QA, LLC
2200 South Main Street
Suite 475
Salt Lake City, UT 84115-2601

XTRA Lease LLC
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
Attn: Katie Spewak
St. Louis, MO 63102-2726

Xtra LLC
7911 Forsyth Blvd
Suite 600
Saint Louis, MO 63105-3877

Yokohama Tire Corporation
P.O. Box 677087
Dallas, TX 75267-7087

Yokohama Tire Corporation
Wagner, Falconer & Judd, Ltd.
300 North Corporate Drive, Suite 200
Brookfield WI 53045-5833

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CrossCheck, Inc.
1440 North McDowell Blvd.
Petaluma, CA 94954

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Engs Commercial Finance Co.
One Pierce Place
Suite 1100 W
Itasca, IL 60143

(d)Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

PNC Bank, National Association
655 Business Center Drive
Horsham, PA 19044

Penske Truck Leasing Co., LP
PO Box 563
Reading, PA 19606

Simmons Bank
P.O. Box 7009
Pine Bluff, AR 71611-7009

(d)Simmons Bank
P.O. Box 733
Union City, TN 38281

Southern Financial Systems
P.O. Box 15203
Hattiesburg, MS 39404

Trustmark National Bank
248 East Capital Street
Jackson, MS 39201

Wiggins Primary Care
P.O. Box 1007
Lucedale, MS 39452

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Munn Diesel Repair & Sales
398 Munn Road
Sumrall, MS 39482

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMO Bank, N.A.

(d)Bank of Wiggins
c/o Paul S. Murphy
Butler Snow LLP
P.O. Drawer 4248
Gulfport. MS 39502-4248

(u)CREDITOR ADDED IN ERROR

(u)Aloysius Davis

(d)Chuck Evans
32 Madewood Court
Hattiesburg, MS 39402-7948

(u)H&P Leasing, Inc.

(d)Love's Travel Stops & Country Stores, I
Andrew R. Turner, esq
4100 First Place Tower
15 East Fifth Street, Ste. 4100
Tulsa, Ok 74103-4305

(d)Mitsubishi HC Capital America, Inc.
c/o Chad J. Hammons, Esq.
Jones Walker LLP
3100 N. State St., Ste. 300
Jackson, MS 39216-4013

(d)PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044-3409

(u)Simmons Bank

(u)Southern States Utility Trailer Sales, Inc

(u)U.S. Small Business Administration

(d)Vanpete, LLC
1018 N Flowood Drive
Flowood, MS 39232-9532

(u)Webster Capital Finance

(u)XTRA Lease LLC

End of Label Matrix
Mailable recipients    233
Bypassed recipients     15
Total                  248