| MOR Supplement November 2025 | | | |
|---|---|---|---|
| Big Level Trucking | | | |
| Lease/Purchase Payments | | | |
| Date:  1/8/26 | | | |
| | | | |
| Name | Amount | | |
| H&P Trailer Lease | 61047.88 | | |
| Xtra Trailer Lease | 11116.28 | | |
| Trustmark Tractor Purchase | 8600.00 | | |
| Penske Tractor Lease | 10000.00 | | |
| Total | 90764.16 | | |