01/21/2026 0809 **Balance Sheet** Page 1

Big Level Trucking, Inc.

As of 11/30/2025

**Assets**

**Cash**

| | |
|---|---:|
| CASH - Petty | 2,002.77 |
| BOW - GENERAL 6186 | (67,203.52) |
| BOW - PAYROLL 6086 | (572.19) |
| BOW - TAG FUND 6960 | (24,750.00) |
| BOW - LOC 4905 | (27,288.26) |
| KFCU - Bus Primary Share | 5.00 |
| TRUSTMARK BANK | 446.38 |
| RENASANT BANK | 107,146.61 |
| Renasant Bank Payroll | 464.39 |
| KFCU - MM 8339 | 12,629.63 |
| Total Cash | 2,880.81 |

**Current Assets**

| | |
|---|---:|
| Prefunded Insurance 22-23 | 792,728.53 |
| Prefunded Insurance 23-24 | 2,474,159.02 |
| Check and Deposit Correction | 3,322.54 |
| Total Current Assets | 3,270,210.09 |

**Receivables**

| | |
|---|---:|
| Accounts Receivable | 3,732,861.36 |
| Employee Loans | 3,476.48 |
| EFS & Driver Advances | 567,940.26 |
| N/R Harold Hageman | 120,785.37 |
| A/R-ARRINGTON KV3367 | 38,322.52 |
| A/R MILLER | 4,933.81 |
| Total Receivables | 4,468,319.80 |

**Other Current Assets**

| | |
|---|---:|
| DUE TO/FR DEPENDABLE | (4,263.60) |
| DUE TO/FR CET LOGISTICS | (19,159.31) |
| N/R - Current Portion LT | 156,950.48 |
| INSURANCE CLAIMS - Pending | 1,000.00 |
| INVENTORY-FUEL | 3,790.09 |
| Inventory - Parts | 434,551.84 |
| Inventory - Tires | 23,718.47 |
| N/R - FRONEK, HAROLD | (400.00) |
| N/R- Rollin Robbie | (15,402.86) |
| N/R TIMOTHY PITTS | 27,464.72 |
| ESCROW-OWNER/OPERATORS | (59,931.24) |
| Total Other Current Assets | 548,318.59 |

**Prepaid Expenses**

| | |
|---|---:|
| PREPAID TAGS & PERMITS | 241,099.27 |
| Prepaid Expenses - General | 18,927.19 |
| Prepaid EFS | 31,467.54 |
| PREPAID RELAY | 52,265.04 |
| Total Prepaid Expenses | 343,759.04 |

**Property & Equipment**

| | |
|---|---:|
| EQUIPMENT | 17,219,801.63 |
| OFFICE EQUIPMENT | 3,406.99 |
| BUILDINGS | 264,285.42 |
| NEW OFFICE BLDG | 411,656.19 |
| LAND | 54,183.53 |
| Property Equity | (0.48) |
| ROU Accumulated Amortization | (3,935,737.45) |
| ACCUM DEPRECIATION | (14,599,419.63) |
| SOFTWARE | 242,086.84 |
| ACCUM AMORTIZATION | (242,087.21) |
| Total Property & Equipment | (581,824.17) |

**Other Assets**

| | |
|---|---:|
| DUE FROM SHAREHOLDERS | 3,599,620.21 |

01/21/2026 0809  **Balance Sheet**  Page 2
Big Level Trucking, Inc.
As of 11/30/2025

| | |
|---|---:|
| Operating Lease ROU Assets | 6,528,064.45 |
| Insurance Stock Purchase | 75,000.00 |
| Total Other Assets | 10,202,684.66 |
| **Receivables Long Term** | |
| N/R - Current Offset | (157,656.48) |
| N/R KV30147 | 29,755.40 |
| N/R - KV3746 | (8,465.08) |
| N/R - KV3918 | (8,465.08) |
| N/R - Hageman | 57,978.65 |
| N/R MILLER TRANSPORT | 84,334.71 |
| N/R Miller Rentals Unit 3172 | (46,546.12) |
| Total Receivables Long Term | (49,064.00) |
| Total Non-Current Assets | 18,205,284.82 |
| Total Assets | $18,205,284.82 |

| 01/21/2026 0809 | Balance Sheet | Page 3 |
|---|---|---|
| | Big Level Trucking, Inc. | |
| | As of 11/30/2025 | |

**Liabilities & Equity**

**Accounts Payable**
| | |
|---|---:|
| ACCOUNTS PAYABLE | 1,710,851.50 |
| EFS Payable (Love's) | 203,335.41 |
| Relay Payable | 2,166.88 |
| Driver Payable | 296,143.34 |
| Total Accounts Payable | 2,212,497.13 |

**Current Liabilities**
| | |
|---|---:|
| Ins Contingent Loss 22/23 | 431,222.48 |
| Ins Contingent Loss 23/24 | 617,237.18 |
| Total Current Liabilities | 1,048,459.66 |

