| 01/21/2026 0808 | Income Statement<br>Big Level Trucking, Inc.<br>For Period 11/01/2025 to 11/30/2025 | | | Page 1 | |
|---|---|---|---|---|---|
| | **Current Period** | | **Year To Date** | | |

| | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| TRUCKING INCOME | $11,119.00 | 0.4% | $193,988.66 | 0.6% |
| TRUCKING INCOME VAN WIGGINS | 2,107,647.09 | 70.7 | 24,071,207.04 | 68.7 |
| TRUCKING INCOME FLAT WIGGINS | 193,789.84 | 6.5 | 2,776,455.22 | 7.9 |
| TRUCKING INCOME POLE WIGGINS | 24,850.00 | 0.8 | 462,314.90 | 1.3 |
| TRUCKING INCOME SAND WIGGINS | 131,936.81 | 4.4 | 1,574,655.40 | 4.5 |
| TRUCKING INCOME SHAG WIGGINS | 2,383.56 | 0.1 | 180,272.68 | 0.5 |
| INCOME - HAULING | 1,079.73 | 0.0 | 10,551.86 | 0.0 |
| INCOME - HAULING VAN WIGGINS | 1,150.00 | 0.0 | 16,699.11 | 0.0 |
| INCOME - HAULING FLAT WIGGIN | 0.00 | 0.0 | (6.45) | 0.0 |
| INCOME - HAULING POLE WIGGIN | 0.00 | 0.0 | 150.00 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 0.00 | 0.0 | 98.11 | 0.0 |
| INCOME HAULING - SHAG | 0.00 | 0.0 | (462.96) | 0.0 |
| FUELSURCHARGE | 1,658.22 | 0.1 | 29,669.21 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 430,468.19 | 14.4 | 4,740,421.96 | 13.5 |
| FUELSURCHARGE FLAT WIGGINS | 31,814.02 | 1.1 | 456,303.79 | 1.3 |
| FUELSURCHARGE POLE WIGGINS | 0.00 | 0.0 | 751.60 | 0.0 |
| FUELSURCHARGE SAND WIGGINS | 25,041.48 | 0.8 | 310,155.46 | 0.9 |
| FUELSURCHARGE SHAG WIGGINS | 670.77 | 0.0 | 27,711.04 | 0.1 |
| Lumper Customer Charge | 0.00 | 0.0 | (200.00) | 0.0 |
| LUMPER VAN WIGGINS | 1,520.21 | 0.1 | 48,122.07 | 0.1 |
| LUMPER FLAT WIGGINS | 0.00 | 0.0 | 1,836.35 | 0.0 |
| LUMPER SAND WIGGINS | 0.00 | 0.0 | 3,493.60 | 0.0 |
| Accessorial Charges | 157.50 | 0.0 | 13,339.35 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,020.97 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,205.58 | 0.0 |
| Detention Charges | 0.00 | 0.0 | (989.84) | 0.0 |
| Detention Charges | 170.00 | 0.0 | 12,675.55 | 0.0 |
| Detention Charges | 0.00 | 0.0 | 409.95 | 0.0 |
| Detention Charges | 0.00 | 0.0 | 678.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 13,756.36 | 0.5 | 88,556.93 | 0.3 |
| INCOME - SALARY REIMBURSEMEN | 0.00 | 0.0 | (300.00) | 0.0 |
| EXPENSE REIMBURSEMENTS | (1,475.00) | 0.0 | 47.36 | 0.0 |
| INCOME-OTHER | 180.00 | 0.0 | 4,603.29 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 1,150.00 | 0.0 | 7,064.50 | 0.0 |
| INCOME-OTHER FLAT WIGGINS | 150.00 | 0.0 | 900.00 | 0.0 |
| INCOME-OTHER SAND WIGGINS | 150.00 | 0.0 | 864.50 | 0.0 |
| INCOME - INTEREST | 0.00 | 0.0 | 1.36 | 0.0 |
| Total Revenue | 2,979,367.78 | 100.0 | 35,034,266.15 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 8,429.60 | 0.3 | 52,989.58 | 0.2 |
| Lumper Expense Van Wiggins | 1,966.18 | 0.1 | 20,605.73 | 0.1 |
| Lumper Flat Wiggins | 0.00 | 0.0 | 140.00 | 0.0 |
| Lumper Expense | 0.00 | 0.0 | 812.92 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 5,600.00 | 0.2 | 5,600.00 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,239,522.30 | 41.6 | 14,834,020.37 | 42.3 |
| CONTRACT HAULING/VAN WIGG | 33,620.29 | 1.1 | 346,398.84 | 1.0 |
| CONTRACT HAULING/FLAT WIGG | 23,689.30 | 0.8 | 388,503.09 | 1.1 |
| CONTRACT HAULING/SAND WIGG | 0.00 | 0.0 | 2,470.02 | 0.0 |
| CONTRACT LABOR | 6,150.00 | 0.2 | 154,792.82 | 0.4 |
| DAMAGES & CLAIMS PAID | (1,475.00) | 0.0 | (11,732.17) | 0.0 |
| DAMAGES & CLAIMS PAID/VAN | 0.00 | 0.0 | (21,885.20) | (0.1) |
| DEPRECIATION | 153,428.04 | 5.1 | 1,691,859.85 | 4.8 |
| FEES - OTHERS | (2,229.74) | (0.1) | (24,697.72) | (0.1) |
| FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | (25.00) | 0.0 |
| FINES & PENALTIES | 1,193.95 | 0.0 | 33,546.71 | 0.1 |
| FINES & PENALTIES/VAN WIGG | 330.00 | 0.0 | 693.00 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 823,135.19 | 27.6 | 8,774,695.20 | 25.0 |
| FUEL - DIESEL GAS & OIL/VAN | 1,168.98 | 0.0 | 29,150.75 | 0.1 |
| FUEL - DIESEL GAS & OIL/FLAT | 5,184.49 | 0.2 | 22,000.42 | 0.1 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 1,965.00 | 0.0 |

