

SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 27, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BIG LEVEL TRUCKING, INC. | CHAPTER 11 |
| | Debtor | CASE NO. 25-51204-KMS |

### AGREED ORDER

THIS CAUSE having come on for consideration of the *Motion of Crossroads Equipment Lease and Finance, LLC's for Relief from Stay to Recover Equipment* (the "Motion") **[DK #108]** filed herein by Crossroads Equipment Lease and Finance, LLC ("Crossroads"), and the *Answer and Response* **[DK #161]** thereto filed by Big Level Trucking, Inc. (the "Debtor"), the Court having been advised that the parties have reached an agreement with respect to the Motion and with respect to the treatment of the Crossroads secured claim, the Court is of the opinion that the agreement should be memorialized in this Agreed Order. The Court does hereby order, adjudicate and find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. The Court jurisdiction of the subject matter herein and the parties hereto. This is a core proceeding.

3. Crossroads has a duly perfected first consensual lien in and to the following collateral:

-2-

| Condition | Year | Make | Model | VIN |
|---|---|---|---|---|
| New | 2024 | International | LT625 | 3HSDZAPR5RN479500 |
| New | 2024 | International | LT625 | 3HSDZAPR5RN479501 |
| New | 2024 | International | LT625 | 3HSDZAPR5RN479502 |

4. Crossroads has an allowed, secured claim in this Chapter 11 case for $200,000.

5. In order to pay this $200,000 claim, the Debtor has agreed to pay the claim in equal monthly installments of principal and interest over a sixty (60) month period, with the $200,000 allowed secured claim bearing interest at the rate of 4.5% per annum.

6. Beginning February 1, 2026, the Debtor shall pay interest only on the $200,000 allowed secured claim at 4.5% for seventy-five (75) days. Thereafter, the "full" payment of principal and interest shall be paid every thirty (30) days (beginning on the seventy-sixth (76th) day after February 1, 2026) for a period of sixty (60) months in order to fully amortize and pay the secured claim of $200,000 that will bear interest at 4.5%.

7. The remaining claims of Crossroads shall be unsecured.

8. The Debtor shall maintain insurance coverage on the collateral described in Paragraph 3 above, with Crossroads noted as the loss payee. The Debtor shall also properly maintain the collateral described above in good working order. Otherwise, the remaining terms, conditions and provisions of the contractual agreement entered into by and between Crossroads and the Debtor shall remain in full force and effect except as modified by this Agreed Order.

9. In the event the Debtor fails to make any payment on a timely basis, Crossroads shall provide the Debtor and Debtor's counsel with notice of the default and opportunity to cure within seven (7) days from the date of the notice which shall be sent by electronic mail. In the event the Debtor fails to cure the default within the seven (7) day "cure" period, the automatic stay provisions

of 11 U.S.C. § 362 shall lift and terminate so as to allow Crossroads to exercise its contractual and state law remedies.

10. Accordingly, the Court finds that the agreement of the parties is fair, reasonable and appropriate under the circumstances and directs the Debtor to abide by, and comply with, the terms and conditions of this Agreed Order.

## END OF ORDER ##

APPROVED AND AGREED:

_____
Craig M. Geno
Counsel for Big Level Trucking, Inc.

_____
William P. Wessler
James Haney
Counsel for Crossroads Equipment Lease and Finance, LLC

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\AO - Crossroad's Mot for Relief 1-21-26.wpd