SO ORDERED,



**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 28, 2026

___

The Order of the Court is set forth below. The docket reflects the date entered.

___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BIG LEVEL TRUCKING, INC. | CHAPTER 11 |
| | Debtor | CASE NO. 25-51204-KMS |

### AGREED ORDER

THIS CAUSE having come on for hearing on the *Motion for Relief from the Automatic Stay or, in the Alternative, for the Grant of Adequate Protection* (the "Motion") **[DK #243]** filed herein by XTRA Lease, LLC ("XTRA"), and the *Answer and Response* **[DK #273]** thereto filed by Big Level Trucking, Inc. (the "Debtor"), the Court having heard and considered the Motion, does hereby order, adjudicate and find as follows, to-wit:

1. The Motion is hereby overruled as stated at the hearing on the Motion.

2. The Court's bench opinion rendered in open court on January 13, 2025, is incorporated herein by reference.

## # # END OF ORDER # #

APPROVED AND AGREED:

_/s/ Craig M. Geno_
Craig M. Geno
Counsel for Big Level Trucking, Inc.


/s/ Thomas M. Hewitt   [WITH PERMISSION]
Thomas M. Hewitt
Counsel for XTRA Lease, LLC

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\AO - XTRA Lease's Mot for Relief 1-27-26.wpd