United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51204-KMS
Big Level Trucking, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jan 27, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

**Recip ID    Recipient Name and Address**
dbpos    + Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

**Name    Email Address**

Abigail M. Marbury
    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
    on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
    on behalf of Creditor Banc of America Leasing & Capital LLC asmith@bakerdonelson.com

Alan Lee Smith
    on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Alan Lee Smith
    on behalf of Creditor Wells Fargo Equipment Finance Inc. asmith@bakerdonelson.com

Andrew R. Wilson
    on behalf of Creditor VanPete LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Andrew R. Wilson
    on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com

Chad J. Hammons
    on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
    on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
    on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray
    on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus
    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank emcmanus@watkinseager.com, scook@watkinseager.com

James Haney
    on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com

James A. McCullough, II
    on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com

Jim F. Spencer, Jr.
    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com, mryan@watkinseager.com

Joe Stevens
    on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
    on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
    on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
    on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
    on behalf of Creditor Chuck Evans mmcdade@balch.com bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy
    on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
    on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
    on behalf of Creditor Midland States Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
    on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
    on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson
    on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
    on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas M Hewitt
    on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

William P. Wessler
    on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

District/off: 0538-6     User: mssbad     Page 3 of 3
Date Rcvd: Jan 27, 2026     Form ID: pdf012     Total Noticed: 1

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com sberry@burr.com;cbankston@burr.com;cmccann@burr.com

on behalf of Creditor PNC Bank National Association wlee@burr.com, sberry@burr.com;cbankston@burr.com;cmccann@burr.com

TOTAL: 32



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 27, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BIG LEVEL TRUCKING, INC.<br>Debtor | CHAPTER 11<br>CASE NO. 25-51204-KMS |

### AGREED ORDER

THIS CAUSE having come on for consideration of the *Motion of Crossroads Equipment Lease and Finance, LLC's for Relief from Stay to Recover Equipment* (the "Motion") **[DK #108]** filed herein by Crossroads Equipment Lease and Finance, LLC ("Crossroads"), and the *Answer and Response* **[DK #161]** thereto filed by Big Level Trucking, Inc. (the "Debtor"), the Court having been advised that the parties have reached an agreement with respect to the Motion and with respect to the treatment of the Crossroads secured claim, the Court is of the opinion that the agreement should be memorialized in this Agreed Order. The Court does hereby order, adjudicate and find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. The Court jurisdiction of the subject matter herein and the parties hereto. This is a core proceeding.

3. Crossroads has a duly perfected first consensual lien in and to the following collateral:

| Condition | Year | Make | Model | VIN |
|---|---|---|---|---|
| New | 2024 | International | LT625 | 3HSDZAPR5RN479500 |
| New | 2024 | International | LT625 | 3HSDZAPR5RN479501 |
| New | 2024 | International | LT625 | 3HSDZAPR5RN479502 |

4. Crossroads has an allowed, secured claim in this Chapter 11 case for $200,000.

5. In order to pay this $200,000 claim, the Debtor has agreed to pay the claim in equal monthly installments of principal and interest over a sixty (60) month period, with the $200,000 allowed secured claim bearing interest at the rate of 4.5% per annum.

6. Beginning February 1, 2026, the Debtor shall pay interest only on the $200,000 allowed secured claim at 4.5% for seventy-five (75) days. Thereafter, the "full" payment of principal and interest shall be paid every thirty (30) days (beginning on the seventy-sixth (76th) day after February 1, 2026) for a period of sixty (60) months in order to fully amortize and pay the secured claim of $200,000 that will bear interest at 4.5%.

7. The remaining claims of Crossroads shall be unsecured.

8. The Debtor shall maintain insurance coverage on the collateral described in Paragraph 3 above, with Crossroads noted as the loss payee. The Debtor shall also properly maintain the collateral described above in good working order. Otherwise, the remaining terms, conditions and provisions of the contractual agreement entered into by and between Crossroads and the Debtor shall remain in full force and effect except as modified by this Agreed Order.

9. In the event the Debtor fails to make any payment on a timely basis, Crossroads shall provide the Debtor and Debtor's counsel with notice of the default and opportunity to cure within seven (7) days from the date of the notice which shall be sent by electronic mail. In the event the Debtor fails to cure the default within the seven (7) day "cure" period, the automatic stay provisions

of 11 U.S.C. § 362 shall lift and terminate so as to allow Crossroads to exercise its contractual and state law remedies.

10. Accordingly, the Court finds that the agreement of the parties is fair, reasonable and appropriate under the circumstances and directs the Debtor to abide by, and comply with, the terms and conditions of this Agreed Order.

## END OF ORDER ##

APPROVED AND AGREED:

_____
Craig M. Geno
Counsel for Big Level Trucking, Inc.

_____
William P. Wessler
James Haney
Counsel for Crossroads Equipment Lease and Finance, LLC

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\AO - Crossroad's Mot for Relief 1-21-26.wpd