**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**BIG LEVEL TRUCKING, INC.**                Case No. 25-51204-KMS
                                             Chapter 11
        **Debtor.**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that T. Jack Schultz, of the law firm of Burr & Forman LLP, and files this Notice of Appearance and Request for Notices as counsel for PNC Equipment Finance in the above-referenced matter.

Counsel respectfully requests, pursuant to Bankruptcy Rules 2002 and 9010(b), that copies of all notices, pleadings, and other papers in this case for which service is required under Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure be served upon him as counsel for PNC Equipment Finance may be made and directed as follows:

> T. Jack Schultz
> BURR & FORMAN LLP
> 190 E. Capitol Street, Suite M-100
> Jackson, MS  39201
> Telephone:  (601) 355-3434
> Facsimile:  (601) 355-5150
> Email: jschultz@burr.com

65362762 v1

**RESPECTFULLY SUBMITTED,** this the 30th day of January, 2026.

>                                          */s/ T. Jack Schultz*
>                                          T. Jack Schultz (MSB #106153)
>                                          Attorney for PNC Equipment Finance

**OF COUNSEL:**

BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
jschultz@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on the following, this the 30th day of January 2026:

Craig M. Geno
Christopher J. Steiskal, Sr.
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS  39157
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

Abigail M. Marbury
Office of the U.S. Trustee
501 E. Court Street, Suite 6-430
Jackson, MS  39201-5002
abigail.m.marbury@usdoj.gov

*/s/ T. Jack Schultz*
OF COUNSEL