IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BIG LEVEL TRUCKING, INC. | CHAPTER 11 |
| | Debtor | CASE NO. 25-51204-KMS |

### NOTICE OF ACCESSING DEBTOR-IN-POSSESSION LOAN FUNDS

COMES NOW Big Level Trucking, Inc. (the "Debtor"), and files this its *Notice of Accessing Debtor-in-Possession Loan Funds* (the "Notice"), and in support thereof, would respectfully show as follows, to-wit:

1. The Court has previously entered its *Order* **[DK #274]** authorizing and approving the Debtor to enter into debtor-in-possession financing with certain of its equity security holders.

2. The Court has directed the Debtor to provide notice to creditors and parties-in-interest, by a pleading placed upon the docket, of any use of, and access to, the debtor-in-possession funds.

3. The Debtor-in-Possession (like every other trucking firm in the country) has suffered from the ongoing weather issues, ice storms and what will probably be the upcoming "boom cyclone." Revenues are down approximately $205,000 (-26%) from the Court-approved budget.

4. As a result, the Debtor-in-Possession was forced to access and use certain of the funds from the debtor-in-possession loan as follows:

| Use | Amount |
|---|---|
| IFTA | $18,205.61 (quarterly payment for 4th quarter of 2025) |
| SUTA | $1,850.38 (quarterly payment for 4th quarter of 2025) |
| FUTA | $8,863.66 (quarterly payment for 4th quarter of 2025) |
| Insurance | $100,000 (weekly) |
| UHC Insurance | $16,046.93 (weekly) |
| TOTAL | $144,966.58 |

5. Debtor provides this Notice to creditors of the access of the debtor-in-possession loan funds.

THIS, the 30th day of January, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Notice of Accessing DIP Loan Funds 1-30-26.wpd

-3-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or electronic filing transmission, a true and correct copy of the above and foregoing pleading to the following:

Abigail M. Marbury, Esq.
Assistant U.S. Trustee
abigail.m.marbury@usdoj.gov

THIS, the 30th day of January, 2026.

_____
Craig M. Geno