# CERTIFICATE OF TITLE

**EXHIBIT "C"**

Form # 79-001

# STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24881A667704 | UTIL | 2001 | N/A | FB | MS0148603904 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/07/2019 | | | USED | TT | EXEMPT |

OWNER(S)

BIG LEVEL TRUCKING INC
PO BOX 306
WIGGINS MS 39577-0306

BRANDS

1ST LIENHOLDER

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 11/30/2018

2ND LIENHOLDER

DATE:

MAIL TO

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M37-1



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

| 1ST LIEN | _____ | BY | _____ |
|---|---|---|---|
| | (LIENHOLDER) | | (SIGNATURE AND TITLE) |
| THIS _____ | DAY OF _____ 20 ___ | | |

| 2ND LIEN | _____ | BY | _____ |
|---|---|---|---|
| | (LIENHOLDER) | | (SIGNATURE AND TITLE) |
| THIS _____ | DAY OF _____ 20 ___ | | |

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 7TH DAY OF JANUARY , 20 19



The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 00997549

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24813A997705 | UTIL | 2003 | N/A | FB | MS0815277056 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/11/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M36-2



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 11TH DAY OF FEBRUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01076971

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

09540970

## VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

# CERTIFICATE OF TITLE

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS248X3A997704 | UTIL | 2003 | N/A | FB | MS1202824192 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/08/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING, INC.
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M23-2

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____    **BY** _____
       (LIENHOLDER)             (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

**2ND LIEN** _____    **BY** _____
       (LIENHOLDER)             (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **8TH**    DAY OF **FEBRUARY**    20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 01024759

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

CERTIFICATE OF TITLE

Form # 79-001

# STATE OF MISSISSIPPI

## ORIGINAL

TITLE TEXT
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYFS24843A997701 | UTIL | 2003 | FLT | FB | MS0501695488 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/20/2018 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 11/30/2018

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M31-4

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

| 1ST LIEN _____ | | BY _____ |
|---|---|---|
| | (LIENHOLDER) | (SIGNATURE AND TITLE) |

THIS _____ DAY OF _____ 20 _____

| 2ND LIEN _____ | | BY _____ |
|---|---|---|
| | (LIENHOLDER) | (SIGNATURE AND TITLE) |

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 20TH DAY OF DECEMBER 20 18

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 00973644

MISSISSIPPI DEPARTMENT OF REVENUE

Herb Frierson

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24863A997702 | UTIL | 2003 | N/A | FB | MS0317727744 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/23/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

M35-8



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                                                  (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
(LIENHOLDER)                                                  (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 23RD   DAY OF JANUARY   20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01036014

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| UNG238105 | UNKT | 1967 | UNG | UT | MS0020771840 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 07/09/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 05/29/2019

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M33-2



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                                   (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                                   (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 9TH DAY OF JULY 20 19



The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER
O 01484155

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

## CERTIFICATE OF TITLE

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1916245 | BUTL | 1972 | IDE | TN | MS0487302144 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/16/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

M33-3

**LIEN SATISFACTION:** THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 16TH DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

**CONTROL NUMBER**

O 01021789

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3416245 | BUTL | 1974 | IDE | TN | MS1217280000 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/25/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M41-7

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 25TH DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 01043864

**MISSISSIPPI DEPARTMENT OF REVENUE**

Herb Frierson

005409 10

VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 5385345 | BUIC | 1975 | 538 | UT | MS0567075840 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/07/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M39-7

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____   BY _____
                (LIENHOLDER)                   (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____   BY _____
                (LIENHOLDER)                   (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **7TH** DAY OF **FEBRUARY** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 010721482

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

## CERTIFICATE OF TITLE

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| OMZ803601 | FRUE | 1978 | CMZ | UT | MS0579396608 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/31/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M32-2

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 31ST DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O O1057453

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*


VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | |
|---|---|---|---|---|---|---|
| 2169B45 | BUIC | 1979 | 102 | UT | MS0829244416 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/17/2018 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M35-5

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
            (LIENHOLDER)                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____  BY _____
            (LIENHOLDER)                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 17TH  DAY OF DECEMBER  20 18

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 00363819

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*



VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 2163B45 | BUIC | 1979 | 102 | UT | MS1171801088 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/30/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE:  11/30/2018

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M36-4

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ / _____  BY _____
　　　　　　　　　　　　(LIENHOLDER)　　　　　　　　　　　　　　　　(SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ / _____  BY _____
　　　　　　　　　　　　(LIENHOLDER)　　　　　　　　　　　　　　　　(SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **30TH** DAY OF **JANUARY** 20 **19**



The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue, This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 01052636

