

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No. 25-51204 -KMS |
| BIG LEVEL TRUCKING, INC., | Chapter 11 |
| Debtor. | Judge Katharine M. Samson |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY AND PAYMENT OF ADMINISTRATIVE EXPENSE**

This matter came before the Court on the *Motion for Relief from the Automatic Stay and Payment of Administrative Expense* (Dkt. 110) filed by VanPete, LLC ("VanPete") and the *Debtor's Answer and Response to VanPete's Motion for Relief from the Automatic Stay and Payment of Administrative Expense* (Dkt. 162) filed by the debtor and debtor in possession, Big Level Trucking, Inc. (the "Debtor"). Upon due consideration, the Court has found that it has jurisdiction over this matter under 28 U.S.C. §§ 1334, that this matter is a core proceeding under 28 U.S.C. § 157(b)(2)(G), that proper and adequate notice of the Motion and an opportunity for a hearing was provided under the circumstances, and that based upon the agreement of the parties to the relief granted herein, cause exists to enter this Order.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. <u>Grant of Motion</u>. The Motion is GRANTED as provided herein.

2. <u>Termination of Stay; Abandonment</u>. That certain Lease Agreement (the "Lease") dated November 4, 2024, between the Debtor and VanPete regarding nonresidential real property

located at 3390 Jeff Homan Boulevard, Tupelo, Mississippi 38801 (the "Premises") terminated by its express terms on November 10, 2025, and is no longer property of the estate. To the extent necessary, the automatic stay under § 362(a) of the Bankruptcy Code is terminated as to the Debtor and the Debtor's bankruptcy estate with respect to the Lease, and the Lease is abandoned from the bankruptcy estate under § 554 of the Bankruptcy Code, and VanPete is authorized to take any and all actions necessary to retake possession of the Premises and to relet or sell the Premises in accordance with the terms of the Lease and applicable nonbankruptcy law.

3. Surrender of the Premises. The Debtor shall vacate and surrender possession of the Premises no later than February 1, 2026. In the event the Debtor fails to vacate and surrender possession of the Premises by February 1, 2026, VanPete may immediately pursue all remedies available under the Lease and applicable nonbankruptcy law without further Order of this Court.

4. Allowance and Payment of Administrative Expense. VanPete is granted an allowed priority administrative expense claim under §§ 365(d)(3) and 503(b) of the Bankruptcy Code in the amount of $24,412.91, which must be paid in full by the Debtor on or before the effective date of a plan of reorganization. The administrative expenses are itemized as follows:

| | |
|---|---|
| September 2025 Rent | Paid |
| October 2025 Rent | Paid |
| November 2025 Rent | $2,500.00 |
| December 2025 Rent | $2,500.00 |
| January 2026 Rent | $2,500.00 |
| Late Fees | $1,000.00 |
| 2024 Insurance | $822.35 |
| 2024 Property Taxes | $950.00 |
| 2025 Insurance | $3,673.80 |
| 2025 Property Taxes | $6,972.40 |
| 2026 Insurance | $413.33 |
| 2026 Property Taxes | $581.03 |
| **Total** | **$21,912.91** |

5. *Waiver of Stay*. The 14-day stay provided under Bankruptcy Rule 4001(a)(3) is waived. This Order is immediately effective upon entry.

6. *No Waiver*. Nothing contained in this Order shall be deemed a waiver or relinquishment of any rights, remedies, or claims of VanPete not expressly addressed in this Order relating to or arising out of the Lease, including any rights under appliable nonbankruptcy law.

7. *Jurisdiction*. The Court shall retain jurisdiction over all disputes or other matters arising out of or related to the interpretation or enforcement of this Order.

8. *Final Judgment*. Entry hereof constitutes entry of final judgment under the Federal Rules of Bankruptcy Procedure and applicable law.

##END OF ORDER##

AGREED:

*/s/ Craig M. Geno* (with permission)
Craig M. Geno
*Attorney for the Debtor*

ORDER PREPARED AND SUBMITTED BY:

*/s/ Andrew R. Wilson*
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
P.O. Box 1488
Madison, MS 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for VanPete, LLC*