IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

BIG LEVEL TRUCKING, INC.　　　　　　　　　　CASE NO: 25-51204-KMS

Debtor　　　　　　　　　　　　　　　　　　　　Chapter 11

**CERTIFICATE OF SERVICE**

I, Paul S. Murphy, do hereby certify that I have on February 4, 2026, transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copy of Bank of Wiggins' Motion for Relief from the Automatic Stay and Abandonment of Property of the Estate or Alternatively for Adequate Protection ("Motion") (Dkt. #340) and the Notice of Hearing and Deadlines prepared by the Court regarding the Motion (Dkt. #344) to the below parties:

**Notice Provided via First Class U.S. Mail: 20 Largest Unsecured Creditors**

90 Degree Benefits
P.O. Box 1688
Pascagoula, MS 39568

Bank of Wiggins
109 W Pine Avenue
Wiggins, MS 39577

BMSS
1020 Highland Colony Parkway Suite 600
Ridgeland, MS 39157

Love's Travel Stops and Country Stores
P.O. Box 842568
Kansas City, MO 64184

Michelin North America, Inc.
P.O. Box 100860
Atlanta, GA 30384

Rocking C Truck and Trailer
P.O. Box 3327
Gulfport, MS 39505

Systems 9 Business Solutions
237 Tidewater Road
Hattiesburg, MS 39402

Yokohama Tire Corporation
P.O. Box 677087
Dallas, TX 75267

Fleet Charge Select
3500 Lacey Road Suite 220
Downers Grove, IL 60515

Lytx, Inc.
P.O. Box 849972
Los Angeles, CA 90084-9972

1

| | |
|---|---|
| Mississippi Trucking Association<br>825 North President Street<br>Jackson, MS 39202 | Southern States Utility Trailer Sales<br>P.O. Box 6257<br>Jackson, MS 39288 |
| Waring Oil Company<br>P.O. Box 66<br>Vicksburg, MS 39181 | H & P Leasing<br>P.O. Box 6257<br>Jackson, MS 39288 |
| McLeod Software Dept 3500<br>P.O. Box 830539<br>Birmingham, AL 35283 | Rand McNally<br>1100 W Idaho Street Suite 330<br>Boise, ID 83702 |
| Southern Tire Mart Dept 143<br>P.O. Box 1000<br>Memphis, TN 38148-0143 | Waters International Trucks, Inc.<br>P.O. Box 831<br>Hattiesburg, MS 39403 |

**Service provided for Notice of Electronic filing (NEF) on February 3, 2026, through ECF system and/or via First Class U.S. Mail on February 4, 2026:**

| | |
|---|---|
| Big Level Trucking, Inc.<br>P.O. Box 306<br>Wiggins, MS 39577 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way, Suite A<br>Ridgeland, MS 39157 |
| Christopher J. Steiskal, Sr.<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way, Suite A<br>Ridgeland, MS 39157 | Abigail M. Marbury Office of the U.S. Trustee<br>501 E Court Street Suite 6-430<br>Jackson, MS 39201-5002 |

Dated this 4th day of February 2026,

BANK OF WIGGINS

By:  */s/ Paul S. Murphy*
     Paul S. Murphy (MB # 101396)

*ATTORNEY FOR CREDITOR, BANK OF WIGGINS*

OF COUNSEL:
BUTLER SNOW LLP
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS  39502
(T):  (228) 864-1170
(F):  (228) 868-1531
paul.murphy@butlersnow.com

99430739.v1