01/27/2026 0629          **Income Statement**          Page 1

Big Level Trucking, Inc.
For Period 12/01/2025 to 12/31/2025

|  |  | Current Period |  | Year To Date |  |
|---|---|---:|---:|---:|---:|
| **Revenue** | | | | | |
| 6000-00-00 | TRUCKING INCOME | $22,779.74 | 0.7 % | $216,768.40 | 0.6 % |
| 6000-01-01 | TRUCKING INCOME VAN WIGGINS | 2,212,101.21 | 71.0 | 26,283,308.25 | 68.9 |
| 6000-02-01 | TRUCKING INCOME FLAT WIGGINS | 197,197.77 | 6.3 | 2,973,652.99 | 7.8 |
| 6000-03-01 | TRUCKING INCOME POLE WIGGINS | 42,971.00 | 1.4 | 505,285.90 | 1.3 |
| 6000-04-01 | TRUCKING INCOME SAND WIGGINS | 131,502.80 | 4.2 | 1,706,158.20 | 4.5 |
| 6000-05-01 | TRUCKING INCOME SHAG WIGGINS | 3,324.21 | 0.1 | 183,596.89 | 0.5 |
| 6100-00-00 | INCOME - HAULING | 4,307.54 | 0.1 | 14,859.40 | 0.0 |
| 6100-01-01 | INCOME - HAULING VAN WIGGINS | 850.00 | 0.0 | 17,549.11 | 0.0 |
| 6100-02-01 | INCOME - HAULING FLAT WIGGIN | 400.00 | 0.0 | 393.55 | 0.0 |
| 6100-03-01 | INCOME - HAULING POLE WIGGIN | 0.00 | 0.0 | 150.00 | 0.0 |
| 6100-04-01 | INCOME - HAULING SAND WIGGIN | 0.00 | 0.0 | 98.11 | 0.0 |
| 6100-05-01 | INCOME HAULING - SHAG | 0.00 | 0.0 | (462.96) | 0.0 |
| 6200-00-00 | FUELSURCHARGE | 4,326.96 | 0.1 | 33,996.17 | 0.1 |
| 6200-01-01 | FUELSURCHARGE VAN WIGGINS | 432,269.83 | 13.9 | 5,172,691.79 | 13.6 |
| 6200-02-01 | FUELSURCHARGE FLAT WIGGINS | 35,741.42 | 1.1 | 492,045.21 | 1.3 |
| 6200-03-01 | FUELSURCHARGE POLE WIGGINS | 0.00 | 0.0 | 751.60 | 0.0 |
| 6200-04-01 | FUELSURCHARGE SAND WIGGINS | 25,829.60 | 0.8 | 335,985.06 | 0.9 |
| 6200-05-01 | FUELSURCHARGE SHAG WIGGINS | 432.56 | 0.0 | 28,143.60 | 0.1 |
| 6400-00-00 | Lumper Customer Charge | 255.00 | 0.0 | 55.00 | 0.0 |
| 6400-01-01 | LUMPER VAN WIGGINS | 2,719.27 | 0.1 | 50,841.34 | 0.1 |
| 6400-02-01 | LUMPER FLAT WIGGINS | 0.00 | 0.0 | 1,836.35 | 0.0 |
| 6400-04-01 | LUMPER SAND WIGGINS | 375.00 | 0.0 | 3,868.60 | 0.0 |
| 6410-01-01 | Accessorial Charges | 0.00 | 0.0 | 13,339.35 | 0.0 |
| 6410-02-01 | Accessorial Charges | 0.00 | 0.0 | 1,020.97 | 0.0 |
| 6410-04-01 | Accessorial Charges | 0.00 | 0.0 | 1,205.58 | 0.0 |
| 6500-00-00 | TRUCK ORDERS N/U | (2,783.86) | (0.1) | (2,783.86) | 0.0 |
| 6510-00-00 | Detention Charges | 0.00 | 0.0 | (989.84) | 0.0 |
| 6510-01-01 | Detention Charges | 80.00 | 0.0 | 12,755.55 | 0.0 |
| 6510-02-01 | Detention Charges | 0.00 | 0.0 | 409.95 | 0.0 |
