United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51204-KMS |
| Big Level Trucking, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

**Recip ID        Recipient Name and Address**
dbpos        +  Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

**Name**                **Email Address**

Abigail M. Marbury
     on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
     on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
     on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Alan Lee Smith
     on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Alan Lee Smith
     on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Andrew R. Wilson
     on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Andrew R. Wilson
    on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com

Chad J. Hammons
    on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
    on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
    on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray
    on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus
    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank emcmanus@watkinseager.com, scook@watkinseager.com

James Haney
    on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com

James A. McCullough, II
    on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com

Jim F. Spencer, Jr.
    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com, mryan@watkinseager.com

Joe Stevens
    on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
    on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
    on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
    on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
    on behalf of Creditor Chuck Evans mmcdade@balch.com bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy
    on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
    on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
    on behalf of Creditor Midland States Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
    on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
    on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson
    on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
    on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
    on behalf of Creditor PNC Equipment Finance jschultz@burr.com cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt
    on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf012 | Total Noticed: 1 |

William P. Wessler
    on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee
    on behalf of Creditor PNC Equipment Finance wlee@burr.com sberry@burr.com;cbankston@burr.com;cmccann@burr.com

Winston Lee
    on behalf of Creditor PNC Bank National Association wlee@burr.com, sberry@burr.com;cbankston@burr.com;cmccann@burr.com

TOTAL: 33

_____



SO ORDERED,

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 3, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | Case No. 25-51204 -KMS |
| BIG LEVEL TRUCKING, INC., | Chapter 11 |
| Debtor. | Judge Katharine M. Samson |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PAYMENT OF ADMINISTRATIVE EXPENSE

This matter came before the Court on the *Motion for Relief from the Automatic Stay and Payment of Administrative Expense* (Dkt. 110) filed by VanPete, LLC ("VanPete") and the *Debtor's Answer and Response to VanPete's Motion for Relief from the Automatic Stay and Payment of Administrative Expense* (Dkt. 162) filed by the debtor and debtor in possession, Big Level Trucking, Inc. (the "Debtor"). Upon due consideration, the Court has found that it has jurisdiction over this matter under 28 U.S.C. §§ 1334, that this matter is a core proceeding under 28 U.S.C. § 157(b)(2)(G), that proper and adequate notice of the Motion and an opportunity for a hearing was provided under the circumstances, and that based upon the agreement of the parties to the relief granted herein, cause exists to enter this Order.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. <u>Grant of Motion</u>. The Motion is GRANTED as provided herein.

2. <u>Termination of Stay; Abandonment</u>. That certain Lease Agreement (the "Lease") dated November 4, 2024, between the Debtor and VanPete regarding nonresidential real property

located at 3390 Jeff Homan Boulevard, Tupelo, Mississippi 38801 (the "<u>Premises</u>") terminated by its express terms on November 10, 2025, and is no longer property of the estate. To the extent necessary, the automatic stay under § 362(a) of the Bankruptcy Code is terminated as to the Debtor and the Debtor's bankruptcy estate with respect to the Lease, and the Lease is abandoned from the bankruptcy estate under § 554 of the Bankruptcy Code, and VanPete is authorized to take any and all actions necessary to retake possession of the Premises and to relet or sell the Premises in accordance with the terms of the Lease and applicable nonbankruptcy law.

3. <u>Surrender of the Premises</u>. The Debtor shall vacate and surrender possession of the Premises no later than February 1, 2026. In the event the Debtor fails to vacate and surrender possession of the Premises by February 1, 2026, VanPete may immediately pursue all remedies available under the Lease and applicable nonbankruptcy law without further Order of this Court.

4. <u>Allowance and Payment of Administrative Expense</u>. VanPete is granted an allowed priority administrative expense claim under §§ 365(d)(3) and 503(b) of the Bankruptcy Code in the amount of $24,412.91, which must be paid in full by the Debtor on or before the effective date of a plan of reorganization. The administrative expenses are itemized as follows:

| | |
|---|---|
| September 2025 Rent | Paid |
| October 2025 Rent | Paid |
| November 2025 Rent | $2,500.00 |
| December 2025 Rent | $2,500.00 |
| January 2026 Rent | $2,500.00 |
| Late Fees | $1,000.00 |
| 2024 Insurance | $822.35 |
| 2024 Property Taxes | $950.00 |
| 2025 Insurance | $3,673.80 |
| 2025 Property Taxes | $6,972.40 |
| 2026 Insurance | $413.33 |
| 2026 Property Taxes | $581.03 |
| **Total** | **$21,912.91** |

5. <u>Waiver of Stay</u>. The 14-day stay provided under Bankruptcy Rule 4001(a)(3) is waived. This Order is immediately effective upon entry.

6. <u>No Waiver</u>. Nothing contained in this Order shall be deemed a waiver or relinquishment of any rights, remedies, or claims of VanPete not expressly addressed in this Order relating to or arising out of the Lease, including any rights under appliable nonbankruptcy law.

7. <u>Jurisdiction</u>. The Court shall retain jurisdiction over all disputes or other matters arising out of or related to the interpretation or enforcement of this Order.

8. <u>Final Judgment</u>. Entry hereof constitutes entry of final judgment under the Federal Rules of Bankruptcy Procedure and applicable law.

##END OF ORDER##

AGREED:

*/s/ Craig M. Geno* (with permission)
Craig M. Geno
*Attorney for the Debtor*

ORDER PREPARED AND SUBMITTED BY:

*/s/ Andrew R. Wilson*
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
P.O. Box 1488
Madison, MS 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for VanPete, LLC*