# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204  **Case Name:** Big Level Trucking, Inc.

**Set:** 02/10/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to eighteen (18) year-model 2020 Utility VS2DX trailers. ., Motion to Compel Abandonment .  Filed by Creditor Wells Fargo Equipment Finance, Inc. (Attachments: # 1 Exhibit A - Invoice and Delivery Materials # 2 Exhibit B - Master Loan & Security Agreement # 3 Exhibit C - Title Certificates # 4 Exhibit D - Guaranty)  (Dkt. #197)

Answer filed by the Debtor (Dkt. #268)

---

Minute Entry Re: (related document(s): [197] Motion for Relief From Stay filed by Wells Fargo Equipment Finance, Inc.) Appearances: Craig M. Geno, Alan Lee Smith. Hearing was held. Witnesses testified (T.Schmitt, S. Evans, D. Mattocks). Parties are to contact court for status report by noon on Friday 2-20-26. Tickle for date: 02/20/2026. (cwe)