# Thomas R. Schmitt

**SUMMARY**
Cross functional experience in logistics, operations, process improvement, management, education, training, sales and marketing. Equally comfortable talking one-on-one to a customer or to a room filled with 300 people, I have the professional experience to give me credibility with company personnel, and the service background that enables me to work well with customers.

**EXPERIENCE**

**International Financial (Navistar Financial Corp)**
(8/23-Present)

**Assoc Direct – Collections and Asset Management Group** (8/23 – Present)
- Lead an audit team responsible for risk management of over $1B USD of equipment including both physical and digital audit processes and cash audits.
- Coordinate turn-in of equipment at end of term for FMV leases
- Manage Collections staff and lead negotiations for settlement of past due accounts or collection/repossession activities as needed,
- Manage disposition of off-lease and repossessed equipment through retail, wholesale, and auction channels
- Lead an audit team responsible for risk management of over $1B USD of equipment including both physical and digital audit processes and cash audits. - Coordinate turn-in of equipment at end of term for FMV leases - Manage Collections staff and lead negotiations for settlement of past due accounts or collection/repossession activities as needed, - Manage disposition of off-lease and repossessed equipment through retail, wholesale, and auction channels.

**Navistar (International Truck & Engine Corp.)**
(7/02 – 8/23)

**Director Inventory and Logistics – Used Truck Organization** (3/11 – Present)
- Manage trade-in process with national account customers including inspections and transportation of several thousand trucks per year
- Managed projects to ship 4,000 trucks from across the network to export in one year
- Key contributor in Value Stream Mapping session to improve UTO processes
- Launched active storage program at 11 locations nationwide to manage and preserve $250MM in used truck inventory
- Plan and execute meetings and events for national retail and wholesale sales organizations
- Developed spreadsheets and processes to control inventory distribution.
- Business representative and lead trainer for implementation of new software package across UTO
- Coordinate national advertising development and promotion with creative agencies and publications including print, radio and tradeshows

**Sales Training Project Manager** (9/08 – 3/11)
- Facilitate and present instructor-led training to groups of up to 80 – created and coordinated 46 sessions of engine training across 13 cities over 5 months
- Conceived, organized and executed national sales skills competition
- Developed course outlines for company training on products and systems
- Initiated use of software such as Articulate for to allow in-house development of web-based training programs at significant cost savings
- Coordinate development and production of DVD and web-based training courses with 3rd party vendors

**Senior Sales Manager/Analyst** (9/05-9/08)
- Communicate with dealers to develop pricing recommendations for conquest and retention business as well as interpretation of sales programs
- Created Excel spreadsheet to automate the task of adjusting pricing discount from one transaction to the next, factoring in price increases, surcharges and standard equipment changes
- Training of new sales analysts
- Developed and presented specialized training materials on a periodic business to help keep department up to date on products and industry trends

**Dealership Truck Sales Representative – J. Merle Jones & Sons** (7/02 – 9/05)



# Thomas R. Schmitt

|  |  |
|---|---|
|  | • Set up national sales programs with Bekins Van Lines and SIRVA (Allied, North American, Global Van Lines)<br>• Handled all aspects of customer interaction including develop vehicle specifications appropriate for customers' needs, arranged financing, prepared paperwork, arranged for needed equipment and delivery |
| **SIRVA** (5/94 – 2/02) | **Director – Driver Services**<br>• Negotiated agreements with national suppliers for fleet discounts and other programs<br>• Responsible for building up call center handling OTR driver breakdowns and maintenance scheduling from an internal cost center to a profit center with an annual revenue of $15M<br>Instituted preferred vendor and telephone advertising programs, along with new vendor payment methods |
| **SIRVA** (5/94 – 2/02) | **Content Manager – MoveOurHome.com**<br>• Coordinate focus groups for development of website content<br>• Work with vendors for content and affiliated marketing opportunities<br>• Work with web development contractors on website design and construction |
|  | **Vehicle Sales & Financing**<br>• Coordinated $11M annual sales to agents and drivers of tractors, trailers, straight trucks, and other vehicles<br>• Conceived and developed department Web site to communicate products and services to Allied Van Lines agents<br>• Instituted fax advertising program |
|  | **Fleet Services Team Leader**<br>• Supervised four schedulers, two dispatchers, and one clerk with over $6M annual departmental revenue |
|  | **Shuttle Fleet Scheduler**<br>• Coordinated third-party carriers servicing Allied shipments |
|  | **Special Products Logistics Manager**<br>• Managed Special Products Division LTL system; scheduled Midwest and Northeast regions, Tradeshow and Climate Control fleets |
| **JB Hunt Transport** (12/88-2/94) | **Fleet Manager**<br>• Served in several capacities including City Supervisor, Yard Dispatcher, Shorthaul and Road Fleet Manager, and Logistics Manager. Also served as Internal Trainer, helping in the training of new employees and rolling out programs to current employees |

## EDUCATION
- **Benedictine University** – MBA
- **Robert Morris College** – Bachelor's Degree – Business Administration (Summa Cum Laude; International Honor Society; President's Honors)
- **Joliet Junior College** – Associates Degree – Business

## OTHER TRAINING/QUALIFICATIONS/ACTIVITIES
- American Management Association – Communication/Project Management
- Karrass Negotiation Seminar
- Chicago Graduate School of Business – Strategic Pricing
- Toastmaster's International
- Class B CDL
- Volunteer – Junior Achievement
- Volunteer – Help Save Pets