# International Sleepers (2023 LT)

| Purchased: | 11/1/22 | 1/10/23 | 1/20/23 | 4/5/23 |
|---|---|---|---|---|
| OEC per Unit: | $154,660.00 | $157,520.00 | $157,520.00 | $157,520.00 |
| Quantity: | 2 | 3 | 4 | 5 |
| Principal/unit 8/18/25 | 93,739.47 | 102,290.66 | 102,269.70 | 106,257.21 |
| Contract Residual: | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 |
| Avg mileage/year | 120,000 | 130,000 | 132,000 | 130,000 |
| Debtor Stated Value: | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 |
| Estimated Value: | 75,800.00 | 80,000.00 | 80,000.00 | 85,000.00 |

- Notes were modified in 2024 and 2025 with 90-day deferrals, resulting in delayed paydown of principal.
- Estimated values based on depreciation and actual average mileage.
- Using 10% of OEC as annual depreciation rate, ongoing depreciation per unit is approximately $1,300/mo, or $300/wk. [$18,200 per month/$4,200 per week for all (14) YM2023 units]
- Depreciation since NFS Adequate Protection demand [Dkt. #140] (10/15/25 to 2/10/26 = 4 months). $18,200 * 4 months = $72,800 retroactive AP owed to NFS for (14) YM 2023 LT units, plus $4,200 per week go-forward AP.

| 120k/yr | % of OEC |
|---|---|
| End of Year 1 | 75% |
| End of Year 2 | 60% |
| End of Year 3 | 45% |
| End of Year 4 | 30% |
| End of Year 5 | 20% |
| Then 5-10% per year depending on condition | |



EXHIBIT 2

# International Sleepers (2020 LT)

| Leased: | 2/14/24 | | |
|---|---|---|---|
| OEC per Unit (average): | $44,120.05 | | |
| Quantity: | 13 | | |
| Lease balance/unit 8/18/25 | 28,498.02 | | |
| Contract Residual: | 1.00 | | |
| Debtor Stated Value: | 35,000.00 | | |
| Estimated Value: | 39,500.00 | | |

| NFC Funded Deals on MY2020 LT's | | | |
|---|---|---|---|
| Month | # Units | Average Price | |
| Jul '25 | 3 | $ | 45,390.00 |
| Aug '25 | 8 | | 35,124.02 |
| Sept '25 | 2 | | 48,280.62 |
| Weighted Average: | | $ | 39,517.19 |

- Lease was modified in 2024 with 90-day deferral, resulting in delayed paydown of lease obligations.
- Estimated values based on actual selling price of NFC funded deals from July to September 2025
- Using 10% of OEC as annual depreciation rate, ongoing depreciation per unit is approximately $370/mo, or $85/wk. [$4,810 per month/ $1,105 per week for all (13) YM2020 units]
- Depreciation since NFS Adequate Protection demand [Dkt. #140] (10/15/25 to 2/10/26 = 4 months). $4,810/month * 4 months = $19,240 retroactive Adequate Protection owed to NFS for (13) YM 2020 LT units, plus $1,105 per week go-forward AP.
- **$92,040 = total retroactive AP owed to NFC (all 27 units through 2/10/26), plus $5,305 per week go-forward.**

# Adequate Protection Payments

- NFC financed 27 units (14-MY '23, 13-MY '20)
- Initial APP request was for $20,000/mo
- Debtor's offer was for $1,500/mo (~$55/unit per month)
- Based on data in previous two slides, APP for depreciation should be:

| Units | Qty | Monthly/unit | Monthly Total | Weekly/unit | Weekly Total |
|---|---|---|---|---|---|
| MY2020 | 14 | $1,300 | $18,200 | $300 | $4,200 |
| MY2023 | 13 | 370 | 4,810 | 85 | 1,105 |
| Total | 27 | | $23,010 | | $5,305 |

**TRUSTMARK AGREEMENT**
- Debtor came to agreement with Trustmark for $8,600/mo for nine units (1-MY '19, 2-MY '20, 3-MY '22, 3-MY '23) = average of $955/unit

- Average model year of both Trustmark and NFC units is the same – 2021.5
- Per OCC data units are accumulating mileage at approximately the same pace

*Using the precedent set with Trustmark and the same average $955/unit, International's AP would be $25,785/mo. NFC's calculations reflect $23,010/mo.*

# Depreciation on Dry Van Trailers

Typical Trailer Depreciation from OEC



Years in Service

| Using $35K as original selling price in 2019: | | |
|---|---|---|
| Trailer Price | % of OEC | 35,000.00 |
| End of Year 1 | 80% | 28,000.00 |
| End of Year 2 | 70% | 24,500.00 |
| End of Year 3 | 63% | 22,050.00 |
| End of Year 4 | 56% | 19,600.00 |
| End of Year 5 | 50% | 17,500.00 |
| Then ~5% per year depending on condition | | |

