25-51204-KMS    Dkt 367-2    Filed 02/10/26    Entered 02/11/26 08:40:16    Page 1 of 1



## Critical Budget Feb/Mar/Apr 2026

Date: 2/9/25

|  | Weekly |  |
|---|---|---|
| Projected Revenue | $790,500 | 150@5100 / 2333 / 2.186 |
| | | |
| Cost | | |
| Payroll | $200,000 +/- | |
| Owner Op / Lease Op | $50,000 +/- | |
| Payroll Taxes | $48,000 +/- | |
| Recruiting | $5,000 +/- | |
| In cab systems | $2,400 +/- | ELD\Camera |
| Fuel Costs | $225,000 +/- | |
| Health Dental Ins | $18,500 +/- | |
| WC, PD, GL, Cargo, AL | $79,425 | Insurance |
| Repairs/Tires ($.20) | $70,000 +/- | Increase to $0.20 to mng old equip |
| Utilities | $5,500 +/- | Power\Phone\Internet\Water\Comp\ect |
| Office Suppies | $200 +/- | Paper\Ink\ect |
| Misc OTR Costs | $8,000 +/- | Fines\tow\ect |
| Tolls (Prepass) | $10,500 +/- | Tolls |
| Lease Payments | $39,053 | |
| Secured Note Payments | $16,000 | |
| Court Costs | $6,324 | 0.80% |
| Total Costs | $783,902 | |
| | | |
| Projected Surplus Funds | $6,598 | |
| Projected Surplus Funds | $28,373.16 | Monthly |



EXHIBIT 3