# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 02/12/2026 01:30 pm  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay . Filed by Creditor *Webster Capital Finance a Division of Webster Bank N.A., successor by merger to Sterling National Bank, successor in interest to Great Atlantic Finance Corporation (Attachments: # 1 Exhibit A 2579 Security Agreement # 2 Exhibit B - 2579 Amendment # 3 Exhibit C - Amendment and Restatement of Loan Agreement # 4 Exhibit D - UCC Financing Statement # 5 Exhibit E - 2602 Security Agreement # 6 Exhibit F - 2602 Promissory Note # 7 Exhibit G - 2602 Amendment # 8 Exhibit H - UCC Financing Statement # 9 Exhibit I - 2606 Promissory Note # 10 Exhibit J - 2606 Amendment # 11 Exhibit K - UCC Financing Statement # 12 Exhibit L - Proposed Order) (McCullough, James) *Modified on 12/16/2025 to include the full name of the Creditor (akb). (Dkt. #232)

Answer filed by the Debtor (Dkt. #272)

---

  Minute Entry Re: (related document(s): [232] Motion for Relief From Stay filed by Webster Capital Finance) McCullough to submit an Agreed Order. Order due by 02/26/2026. Email received from Geno. (mcc)