MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: BIG LEVEL TRUCKING, INC.

Case No.: 25-51204 KMS

*Debtor(s)*

Chapter: 11

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, NORTH MILL EQUIPMENT FINANCE, LLC, SUCCESSOR TO MIDLAND STATES BANK, a

[Name of Corporate Party]

[Check One]

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 02/12/2026

Attorney Signature

ROBERT ALAN BYRD — 7651
Attorney Name / State Bar Number

PO DRAWER 1939
Address

BILOXI, MS 39533
City, State, and Zip Code

228-432-8123          rab@byrdwiser.com
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**