

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BIG LEVEL TRUCKING, INC. | CHAPTER 11 |
| | Debtor | CASE NO. 25-51204-KMS |

### ORDER APPROVING FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF GENO AND STEISKAL, PLLC

THIS CAUSE having come on for consideration of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Geno and Steiskal, PLLC* **[DK #316]** (the "Application") filed herein by counsel for Big Level Trucking, Inc. (the "Debtor"), and the Court being fully advised in the premises, hereby finds as follows, to-wit:

1. The Applicant represents to the Court that notice of the Application was filed in accordance with all applicable rules.

2. On August 18, 2025, the Debtor herein filed with this Court its Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code.

3. An *Order* **[DK #90]** authorizing the employment of the Law Offices of Geno and Steiskal, PLLC as counsel for the Debtor was entered on September 19, 2025.

4. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred by said attorneys was attached to the Application as Exhibit "A" and is incorporated herein

by reference. The Affidavit also certified and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services had actually been rendered. A detailed itemization of such services and expenses was attached to the Application as Exhibit "B" and is incorporated herein by reference.

5. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

6. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from May 10, 2025, to and including January 17, 2026, and is for the sum of $104,193.15 ($100,202.50 in fees and $3,990.65 in expenses), less any retainer balance remaining.

7. Applicant is entitled to compensation for professional services rendered to the Debtor and reimbursement of expenses it has incurred on behalf of the Debtor pursuant to the provisions of 11 U.S.C. § 330. Therefore, the Application should be approved.

IT IS ACCORDINGLY, ORDERED:

A. The Law Offices of Geno and Steiskal, PLLC is hereby allowed compensation and reimbursement of expenses in the sum of $104,193.15 ($100,202.50 in fees and $3,990.65 in expenses).

B. The sum approved and allowed by this Court as compensation and reimbursement

-3-

for expenses is a priority administrative expense as set forth in 11 U.S.C. §§ 503(b)(2) and 507(a)(2), and the Debtor is authorized and directed to immediately pay the approved fees and expenses.

# #  END OF ORDER  # #

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Fee Apps\LOGS\1st\Order.wpd