# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204  **Case Name:** Big Level Trucking, Inc.

**Set:** 02/23/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2019 International LT625 Truck, serial number 3HSDZAPR5KN454327; 2019 International LT625 Truck, serial number 3HSDZAPR3KN357837; 2019 International LT625 Truck, serial number 3HSDZAPR0KN355141; 2019 International LT625 Truck, serial number 3HSDZAPR9KN456985; 2019 International LT625 Truck, serial number 3HSDZAPR0KN418349. .   Filed by Creditor PNC Bank, National Association (Attachments: # 1 Exhibit A - Agreement 1 # 2 Exhibit Agreement 2 # 3 Exhibit C - Titles)  (Dkt. #221)

Answer filed by Debtor (Dkt. #271)

---

Minute Entry Re: (related document(s): [221] Motion for Relief From Stay filed by PNC Bank, National Association) Geno to submit an Agreed Order. Order due by 03/09/2026. (mcc)