# Proceeding Minutes / Proceeding Memo

**Case #:**  25-51204          **Case Name:**   Big Level Trucking, Inc.

**Set:**   02/23/2026 09:00 am   **Chapter:**   11   **Type:**   bk      **Judge**   Katharine M. Samson

**matter**   Motion for Relief from Stay .  Filed by Creditor BMO Bank, N.A. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E)  (Dkt. #312)

Answer filed by the Debtor (Dkt. #362)

---

   Minute Entry Re: (related document(s): [312] Motion for Relief From Stay filed by BMO Bank, N.A.) Justin Little to submit an Agreed Order. Order due by 03/09/2026. Called in by Geno. (mcc)