# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204    **Case Name:** Big Level Trucking, Inc.

**Set:** 02/10/2026 09:00 am    **Chapter:** 11    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay as to 27 Tractor Units. and., Motion to Compel Abandonment or, in the Alternative, to Compel Adequate Protection, and for Related Relief.  Filed by Creditors Navistar Financial Corporation, Navistar Leasing Company (Attachments: # 1 Exhibit A - Bill of Sale re Loan Contract # 2 Exhibit B - Loan Contract # 3 Exhibit C - Bill of Sale re Loan Contract # 4 Exhibit D - Loan Contract # 5 Exhibit E - Bill of Sale re Loan Contract # 6 Exhibit F - Loan Contract # 7 Exhibit G - Bill of Sale re Loan Contract # 8 Exhibit H - Loan Contract # 9 Exhibit I - Title Certificates re Loan Collateral # 10 Exhibit J - Master Lease Agreement # 11 Exhibit K - Title Certificates re Leased Equipment # 12 Exhibit L - Guaranty)  (Dkt. #140)

Response filed by the Debtor (Dkt. #214)

---

Amended Minute Entry Re: (related document(s): [140] Motion for Relief From Stay filed by Navistar Financial Corporation, Navistar Leasing Company) Appearances: Craig M. Geno, Alan Lee Smith. Hearing was held. Witnesses testified (T.Schmitt, S. Evans, D. Mattocks). Alan Smith to submit an Agreed Order. Order due 3/6/26. (cwe)