United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-51204-KMS

Big Level Trucking, Inc.                                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | +  Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Alan Lee Smith | on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com |
| Andrew R. Wilson | on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com |

District/off: 0538-6
Date Rcvd: Feb 18, 2026

User: mssbad
Form ID: pdf012

Page 2 of 3
Total Noticed: 1

Andrew R. Wilson

on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons

on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.

on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno

on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray

on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com,  brooke.freeman@wallerlaw.com

Erin McManus

on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank emcmanus@watkinseager.com,
scook@watkinseager.com

James Haney

on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II

on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.

on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
mryan@watkinseager.com

Joe Stevens

on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson

on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net,  rboone@simpsonlawfirm.net

John S. Simpson

on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net,  rboone@simpsonlawfirm.net

Justin B. Little

on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com,  jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade

on behalf of Creditor Chuck Evans mmcdade@balch.com
bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy

on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy

on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd

on behalf of Creditor Midland States Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd

on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl

on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson

on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr

on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz

on behalf of Creditor PNC Equipment Finance jschultz@burr.com
cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt

on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6                        User: mssbad                                    Page 3 of 3
Date Rcvd: Feb 18, 2026                   Form ID: pdf012                            Total Noticed: 1

William P. Wessler

    on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

    on behalf of Creditor PNC Equipment Finance wlee@burr.com  sberry@burr.com;cbankston@burr.com;cmccann@burr.com

Winston Lee

    on behalf of Creditor PNC Bank  National Association wlee@burr.com,
    sberry@burr.com;cbankston@burr.com;cmccann@burr.com


TOTAL: 33



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: February 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**BIG LEVEL TRUCKING, INC.**                    **CASE NO. 25-51204 KMS**

**DEBTOR .**                                                   **CHAPTER 11**

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Mitsubishi HC Capital America, Inc. (the "Motion") (Dkt. #105) and the Court having considered the facts herein, finds that the hearing on February 23, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for March 12, 2026, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841