# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204  **Case Name:** Big Level Trucking, Inc.

**Set:** 02/23/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion to Extend Time to File an Objection to Discharge and/or File a Complaint to Determine Dischargeability of Debts Filed by Creditor Bank of Wiggins  (Dkt. #208)

Answer filed by the Debtor (Dkt. #269)

---

Minute Entry Re: (related document(s): [208] Motion to Extend Time to File an Objection to Discharge filed by Bank of Wiggins) Appearances: Craig M. Geno, Paul S. Murphy, Alan Lee Smith, Steven Usry. Murphy will submit order withdrawing motion as stated at hearing. Order due by 03/16/2026. (cwe)