# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204  **Case Name:** Big Level Trucking, Inc.

**Set:** 02/23/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to eighteen (18) year-model 2020 Utility VS2DX trailers. ., Motion to Compel Abandonment . Filed by Creditor Wells Fargo Equipment Finance, Inc. (Attachments: # 1 Exhibit A - Invoice and Delivery Materials # 2 Exhibit B - Master Loan & Security Agreement # 3 Exhibit C - Title Certificates # 4 Exhibit D - Guaranty)  (Dkt. #197)

Answer filed by the Debtor (Dkt. #268)

---

Minute Entry Re: (related document(s): [197] Motion for Relief From Stay filed by Wells Fargo Equipment Finance, Inc.) Appearances: Craig M. Geno, Paul S. Murphy, Alan Lee Smith, Steven Usry. Court determined valuation as stated at hearing, and ordered adequate protection payments to be made (retroactive payments to be made within 30 days). Smith will submit order. Order due by 03/16/2026. (cwe)