

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: February 24, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**In re:**

**BIG LEVEL TRUCKING, INC.**

    **Debtor**

**CASE NO. 25-51204-KMS**
**(Chapter 11)**

### ORDER GRANTING WITHDRAW OF MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DISCHARGE AND/OR FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS.

This matter was brought before the Court on the Bank of Wiggins' Motion for an Order Extending the Deadline for Objecting to Discharge and/or for Filing Complaints to Determine Dischargeability of Debts [ECF No. 208] (the "Motion"), and Big Level Trucking Inc.'s Answer to the Motion [ECF No. 269]. At the Court scheduled hearing on same, counsel for the Bank of Wiggins announced the movant's desire to withdraw the Motion. The Court, having considered same, finds that the Motion should be withdrawn.

IT IS THEREFORE ORDERED that the Bank of Wiggins' Motion for an Order Extending the Deadline for Objecting to Discharge and/or for Filing Complaints to Determine Dischargeability of Debts [ECF No. 208] is withdrawn.

###END OF ORDER###

2

ORDER PRESENTED BY:

Paul S. Murphy (MB # 101396)
BUTLER SNOW LLP
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502
(T): (228) 864-1170
(F): (228) 868-1531
paul.murphy@butlersnow.com

2