United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-51204-KMS

Big Level Trucking, Inc.                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID**           **Recipient Name and Address**
dbpos           + Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Alan Lee Smith | on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com |
| Andrew R. Wilson | on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com |

District/off: 0538-6                                     User: mssbad                                        Page 2 of 3

Date Rcvd: Feb 24, 2026                                  Form ID: pdf012                                     Total Noticed: 1

Andrew R. Wilson
                       on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons
                       on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
                       mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
                       on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
                       kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                       on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
                       kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray
                       on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus
                       on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank emcmanus@watkinseager.com,
                       scook@watkinseager.com

James Haney
                       on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II
                       on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.
                       on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
                       mryan@watkinseager.com

Joe Stevens
                       on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
                       on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
                       on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
                       on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
                       on behalf of Creditor Chuck Evans mmcdade@balch.com
                       bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy
                       on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
                       on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
                       kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
                       on behalf of Creditor Midland States Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
                       on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
                       on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson
                       on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
                       on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
                       jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                       nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
                       on behalf of Creditor PNC Equipment Finance jschultz@burr.com
                       cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt
                       on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
                       ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee
                       USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6                    User: mssbad                              Page 3 of 3
Date Rcvd: Feb 24, 2026                 Form ID: pdf012                           Total Noticed: 1

William P. Wessler
        on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee
        on behalf of Creditor PNC Equipment Finance wlee@burr.com  sberry@burr.com;cbankston@burr.com;cmccann@burr.com

Winston Lee
        on behalf of Creditor PNC Bank  National Association wlee@burr.com,
        sberry@burr.com;cbankston@burr.com;cmccann@burr.com


TOTAL: 33

_____

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**In re:**

**BIG LEVEL TRUCKING, INC.**

                                                      **CASE NO. 25-51204-KMS**
     **Debtor**                                 **(Chapter 11)**

---

### ORDER GRANTING WITHDRAW OF MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DISCHARGE AND/OR FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS.

---

This matter was brought before the Court on the Bank of Wiggins' Motion for an Order Extending the Deadline for Objecting to Discharge and/or for Filing Complaints to Determine Dischargeability of Debts [ECF No. 208] (the "Motion"), and Big Level Trucking Inc.'s Answer to the Motion [ECF No. 269].   At the Court scheduled hearing on same, counsel for the Bank of Wiggins announced the movant's desire to withdraw the Motion.   The Court, having considered same, finds that the Motion should be withdrawn.

IT IS THEREFORE ORDERED that the Bank of Wiggins' Motion for an Order Extending the Deadline for Objecting to Discharge and/or for Filing Complaints to Determine Dischargeability of Debts [ECF No. 208] is withdrawn.

**###END OF ORDER###**

ORDER PRESENTED BY:

Paul S. Murphy (MB # 101396)
BUTLER SNOW LLP
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 39502
(T): (228) 864-1170
(F): (228) 868-1531
paul.murphy@butlersnow.com

2

99647705.v1