

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BIG LEVEL TRUCKING, INC. | ) | Case No. 25-51204-KMS |
| | ) | Chapter 11 |
| Debtor. | ) | |

**AGREED ORDER GRANTING PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362**

This matter comes before the Court on *PNC Bank, National Association's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362* (the "**Motion**") (Dkt. # 221); due and proper notice of the Motion has been given to creditors and parties-in-interest in compliance with all applicable rules, as evidenced by the certificate of service (Dkt. # 226). No responses to the Motion were filed except by the Debtor. The Court, being advised that PNC Bank, National Association ("PNC") and the Debtor are agreeable to the relief below and finding that said agreement is fair, reasonable, and appropriate under the circumstances, orders as follows:

**IT IS THEREFORE ORDERED** that the Motion is GRANTED as set forth herein.

**IT IS FURTHER ORDERED** that PNC is granted relief from the automatic stay of 11 U.S.C. § 362, as to the a) 2019 International LT625 Truck, serial number 3HSDZAPR5KN454327

65903083 v2

("Truck 1"); b) 2019 International LT625 Truck, serial number 3HSDZAPR3KN357837 ("Truck 2"); c) 2019 International LT625 Truck, serial number 3HSDZAPR0KN355141 ("Truck 3"); d) 2019 International LT625 Truck, serial number 3HSDZAPR9KN456985 ("Truck 4"); e) 2019 International LT625 Truck, serial number 3HSDZAPR0KN418349 ("Truck 5" and together with Truck 1, Truck 2, Truck 3, and Truck 4, the "Trucks"), and the Trucks are abandoned from the debtor's estate pursuant to 11 U.S.C. § 554, so that PNC may proceed with enforcement of its rights in and to the Trucks under applicable nonbankruptcy law immediately upon entry of this Order.

**IT IS FURTHER ORDERED** that PNC's claim in this case (Claim No. 34) (the "Claim") shall be deemed wholly unsecured.

**IT IS FURTHER ORDERED** that, if and when PNC sells or otherwise disposes of any of the Trucks during the pendency of this bankruptcy case, PNC shall file an amended Claim to account for the proceeds of any such disposition.

**IT IS FURTHER ORDERED** that (i) the Motion is deemed to have been sufficient to afford reasonable notice of the relief requested therein and an opportunity to be heard on same; (ii) this Agreed Order shall immediately become final and effective upon its entry; (iii) the fourteen-day stay arising under Rule 4001(a)(3) of the *Federal Rules of Bankruptcy Procedure* is hereby waived; and (iv) this Agreed Order constitutes a final judgment as contemplated by the *Federal Rules of Bankruptcy Procedure*.

## ## END OF DOCUMENT ##

Approved and Agreed:

*/s/ T. Jack Schultz*  
T. Jack Schultz  
Counsel for PNC Bank, National Association

*/s/ Craig M. Geno*  
Craig M. Geno (MSB 4793)  
Counsel for Big Level Trucking, Inc.

65903083 v2

Order submitted by:

**BURR & FORMAN LLP**

T. Jack Schultz (MSB 106153)
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
(601) 355-3434
jschultz@burr.com
*Counsel for PNC Bank, National Association*