# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204  **Case Name:** Big Level Trucking, Inc.

**Set:** 02/10/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to (3) Year Model 2024 Mack AN64T Tractor Units. ., Motion to Compel Abandonment .  Filed by Creditor Banc of America Leasing & Capital, LLC (Attachments: # 1 Exhibit A - Invoice # 2 Exhibit B - Promissory Note # 3 Exhibit C - Title Certificates # 4 Exhibit D - Personal Guaranty re Steven Evans # 5 Exhibit E - Assignment Notice Documents)  (Dkt. #163)

Answer filed by the Debtor (Dkt. #267)

   Second Minute Entry Re: (related document(s): [163] Motion for Relief from Stay filed by Banc of America Leasing & Capital, LLC) Alan Smith to submit an Agreed Order. Tickle for date: 03/17/2026. (mcc)