## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BIG LEVEL TRUCKING, INC.**                **CHAPTER 11**
               **Debtor**                         **CASE NO. 25-51204-KMS**

## REPORT OF "DRAWN" DEBTOR-IN-POSSESSION LOAN FUNDS

COMES NOW Big Level Trucking, Inc. (the "Debtor"), and files this its *Report of "Drawn" Debtor-in-Possession Loan Funds* (the "Report"), and in support thereof, would respectfully show as follows, to-wit:

1.      The Court has previously entered its *Order* [DK #274] authorizing and approving the Debtor to enter into debtor-in-possession financing with certain of its equity security holders.

2.      The Court has directed the Debtor to provide notice to creditors and parties-in-interest, by a pleading placed upon the docket, of any use of, and access to, the debtor-in-possession funds.

3.      The Debtor previously filed its *Notice of Accessing Debtor-in-Possession Loan Funds* [DK #334] outlining funds it had accessed from the debtor-in-possession loan.

4.      Since that notice was filed, the Debtor has not accessed any additional funds from the debtor-in-possession loan.

THIS, the 9th day of March, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Report of Drawn DIP Loan Funds 3-9-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or electronic filing transmission, a true and correct copy of the above and foregoing pleading to the following:

Abigail M. Marbury, Esq.
Assistant U.S. Trustee
abigail.m.marbury@usdoj.gov

THIS, the _____ day of March, 2026.

_____
Craig M. Geno