# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204    **Case Name:** Big Level Trucking, Inc.

**Set:** 03/12/2026 01:30 pm    **Chapter:** 11    **Type:** bk    **Judge:** Katharine M. Samson

**matter**  Motion for Relief from Stay as to Trucks. ., Motion to Compel Abandonment . Motion for Adequate Protection Filed by Creditor Mitsubishi HC Capital America, Inc.  (Dkt. #105)

Response filed by the Debtor (Dkt. #160)

---

Minute Entry Re: (related document(s): [105] Motion for Relief From Stay filed by Mitsubishi HC Capital America, Inc.) Hammons to submit an Agreed Order. Order due by 03/26/2026. Called in by Hammons' office. (mcc)