# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    BIG LEVEL TRUCKING, INC. | CASE NO. 25-51204-KMS |
| DEBTOR | CHAPTER 11 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Tennessee Farmers Mutual Insurance Companies as subrogee of Shay Emmons ("Movant"), by and through counsel and pursuant to Fed. R. Bankr. P. 4001, and files this *Motion for Relief from the Automatic Stay*, and in support thereof states as follows:

1.     Movant is the plaintiff in Tennessee Farmers Mutual Insurance Companies a/s/o Shay Emmons v. Big Level Trucking, Inc., Arch Insurance Company, et al., pending in the General Sessions Court of McNairy County, Tennessee (the "Emmons Suit").

2.     Movant asserts claims for negligence and other claims arising from a July 4, 2024, motor-vehicle collision.

3.     Movant seeks relief from the automatic stay to prosecute the Emmons Suit for the purpose of establishing Debtor's liability and pursuing recovery of any damages awarded therein from any and all liability insurance carriers who may provide coverage for the events which are the subject of the Emmons Suit, including but not limited to the policy issued by Arch Insurance Company and/or any endorsement or rider to any applicable liability insurance, including any MCS-90, and/or any bond or surety bond providing coverage for Movant's claims.

4.     By agreement of the parties, the Emmons Suit shall remain stayed as to Debtor until May 15, 2026, at which time the automatic stay shall be terminated to allow Movant to prosecute its claims in said Emmons Suit and, thereafter, pursuing all available liability insurance coverage.

5.     The stay will remain in place to prevent any action to collect from the Debtor and/or the

property of the estate unless and until the stay is terminated pursuant to 11 U.S.C. § 362 or this case is dismissed prior to Debtor receiving a discharge herein.

6. To the extent any available insurance coverage is insufficient to satisfy Movant's claims, Movant reserves the right to file claims and/or otherwise participate in this matter or to pursue the Debtor should this bankruptcy case be dismissed prior to Debtor receiving a discharge herein.

7. The stay should be terminated pursuant to § 362(d) because (a) continuing the Emmons Suit will not burden the estate as the liability insurance carrier will be responsible for providing a defense to Movant's claims; (b) said insurance is the actual source of recovery for Movant; (c) the Debtor and the property of the estate will remain protected by the stay from collection efforts; (d) termination of the stay avoids unnecessary litigation, delay, and prejudice to the Movant; and (e) Debtor's counsel has agreed to the relief requested.

WHEREFORE, PREMISES CONSIDERED, Tennessee Farmers Mutual Insurance Companies a/s/o Shay Emmons requests that the Court enter an Order granting relief from the automatic stay to allow the Emmons Suit to proceed as set forth herein and to allow Tennessee Farmers to seek collection of any and all damages awarded in the Emmons Suit from any and all liability insurance carriers who may have coverage therein. Tennessee Farmers further requests such other and general and additional relief as the Court deems just.

Respectfully submitted, this 10th day of March, 2026.

                              TENNESSEE FARMERS MUTUAL INSURANCE
                              COMPANIES A/S/O SHAY EMMONS

                              By:/s/William B. Palmertree
                                  WILLIAM B. PALMERTREE (MSB #101835)
                                  Palmertree, Neyman & Jolly, PLLC
                                  P.O. Box 969
                                  Hernando, MS 38632
                                  (662) 429-9302
                                  bpalmertree@gpfirm.com

AGREED & CONSENTED TO BY:

BIG LEVEL TRUCKING, INC.

By: /s/Craig M. Geno
      CRAIG M. GENO (MSB #4793)
      Law Offices of Craig M. Geno, PLLC
      601 Renaissance Way, Suite A
      Ridgeland, MS 39157
      (601) 427-0048
      cmgeno@cmgenolaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the parties listed below by first-class mail unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

**U. S. Trustee**
David W. Asbach
501 East Court Street, Suite 6-430
Jackson, MS 39201
ustpregion05.ab.ecf@usdoj.gov

Dated, this 10th day of March, 2026.

By: /s/William B. Palmertree
      WILLIAM B. PALMERTREE (MSB #101835)