**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   BIG LEVEL TRUCKING, INC. | CASE NO.: 25-51204-KMS |
| DEBTOR(S) | CHAPTER 11 |

**CORPORATE OWNERSHIP STATEMENT**

COMES NOW Tennessee Farmers Mutual Insurance Company, pursuant to Fed. R. Bankr. P. 7007.1 and Miss. Bankr. L. R. 7007.1-1 and 9014-1, and provides its Corporate Ownership Statement as follows:

Tennessee Farmers Mutual Insurance Company is a privately held corporation operating as a Tennessee state mutual stock insurance company owned entirely by its policy holders without any issued stock.  No publicly held company owns a 10% or greater interest in the company.

Respectfully submitted this 11th day of March, 2026.

        TENNESSEE FARMERS MUTUAL
        INSURANCE COMPANY

        By: /s/William B. Palmertree
        WILLIAM B. PALMERTREE (MSB #101835)
        Palmertree, Neyman & Jolly, PLLC
        P.O. Box 969
        Hernando, MS 38632
        T: (662) 429-9302
        F: (662) 429-9304
        bpalmertree@gpfirm.com
        *Attorneys for Tennessee Farmers Mutual Ins. Co.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the parties listed below by first-class mail unless said party is a registered ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that notice was electronically mailed to said party:

| | |
|---|---|
| Craig M. Geno | David W. Asbach |
| Law Offices of Craig M. Geno, PLLC | Office of the U.S. Trustee |
| 601 Renaissance Way, Suite A | 501 East Court Street, Suite 6-430 |
| Ridgeland, MS 39157 | Jackson, MS 39201 |
| cmgeno@cmgenolaw.com | ustpregion05.ab.ecf@usdoj.gov |

Dated, this 11th day of March, 2026.

By: /s/William B. Palmertree
WILLIAM B. PALMERTREE (MSB #101835)