02/25/2026 0925          **Balance Sheet**          Page 1

Big Level Trucking, Inc.

As of 01/31/2026

**Assets**

**Cash**

| | | |
|---|---:|---:|
| CASH - Petty | 4,284.30 | |
| BOW  - GENERAL 6186 | (67,203.52) | |
| KFCU - Bus Primary Share | 5.00 | |
| TRUSTMARK BANK | 285.75 | |
| RENASANT BANK | (28,768.10) | |
| Renasant Bank Payroll | 56,408.60 | |
| KFCU - MM 8339 | 12,629.63 | |
| Total Cash | | (22,358.34) |

**Current Assets**

| | | |
|---|---:|---:|
| Check and Deposit Correction | 3,322.54 | |
| Total Current Assets | | 3,322.54 |

**Receivables**

| | | |
|---|---:|---:|
| Accounts Receivable | 2,847,332.93 | |
| Employee Loans | 786.48 | |
| EFS & Driver Advances | 603,860.08 | |
| N/R Harold Hageman | 120,785.37 | |
| A/R-ARRINGTON KV3367 | 38,322.52 | |
| A/R MILLER | 4,933.81 | |
| Total Receivables | | 3,616,021.19 |

**Other Current Assets**

| | | |
|---|---:|---:|
| DUE TO/FR DEPENDABLE | (4,263.60) | |
| DUE TO/FR CET LOGISTICS | (19,112.00) | |
| N/R - Current Portion LT | 156,950.48 | |
| INSURANCE CLAIMS - Pending | 1,000.00 | |
| INVENTORY-FUEL | 3,790.09 | |
| Inventory - Parts | 487,845.73 | |
| Inventory - Tires | 23,718.47 | |
| N/R - FRONEK, HAROLD | (400.00) | |
| N/R- Rollin Robbie | (21,703.90) | |
| N/R TIMOTHY PITTS | 27,464.72 | |
| ESCROW-OWNER/OPERATORS | (63,857.12) | |
| Total Other Current Assets | | 591,432.87 |

**Prepaid Expenses**

| | | |
|---|---:|---:|
| PREPAID TAGS & PERMITS | 206,066.92 | |
| Prepaid Expenses - General | 18,927.19 | |
| Prepaid EFS | 39,016.22 | |
| PREPAID RELAY | 32,449.90 | |
| Total Prepaid Expenses | | 296,460.23 |

**Property & Equipment**

| | | |
|---|---:|---:|
| EQUIPMENT | 17,219,801.63 | |
| OFFICE EQUIPMENT | 3,406.99 | |
| BUILDINGS | 264,285.42 | |
| NEW OFFICE BLDG | 411,656.19 | |
| LAND | 56,527.67 | |
| Property Equity | (0.48) | |
| ROU Accumulated Amortization | (3,935,737.45) | |
| ACCUM DEPRECIATION | (14,875,637.98) | |
| SOFTWARE | 242,086.84 | |
| ACCUM AMORTIZATION | (242,087.21) | |
| Total Property & Equipment | | (855,698.38) |

**Other Assets**

| | | |
|---|---:|---:|
| DUE FROM SHAREHOLDERS | 3,599,620.21 | |
| Operating Lease ROU Assets | 6,528,064.45 | |
| Insurance Stock Purchase | 75,000.00 | |
| Total Other Assets | | 10,202,684.66 |

**Receivables Long Term**

02/25/2026 0925 **Balance Sheet** Page 2

Big Level Trucking, Inc.

As of 01/31/2026

| | |
|---|---:|
| N/R - Current Offset | (157,656.48) |
| N/R KV30147 | 22,904.69 |
| N/R - KV3746 | (14,325.52) |
| N/R - KV3918 | (14,325.52) |
| N/R - Hageman | 57,978.65 |
| N/R MILLER TRANSPORT | 71,325.04 |
| N/R Miller Rentals Unit 3172 | (51,206.59) |
| Total Receivables Long Term | (85,305.73) |
| Total Non-Current Assets | 13,746,559.04 |
| Total Assets | $13,746,559.04 |

| 02/25/2026 0925 | Balance Sheet | Page 3 |
|---|---|---|
| | Big Level Trucking, Inc. | |
| | As of 01/31/2026 | |

**Liabilities & Equity**

**Accounts Payable**
| | | |
|---|---:|---:|
| ACCOUNTS PAYABLE | 2,561,481.56 | |
| Driver Payable | 295,328.20 | |
| Total Accounts Payable | | 2,856,809.76 |

**Current Liabilities**
| | | |
|---|---:|---:|
| N/P SHAREHOLDERS | 200,000.00 | |
| Total Current Liabilities | | 200,000.00 |

