| 02/25/2026 0925 | Income Statement | | | | Page 1 |
|---|---|---|---|---|---|
| | Big Level Trucking, Inc. | | | | |
| | For Period 01/01/2026 to 01/31/2026 | | | | |

| | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| TRUCKING INCOME | $20,371.35 | 0.7% | $20,371.35 | 0.7% |
| TRUCKING INCOME VAN WIGGINS | 2,119,869.17 | 71.3 | 2,119,869.17 | 71.3 |
| TRUCKING INCOME FLAT WIGGINS | 228,778.65 | 7.7 | 228,778.65 | 7.7 |
| TRUCKING INCOME POLE WIGGINS | 42,350.00 | 1.4 | 42,350.00 | 1.4 |
| TRUCKING INCOME SAND WIGGINS | 105,413.17 | 3.5 | 105,413.17 | 3.5 |
| TRUCKING INCOME SHAG WIGGINS | 385.42 | 0.0 | 385.42 | 0.0 |
| INCOME - HAULING | 2,470.47 | 0.1 | 2,470.47 | 0.1 |
| INCOME - HAULING VAN WIGGINS | 1,370.00 | 0.0 | 1,370.00 | 0.0 |
| FUELSURCHARGE | 2,843.69 | 0.1 | 2,843.69 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 386,249.19 | 13.0 | 386,249.19 | 13.0 |
| FUELSURCHARGE FLAT WIGGINS | 38,806.47 | 1.3 | 38,806.47 | 1.3 |
| FUELSURCHARGE SAND WIGGINS | 19,186.35 | 0.6 | 19,186.35 | 0.6 |
| FUELSURCHARGE SHAG WIGGINS | 91.99 | 0.0 | 91.99 | 0.0 |
| LUMPER VAN WIGGINS | 3,428.82 | 0.1 | 3,428.82 | 0.1 |
| Accessorial Charges | 250.00 | 0.0 | 250.00 | 0.0 |
| Accessorial Charges | 450.00 | 0.0 | 450.00 | 0.0 |
| INCOME-OTHER | 230.00 | 0.0 | 230.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 682.00 | 0.0 | 682.00 | 0.0 |
| Income-Storage Van Wiggins | 500.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 2,973,726.74 | 100.0 | 2,973,726.74 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 5,139.15 | 0.2 | 5,139.15 | 0.2 |
| Lumper Expense Van Wiggins | 1,008.40 | 0.0 | 1,008.40 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,436,323.53 | 48.3 | 1,436,323.53 | 48.3 |
| CONTRACT HAULING/VAN WIGG | 39,344.47 | 1.3 | 39,344.47 | 1.3 |
| CONTRACT HAULING/FLAT WIGG | 25,935.30 | 0.9 | 25,935.30 | 0.9 |
| CONTRACT LABOR | 9,157.50 | 0.3 | 9,157.50 | 0.3 |
| DEPRECIATION | 122,791.60 | 4.1 | 122,791.60 | 4.1 |
