# MOR Supplement December 2025

**Big Level Trucking**

**Lease/Purchase Payments**

Date:  1/23/26

| Name | Amount |
|---|---|
| H&P Trailer Lease | 76309.85 |
| Xtra Trailer Lease | 18145.35 |
| Trustmark Tractor Purchase | 10750.00 |
| Penske Tractor Lease | 12500.00 |
| Total | 117705.20 |

# MOR Supplement January 2026

**Big Level Trucking**

**Lease/Purchase Payments**

Date:  3/2/26

| Name | Amount |
|---|---:|
| H&P Trailer Lease | 122095.76 |
| Xtra Trailer Lease | 14116.28 |
| Trustmark Tractor Purchase | 8600.00 |
| Penske Tractor Lease | 12500.00 |
| Total | 157312.04 |