

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 12, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   BIG LEVEL TRUCKING, INC. | CASE NO. 25-51204-KMS |
| DEBTOR | CHAPTER 11 |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

THIS CAUSE came before the Court on Tennessee Farmers Mutual Insurance Companies as subrogee of Shay Emmons ("Tennessee Farmers") *Motion for Relief from the Automatic Stay* [Dkt. # 402 ]. Based upon said motion and the agreement of the parties the Motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that, effective May 15, 2026, the automatic stay of 11 U.S.C. § 362 is terminated to allow Tennessee Farmers to proceed with the prosecution of that certain action known as Tennessee Farmers Mutual Insurance Companies a/s/o Shay Emmons v. Big Level Trucking, Inc., Arch Insurance Company, et al., pending in the General Sessions Court of McNairy County, Tennessee (the "Emmons Suit") for the exclusive purpose of pursuing available liability insurance coverage from Arch Insurance Company and/or any other liability insurer, bond holder, or indemnity agent who may have coverage for the events which are the subject matter of the Emmons Suit.  In all other respects the automatic stay shall remain in place as to the Debtor and the property of the estate until the stay is terminated or this case is dismissed prior to Debtor receiving a discharge herein.

**##END OF ORDER##**

AGREED AND APPROVED FOR ENTRY:

/s/William B. Palmertree
WILLIAM B. PALMERTREE (MSB #101835)
Palmertree, Neyman & Jolly, PLLC
P.O. Box 969
Hernando, MS 38632
(662) 429-9302
bpalmertree@gpfirm.com
*Attorneys for Creditor Tennessee Farmers*

/s/Craig M. Geno
CRAIG M. GENO (MSB #4793)
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
(601) 427-0048
cmgeno@cmgenolaw.com
*Attorneys for Debtor Big Level Trucking, Inc.*