## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BIG LEVEL TRUCKING, INC.                    CHAPTER 11
       Debtor                                    CASE NO. 25-51204-KMS

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Omnibus Motion for Authority to Assume Lease/Owner Operator Agreements* and the *Notice* in connection with same (copies of which are attached hereto as collective Exhibit "A"), to the following:

Bean Co.
802 Hwy. 12 W
Starkville, MS 39759

Calvin Barnes
14986 Hwy. 57 S
McLain, MS 39456

CET Logistics
P.O. Box 306
Wiggins, MS 39577

Demetric Ratcliff
100 Ginger Drive
Hattiesburg, MS 39402

Ferguson Trucking, LLC
P.O. Box 307
Houston, MS 38851

FIT Logistical Service
319 First Street S
Wiggins, MS 39577-2737

J.W. Sledge
212 Reservoir Road
Columbia, MS 39429

Jeff Martin Auctioneer
P.O. Box 16809
Hattiesburg, MS 39404

LesJam
P.O. Box 808
McComb, MS 39649-0808

Long Drive Investments
122 Bellewood Road
Hattiesburg, MS 39402

Miller Rental & Investment
1047 First Street S
Wiggins, MS 39577-8213

Miller Transportation
P.O. Box 366
Wiggins, MS 39577

Robbie Rollin
19572 Brighton Drive
Saucier, MS 39574

Roy Jones
997 Hwy. 49, Lot 63
Perkinston, MS 39573

Timothy Pitts
341 Earl Lane, Lot B
Picayune, MS 39466

Triple E Farms
P.O. Box 306
Wiggins, MS 39577

-2-

THIS, the ____ day of March, 2026.

_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\COS - Omnibus Mot to Assume Lease, Owner Operator Agreements 3-13-26.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BIG LEVEL TRUCKING, INC.                    CHAPTER 11
         Debtor                                      CASE NO. 25-51204-KMS

## NOTICE

NOTICE IS HEREBY GIVEN that the Debtor herein has filed its *Omnibus Motion for Authority to Assume Lease/Owner Operator Agreements* (the "Motion"), a copy of which Motion is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Craig M. Geno, PLLC, counsel for the Debtors, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to the Motion is filed, it will be scheduled for hearing in due course.

DATED, this the _13th_ day of March, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
    Craig M. Geno

# EXHIBIT "A"

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Notice - Omnibus Mot to Assume Lease, Owner Operator Agreements 3-13-26.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BIG LEVEL TRUCKING, INC.                    CHAPTER 11

         DEBTOR(S)                                   CASE NO. 25-51204-KMS

## OMNIBUS MOTION FOR AUTHORITY TO LEASE/OWNER OPERATOR AGREEMENTS

COMES NOW Debtor Big Level Trucking, Inc., (the "Debtor" or "Movant"), by and through undersigned counsel, and files this its *Omnibus Motion for Authority to Assume Lease/Owner Operator Agreement* (the "Motion"), and in support thereof would respectfully show as follows, to-wit:

1. On August 18, 2025, the Debtor filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 365, 541, 1107, related statutes, related rules and various orders of reference. This is a core proceeding.

3. The Debtor is the lessee under certain unexpired leases (the "Leases") with various lease/owner operators of trucks. The Leases as more fully described as follows:

| LESSOR NAME/ADDRESS | DESCRIPTION OF LEASE AGREEMENT |
|---|---|
| Bean Co.<br>802 Hwy. 12 W<br>Starkville, MS 39759 | Lease Operator |
| Calvin Barnes<br>14986 Hwy. 57 S<br>McLain, MS 39456 | Owner Operator |
| CET Logistics<br>P.O. Box 306<br>Wiggins, MS 39577 | Lease Operator |

# EXHIBIT "A"

| | |
|---|---|
| Demetric Ratcliff<br>100 Ginger Drive<br>Hattiesburg, MS 39402 | Owner Operator |
| Ferguson Trucking, LLC<br>P.O. Box 307<br>Houston, MS 38851 | Lease Operator |
| FIT Logistical Service<br>319 First Street S<br>Wiggins, MS 39577-2737 | Lease Operator |
| J.W. Sledge<br>212 Reservoir Road<br>Columbia, MS 39429 | Owner Operator |
| Jeff Martin Auctioneer<br>P.O. Box 16809<br>Hattiesburg, MS 39404 | Lease Operator |
| LesJam<br>P.O. Box 808<br>McComb, MS 39649-0808 | Lease Operator |
| Long Drive Investments<br>122 Bellewood Road<br>Hattiesburg, MS 39402 | Lease Operator |
| Miller Rental & Investment<br>1047 First Street S<br>Wiggins, MS 39577-8213 | Lease Operator |
| Miller Transportation<br>P.O. Box 366<br>Wiggins, MS 39577 | Lease Operator |
| Robbie Rollin<br>19572 Brighton Drive<br>Saucier, MS 39574 | Owner Operator |
| Roy Jones<br>997 Hwy. 49, Lot 63<br>Perkinston, MS 39573 | Owner Operator |
| Timothy Pitts<br>341 Earl Lane, Lot B<br>Picayune, MS 39466 | Owner Operator |
| Triple E Farms<br>P.O. Box 306<br>Wiggins, MS 39577 | Lease Operator |

4.  The Leases are assets of significant importance to the Debtor and its estate.

5. The Debtor's mandate is to exercise its business judgment and ask the Court, pursuant to the Motion, for an order authorizing the assumption by the Debtor of the Leases.

6. Upon information and belief, the Debtor asserts that there are no monetary or non-monetary defaults with respect to the Leases that need to be cured prior to the assumption. However, if Debtor is mistaken in this belief, its lessors must respond to the Motion, setting forth the alleged defaults and the alleged cures (monetary and non-monetary), so as to allow the Debtor to either negotiate and resolve the alleged cures, or in the event of a failure of negotiations to reach a resolution, then the Debtor and the lessors can present those issues to the Court for resolution.

7. The Debtor asserts that assumption of the Leases described above is in the best interest of the Debtor, all creditors and all parties-in-interest.

8. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion, authorizing and allowing the Debtor to assume the Leases, subject to entry of order confirming the Debtor's plan of reorganization. The Debtor prays for general relief.

THIS, the 13th day of March, 2026.

       Respectfully submitted,

       BIG LEVEL TRUCKING, INC.

       By Its Attorneys,

       LAW OFFICES OF GENO AND STEISKAL, PLLC

       By: _____
          Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Omnibus Mot to Assume Lease, Owner Operator Agreements 3-9-26.wpd

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Steven Usry, Esq.
Office of the United States Trustee
steven.usry@usdoj.gov

THIS, the ____ day of March, 2026.

_____
Craig M. Geno