_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

      **BIG LEVEL TRUCKING, INC.**                  **CASE NO. 25-51204-KMS**


      **DEBTOR.**                                    **CHAPTER 11**


### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN OF REORGANIZATION <u>COMBINED WITH A HEARING NOTICE THEREOF</u>

The Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on March 13, 2026, (Dkt. #420) and the Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by the Debtor on March 13, 2026 (Dkt. #421); and the Court having determined that any objections were resolved and that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. Section 1125:

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

(1)    The Disclosure Statement is approved.

(2)    The 30th day of April, 2026 is fixed as the last day for filing written objections to confirmation of the Plan.

(3)    The 4th day of May, 2026 is fixed as the last day for submitting ballots of acceptance or rejection of the Plan with the attorney for the Debtor. (Address of Debtor's attorney: Craig M. Geno and Christopher J. Steiskal, Sr., 601 Renaissance Way Suite A, Ridgeland, MS 39157).

(4)  A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may not appear or act on its own behalf without counsel except for limited purposes.  MISS. BANKR. L.R. 9010-1(b)(2)(C). One of these limited purposes allows such an entity to file a ballot without counsel.

(5)  A hearing on confirmation of the Plan will be held on May 7, 2026, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.  Testimony will be taken.  Witnesses should attend.

(6)  The attorney for the Debtor shall cause to be mailed to each creditor, the United States Trustee, and other parties in interest a copy of the following:

(A)  This Order;
(B)  The approved Disclosure Statement;
(C)  The proposed Plan of Reorganization; and
(D)  A ballot form for voting on the acceptance or rejection of the Plan which should be returned to the Debtor's attorney and not the Court.

(7)  This mailing shall be completed within 5 days from the date of this Order.

(8)  The attorney for the Debtor shall file a Certificate of Service with the Court, listing the name and address of each party served, immediately after the mailing of this Order with the enclosures specified herein.

##END OF ORDER##