**United States Bankruptcy Court**
**Southern District of Mississippi**

**Danny L. Miller**
**Clerk**



| **Jackson Office** | **Gulfport Office** |
|---|---|
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E. Court St., Ste. 2.300 | 2012 15th Street, Ste. 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| Telephone: 601-608-4600 | Telephone: 228-563-1790 |

March 17, 2026

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157

Re:             Big Level Trucking, Inc.
Case No.:    25-51204-KMS

Dear Mr. Geno,

The Bankruptcy Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections to the Plan of Reorganization Combined with a Hearing Notice Thereof* (Dkt. #426), in the above captioned Chapter 11 case on March 17, 2026.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before March 23, 2026. The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b). The summary and certification must be filed on or before May 4, 2026. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Alexis Bradley
Case Administrator
228-563-1809