_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 18, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**BIG LEVEL TRUCKING, INC.**                    **CASE NO. 25-51204-KMS**

**DEBTOR.**                                       **CHAPTER 11**

### ORDER SETTING ASIDE ORDER

This day, this cause came on to be heard on the Court's own motion to set aside the Order Approving Disclosure Statement and Fixing Time for Filing Acceptances and Rejections to the Plan of Reorganization Combined with Notice Thereof (the "Order") (Dkt. #426), entered on March 17, 2026, due to an administrative error, and the Court, having considered the same, finds that the Order should be set aside.

**IT IS THEREFORE ORDERED** that the Order Approving Disclosure Statement and Fixing Time for Filing Acceptances and Rejections to the Plan of Reorganization Combined with Notice Thereof (Dkt. #426) entered on March 17, 2026 is hereby set aside.

##END OF ORDER##