_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 19, 2026**

_____

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**BIG LEVEL TRUCKING, INC.**                **CASE NO. 25-51204-KMS**


**DEBTOR.**                                                      **CHAPTER 11**

### ORDER AND NOTICE FOR HEARING
### ON DISCLOSURE STATEMENT

To the debtor, its creditors, and other parties in interest:

A disclosure statement (Dkt. #420) and a plan (Dkt. #421) under chapter 11 of the U.S. Bankruptcy Code having been filed by the debtor on March 13, 2026,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

1.  The hearing to consider the approval of the disclosure statement shall be held at the U.S. Bankruptcy Court for the Southern District of Mississippi, Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, on May 7, 2026 at 1:30 PM.

2.  April 30, 2026 is fixed as the last day for filing and serving written objections to the disclosure statement in accordance with Fed. R. Bankr. P. 3017(a).  Any party objecting to the adequacy of the information contained in the disclosure statement shall submit such objection to the Clerk of the Court and also shall serve a copy thereof upon the debtor's attorney, Craig M. Geno, 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any

such objection electronically.  Miss. Bankr. L.R. 5005-1(a)(2)(A).  Those granted an exception from mandatory electronic filing shall submit any such objection to the Clerk of the Court, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201.  Miss. Bankr. L.R. 5005-1(a)(2)(B).  A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in U.S. Bankruptcy Court only through a licensed attorney. Miss. Bankr. L.R. 9010-1(b)(2)(C).

3.  Within 5 days after entry of this order and notice, the disclosure statement and plan shall be distributed with a copy of this order and notice by the debtor's attorney in accordance with Fed. R. Bankr. P. 3017(a).  A certificate of service shall be filed with the Clerk of the Court within 7 days of compliance with this requirement.

4.  Requests for copies of the disclosure statement and plan shall be mailed to the debtor through counsel, Craig M. Geno at 601 Renaissance Way, Suite A, Ridgeland, MS 39157.

##END OF ORDER##