

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| **BIG LEVEL TRUCKING, INC.,** | **CASE NO. 25-51204 KMS** |
| **DEBTOR(S).** | **CHAPTER 11** |

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #428) entered on March 18, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit an order on the Motion for Relief from Stay filed by Wells Fargo Equipment Finance, Inc. (Dkt. #197) in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##