

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Big Level Trucking, Inc.,** | **CASE NO: 25-51204 KMS** |
| **DEBTOR(S).** | **CHAPTER 11** |

Chad Hammons, Esq.
Craig M. Geno, Esq.

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on May 7, 2026, at 1:30 p.m. in the Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion for Relief from Stay filed by Mitsubishi HC Capital America, Inc. (Dkt. #105) in the above-styled case.    *See* Miss. Bankr. L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##