**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**BIG LEVEL TRUCKING, INC.**                          **CHAPTER 11**
    **Debtor**                                **CASE NO. 25-51204-KMS**

---

### NOTICE OF SERVICE OF TRUSTMARK BANK'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

---

PLEASE TAKE NOTICE that Trustmark Bank, a Mississippi banking corporation, successor in interest to Trustmark National Bank, by virtue of those certain Articles of Incorporation and Articles of Conversion filed of record in the office of Mississippi Secretary of State ("Trustmark"), a creditor in the above bankruptcy has this date served on counsel for the Debtor the following:

1.    Trustmark Bank's First Set of Interrogatories and

2.    Trustmark Bank's Requests for Production of Documents.

The originals of same are being retained in the file of the undersigned.

DATED:  March 31, 2026.

                        **TRUSTMARK BANK**

                        */s/ Jim F. Spencer, Jr.*
                        Jim F. Spencer, Jr. (MSB # 7736)
                        Erin A. McManus (MSB #106317)
                        WATKINS & EAGER PLLC
                        Post Office Box 650
                        Jackson, MS 39205-0650
                        (601) 965-1900 (p)
                        (601) 965-1901 (f)
                        *jspencer@watkinseager.com*
                        *emcmanus@watkinseager.com*

**CERTIFICATE OF SERVICE**

I, Jim F. Spencer, Jr. hereby certify that I have filed the foregoing document using the CM/ECF System which sent notice of the filing to all persons requesting notice, including the following:

Craig M. Geno, Esq.
*cmgeno@cmgenolaw.com*

Christopher J. Steiskal, Sr.
csteiskal@cmgenolaw.com

Abigail Marbury
Abigail.M.Marbury@usdoj.gov

This 31st day of March, 2026.

*/s/ Jim F. Spencer, Jr.*
Jim F. Spencer, Jr.

2