# MOR Supplement February 2026

**Big Level Trucking**

**Lease/Purchase Payments**

Date:  3/26/26

| Name | Amount |
|---|---|
| H&P Trailer Lease | $ 122,095.76 |
| Xtra Trailer Lease | $ 14,116.28 |
| Trustmark Tractor Purchase | $ 8,600.00 |
| Penske Tractor Lease | $ 18,500.00 |
| M&T Purchase | $ 2,232.56 |
| Crossroads Purchase | $ 697.89 |
| Total | $ 166,242.49 |