_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | **BIG LEVEL TRUCKING, INC.** | **CHAPTER 11** |
| | **Debtor** | **CASE NO. 25-51204-KMS** |

### ORDER

THIS CAUSE having come on for consideration of the *Omnibus Motion for Authority to Assume Lease/Owner Operating Agreements* (the "Motion") **[DK #417]** filed herein by Big Level Trucking, Inc. (the "Debtor"), and the Court having considered the Motion, and being fully advised in the matter, does hereby find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. On August 18, 2025, the Debtor filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

3. This Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 365, 541, 1107, related statutes, related rules and various orders of reference. This is a core proceeding.

4. The Debtor is the lessee under certain unexpired leases (the "Leases") with various lease/owner operators of trucks. The Leases as more fully described as follows:

-2-

| LESSOR NAME/ADDRESS | DESCRIPTION OF LEASE AGREEMENT |
|---|---|
| Bean Co.<br>802 Hwy. 12 W<br>Starkville, MS 39759 | Lease Operator |
| Calvin Barnes<br>14986 Hwy. 57 S<br>McLain, MS 39456 | Owner Operator |
| CET Logistics<br>P.O. Box 306<br>Wiggins, MS 39577 | Lease Operator |
| Demetric Ratcliff<br>100 Ginger Drive<br>Hattiesburg, MS 39402 | Owner Operator |
| Ferguson Trucking, LLC<br>P.O. Box 307<br>Houston, MS 38851 | Lease Operator |
| FIT Logistical Service<br>319 First Street S<br>Wiggins, MS 39577-2737 | Lease Operator |
| J.W. Sledge<br>212 Reservoir Road<br>Columbia, MS 39429 | Owner Operator |
| Jeff Martin Auctioneer<br>P.O. Box 16809<br>Hattiesburg, MS 39404 | Lease Operator |
| LesJam<br>P.O. Box 808<br>McComb, MS 39649-0808 | Lease Operator |
| Long Drive Investments<br>122 Bellewood Road<br>Hattiesburg, MS 39402 | Lease Operator |
| Miller Rental & Investment<br>1047 First Street S<br>Wiggins, MS 39577-8213 | Lease Operator |
| Miller Transportation<br>P.O. Box 366<br>Wiggins, MS 39577 | Lease Operator |
| Robbie Rollin<br>19572 Brighton Drive<br>Saucier, MS 39574 | Owner Operator |

-3-

| | |
|---|---|
| Roy Jones<br>997 Hwy. 49, Lot 63<br>Perkinston, MS 39573 | Owner Operator |
| Timothy Pitts<br>341 Earl Lane, Lot B<br>Picayune, MS 39466 | Owner Operator |
| Triple E Farms<br>P.O. Box 306<br>Wiggins, MS 39577 | Lease Operator |

5.	The Leases are assets of significant importance to the Debtor and its estate.

6.	The Debtor's mandate is to exercise its business judgment and ask the Court, pursuant to the Motion, for an order authorizing the assumption by the Debtor of the Leases.

7.	There are no monetary or non-monetary defaults with respect to the Leases that need to be cured prior to the assumption.  The lessors were afforded the opportunity to respond to the Motion, setting forth the alleged defaults and the alleged cures (monetary and non-monetary), so as to allow the Debtor to either negotiate and resolve the alleged cures, or in the event of a failure of negotiations to reach a resolution, then the Debtor and the vendors could present those issues to the Court for resolution.  However, no responses were filed to the Motion by the lessors.

8.	Assumption of the Leases described above is in the best interest of the Debtor, all creditors and all parties-in-interest.

9.	The Court finds that the Motion is well-taken and is hereby granted.  The Debtor is authorized to execute such documents so as to finalize the assumption of the Leases.

**# #  END OF ORDER  # #**

-4-

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Order - Omnibus Mot to Assume Lease, Owner Operator Agreements 3-13-26.wpd