**Accrued Expenses**
| | |
|---|---:|
| EFS Repair Order | 150.00 |
| Escrow Repair Orders | (1,987.32) |
| FEDERAL 941 PAYABLE | 144,718.62 |
| STATE W/H PAYABLE | (297,113.44) |
| SUTA PAYABLE | 29,184.27 |
| FUTA PAYABLE | 26,499.20 |
| 401K Account | 289,782.15 |
| Accrued Office Payroll | (612.19) |
| EMPLOYEE GARNISHMENTS | (57,232.66) |
| Rent collections - EVANS | (23,575.77) |
| EMPLOYEE SUPPLEMENTAL INS | 7,018.79 |
| Pet Deposits | 10,807.00 |
| INTEREST PAYABLE | 8,718.75 |
| Credit Card VISA | (41,499.06) |
| CREDIT CARD AmEx | (12,469.26) |
| McLeod Payroll Clearing | 11,654.05 |
| Total Accrued Expenses | 94,043.13 |

**Factoring Obligation**
| | |
|---|---:|
| CORP BILL Reserve | 324,022.04 |
| Corp Bill Factor Receivable | 3,035,028.46 |
| Total Factoring Obligation | 3,359,050.50 |

**Current Portion LT Debt**
| | |
|---|---:|
| N/P CURRENT PORTION | 3,901,399.14 |
| Current Portion Lease Liab | 1,245,223.00 |
| Total Current Portion LT Debt | 5,146,622.14 |

**Long-Term Debt**
| | |
|---|---:|
| N/P BOW53965100 (1119.31) | 40,786.83 |
| N/P BOW - Comm RE 1700 | 1,031,447.94 |
| BOW WRITE OFF ACCOUNTS | 1,624,204.97 |
| N/P BOW COMM 8300 | 148,845.65 |
| N/P BOW COMM 1300 | 614,977.03 |
| N/P BMO - 7568.57 | 206,591.58 |
| N/P BMO - 5068.52 | 141,419.75 |
| Crossroads (2875.76) | 135,812.19 |
| Crossroads (2866.92) | 133,439.87 |
| Crossroads (2866.92) | 138,149.80 |
| Mitsubishi HC (13724.69) | 131,925.08 |
| N/P KFCU-F150 (868.89) | 21,305.91 |
| N/P KFCU (1021.78) | 44,439.42 |
| N/P Mack Financial (8799.34) | 360,891.75 |
| N/P MIDLAND (2339.34) | (2,814.58) |
| Midland (5628.03) | 281,941.05 |
| N/P Midland 4118.29 | 37,606.10 |
| Midland States Bank (3067.33 | 143,826.25 |
| N/P NAVISTAR 2TRUCKS 5912.53 | 190,381.63 |
| N/P Navistar 3Trucks 9063.17 | 298,283.36 |
| 4 TRUCKS 12080.20 | 432,820.41 |
| 5 TRUCKS (15625.08) | 503,711.06 |

| 01/21/2026 0809 | Balance Sheet | Page 4 |
|---|---|---|
| | Big Level Trucking, Inc. | |
| | As of 11/30/2025 | |

| | | |
|---|---:|---:|
| N/P Navitas (7879.85) | (30,936.72) | |
| N/P PEOPLES 6 Flat May 21 | 45,953.23 | |
| N/P PNC Bank | (12,515.10) | |
| N/P PNC Equip Finance | 53,689.65 | |
| N/P PNC - 12306.29 | 328,039.56 | |
| N/P Renasant 2503.93 | 53,546.21 | |
| N/P RENASANT 5566.43 | 169,360.04 | |
| N/P Renasant Land(12,608.11) | 1,290,569.30 | |
| N/P SBA EIDL LOAN | 150,000.00 | |
| N/P SIGNATURE FINANCE | (19,858.53) | |
| N/P SIMMONS BK (5207.50) | (3,419.38) | |
| N/P SIMMONS BK (10396.75) | (3,816.32) | |
| N/P SOUTHERN STATES SSUT | 578,327.51 | |
| Webster 9716.86 | 130,056.42 | |
| Sumitomo Mitsui  (5391.51) | 16,139.62 | |
| N/P Trustmark - 7180.60 | 193,298.86 | |
| N/P Trustmark 8053.77 | 182,381.36 | |
| N/P Trustmark LOC | (17,200.00) | |
| N/P TRUSTMARK 5581.02 | 178,118.51 | |
| N/P TRUSTMARK 2629.34 | 109,714.23 | |
| N/P US BANK (4699.19) SOFTWR | 336.79 | |
| N/P VFI Lease (29583.88) | 414,888.29 | |
| N/P Steven Evans | 97,636.63 | |
| N/P Current Portion Offset | (3,778,709.58) | |
| Oper Lease Current Offset | 1,347,104.00 | |
| Deferred Gain on Sale | 19,873.32 | |
| Total Long-Term Debt | | 8,152,570.95 |
| **Other Liabilities** | | |
| Uncleared Payroll Checks | 1,447.74 | |
| Total Other Liabilities | | 1,447.74 |
| Total Liabilities | | 20,014,691.25 |
| **Equity** | | |
| Treasury Stock | (8,828.40) | |
| ADDITIONAL PAID IN CAPITAL | 4,876,719.00 | |
| RETAINED EARNINGS | (4,288,313.89) | |
| Retained Earnings - Current Year | (2,388,983.14) | |
| Total Equity | | (1,809,406.43) |
| **Total Liabilities & Equity** | | **$18,205,284.82** |