01/21/2026 0808                                         **Income Statement**                                                 Page 2
Big Level Trucking, Inc.
For Period 11/01/2025 to 11/30/2025

|  | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| FUEL - DIESEL GAS & OIL/SHAG | 0.00 | 0.0 | 900.00 | 0.0 |
| INSURANCE | 638,206.01 | 21.4 | 3,740,287.38 | 10.7 |
| INSURANCE - HEALTH | 21,031.61 | 0.7 | 519,558.14 | 1.5 |
| INSURANCE O/O OCC/ACC | 164.30 | 0.0 | 3,600.34 | 0.0 |
| INSURANCE O/O PHYS DAM | (443.04) | 0.0 | (4,679.61) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (1,329.12) | 0.0 |
| Insurance - Colonial Life | 4,662.23 | 0.2 | 52,834.55 | 0.2 |
| INTEREST | 0.00 | 0.0 | 208,207.41 | 0.6 |
| LEASED EQUIPMENT | 11,116.28 | 0.4 | 121,150.38 | 0.3 |
| LEASED EQUIPMENT VAN | 71,047.88 | 2.4 | 1,910,959.67 | 5.5 |
| TWIC and Escort Expense | 492.68 | 0.0 | 3,913.78 | 0.0 |
| TWIC and Escort Expense/Van | 1,111.45 | 0.0 | 8,559.85 | 0.0 |
| TWIC and Escort Expense/Flat | 675.00 | 0.0 | 1,150.00 | 0.0 |
| TWIC Escort Sand Wiggins | 50.00 | 0.0 | 125.00 | 0.0 |
| MEDICAL & TESTING | 165.00 | 0.0 | 49,097.23 | 0.1 |
| OPERATING SUPPLIES/Expense | 30,929.49 | 1.0 | 437,317.32 | 1.2 |
| OPERATING SUPPLIES/VAN | 1,287.42 | 0.0 | 10,907.58 | 0.0 |
| OPERATING SUPPLIES/FLAT | (35.87) | 0.0 | 71.71 | 0.0 |
| OPERATING SUPPLIES/SAND | 0.00 | 0.0 | 354.78 | 0.0 |
| REPAIRS - TRUCKS SHOP | 157,273.04 | 5.3 | 2,183,392.87 | 6.2 |
| REPAIR- TRAILER/VAN SHOP | 450.00 | 0.0 | 25,279.79 | 0.1 |
| REPAIR-TRAILER/FLAT SHOP | 0.00 | 0.0 | 1,688.00 | 0.0 |
| REPAIR-TRAILER/SAND SHOP | 0.00 | 0.0 | 5,218.93 | 0.0 |
| REPAIR-TRAILER/SHAG SHOP | 0.00 | 0.0 | 2,200.00 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 0.00 | 0.0 | 126,268.74 | 0.4 |
| REPAIRS - OTHER | 729.54 | 0.0 | 51,226.10 | 0.1 |
| REPAIRS - OTHER VAN | 95.00 | 0.0 | 1,902.79 | 0.0 |
| REPAIRS - OTHER FLAT | 0.00 | 0.0 | 46.70 | 0.0 |
| OTR Repairs Trucks | (333,478.98) | (11.2) | (212,100.57) | (0.6) |
| OTR Repairs Trailer Van | 117.69 | 0.0 | 82,999.68 | 0.2 |