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*



VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 8760745 | BUIC | 1979 | 102 | UT | MS2142905344 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/11/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M41-1

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 11TH DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 01012549

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

00540910

**VOID IF ALTERED**

Form # 79-001

# STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1P924SS27MA003202 | PALW | 1991 | TA2 | DT | MS2114954240 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/23/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M35-24

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                     (LIENHOLDER)                                        (SIGNATURE AND TITLE)

THIS _____  DAY OF _____ 20 _____

2ND LIEN _____  BY _____
                     (LIENHOLDER)                                        (SIGNATURE AND TITLE)

THIS _____  DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **23RD**  DAY OF **JANUARY**  20 **19**



The Mississippi Department of Revenue hereby certifies that on
application duly made, the person named herein is registered by
this office as the lawful owner of the vehicle described subject to
the liens or security interests as may subsequently be filed with the
Mississippi Department of Revenue. This certificate of title is
issued pursuant to the Mississippi Motor Vehicle Title Law Section
63-21-1, Mississippi Code of 1972. and subject to the provisions
thereof.

CONTROL NUMBER

O 04036030

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

VOID IF ALTERED

**CERTIFICATE OF TITLE**

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1MT2N5022VH010912 | MERI | 1997 | TRL | LS | MS0716768256 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/21/2018 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M19-1



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 21ST DAY OF DECEMBER 20 18

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 00974960

MISSISSIPPI DEPARTMENT OF REVENUE

Herb Frierson

0015409N

**VOID IF ALTERED**

Form # 79-001

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1XP5DB9X0YN518760 | PTRB | 2000 | 379 | DS | MS0683381760 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 03/26/2019 | | 6 | USED | TK | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 02/22/2019

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M44-7



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
              (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
              (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE **26TH** DAY OF **MARCH** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01200373

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24861A667703 | UTIL | 2001 | N/A | FB | MS0017802240 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/23/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING, INC.
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M35-2

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                         (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____  BY _____
                         (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 23RD        DAY OF JANUARY        20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01036008

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

**VOID IF ALTERED**

Form # 79-001

# STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24883A149501 | UTIL | 2003 | N/A | FB | MS0215939072 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/17/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M40-4



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE **17TH** DAY OF **JANUARY** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01026640

**MISSISSIPPI DEPARTMENT OF REVENUE**

Herb Frierson

9954090

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS248X3A149502 | UTIL | 2003 | N/A | FB | MS1497998336 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/24/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M36-4

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
(LIENHOLDER)                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

**2ND LIEN** _____ **BY** _____
(LIENHOLDER)                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **24TH** DAY OF **JANUARY** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**

O 0103984 5

**MISSISSIPPI DEPARTMENT OF REVENUE**

Herb Frierson

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24811A667706 | UTIL | 2001 | N/A | FB | MS1391469568 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/23/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING, INC.
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 11/30/2018

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M35-4

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE 23RD DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 010360 10

MISSISSIPPI DEPARTMENT OF REVENUE

Herb Frierson

**VOID IF ALTERED**

**CERTIFICATE OF TITLE**

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24833A149504 | UTIL | 2003 | N/A | FB | MS0615990272 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/23/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M35-11

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                                    (LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
                                    (LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE **23RD** DAY OF **JANUARY** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 010360 A?

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24893A149507 | UTIL | 2003 | N/A | FB | MS0252494848 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/03/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 11/30/2018

**2ND LIENHOLDER**

DATE:

**MAIL TO**

T2

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 3RD DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972; and subject to the provisions thereof.

CONTROL NUMBER

O 00989772

MISSISSIPPI DEPARTMENT OF REVENUE

99540900

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24873A149506 | UTIL | 2003 | N/A | FB | MS0494085120 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/07/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M37-3



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
(LIENHOLDER)                                (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

**2ND LIEN** _____ **BY** _____
(LIENHOLDER)                                (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE 7TH DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 00797551

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24833A997706 | UTIL | 2003 | N/A | FB | MS2093655040 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/29/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING, INC.
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 11/30/2018

**2ND LIENHOLDER**

DATE:

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M35-24



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
          (LIENHOLDER)          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
          (LIENHOLDER)          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 29TH DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972; and subject to the provisions thereof.

CONTROL NUMBER

O 01051321

**MISSISSIPPI DEPARTMENT OF REVENUE**

Herb Frierson

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS24883A997703 | UTIL | 2003 | N/A | FB | MS1138861056 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/28/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M40-2

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                         (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                         (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 28TH DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972; and subject to the provisions thereof.