| 6510-04-01 | Detention Charges | 105.00 | 0.0 | 783.00 | 0.0 |
| 6710-00-00 | INCOME - INSURANCE CLAIMS | 0.00 | 0.0 | 88,556.93 | 0.2 |
| 6720-00-00 | INCOME - SALARY REIMBURSEMEN | 0.00 | 0.0 | (300.00) | 0.0 |
| 6730-00-00 | EXPENSE REIMBURSEMENTS | 0.00 | 0.0 | 47.36 | 0.0 |
| 6740-00-00 | INCOME-OTHER | 140.00 | 0.0 | 4,743.29 | 0.0 |
| 6740-01-01 | INCOME-OTHER VAN WIGGINS | 378.50 | 0.0 | 7,443.00 | 0.0 |
| 6740-02-01 | INCOME-OTHER FLAT WIGGINS | 0.00 | 0.0 | 900.00 | 0.0 |
| 6740-04-01 | INCOME-OTHER SAND WIGGINS | 0.00 | 0.0 | 864.50 | 0.0 |
| 6750-00-01 | INCOME-STORAGE WIGGINS | 500.00 | 0.0 | 500.00 | 0.0 |
| 6950-00-00 | INCOME - INTEREST | 0.00 | 0.0 | 1.36 | 0.0 |
| | Total Revenue | 3,115,803.55 | 100.0 | 38,150,069.70 | 100.0 |
| **Cost of Sales** | | | | | |
| 7100-00-00 | Lumper Expense | 4,204.11 | 0.1 | 57,193.69 | 0.1 |
| 7100-01-01 | Lumper Expense Van Wiggins | 1,045.00 | 0.0 | 21,650.73 | 0.1 |
| 7100-02-01 | Lumper Flat Wiggins | 0.00 | 0.0 | 140.00 | 0.0 |
| 7100-04-01 | Lumper Expense | 0.00 | 0.0 | 812.92 | 0.0 |
| 7200-00-00 | CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 5,600.00 | 0.0 |
| 7210-00-00 | CONTRACT HAUL Lease and O/O | 1,180,818.60 | 37.9 | 16,014,838.97 | 42.0 |
| 7210-01-01 | CONTRACT HAULING/VAN WIGG | 42,250.56 | 1.4 | 388,649.40 | 1.0 |
| 7210-02-01 | CONTRACT HAULING/FLAT WIGG | 22,939.77 | 0.7 | 411,442.86 | 1.1 |
| 7210-04-01 | CONTRACT HAULING/SAND WIGG | 0.00 | 0.0 | 2,470.02 | 0.0 |
| 7220-00-00 | CONTRACT LABOR | 11,222.50 | 0.4 | 166,015.32 | 0.4 |
| 7225-00-00 | DAMAGES & CLAIMS PAID | 0.00 | 0.0 | (11,732.17) | 0.0 |
| 7225-01-01 | DAMAGES & CLAIMS PAID/VAN | 0.00 | 0.0 | (21,885.20) | (0.1) |
| 7229-00-00 | DEPRECIATION | 153,426.75 | 4.9 | 1,845,286.60 | 4.8 |
| 7230-00-00 | FEES - OTHERS | (3,327.95) | (0.1) | (28,025.67) | (0.1) |
| 7230-01-01 | FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | (25.00) | 0.0 |
| 7240-00-00 | FINES & PENALTIES | 419.49 | 0.0 | 33,966.20 | 0.1 |
| 7240-01-01 | FINES & PENALTIES/VAN WIGG | 45.00 | 0.0 | 738.00 | 0.0 |
| 7250-00-00 | FUEL - DIESEL, GAS & OIL | 731,936.54 | 23.5 | 9,506,631.74 | 24.9 |
| 7250-01-01 | FUEL - DIESEL GAS & OIL/VAN | 975.00 | 0.0 | 30,125.75 | 0.1 |

01/27/2026 0629                                       **Income Statement**                                       Page 2
Big Level Trucking, Inc.