- Selling price is estimated for typical 53' dry van trailer in 2019 and includes 12% FET
- Trailers take significant depreciation in first year, then curve flattens over time
- 2020 Model Year trailers were manufactured in late 2019 and would be 5 years old in mid-to-late-2024
- Estimated value of $17,500 is in line with price paid for a purchase of 18 units

# 2020 Utility VS2DX 53' Dry Van Trailers



Sale Price ($USD)

| Date | Sale Price ($USD) |
|---|---|
| 3/29/2024 | 20,000.00 |
| 3/29/2024 | 21,500.00 |
| 3/29/2024 | 22,000.00 |
| 5/16/2024 | 19,000.00 |
| 6/27/2024 | 19,000.00 |
| 6/27/2024 | 21,125.00 |
| 6/27/2024 | 21,125.00 |
| 6/28/2024 | 23,500.00 |
| 6/28/2024 | 24,500.00 |
| 8/29/2024 | 25,000.00 |
| 9/12/2024 | 25,000.00 |
| 9/27/2024 | 19,500.00 |
| 9/27/2024 | 20,500.00 |
| 11/8/2024 | 21,500.00 |
| 3/13/2025 | 13,000.00 |
| 3/13/2025 | 14,000.00 |
| 3/13/2025 | 14,000.00 |
| 3/14/2025 | 9,500.00 |
| 3/14/2025 | 10,500.00 |
| 4/24/2025 | 16,500.00 |
| 4/24/2025 | 16,500.00 |
| 4/24/2025 | 17,500.00 |
| 5/7/2025 | 10,000.00 |
| 5/15/2025 | 17,500.00 |
| 6/20/2025 | 17,500.00 |
| 6/27/2025 | 16,500.00 |
| 6/27/2025 | 18,000.00 |
| 7/15/2025 | 15,100.00 |
| 7/15/2025 | 15,850.00 |
| 9/5/2025 | 6,000.00 |
| 9/10/2025 | 19,500.00 |
| 9/11/2025 | 16,500.00 |
| 9/26/2025 | 16,500.00 |
| 10/9/2025 | 20,500.00 |
| 11/13/2025 | 17,000.00 |
| 12/8/2025 | 14,000.00 |
| 12/10/2025 | 14,500.00 |
| 12/10/2025 | 14,500.00 |
| 12/10/2025 | 15,000.00 |

- Data is for similar units sold individually at auction across US and Canada by Ritchie Brothers Auctioneers
- Top and bottom 4 selling prices eliminated from chart data
- Auction price trend line has gone from $21,000 in March '24 to $16,000 in December '25.
- Estimated market value in August '25 would be ~$16,500.
- Using 5% of OEC as annual depreciation rate, ongoing depreciation per unit (17 surviving) is approximately $150/mo, or $35/wk. [$2,550 per month/$595 per week for all (17 surviving) YM2020 Utility trailers]
- Depreciation since Wells Fargo Adequate Protection demand [Dkt. #197] (11/10/25 to 2/10/26 = 3 months). $2,550 * 3 months = **$7,650 retroactive AP owed Wells Fargo for (17 surviving) YM 2020 Utility trailers, plus $595 per week go-forward.**

# Mack Sleepers (2024 Anthem)

| Mack Units: | OEC | | | |
|---|---|---|---|---|
| Purchased (3 units) 3/9/2023 | $533,610.51 | | | |
| Per Unit: | 177,870.17 | | | |
| Balance/unit 8/18/25: | 133,772.87 | | | |
| Debtor Stated Value: | 130,000.00 | | | |
| Contract Residual: | 25% | | | |
| Residual Amount: | $44,539.62 | | | |

| | | % of OEC | |
|---|---|---|---|
| | | 100k/yr | 120k/yr |
| Original Price | | | |
| End of Year 1 | | 80% | 75% |
| End of Year 2 | | 65% | 60% |
| End of Year 3 | | 50% | 45% |
| End of Year 4 | | 40% | 35% |
| End of Year 5 | | 30% | 25% |
| Then 5-10% per year depending on condition and mileage | | | |

- Lender's book balance and debtor's stated value are very similar.
- Depreciation amounts are estimates used for bookkeeping.
- Very limited sales data for 2024 model year units as they are less than 3 years on the market, much shorter than typical 4-5 year trade cycle.
- Units sold in this timeframe are typically casualties, repossessions, or bankruptcy.
- Depreciated book value would be $98,000 to $109,000 (per unit)
- $130K estimated Retail value (if units are in good condition with normal mileage) is reasonable because of the scarcity of used units and relatively high resale for Mack.
- Using 10% of OEC as annual depreciation rate, ongoing depreciation per unit is approximately $1,500/mo, or $350/wk. [$4,500 per month/$1,050 per week for all (3) YM2024 Anthem tractors]
- Depreciation since Banc of America Adequate Protection demand [Dkt. #163] (10/29/25 to 2/10/26 = 3 months).  $4,500 * 3 months = **$13,500 retroactive AP owed Banc of America for (3) YM 2023 Anthem units, plus $1,050 per week go-forward.**