**Accrued Expenses**
| | | |
|---|---:|---:|
| EFS Repair Order | 150.00 | |
| Escrow Repair Orders | (1,987.32) | |
| FEDERAL 941 PAYABLE | 137,825.88 | |
| STATE W/H PAYABLE | (302,139.04) | |
| SUTA  PAYABLE | 32,238.32 | |
| FUTA  PAYABLE | 32,113.87 | |
| 401K Account | 287,594.81 | |
| Accrued Office Payroll | (612.19) | |
| EMPLOYEE GARNISHMENTS | (62,470.97) | |
| Rent collections - EVANS | (23,575.33) | |
| EMPLOYEE SUPPLEMENTAL INS | 7,353.68 | |
| Pet Deposits | 11,307.00 | |
| INTEREST PAYABLE | 8,718.75 | |
| Credit Card VISA | (63,034.77) | |
| CREDIT CARD AmEx | (12,469.26) | |
| McLeod Payroll Clearing | 11,654.05 | |
| Total Accrued Expenses | | 62,667.48 |

**Factoring Obligation**
| | | |
|---|---:|---:|
| CORP BILL Reserve | 290,978.60 | |
| Corp Bill Factor Receivable | 2,022,647.09 | |
| Total Factoring Obligation | | 2,313,625.69 |

**Current Portion LT Debt**
| | | |
|---|---:|---:|
| N/P CURRENT PORTION | 3,901,399.14 | |
| Current Portion Lease Liab | 1,245,223.00 | |
| Total Current Portion LT Debt | | 5,146,622.14 |

**Long-Term Debt**
| | |
|---|---:|
| N/P BOW53965100 (1119.31) | 40,786.83 |
| N/P BOW - Comm RE 1700 | 1,031,447.94 |
| BOW WRITE OFF ACCOUNTS | 1,624,204.97 |
| N/P BOW COMM 8300 | 176,133.91 |
| N/P BOW COMM 1300 | 614,977.03 |
| N/P BMO - 7568.57 | 206,591.58 |
| N/P BMO - 5068.52 | 141,419.75 |
| Crossroads (2875.76) | 135,812.19 |
| Crossroads (2866.92) | 133,439.87 |
| Crossroads (2866.92) | 138,149.80 |
| Mitsubishi HC (13724.69) | 131,925.08 |
| N/P KFCU-F150  (868.89) | 21,305.91 |
| N/P KFCU (1021.78) | 44,439.42 |
| N/P Mack Financial (8799.34) | 360,891.75 |
| N/P MIDLAND  (2339.34) | (2,814.58) |
| Midland (5628.03) | 281,941.05 |
| N/P Midland 4118.29 | 37,606.10 |
| Midland States Bank (3067.33 | 143,826.25 |
| N/P NAVISTAR 2TRUCKS 5912.53 | 190,381.63 |
| N/P Navistar 3Trucks 9063.17 | 298,283.36 |
| 4 TRUCKS 12080.20 | 432,820.41 |
| 5 TRUCKS (15625.08) | 503,711.06 |
| N/P Navitas (7879.85) | (30,936.72) |
| N/P PEOPLES 6 Flat May 21 | 45,953.23 |
| N/P PNC Bank | (12,515.10) |

| 02/25/2026 0925 | Balance Sheet | Page 4 |
|---|---|---|
| | Big Level Trucking, Inc. | |
| | As of 01/31/2026 | |

| | | |
|---|---:|---:|
| N/P PNC Equip Finance | 53,689.65 | |
| N/P PNC - 12306.29 | 328,039.56 | |
| N/P Renasant 2503.93 | 53,546.21 | |
| N/P RENASANT 5566.43 | 169,360.04 | |
| N/P Renasant Land(12,608.11) | 1,290,569.30 | |
| N/P SBA EIDL LOAN | 150,000.00 | |
| N/P SIGNATURE FINANCE | (19,858.53) | |
| N/P SIMMONS BK (5207.50) | (3,419.38) | |
| N/P SIMMONS BK (10396.75) | (3,816.32) | |
| N/P SOUTHERN STATES SSUT | 578,327.51 | |
| Webster 9716.86 | 130,056.42 | |
| Sumitomo Mitsui (5391.51) | 16,139.62 | |
| N/P Trustmark - 7180.60 | 193,298.86 | |
| N/P Trustmark 8053.77 | 182,381.36 | |
| N/P Trustmark LOC | (36,550.00) | |
| N/P TRUSTMARK 5581.02 | 178,118.51 | |
| N/P TRUSTMARK 2629.34 | 109,714.23 | |
| N/P US BANK (4699.19) SOFTWR | 336.79 | |
| N/P VFI Lease (29583.88) | 414,888.29 | |
| N/P Steven Evans | 93,225.57 | |
| N/P Current Portion Offset | (3,778,709.58) | |
| Oper Lease Current Offset | 1,347,104.00 | |
| Deferred Gain on Sale | 19,873.32 | |
| Total Long-Term Debt | | 8,156,098.15 |
| **Other Liabilities** | | |
| Uncleared Payroll Checks | 2,019.93 | |
| Total Other Liabilities | | 2,019.93 |
| Total Liabilities | | 18,737,843.15 |
| **Equity** | | |
| Treasury Stock | (8,828.40) | |
| ADDITIONAL PAID IN CAPITAL | 4,876,719.00 | |
| RETAINED EARNINGS | (9,366,965.23) | |
| Retained Earnings - Current Year | (492,209.48) | |
| Total Equity | | (4,991,284.11) |
| **Total Liabilities & Equity** | | **$13,746,559.04** |