| FEES - OTHERS | (3,490.54) | (0.1) | (3,490.54) | (0.1) |
| FEES - OTHERS VAN WIGGINS | 235.00 | 0.0 | 235.00 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 766,076.74 | 25.8 | 766,076.74 | 25.8 |
| FUEL - DIESEL GAS & OIL/VAN | 386.67 | 0.0 | 386.67 | 0.0 |
| FUEL - DIESEL GAS & OIL/FLAT | 5,767.02 | 0.2 | 5,767.02 | 0.2 |
| INSURANCE | 794,938.39 | 26.7 | 794,938.39 | 26.7 |
| INSURANCE - HEALTH | 27,722.25 | 0.9 | 27,722.25 | 0.9 |
| INSURANCE O/O OCC/ACC | (25.48) | 0.0 | (25.48) | 0.0 |
| INSURANCE O/O PHYS DAM | (553.80) | 0.0 | (553.80) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (138.45) | 0.0 | (138.45) | 0.0 |
| Insurance - Colonial Life | 2,437.77 | 0.1 | 2,437.77 | 0.1 |
| LEASED EQUIPMENT | 14,116.28 | 0.5 | 14,116.28 | 0.5 |
| LEASED EQUIPMENT VAN | 134,595.76 | 4.5 | 134,595.76 | 4.5 |
| TWIC and Escort Expense | 1,747.00 | 0.1 | 1,747.00 | 0.1 |
| TWIC and Escort Expense/Van | 1,350.00 | 0.0 | 1,350.00 | 0.0 |
| TWIC and Escort Expense/Flat | 350.00 | 0.0 | 350.00 | 0.0 |
| MEDICAL & TESTING | 4,697.62 | 0.2 | 4,697.62 | 0.2 |
| OPERATING SUPPLIES/Expense | 32,048.49 | 1.1 | 32,048.49 | 1.1 |
| OPERATING SUPPLIES/VAN | 1,242.67 | 0.0 | 1,242.67 | 0.0 |
| OPERATING SUPPLIES/FLAT | 485.08 | 0.0 | 485.08 | 0.0 |
| REPAIRS - TRUCKS SHOP | (8,858.53) | (0.3) | (8,858.53) | (0.3) |
| REPAIR-TIRES & TUBES TRUCKS | 8,027.92 | 0.3 | 8,027.92 | 0.3 |
| REPAIRS - OTHER | 305.62 | 0.0 | 305.62 | 0.0 |
| REPAIRS - OTHER VAN | 391.32 | 0.0 | 391.32 | 0.0 |
| OTR Repairs Trucks | (56,978.46) | (1.9) | (56,978.46) | (1.9) |
| SALARIES - TRUCKING | 123,230.27 | 4.1 | 123,230.27 | 4.1 |
| SALARIES - TRUCKING VAN WIGG | 468,741.25 | 15.8 | 468,741.25 | 15.8 |
| SALARIES - TRUCKING FLAT WIG | 47,476.41 | 1.6 | 47,476.41 | 1.6 |
| SALARIES - TRUCKING POLE WIG | 9,702.28 | 0.3 | 9,702.28 | 0.3 |
| SALARIES - TRUCKING SAND WIG | 20,753.69 | 0.7 | 20,753.69 | 0.7 |
| Per diem | 1,408.80 | 0.0 | 1,408.80 | 0.0 |
| Per diem Van Wiggins | 148,898.05 | 5.0 | 148,898.05 | 5.0 |