| OTR Repair Trailer FLATBED | 0.00 | 0.0 | 15,286.83 | 0.0 |
| OTR Repair Trailer SAND | 19.65 | 0.0 | 8,955.33 | 0.0 |
| OTR Repair Trailer SHAG | 0.00 | 0.0 | 6,318.19 | 0.0 |
| OTR Repair Tire & Tube Truck | 0.00 | 0.0 | 13,835.31 | 0.0 |
| OTR Repair Tire&Tube/Van | 117.96 | 0.0 | 41,325.95 | 0.1 |
| OTR Repair Tire&Tube/Flat | 0.00 | 0.0 | 7,602.34 | 0.0 |
| OTR Repair Tire & Tube | 0.00 | 0.0 | 827.97 | 0.0 |
| SAFETY AWARDS & GIFTS | 203.52 | 0.0 | 207.03 | 0.0 |
| SALARIES - TRUCKING | 55,974.84 | 1.9 | 823,959.60 | 2.4 |
| SALARIES - TRUCKING VAN WIGG | 495,497.56 | 16.6 | 5,527,852.45 | 15.8 |
| SALARIES - TRUCKING FLAT WIG | 37,851.16 | 1.3 | 574,538.52 | 1.6 |
| SALARIES - TRUCKING POLE WIG | 5,418.00 | 0.2 | 96,389.40 | 0.3 |
| SALARIES - TRUCKING SAND WIG | 26,292.50 | 0.9 | 335,398.76 | 1.0 |
| SALARIES - TRUCKING SHAG WIG | 1,244.64 | 0.0 | 32,928.62 | 0.1 |
| Per diem | 1,079.34 | 0.0 | 13,124.71 | 0.0 |
| Per diem Van Wiggins | 149,060.85 | 5.0 | 1,640,112.93 | 4.7 |
| Per diem Flat Wiggins | 11,136.23 | 0.4 | 152,064.43 | 0.4 |
| Per diem Pole Wiggins | 2,037.00 | 0.1 | 32,509.00 | 0.1 |
| Per diem Sand Wiggins | 8,840.66 | 0.3 | 105,787.33 | 0.3 |
| Per diem Shag Wiggins | 115.08 | 0.0 | 10,300.16 | 0.0 |
| SCALES, TOLLS, PERMITS | 887.17 | 0.0 | 256,810.64 | 0.7 |
| SCALES & TOLLS VAN WIGGINS | 1,903.74 | 0.1 | 7,106.87 | 0.0 |
| SCALES & TOLLS FLAT WIGGINS | 29.50 | 0.0 | 54.50 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 44.25 | 0.0 | 162.25 | 0.0 |
| TAXES - PAYROLL | 61,179.57 | 2.1 | 727,360.94 | 2.1 |
| TAXES - FUEL | 0.00 | 0.0 | 16,889.19 | 0.0 |
| TAXES - TAGS & PERMITS | 0.00 | 0.0 | 5,412.71 | 0.0 |
| TAXES - TAGS & PERMITS VAN | 0.00 | 0.0 | 123.30 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 59.01 | 0.0 |
| TRAVEL | 6,294.04 | 0.2 | 101,346.46 | 0.3 |
| TRAVEL VAN WIGGINS | 0.00 | 0.0 | 97.03 | 0.0 |

| 01/21/2026 0808 | Income Statement | | | Page 3 |
|---|---|---|---|---|
| | Big Level Trucking, Inc. | | | |
| | For Period 11/01/2025 to 11/30/2025 | | | |

| | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| Total Cost of Sales | 3,770,476.81 | 126.6 | 46,187,761.39 | 131.8 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (319,493.45) | (10.7) | (3,824,813.88) | (10.9) |
| Lease Operators - Fuel | (431,885.46) | (14.5) | (4,847,193.84) | (13.8) |
| Driver/Per Diem Reimb | (90,515.16) | (3.0) | (1,094,309.33) | (3.1) |
| Lease Operator Workers Comp | (37,410.75) | (1.3) | (451,913.41) | (1.3) |
| Lease Operator FICA | (24,441.29) | (0.8) | (292,601.45) | (0.8) |
| Lease Operator Health Ins | (7,430.14) | (0.2) | (92,326.26) | (0.3) |
| Lease Operator FUTA SUTA | (527.19) | 0.0 | (6,310.98) | 0.0 |
| Lease Operator ELD | (3,455.88) | (0.1) | (42,204.48) | (0.1) |
| Lease Operator Camera | (3,459.60) | (0.1) | (42,249.70) | (0.1) |
| Lease Operator Phys Damage | (24,810.98) | (0.8) | (306,875.14) | (0.9) |
| Lease Operator Maint | (77,941.71) | (2.6) | (1,103,960.24) | (3.2) |
| Lease Operator Scale/Toll | (10,609.23) | (0.4) | (167,157.42) | (0.5) |
| Lease Operator Lumper | (3,876.72) | (0.1) | (12,438.44) | 0.0 |
| Total Lease Operators | (1,035,857.56) | (34.8) | (12,284,354.57) | (35.1) |
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 1,058.87 | 0.0 | 37,218.10 | 0.1 |
| AUTO ALLOWANCE | 0.00 | 0.0 | 3,040.38 | 0.0 |
| BANK CHARGES | 602.13 | 0.0 | 91,253.91 | 0.3 |
| CORP BILLING FEES | 27,000.00 | 0.9 | 323,281.04 | 0.9 |
| DONATIONS | 0.00 | 0.0 | 2,263.14 | 0.0 |
| DISCOUNTS/ADJUSTMENTS | 28,186.30 | 0.9 | 146,300.34 | 0.4 |
| RENTAL EXPENSE | (4,576.22) | (0.2) | (13,028.58) | 0.0 |
| Rental Expense -Tupelo | 2,500.00 | 0.1 | 24,507.19 | 0.1 |
| LEGAL & PROFESSIONAL | 37,043.56 | 1.2 | 114,063.62 | 0.3 |
| LEGAL & PROFESSIONAL/VAN | (118.26) | 0.0 | (1,551.37) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (497.73) | 0.0 |
| MEALS & ENTERTAINMENT | 434.36 | 0.0 | 30,177.19 | 0.1 |
| Meals & Entertainment Tupelo | 0.00 | 0.0 | 94.83 | 0.0 |
| MISCELLANEOUS EXPENSE | (3.09) | 0.0 | 39,787.97 | 0.1 |
| Misc Expense Tupelo | 0.00 | 0.0 | 1,333.98 | 0.0 |
| OFFICE SUPPLIES & EXPENSE | (7,834.61) | (0.3) | 1,028.24 | 0.0 |
| SIGNING BONUS | 0.00 | 0.0 | 31,200.00 | 0.1 |
| REFERRAL BONUS | 2,100.00 | 0.1 | 36,000.00 | 0.1 |
| SALARIES - MECHANICS | 36,846.55 | 1.2 | 404,259.30 | 1.2 |
| SALARIES - OFFICERS | 20,650.00 | 0.7 | 231,813.88 | 0.7 |
| SALARIES - OFFICE | 125,067.16 | 4.2 | 1,643,369.28 | 4.7 |
| 401K EMPLOYER EXPENSE | 0.00 | 0.0 | 125,300.61 | 0.4 |
| SMALL TOOLS | 0.00 | 0.0 | 10,990.64 | 0.0 |
| Shop Supplies | 0.00 | 0.0 | 1,518.92 | 0.0 |
| TAXES -LICENCES & OTHER | 0.00 | 0.0 | 134,858.00 | 0.4 |
| TAXES -LICENSES & OTHER VAN | 0.00 | 0.0 | 10.00 | 0.0 |
| TELEPHONE & COMMUNICATIONS | 2,720.13 | 0.1 | 21,065.44 | 0.1 |
| IT / Computer | (27,746.06) | (0.9) | 196,045.77 | 0.6 |
| WRITE OFF | 0.00 | 0.0 | 9,056.13 | 0.0 |
| UNIFORMS | 0.00 | 0.0 | 15,686.32 | 0.0 |
| UTILITIES | (4,391.99) | (0.1) | 27,525.36 | 0.1 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 1,875.57 | 0.0 |
| Total Expenses | 239,485.88 | 8.0 | 3,689,847.47 | 10.5 |
| Total Expenses | 2,974,105.13 | 99.8 | 37,593,254.29 | 107.3 |
| Income from Operations | 5,262.65 | 0.2 | (2,558,988.14) | (7.3) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 170,005.00 | 0.5 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 170,005.00 | 0.5 |
| **Other Expenses and Losses** | | | | |

01/21/2026 0808                                  **Income Statement**                                                Page 4
                                                 Big Level Trucking, Inc.
                                            For Period 11/01/2025 to 11/30/2025

|                                  | Current Period |       | Year To Date   |       |
| -------------------------------- | -------------: | ----: | -------------: | ----: |
| Total Other Expenses and Losses  |           0.00 |   0.0 |           0.00 |   0.0 |
| Income before Taxes              |       5,262.65 |   0.2 |   (2,388,983.14) |  (6.8) |
| **Income Tax Expense**           |                |       |                |       |
| Total Income Tax Expense         |           0.00 |   0.0 |           0.00 |   0.0 |
| Net Income (Loss)                |      $5,262.65 | 0.2 % |  ($2,388,983.14) | (6.8)% |