CONTROL NUMBER

O 0104238

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| | | | | | | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| **VEHICLE IDENTIFICATION NUMBER** | **MAKE** | **YEAR** | **MODEL** | **BODY** | **TITLE NUMBER** | |
| 1UYFS24853A149505 | HKEG | 2003 | N/A | UT | MS1509925888 | |

| **TITLE DATE** | **DATE OF FIRST SALE FOR USE NEW ONLY** | **NO. CYL** | **NEW/USED** | **TYPE OF VEHICLE** | **ODOMETER - NO TENTHS** |
|---|---|---|---|---|---|
| 01/30/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

M36-8



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
(LIENHOLDER)                                             (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

**2ND LIEN** _____ **BY** _____
(LIENHOLDER)                                             (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE **30TH** DAY OF **JANUARY** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

**CONTROL NUMBER**

O 01052640

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1XP5DB9X51N565952 | PTRB | 2001 | 379 | DS | MS0572855296 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/08/2019 | | 6 | USED | TK | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING, INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:**  03/07/2019

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

M47-9

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____   BY _____
                        (LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____   BY _____
                        (LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 8TH   DAY OF APRIL   20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered to this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 01225408

**MISSISSIPPI DEPARTMENT OF REVENUE**



VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1XP5DB9X63N592404 | PTRB | 2003 | 379 | DS | MS0287355904 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/08/2019 | | 6 | USED | TK | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING, INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 03/07/2019

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M47-6

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 8TH DAY OF APRIL 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01225405

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

VOID IF ALTERED

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 5JYKB43272P030616 | PITT | 2003 | KB4 | UT | MS0683959296 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/31/2019 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M32-5

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                         (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                         (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 31ST DAY OF JANUARY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972; and subject to the provisions thereof.

CONTROL NUMBER

O 01057156

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1J9Y145B640003500 | EVAN | 2004 | D45 | UT | MS1871193088 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/29/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 11/30/2018

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M35-7

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
             (LIENHOLDER)                                    (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

**2ND LIEN** _____ **BY** _____
             (LIENHOLDER)                                    (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE 29TH   DAY OF JANUARY   20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01051304

**MISSISSIPPI DEPARTMENT OF REVENUE**

Herb Frierson

**VOID IF ALTERED**

Form # 79-001

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1XP5DB9X13N596408 | PTRB | 2003 | 379 | DS | MS1668101120 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/08/2019 | | 6 | USED | TK | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING, INC
PO BOX 306
WIGGINS MS 39577-0306

**BRANDS**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 03/07/2019

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M47-8



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE **8TH** DAY OF **APRIL** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01225407

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

**VOID IF ALTERED**

Form # 79-001

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1GRDM022X1M034306 | GDAN | 2001 | FLAT BED | FB | MS0122917888 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 03/26/2019 | | | USED | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

**BRANDS**

**1ST LIENHOLDER**

**DATE:**

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BIG LEVEL TRUCKING INC
67 C G EVANS RD
WIGGINS MS 39577-8118

MS2-3



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
            (LIENHOLDER)                                    (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20_____

**2ND LIEN** _____ **BY** _____
            (LIENHOLDER)                                    (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **26TH** DAY OF **MARCH** 20 **19**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 01200403

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Herb Frierson*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI    ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| MS03HM00900002831 | HMDE | 2003 | 000 | GT | MS1634373888 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/05/2022 | | | USED | TT | |

ODOMETER - NO TENTHS: EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE:  07/26/2022

**2ND LIENHOLDER**

DATE:

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

M33-2



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____   BY _____
                          (LIENHOLDER)                                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____   BY _____
                          (LIENHOLDER)                                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 5TH  DAY OF AUGUST  20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04114086

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2486HA817402 | UNKT | 2017 | FLA | TF | MS0017535232 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/03/2022 | 02/18/2016 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 07/18/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M37-1



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 3RD DAY OF AUGUST 20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04608006

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2484HA817401 | UTIL | 2017 | FLA | CT | MS0184979712 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/03/2022 | 02/18/2016 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 07/18/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M37-8

BANK OF WIGGINS
PO BOX 67
WIGGINS   MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
         (LIENHOLDER)        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
         (LIENHOLDER)        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **3RD** DAY OF **AUGUST** 20**22**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 04107999

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2489HA817409 | UTIL | 2017 | FLA | CT | MS1087344896 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/03/2022 | 02/18/2016 | | NEW | TT | |

ODOMETER - NO TENTHS
EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 07/18/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

M37-16

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS



THE 3RD DAY OF AUGUST 20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04107991

MISSISSIPPI DEPARTMENT OF REVENUE



**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS248XHA817404 | UTIL | 2017 | FLA | CT | MS1268093184 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/03/2022 | 02/18/2016 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 07/18/2022