For Period 12/01/2025 to 12/31/2025

|  |  | Current Period |  | Year To Date |  |
|---|---|---:|---:|---:|---:|
| 7250-02-01 | FUEL - DIESEL GAS & OIL/FLAT | 3,714.28 | 0.1 | 25,714.70 | 0.1 |
| 7250-04-01 | FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 1,965.00 | 0.0 |
| 7250-05-01 | FUEL - DIESEL GAS & OIL/SHAG | 0.00 | 0.0 | 900.00 | 0.0 |
| 7260-00-00 | INSURANCE | 2,856,225.47 | 91.7 | 6,596,512.85 | 17.3 [1] |
| 7270-00-00 | INSURANCE - HEALTH | 32,554.87 | 1.0 | 552,113.01 | 1.4 |
| 7280-00-00 | INSURANCE O/O OCC/ACC | 1,087.72 | 0.0 | 4,688.06 | 0.0 |
| 7290-00-00 | INSURANCE O/O PHYS DAM | (443.04) | 0.0 | (5,122.65) | 0.0 |
| 7290-02-01 | INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (1,439.88) | 0.0 |
| 7291-00-00 | Insurance - Colonial Life | 6,693.28 | 0.2 | 59,527.83 | 0.2 |
| 7300-00-00 | INTEREST | 0.00 | 0.0 | 208,207.41 | 0.5 |
| 7310-00-00 | LEASED EQUIPMENT | 20,145.29 | 0.6 | 141,295.67 | 0.4 |
| 7310-01-01 | LEASED EQUIPMENT VAN | 131,924.09 | 4.2 | 2,042,883.76 | 5.4 |
| 7320-00-00 | TWIC and Escort Expense | 824.00 | 0.0 | 4,737.78 | 0.0 |
| 7320-01-01 | TWIC and Escort Expense/Van | 75.00 | 0.0 | 8,634.85 | 0.0 |
| 7320-02-01 | TWIC and Escort Expense/Flat | 650.00 | 0.0 | 1,800.00 | 0.0 |
| 7320-04-01 | TWIC Escort Sand Wiggins | 100.00 | 0.0 | 225.00 | 0.0 |
| 7330-00-00 | MEDICAL & TESTING | 295.00 | 0.0 | 49,392.23 | 0.1 |
| 7340-00-00 | OPERATING SUPPLIES/Expense | 39,630.34 | 1.3 | 476,947.66 | 1.3 |
| 7340-01-01 | OPERATING SUPPLIES/VAN | 816.21 | 0.0 | 11,723.79 | 0.0 |
| 7340-02-01 | OPERATING SUPPLIES/FLAT | (31.17) | 0.0 | 40.54 | 0.0 |
| 7340-04-01 | OPERATING SUPPLIES/SAND | 0.00 | 0.0 | 354.78 | 0.0 |
| 7350-00-00 | REPAIRS - TRUCKS SHOP | 286,556.94 | 9.2 | 2,469,949.81 | 6.5 |
| 7350-01-01 | REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 25,279.79 | 0.1 |
| 7350-02-01 | REPAIR-TRAILER/FLAT SHOP | 0.00 | 0.0 | 1,688.00 | 0.0 |
| 7350-04-01 | REPAIR-TRAILER/SAND SHOP | 0.00 | 0.0 | 5,218.93 | 0.0 |
| 7350-05-01 | REPAIR-TRAILER/SHAG SHOP | 0.00 | 0.0 | 2,200.00 | 0.0 |
| 7360-00-00 | REPAIR-TIRES & TUBES TRUCKS | 15,131.55 | 0.5 | 141,400.29 | 0.4 |
| 7370-00-00 | REPAIRS - OTHER | (563.76) | 0.0 | 50,662.34 | 0.1 |
| 7370-01-01 | REPAIRS - OTHER VAN | 213.48 | 0.0 | 2,116.27 | 0.0 |
| 7370-02-01 | REPAIRS - OTHER FLAT | 0.00 | 0.0 | 46.70 | 0.0 |
| 7380-00-00 | OTR Repairs Trucks | 16,079.44 | 0.5 | (196,021.13) | (0.5) |