| 02/25/2026 0925 | **Income Statement**<br>Big Level Trucking, Inc.<br>For Period 01/01/2026 to 01/31/2026 | | | Page 2 |
|---|---|---|---|---|
| | **Current Period** | | **Year To Date** | |
| Per diem Flat Wiggins | 12,896.73 | 0.4 | 12,896.73 | 0.4 |
| Per diem Pole Wiggins | 3,002.72 | 0.1 | 3,002.72 | 0.1 |
| Per diem Sand Wiggins | 7,678.37 | 0.3 | 7,678.37 | 0.3 |
| SCALES, TOLLS, PERMITS | 11,775.50 | 0.4 | 11,775.50 | 0.4 |
| SCALES & TOLLS VAN WIGGINS | 2,062.75 | 0.1 | 2,062.75 | 0.1 |
| SCALES & TOLLS SAND WIGGINS | 29.50 | 0.0 | 29.50 | 0.0 |
| TAXES - PAYROLL | 76,482.17 | 2.6 | 76,482.17 | 2.6 |
| TAXES - FUEL | 4,914.78 | 0.2 | 4,914.78 | 0.2 |
| TRAVEL | 516.12 | 0.0 | 516.12 | 0.0 |
| Total Cost of Sales | 4,306,145.68 | 144.8 | 4,306,145.68 | 144.8 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (375,466.70) | (12.6) | (375,466.70) | (12.6) |
| Lease Operators - Fuel | (445,927.40) | (15.0) | (445,927.40) | (15.0) |
| Driver/Per Diem Reimb | (104,818.39) | (3.5) | (104,818.39) | (3.5) |
| Lease Operator Workers Comp | (43,072.38) | (1.4) | (43,072.38) | (1.4) |
| Lease Operator FICA | (27,968.18) | (0.9) | (27,968.18) | (0.9) |
| Lease Operator Health Ins | (9,489.06) | (0.3) | (9,489.06) | (0.3) |
| Lease Operator FUTA SUTA | (603.26) | 0.0 | (603.26) | 0.0 |
| Lease Operator ELD | (4,282.69) | (0.1) | (4,282.69) | (0.1) |
| Lease Operator Camera | (4,287.30) | (0.1) | (4,287.30) | (0.1) |
| Lease Operator Phys Damage | (30,794.76) | (1.0) | (30,794.76) | (1.0) |
| Lease Operator Maint | (106,751.99) | (3.6) | (106,751.99) | (3.6) |
| Lease Operator Scale/Toll | (516.19) | 0.0 | (516.19) | 0.0 |
| Lease Operator Lumper | (4,018.38) | (0.1) | (4,018.38) | (0.1) |
| Total Lease Operators | (1,157,996.68) | (38.9) | (1,157,996.68) | (38.9) |
| **Expenses** | | | | |
| BANK CHARGES | 986.39 | 0.0 | 986.39 | 0.0 |
| CORP BILLING FEES | 33,000.00 | 1.1 | 33,000.00 | 1.1 |
| DISCOUNTS/ADJUSTMENTS | 15,408.05 | 0.5 | 15,408.05 | 0.5 |
| RENTAL EXPENSE | (2,288.12) | (0.1) | (2,288.12) | (0.1) |
| LEGAL & PROFESSIONAL | 1,156.54 | 0.0 | 1,156.54 | 0.0 |
| LEGAL & PROFESSIONAL/VAN | (131.15) | 0.0 | (131.15) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (52.95) | 0.0 |
| MISCELLANEOUS EXPENSE | (0.73) | 0.0 | (0.73) | 0.0 |
| OFFICE SUPPLIES & EXPENSE | (2,890.95) | (0.1) | (2,890.95) | (0.1) |
| REFERRAL BONUS | 900.00 | 0.0 | 900.00 | 0.0 |
| SALARIES - MECHANICS | 42,853.60 | 1.4 | 42,853.60 | 1.4 |
| SALARIES - OFFICERS | 25,812.50 | 0.9 | 25,812.50 | 0.9 |
| SALARIES - OFFICE | 162,620.03 | 5.5 | 162,620.03 | 5.5 |
| SMALL TOOLS | 1,498.36 | 0.1 | 1,498.36 | 0.1 |
| TAXES -LICENCES & OTHER | 11,677.45 | 0.4 | 11,677.45 | 0.4 |
| TELEPHONE & COMMUNICATIONS | 3,272.34 | 0.1 | 3,272.34 | 0.1 |
| IT / Computer | 17,141.19 | 0.6 | 17,141.19 | 0.6 |
| BAD DEBT | 904.35 | 0.0 | 904.35 | 0.0 |
| WRITE OFF | 500.00 | 0.0 | 500.00 | 0.0 |
| UNIFORMS | 2,775.14 | 0.1 | 2,775.14 | 0.1 |
| UTILITIES | 2,645.17 | 0.1 | 2,645.17 | 0.1 |
| Temporary - Ask Accountant | 0.01 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 317,787.22 | 10.7 | 317,787.22 | 10.7 |
| Total Expenses | 3,465,936.22 | 116.6 | 3,465,936.22 | 116.6 |
| Income from Operations | (492,209.48) | (16.6) | (492,209.48) | (16.6) |
| **Other Revenue and Gains** | | | | |
| Total Other Revenue and Gains | 0.00 | 0.0 | 0.00 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |

02/25/2026 0925 **Income Statement** Page 3

Big Level Trucking, Inc.
For Period 01/01/2026 to 01/31/2026

|  | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| Income before Taxes | (492,209.48) | (16.6) | (492,209.48) | (16.6) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($492,209.48) | (16.6) % | ($492,209.48) | (16.6)% |