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M37-11

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **3RD** DAY OF **AUGUST** 20 **22**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04107996

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2487HA817408 | UTIL | 2017 | FLA | TF | MS0376377600 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/03/2022 | 02/18/2016 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKIN INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 07/18/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M37-3

---

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

 THE **3RD** DAY OF **AUGUST** 20 **22**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04108004

MISSISSIPPI DEPARTMENT OF REVENUE

*Chris Graham*


VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2489HA817412 | UTIL | 2017 | FLA | UT | MS2032685312 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/03/2022 | 02/18/2016 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BENEFICIARY**

**BRANDS**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 07/18/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M37-10

BANK OF WIGGINS
PO BOX 67
WIGGINS   MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                    (LIENHOLDER)                                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

2ND LIEN _____  BY _____
                    (LIENHOLDER)                                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 3RD   DAY OF AUGUST   20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04307997

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

58148300

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYTS2538RA221702 | UTIL | 1994 | TRL | UT | MS0726074624 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 06/28/2023 | | | USED | TT | |

ODOMETER - NO TENTHS

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 06/13/2023

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M31-3

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                              (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                              (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 28TH DAY OF JUNE 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04809855

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form #: 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

58148300

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 4WWBGB0B9WN602052 | WILK | 1998 | ID | UT | MS0162833664 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/30/2023 | | | USED | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 06/13/2023

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M27-3

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                (LIENHOLDER)                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
                (LIENHOLDER)                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 30TH DAY OF AUGUST 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04957306

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

CERTIFICATE OF TITLE

Form # 79-001

58148300

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2536K3498125 | UTIL | 2019 | VS2DX | VA | MS0281814272 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/07/2023 | 07/02/2018 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
BANK OF WIGGINS
PO BOX 7
WIGGINS MS 39577-0007

**DATE:** 06/13/2023

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

ǁ�devǁᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵ     T2

BANK OF WIGGINS
PO BOX 7
WIGGINS MS 39577-0007



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                    (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____  BY _____
                    (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **7TH** DAY OF **AUGUST** 20 **23**

The Mississippi Department of Revenue hereby certifies that on application made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04899147

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

**5-8148300**

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2534GP441213 | UTIL | 2016 | 2DX | UT | MS1142859008 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/31/2023 | 06/09/2015 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 06/13/2023

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M30-1

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **31ST** DAY OF **AUGUST** 20 **23**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04959620

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-004

58148700

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2532GP441212 | UTIL | 2016 | 2DX | UT | MS1777804544 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/15/2023 | 06/09/2015 | | NEW | TT | EXEMPT |

OWNER(S)

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

BENEFICIARY

BRANDS

1ST LIENHOLDER

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 06/13/2023

2ND LIENHOLDER

DATE:

MAIL TO

M36-2

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 15TH DAY OF AUGUST 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 04921394

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form #: 79-001

58148300

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2539GP441210 | UTIL | 2016 | VS2 | UT | MS0392037632 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 06/28/2023 | 06/09/2015 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 06/13/2023

**2ND LIENHOLDER**

DATE:

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M31-S



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
(LIENHOLDER)                                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 28TH DAY OF JUNE 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04809853

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

5 8|4|8300

| | | | | | | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | |
| 1UYVS2532GP441209 | UTIL | 2016 | VS2 | UT | MS1016358144 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/29/2023 | 06/09/2015 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC.
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE:  06/13/2023

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M33-4

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
　　　　　　　　　　(LIENHOLDER)　　　　　　　　　　　　　　(SIGNATURE AND TITLE)

THIS _____ DAY OF_____ 20_____

2ND LIEN _____  BY _____
　　　　　　　　　　(LIENHOLDER)　　　　　　　　　　　　　　(SIGNATURE AND TITLE)

THIS _____ DAY OF_____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 29TH  DAY OF AUGUST  20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 04952540

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

S8148300

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2485H5074207 | UTIL | 2017 | FLA | UT | MS1923629824 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 09/13/2024 | 06/27/2017 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BENEFICIARY**

**BRANDS**

☐ **Fully Autonomous Vehicle**

DATE: 06/18/2024

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**2ND LIENHOLDER**

DATE:

**MAIL TO**

M29-6

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                        (LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
                        (LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **13TH** DAY OF **SEPTEMBER** 20**24**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 05367436

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

5 8 1 4 8 3 0 0

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2487H5074208 | UTIL | 2017 | FLA | TN | MS0850363136 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 09/16/2024 | 06/27/2017 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 06/18/2024