| 7380-01-01 | OTR Repairs Trailer Van | 0.00 | 0.0 | 82,999.68 | 0.2 |
| 7380-02-01 | OTR Repair Trailer FLATBED | 0.00 | 0.0 | 15,286.83 | 0.0 |
| 7380-04-01 | OTR Repair Trailer SAND | 0.00 | 0.0 | 8,955.33 | 0.0 |
| 7380-05-01 | OTR Repair Trailer SHAG | 0.00 | 0.0 | 6,318.19 | 0.0 |
| 7390-00-00 | OTR Repair Tire & Tube Truck | 0.00 | 0.0 | 13,835.31 | 0.0 |
| 7390-01-01 | OTR Repair Tire&Tube/Van | 0.00 | 0.0 | 41,325.95 | 0.1 |
| 7390-02-01 | OTR Repair Tire&Tube/Flat | 0.00 | 0.0 | 7,602.34 | 0.0 |
| 7390-04-01 | OTR Repair Tire & Tube | 0.00 | 0.0 | 827.97 | 0.0 |
| 7400-00-00 | SAFETY AWARDS & GIFTS | 0.00 | 0.0 | 207.03 | 0.0 |
| 7410-00-00 | SALARIES - TRUCKING | 86,796.21 | 2.8 | 910,755.81 | 2.4 |
| 7410-01-01 | SALARIES - TRUCKING VAN WIGG | 514,123.80 | 16.5 | 6,041,976.25 | 15.8 |
| 7410-02-01 | SALARIES - TRUCKING FLAT WIG | 41,658.11 | 1.3 | 616,196.63 | 1.6 |
| 7410-03-01 | SALARIES - TRUCKING POLE WIG | 9,627.30 | 0.3 | 106,016.70 | 0.3 |
| 7410-04-01 | SALARIES - TRUCKING SAND WIG | 29,214.91 | 0.9 | 364,613.67 | 1.0 |
| 7410-05-01 | SALARIES - TRUCKING SHAG WIG | 528.74 | 0.0 | 33,457.36 | 0.1 |
| 7420-00-00 | Per diem | 501.48 | 0.0 | 13,626.19 | 0.0 |
| 7420-01-01 | Per diem Van Wiggins | 139,555.68 | 4.5 | 1,779,668.61 | 4.7 |
| 7420-02-01 | Per diem Flat Wiggins | 9,227.88 | 0.3 | 161,292.31 | 0.4 |
| 7420-03-01 | Per diem Pole Wiggins | 2,488.50 | 0.1 | 34,997.50 | 0.1 |
| 7420-04-01 | Per diem Sand Wiggins | 7,683.55 | 0.2 | 113,470.88 | 0.3 |
| 7420-05-01 | Per diem Shag Wiggins | 415.68 | 0.0 | 10,715.84 | 0.0 |
| 7430-00-00 | SCALES, TOLLS, PERMITS | 1,502.01 | 0.0 | 258,312.65 | 0.7 |
| 7430-01-01 | SCALES & TOLLS VAN WIGGINS | 2,442.00 | 0.1 | 9,548.87 | 0.0 |
| 7430-02-01 | SCALES & TOLLS FLAT WIGGINS | 0.00 | 0.0 | 54.50 | 0.0 |
| 7430-04-01 | SCALES & TOLLS SAND WIGGINS | 44.25 | 0.0 | 206.50 | 0.0 |
| 7440-00-00 | TAXES - PAYROLL | 60,133.88 | 1.9 | 787,494.82 | 2.1 |
| 7450-00-00 | TAXES - FUEL | 0.00 | 0.0 | 16,889.19 | 0.0 |
| 7460-00-00 | TAXES - TAGS & PERMITS | 0.00 | 0.0 | 5,412.71 | 0.0 |
| 7460-01-01 | TAXES - TAGS & PERMITS VAN | 0.00 | 0.0 | 123.30 | 0.0 |
| 7460-02-01 | TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 59.01 | 0.0 |
| 7470-00-00 | TRAVEL | 9,228.60 | 0.3 | 110,575.06 | 0.3 |

01/27/2026 0629                                      **Income Statement**                                            Page 3
                                                   Big Level Trucking, Inc.