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M36-2

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                        (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____  BY _____
                        (LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 16TH DAY OF SEPTEMBER 20 24



The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 05271022

MISSISSIPPI DEPARTMENT OF REVENUE

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

5814830

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2489H5074209 | UTIL | 2017 | FLA | UT | MS0715670272 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 09/13/2024 | 06/27/2017 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**DATE:** 06/18/2024

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

M29-14

BANK OF WIGGINS
PO BOX 67
WIGGINS  MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 13TH DAY OF SEPTEMBER 20 24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 05767626

**MISSISSIPPI DEPARTMENT OF REVENUE**

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

**STATE OF MISSISSIPPI**  **ORIGINAL**

5 8 1 4 8 3 0 0

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2487H5074211 | UTIL | 2017 | FLA | TF | MS1870406400 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 10/14/2024 | 06/27/2017 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BENEFICIARY**

**BRANDS**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 06/18/2024

**2ND LIENHOLDER**

DATE:

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS   MS 39577-0067

M64-2



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
(LIENHOLDER)                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____  BY _____
(LIENHOLDER)                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

 IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **14TH** DAY OF **OCTOBER** 20 **24**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 0 5 8 3 7 3 1 2

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

Form # 79-001

**58148300**

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2489H5074212 | UTIL | 2017 | FLA | UT | MS0802192640 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/05/2024 | 06/27/2017 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**2ND LIENHOLDER**

**BRANDS**

☐ **Fully Autonomous Vehicle**

DATE: 06/18/2024

DATE:

**MAIL TO**

M29-3

BANK OF WIGGINS
PO BOX 67
WIGGINS   MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                    (LIENHOLDER)                                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____  BY _____
                    (LIENHOLDER)                                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **5TH** DAY OF **AUGUST** 20 **24**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 0568300 5

MISSISSIPPI DEPARTMENT OF REVENUE



**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

### ORIGINAL

58148300

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2531J3408703 | UTIL | 2018 | DRY VAN | VA | MS0729580288 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 09/13/2024 | 09/19/2017 | | NEW | PT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 06/21/2024

**2ND LIENHOLDER**

DATE:

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

M29-4



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 13TH DAY OF SEPTEMBER 20 24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 05767436

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

S848300

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2533J3408704 | UTIL | 2018 | DRY VAN | VA | MS1404075264 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/05/2024 | 09/19/2017 | | NEW | PT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**2ND LIENHOLDER**

**MAIL TO**

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

**BRANDS**

☐ **Fully Autonomous Vehicle**

**DATE:** 06/21/2024

**DATE:**

M29-2



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 5TH    DAY OF AUGUST    20 24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 05683006

MISSISSIPPI DEPARTMENT OF REVENUE

## VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

**58148300**

## STATE OF MISSISSIPPI

## ORIGINAL

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
| 1UYVS2535J3408705 | UTIL | 2018 | DRY VAN | VA | MS0571540224 |

TITLE TEXT (E.G. UNIT #)

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 09/13/2024 | 09/19/2017 | | NEW | PT | EXEMPT |

OWNER(S)

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

BENEFICIARY

BRANDS

☐ **Fully Autonomous Vehicle**

1ST LIENHOLDER

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

DATE: 06/21/2024

2ND LIENHOLDER

DATE:

MAIL TO

M29-15

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **13TH** DAY OF **SEPTEMBER** 20**24**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

○ 0576?425

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

5887130

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2538L3845908 | UTIL | 2020 | VS2DX | VA | MS0509315840 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

DATE:  03/24/2025

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-7

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236757

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

58 11200

## STATE OF MISSISSIPPI

## ORIGINAL

| | | | | | | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|

**VEHICLE IDENTIFICATION NUMBER**
1UYVS2536L3845907

| MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|
| UTIL | 2020 | VS2DX | VA | MS1251363584 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:**   03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M29-2

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____   BY _____
(LIENHOLDER)                                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

**2ND LIEN** _____   BY _____
(LIENHOLDER)                                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20 _____

**IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS**

**THE 15TH      DAY OF APRIL      20 25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**

O 0626?62

**MISSISSIPPI DEPARTMENT OF REVENUE**



VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

5 88 7130D

## STATE OF MISSISSIPPI

### ORIGINAL

**TITLE TEXT**
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2534L3845906 | UTIL | 2020 | VS2DX | VA | MS1989561088 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

DATE: 03/24/2025

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-14

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
              (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
              (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20**25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236750

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

5887130U

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2532L3845905 | UTIL | 2020 | VS2DX | VA | MS1788234496 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M29-13

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ BY _____
(LIENHOLDER)                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20_____