                                                For Period 12/01/2025 to 12/31/2025

|  |  | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| 7470-01-01 | TRAVEL VAN WIGGINS | 0.00 | 0.0 | 97.03 | 0.0 |
| | Total Cost of Sales | 6,472,696.18 | 207.7 | 52,660,457.57 | 138.0 |
| **Lease Operators** | | | | | |
| 8917-00-00 | Drivers/Salary Reimbursement | (304,190.19) | (9.8) | (4,129,004.07) | (10.8) |
| 8918-00-00 | Lease Operators - Fuel | (372,675.80) | (12.0) | (5,219,869.64) | (13.7) |
| 8919-00-00 | Driver/Per Diem Reimb | (86,255.73) | (2.8) | (1,180,565.06) | (3.1) |
| 8920-00-00 | Lease Operator Workers Comp | (35,626.04) | (1.1) | (487,539.45) | (1.3) |
| 8921-00-00 | Lease Operator FICA | (23,270.52) | (0.7) | (315,871.97) | (0.8) |
| 8922-00-00 | Lease Operator Health Ins | (7,430.14) | (0.2) | (99,756.40) | (0.3) |
| 8923-00-00 | Lease Operator FUTA SUTA | (501.92) | 0.0 | (6,812.90) | 0.0 |
| 8924-00-00 | Lease Operator ELD | (3,437.50) | (0.1) | (45,641.98) | (0.1) |
| 8925-00-00 | Lease Operator Camera | (3,441.00) | (0.1) | (45,690.70) | (0.1) |
| 8926-00-00 | Lease Operator Phys Damage | (24,651.77) | (0.8) | (331,526.91) | (0.9) |
| 8927-00-00 | Lease Operator Maint | (89,357.96) | (2.9) | (1,193,318.20) | (3.1) |
| 8928-00-00 | Lease Operator Scale/Toll | (6,980.88) | (0.2) | (174,138.30) | (0.5) |
| 8930-00-00 | Lease Operator Lumper | (3,751.95) | (0.1) | (16,190.39) | 0.0 |
| | Total Lease Operators | (961,571.40) | (30.9) | (13,245,925.97) | (34.7) |
| **Expenses** | | | | | |
| 8010-00-00 | ADVERTISING/Subscriptions | 0.00 | 0.0 | 37,218.10 | 0.1 |
| 8041-00-00 | AUTO ALLOWANCE | 0.00 | 0.0 | 3,040.38 | 0.0 |
| 8050-00-00 | BANK CHARGES | 853.58 | 0.0 | 92,107.49 | 0.2 |
| 8055-00-00 | CORP BILLING FEES | 28,461.01 | 0.9 | 351,742.05 | 0.9 |
| 8085-00-00 | DONATIONS | 1,000.00 | 0.0 | 3,263.14 | 0.0 |
| 8090-00-00 | DISCOUNTS/ADJUSTMENTS | 12,515.96 | 0.4 | 158,816.30 | 0.4 |
| 8420-00-00 | RENTAL EXPENSE | (2,288.11) | (0.1) | (15,316.69) | 0.0 |
| 8421-00-00 | Rental Expense -Tupelo | 2,500.00 | 0.1 | 27,007.19 | 0.1 |
| 8450-00-00 | LEGAL & PROFESSIONAL | (277.59) | 0.0 | 113,786.03 | 0.3 |
| 8450-01-01 | LEGAL & PROFESSIONAL/VAN | (104.92) | 0.0 | (1,656.29) | 0.0 |
| 8450-02-01 | LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (550.68) | 0.0 |
| 8455-00-00 | MEALS & ENTERTAINMENT | 2,045.71 | 0.1 | 32,222.90 | 0.1 |
| 8456-00-00 | Meals & Entertainment Tupelo | 0.00 | 0.0 | 94.83 | 0.0 |
| 8470-00-00 | MISCELLANEOUS EXPENSE | 461.25 | 0.0 | 40,249.22 | 0.1 |
| 8471-00-00 | Misc Expense Tupelo | 0.00 | 0.0 | 1,333.98 | 0.0 |
| 8480-00-00 | OFFICE SUPPLIES & EXPENSE | 1,432.48 | 0.0 | 2,460.72 | 0.0 |
| 8560-00-00 | SIGNING BONUS | 0.00 | 0.0 | 31,200.00 | 0.1 |
| 8561-00-00 | REFERRAL BONUS | 3,000.00 | 0.1 | 39,000.00 | 0.1 |
| 8601-00-00 | SALARIES - MECHANICS | 37,406.55 | 1.2 | 441,665.85 | 1.2 |
| 8602-00-00 | SALARIES - OFFICERS | 20,650.00 | 0.7 | 252,463.88 | 0.7 |
| 8603-00-00 | SALARIES - OFFICE | 129,495.72 | 4.2 | 1,772,865.00 | 4.6 |
| 8606-00-00 | 401K EMPLOYER EXPENSE | 0.00 | 0.0 | 125,300.61 | 0.3 |
| 8650-00-00 | SMALL TOOLS | 970.26 | 0.0 | 11,960.90 | 0.0 |
| 8651-00-00 | Shop Supplies | 0.00 | 0.0 | 1,518.92 | 0.0 |