**2ND LIEN** _____ BY _____
(LIENHOLDER)                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

**THE 15TH DAY OF APRIL 20 25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236751

MISSISSIPPI DEPARTMENT OF REVENUE

*Chris Graham*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

58871300

## STATE OF MISSISSIPPI

**ORIGINAL**

**TITLE TEXT** (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2530L3845904 | UTIL | 2020 | VS2DX | VA | MS1356827392 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE |
|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT |

**ODOMETER - NO TENTHS**

EXEMPT

**OWNER(S)**
BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**
BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M29-11

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20___

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236753

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

58871300

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2539L3845903 | UTIL | 2020 | VS2DX | VA | MS2027916032 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

DATE:   03/24/2025

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-5

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____   BY _____
(LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____   BY _____
(LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236759

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

5887130

## STATE OF MISSISSIPPI

### ORIGINAL

TITLE TEXT
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2537L3845902 | UTIL | 2020 | VS2DX | VA | MS0954174208 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

DATE: 03/24/2025

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-8

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)           (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20___

2ND LIEN _____ BY _____
(LIENHOLDER)           (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 06 236 756

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

58871300

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2535L3845901 | UTIL | 2020 | VS2DX | VA | MS0283085568 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

DATE:   03/24/2025

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-16

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____     BY _____
                              (LIENHOLDER)                                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____     BY _____
                              (LIENHOLDER)                                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH**   DAY OF **APRIL**   20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236748

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # Z9-001

588 7130

## STATE OF MISSISSIPPI

**ORIGINAL**

**TITLE TEXT** (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS2535L3845915 | UTIL | 2020 | VS2DX | VA | MS0961121024 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/18/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M24-3

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **18TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**

O 0 8 24 3 591

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

5887130

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2533L3845914 | UTIL | 2020 | VS2DX | VA | MS1922452224 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BENEFICIARY**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**2ND LIENHOLDER**

**BRANDS**

☐ **Fully Autonomous Vehicle**

**DATE:** 03/24/2025

**DATE:**

**MAIL TO:**

M29-9

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                         (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                         (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236755

MISSISSIPPI DEPARTMENT OF REVENUE

*Chris Anderson*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

58871300

## STATE OF MISSISSIPPI

**ORIGINAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
| 1UYVS2531L3845913 | UTIL | 2020 | VS2DX | VA | MS1255049984 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/17/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M34-1

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

| | | |
|---|---|---|
| 1ST LIEN _____ (LIENHOLDER) | BY _____ (SIGNATURE AND TITLE) | |
| THIS _____ DAY OF _____ 20 ____ | | |
| 2ND LIEN _____ (LIENHOLDER) | BY _____ (SIGNATURE AND TITLE) | |
| THIS _____ DAY OF _____ 20 ____ | | |

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **17TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06241115

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Chris Anderson*

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

5887130⊙

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS253XL3845912 | UTIL | 2020 | VS2DX | VA | MS0088705792 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/18/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M24-4

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

*LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.*

1ST LIEN _____ BY _____
(LIENHOLDER)                                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

**IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS**

THE 18TH DAY OF APRIL 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**

O 06243590

**MISSISSIPPI DEPARTMENT OF REVENUE**

*Chris Graham*

**VOID IF ALTERED**

# CERTIFICATE OF TITLE

Form # 79-001

5887130

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2538L3845911 | UTIL | 2020 | VS2DX | VA | MS0457902848 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/07/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

OWNER(S)

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

BRANDS

BENEFICIARY

☐ **Fully Autonomous Vehicle**

1ST LIENHOLDER

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

DATE: 03/24/2025

2ND LIENHOLDER

DATE:

MAIL TO:

M36-3

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
                    (LIENHOLDER)                            (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____  BY _____
                    (LIENHOLDER)                            (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **7TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06249550

MISSISSIPPI DEPARTMENT OF REVENUE

*Chris Amber*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

5887300

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYVS2536L3845910 | UTIL | 2020 | VS2DX | VA | MS0501041920 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/18/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M24-5

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

**1ST LIEN** _____ BY _____
(LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

**2ND LIEN** _____ BY _____
(LIENHOLDER)                                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **18TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06243589

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

S88 71300

## STATE OF MISSISSIPPI

## ORIGINAL

**TITLE TEXT**
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYVS253XL3845909 | UTIL | 2020 | VS2DX | VA | MS1466190592 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/18/2025 | 03/25/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M24-2

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
(LIENHOLDER)                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20_____

**2ND LIEN** _____ **BY** _____
(LIENHOLDER)                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

**THE 18TH DAY OF APRIL 20 25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**

O 06243592

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

*58871300*

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2481K5774829 | UTIL | 2019 | FS2CHA | FB | MS1625262848 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 05/02/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M29-6