| 8703-00-00 | TAXES -LICENCES & OTHER | 23,354.90 | 0.7 | 158,212.90 | 0.4 |
| 8703-01-01 | TAXES -LICENSES & OTHER VAN | 0.00 | 0.0 | 10.00 | 0.0 |
| 8750-00-00 | TELEPHONE & COMMUNICATIONS | 1,386.61 | 0.0 | 22,452.05 | 0.1 |
| 8755-00-00 | IT / Computer | 17,189.34 | 0.6 | 213,235.11 | 0.6 |
| 8800-00-00 | BAD DEBT | 6,573.74 | 0.2 | 6,573.74 | 0.0 |
| 8801-00-00 | WRITE OFF | 0.00 | 0.0 | 9,056.13 | 0.0 |
| 8860-00-00 | UNIFORMS | 2,463.79 | 0.1 | 18,150.11 | 0.0 |
| 8900-00-00 | UTILITIES | 5,309.64 | 0.2 | 32,835.00 | 0.1 |
| 9997-00-00 | Temporary - Ask Accountant | 0.00 | 0.0 | 1,875.57 | 0.0 |
| | Total Expenses | 294,346.97 | 9.4 | 3,984,194.44 | 10.4 |
| | Total Expenses | 5,805,471.75 | 186.3 | 43,398,726.04 | 113.8 |
| | Income from Operations | (2,689,668.20) | (86.3) | (5,248,656.34) | (13.8) |
| **Other Revenue and Gains** | | | | | |
| 6770-00-00 | OTHER INCOME | 0.00 | 0.0 | 170,005.00 | 0.4 |
| | Total Other Revenue and Gains | 0.00 | 0.0 | 170,005.00 | 0.4 |

01/27/2026 0629                                   **Income Statement**                                                          Page 4
Big Level Trucking, Inc.
For Period 12/01/2025 to 12/31/2025

|  | **Current Period** |  | **Year To Date** |  |
|---|---:|---:|---:|---:|
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | (2,689,668.20) | (86.3) | (5,078,651.34) | (13.3) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($2,689,668.20) | (86.3) % | ($5,078,651.34) | (13.3)% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **BIG LEVEL TRUCKING, INC.**                                                      **CHAPTER 11**
               Debtor                                                                                      **CASE NO. 25-51204-KMS**

**FOOTNOTE TO DECEMBER 2025 FINANCIALS**

[1] To more accurately reflect current "available" assets, Big Level Trucking has elected to adjust the insurance assets/liabilities on its balance sheet. These amounts reside outside the control of Big Level Trucking in a captive insurance program and reflect Big Level's balance of funds paid into the program to cover insurance claims and expenses. Big Level Trucking may or may not receive some portion of these funds in the future as dividend payments. Whether dividends are actually received depends on a number of factors, including how much of those funds are used to pay existing and future insurance claims. When such dividends might be paid will be determined by the insurance program and its team of professional managers and actuaries. We have been advised not to expect dividend payments any time soon because even Big Level's oldest policy year in the captive program (2022-2023) is not mature and stable enough yet to close out (i.e., across all members of the captive there are existing open claims and new claims may still arise). Therefore, the net of these funds has been posted on the income statement as an expense. Any future dividends will be posted as income. This adjustment has had no impact on current cash in the business nor will this bookkeeping entry have any effect on future cash unless and until distributions are made-which will be a positive effect on cash. This bookkeeping entry will not be a recurring event going forward.