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **15TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O O6236758

MISSISSIPPI DEPARTMENT OF REVENUE

*Chris Amber*

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

S 88 71300

## STATE OF MISSISSIPPI

**ORIGINAL**

**TITLE TEXT** (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYFS248XK5774828 | UTIL | 2019 | FS2CHA | FB | MS0392448768 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/18/2025 | 05/02/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**DATE:** 03/24/2025

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M24-1

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **18TH** DAY OF **APRIL** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**

O 06 24 3593

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

5887300

TITLE TEXT
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYFS2488K5774827 | UTIL | 2019 | FS2CHA | FB | MS1088391936 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 05/02/2019 | | NEW | TT | |

EXEMPT

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

DATE: 03/24/2025

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-3

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
　　　　　　　　　(LIENHOLDER)　　　　　　　　　　　　　　　　(SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
　　　　　　　　　(LIENHOLDER)　　　　　　　　　　　　　　　　(SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 15TH DAY OF APRIL 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236761

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

5887 1300

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2486K5774826 | UTIL | 2019 | FS2CHA | FB | MS1385581312 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 05/02/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

DATE: 03/24/2025

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-12

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 15TH DAY OF APRIL 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 83-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06236752

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

## CERTIFICATE OF TITLE

Form # 79-001

58871300

### STATE OF MISSISSIPPI

### ORIGINAL

TITLE TEXT
(E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1UYFS2484K5774825 | UTIL | 2019 | FS2CHA | FB | MS0177621760 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 05/02/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

DATE: 03/24/2025

**2ND LIENHOLDER**

DATE:

**MAIL TO:**

M29-1

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 15TH DAY OF APRIL 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

 06236763

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

Form # 79-001

58871300

# STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1UYFS2488K5774830 | UTIL | 2019 | FS2CHA | FB | MS1115966208 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/15/2025 | 05/02/2019 | | NEW | TT | EXEMPT |

**OWNER(S)**

BIG LEVEL TRUCKING INC
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**DATE:** 03/24/2025

**1ST LIENHOLDER**

BANK OF WIGGINS
109 PINE AVE W
WIGGINS MS 39577-2654

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M29-10

BANK OF WIGGINS
PO BOX 67
WIGGINS MS 39577-0067

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                    (LIENHOLDER)                                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
                    (LIENHOLDER)                                      (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____



IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 15TH DAY OF APRIL 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 06 236 754

MISSISSIPPI DEPARTMENT OF REVENUE





780022441000



─ DEPARTMENT OF ─
# REVENUE
STATE OF MISSISSIPPI



## Application for Title

Application #:  W1391689216

| County Code STONE | Date 30-Jul-2025 | ☐ **Fast Track Application** |
|---|---|---|

| Lessor (if Leased) | Lessor Mailing Address |
|---|---|

**Owner(s) or Lessee(s) if Leased**
BIG LEVEL TRUCKING, INC.

**Registered Physical Address (DO NOT GIVE A PO BOX)**
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

☐ AND    ☐ AND / OR    ☐ OR

**Registered Mailing Address (if Different)**

**Beneficiary**

| Vehicle ID 3HSDZAPR8LN320624 | Year 2020 | Make INTL | Model LT625 | Body Style Tractor Truck, Diesel |
|---|---|---|---|---|

☐ Provisional

| Vehicle Type Truck Tractor | Fuel Type Diesel | Color Blue | Unladen Weight 0 |
|---|---|---|---|

| Seats 0 | Axles 3 | Cylinders 6 | Gross Vehicle Weight 0 |
|---|---|---|---|

| Purchase Date 01-Feb-2019 | New / Used New | Odometer Reading 0 | Odometer Code Exempt from Disclosure |
|---|---|---|---|

**Brands**

☐ Bonded   ☐ Collision   ☐ Fire   ☐ Flooded   ☐ Hail   ☐ Rebuilt   ☐ Salvaged   ☐ Wind
☐ Recovered Theft   ☐ Unrecovered Theft   ☐ Other

| Primary Lienholder's Information   ☐ Electronic Titling | Secondary Lienholder's Information   ☐ Electronic Titling |
|---|---|
| BANK OF WIGGINS<br>PO BOX 67<br>WIGGINS MS 39577-0067 | |
| Date of Lien  30-Jul-2025 | Date of Lien |

**Designated Agent**
BANK OF WIGGINS

I/WE, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE, AND THIS VEHICLE WILL NOT BE SUBJECT TO LIEN PRIOR TO RECEIPT OF THE TITLE UNLESS INDICATED ABOVE.

**Designated Agent Number**
64011732000

**\*\*DISCLOSURE STATEMENT AND PRIVACY ACT NOTICE\*\***
DRIVER'S LICENSE NUMBERS ARE REQUIRED BY STATE LAW AND WILL BE USED IN THE ADMINISTRATION OF STATE MOTOR VEHICLE LAWS. THE COMMISSION IS AUTHORIZED TO COLLECT THE INFORMATION PURSUANT TO 42 U.S.C. §405(c)(2)C AND MISS CODE ANN §63-21-15. TITLES AND REGISTRATION RECORDS MAY BE RELEASED ONLY PURSUANT TO 18 U.S.C §§2721-2725. FAILURE TO PROVIDE THE INFORMATION WILL RESULT IN THE DENIAL OF A CERTIFICATE OF TITLE.

30-Jul-2025

**Signature** _____   **Date**

**First Owner/Lessee's Signature** _____   License #

Print one copy for each of the following: MS Department of Revenue, Owner, Designated Agent, and Lienholder (if Applicable)

**Joint Owner/Lessee's Signature** _____   License #

Mississippi Department of Revenue, Motor Vehicle Services — P.O. Box 23049, Jackson MS 39225-3049 — www.dor.ms.gov — (P) (601) 923-7200



780022441000

# Application for Title



— D E P A R T M E N T   O F —

# R E V E N U E
STATE OF MISSISSIPPI



Application #:   W1928560128

| County Code   STONE | Date 30-Jul-2025 | ☐ **Fast Track Application** |
|---|---|---|

**Lessor (if Leased)** | **Lessor Mailing Address**

**Owner(s) or Lessee(s) if Leased**
BIG LEVEL TRUCKING, INC.

**Registered Physical Address (DO NOT GIVE A PO BOX)**
1727 DUMMY LINE RD
WIGGINS MS 39577-8182

☐ AND      ☐ AND / OR      ☐ OR

**Registered Mailing Address (if Different)**

**Beneficiary**

| Vehicle ID<br>3HSDZAPR7LN374013<br>☐ Provisional | Year<br>2020 | Make<br>INTL | Model<br>LT625 | Body Style<br>Tractor Truck, Diesel |
|---|---|---|---|---|
| Vehicle Type<br>Truck Tractor | Fuel Type<br>Diesel | | Color<br>Blue | Unladen Weight<br>0 |
| Seats<br>0 | Axles<br>3 | | Cylinders<br>6 | Gross Vehicle Weight<br>0 |
| Purchase Date<br>01-Feb-2019 | New / Used<br>New | | Odometer Reading<br>0 | Odometer Code<br>Exempt from Disclosure |

**Brands**
☐ Bonded    ☐ Collision    ☐ Fire    ☐ Flooded    ☐ Hail    ☐ Rebuilt    ☐ Salvaged    ☐ Wind
☐ Recovered Theft    ☐ Unrecovered Theft    ☐ Other

| **Primary Lienholder's Information**   ☐ Electronic Titling<br>BANK OF WIGGINS<br>PO BOX 67<br>WIGGINS MS 39577-0067 | **Secondary Lienholder's Information**   ☐ Electronic Titling |
|---|---|
| Date of Lien   30-Jul-2025 | Date of Lien |

**Designated Agent**
BANK OF WIGGINS

**Designated Agent Number**
64011732000

Signature                                30-Jul-2025
                                         Date

I/WE, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE, AND THIS VEHICLE WILL NOT BE SUBJECT TO LIEN PRIOR TO RECEIPT OF THE TITLE UNLESS INDICATED ABOVE.

**\*\*DISCLOSURE STATEMENT AND PRIVACY ACT NOTICE\*\***
DRIVER'S LICENSE NUMBERS ARE REQUIRED BY STATE LAW AND WILL BE USED IN THE ADMINISTRATION OF STATE MOTOR VEHICLE LAWS. THE COMMISSION IS AUTHORIZED TO COLLECT THE INFORMATION PURSUANT TO 42 U.S.C. §405(c)(2)C) AND MISS CODE ANN §63-21-15. TITLES AND REGISTRATION RECORDS MAY BE RELEASED ONLY PURSUANT TO 18 U.S.C. §§2721-2725. FAILURE TO PROVIDE THE INFORMATION WILL RESULT IN THE DENIAL OF A CERTIFICATE OF TITLE.

First Owner/Lessee's Signature                    License #

Print one copy for each of the following: MS Department of Revenue, Owner, Designated Agent, and Lienholder (if Applicable)

Joint Owner/Lessee's Signature                    License #