## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **BIG LEVEL TRUCKING, INC.**   **CHAPTER 11**
             **Debtor**   **CASE NO. 25-51204-KMS**

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Motion to Approve Assumption of Contract of Love's Travel Stops as Critical Vendor* [DK #458] and the *Notice* [DK #462] of hearing thereon (copies of which are attached hereto as Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the ___7___ day of April, 2026.

_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\COS - Mot to Assume Contract with Love's as Critical Vendor 4-3-26.wpd

Form hn002kms (Rev. 12/25)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **Big Level Trucking, Inc.**

        **DEBTOR.**

**CASE NO. 25–51204–KMS**

**CHAPTER 11**

### NOTICE OF HEARING AND DEADLINES

Big Level Trucking, Inc. has filed a Motion to Approve Assumption of Contract of Love's Travel Stops as Critical Vendor (the "Motion") (Dkt. #458) with the Court in the above–styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on May 7, 2026, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 30, 2026. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 4/3/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

# EXHIBIT "A"

Parties Noticed:

Big Level Trucking, Inc., Debtor

Craig M. Geno, Esq.

Christopher J. Steiskal, Sr., Esq.

Love's Travel Stops & Country Stores, Inc., Creditor

Andrew Turner, Esq.

United States Trustee

Abigail M. Marbury, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                  )
                                        )
BIG LEVEL TRUCKING, INC.                )    Case No. 25-51204-KMS
                                        )    Chapter 11
Debtor.                                 )

## MOTION TO APPROVE ASSUMPTION OF
## CONTRACT OF LOVE'S TRAVEL STOPS AS CRITICAL VENDOR

COMES NOW Big Level Trucking, Inc. (the "Debtor" or "Movant" or "Big Level") and files its *Motion to Approve Assumption of Contract of Love's Travel Stops as Critical Vendor* (the "Motion") and in support thereof, would respectfully show as follows, to wit:

1.      On August 18, 2025 (the "Petition Date"), the Debtor filed with this Court its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code. The Movant is the Debtor and Debtor-in-Possession in this Chapter 11 case, and remains in possession of its assets and properties as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.      This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 363, 364, 365, 541, 1107, 1109, related statutes, related rules and various orders of reference. This is a core proceeding.

3.      Prior to the filing of the Petition herein, Movant entered into a transaction with Love's Travel Stops and Country Stores, Inc. ("Love's") for providing, among other things, truck maintenance services to the Debtor's fleet of trucks and trailers. A copy of that certain executory contract titled "Diesel Fuel Discount Master Agreement" between Big Level and Love's dated January 29, 2019, and modified by "Amendment No. 018" dated November 25, 2025, is attached, incorporated by reference and marked as **Exhibit "A"** (the "Contract").

4.      The documents attached as Exhibit "A" reflect an agreement under which Love's established a line of credit for the Movant in order to assist Movant with payment for maintenance, supplies and related support items in connection with the Movant's overland trucking operation.

5.      These transactions directly supply parts and related support goods, and have allowed the Movant to continue to obtain parts and services for its trucking fleet and to keep its trucks and trailers properly maintained. Obviously, without proper maintenance and without related support goods and services, movant would cease operations.

6.      Love's is well suited to provide maintenance services to Big Level due to Love's extensive geographic footprint of truck maintenance facilities, which overlaps with the Debtor's business service area. At the Petition Date, Movant owed Love's approximately $270,000 for maintenance services. Love's has agreed to continue providing maintenance services to the Debtor, provided the Debtor assumes the Contract with Love's, pays weekly for maintenance services post-petition and cures the pre-petition arrearage by making payments to Love's of $25,000 per week. Movant's post-petition maintenance purchased from Love's has varied, ranging from $5,000 per week to as much as $48,000 a week. Further, Love's has agreed to support any plan of reorganization filed by the Debtor which incorporates these terms.

7.      Without the services provided by Love's, Movant's drivers would be unable to obtain vehicle-related goods and services and Movant's business would likely grind to a literal halt. Since the filing of the Petition, Love's has graciously accommodated Movant and continued to provide critical maintenance services to Movant's fleet of trucks and trailers, as long as Movant provided (a) "good" funds weekly for such purposes in amounts equal to or in excess of the expenditures estimated to be incurred by Movant, and (b) that Movant seek authorization for Love's to apply post-petition payments by Movant in satisfaction of the pre-petition debt owed to

Love's, as well as seeking contract assumption on the terms stated herein. This arrangement allowed Movant to pay for critical maintenance and support goods and services it needs to operate. Movant had/has no readily available source of funds otherwise. Moreover, the continuation of Love's maintenance services enabled Movant's drivers to efficiently and reliably obtain tires and other parts and supplies as well as maintenance services from Love's in the ordinary course, consistent with pre-petition practices, where drivers may have been unable to do so without the financing advanced by Love's and therefore, has been instrumental in ensuring no interruption in the operation of Movant's business.

8. The cost of maintenance and vehicle-related goods and services from Love's since the filing of the Petition are and would be administrative expense claims. Accordingly, payments made to Love's by the Movant in respect of those expenditures were either made in the ordinary course of business or were for administrative services.

9. Movant's business would suffer greatly and the success of this Chapter 11 proceeding would be jeopardized if the Debtor was forced to find another truck maintenance vendor. Securing a maintenance vendor other than Love's would not be cost effective, given the reasonable prices charged by Love's as well as the broad geographic availability of Love's services. In the exercise of the Debtor's reasonable business judgment, it is in the best interest of the Debtor and its bankruptcy estate to assume the Contract on the terms agreed with Love's as stated hereinabove. Substantial performance remains for both the Debtor and for Love's under the terms of Exhibit "A."

10. Shortly after the filing of the Petition, Movant obtained authority of the Court to continue its factoring with Corporate Billing, a Division of SouthState Bank, N.A. in order to provide working capital and cash for Movant to continue its operations. Included in the budget

approved by the Court were line items for parts, repairs, services and related support goods and services in connection with Movant's overland trucking operations, which expenses include the amounts paid to Love's post-petition.

11. In light of the contract performance Love's has extended to Movant, Love's has allowed Movant to continue to purchase needed maintenance services, parts and related support goods and services and has been a financial accommodation for the payment of administrative expenses consistent with the interim order authorizing the Debtor to continue its factoring and financing arrangements with Corporate Billing.

12. It is essential for Movant to assume its contract with Love's and to cure its pre-petition arrearage in connection with the assumption of this executory Contract, and to have the Court approve the form and content of all of the Movant/Love's transactions that have occurred or are expected to occur by, between and among Movant and Love's thus far, including, without limitation: (i) Movant's weekly deposits of cash equal to, or in excess of, expenditures estimated to be incurred by Movant and (ii) the application by Love's of post-petition payments made by Movant in satisfaction of the pre-petition arrearage as well as expenses incurred after the filing of the Petition in accordance with the Contract.

13. Love's and Movant intend to continue with the "arrangements" they have made subject to the Court's approval.

14. But for the contract accommodations extended by Love's, Movant would not have been able to purchase critical maintenance services and related support goods and this case would have been over literally before it could begin. Likewise, the continuation of Love's provision of maintenance services in accordance with the Contract is critical to ensure that there is no cessation of services and Movant is able to continue to operate its business smoothly.

15.     The Motion is in the best interests of the Debtor, all creditors and all parties-in-interest in that it allows for uninterrupted continued maintenance of the Debtor's truck fleet.

16.     Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that upon a hearing hereof, this Honorable Court will enter its granting the Motion. Movant prays for general relief.

THIS, the ___ day of April, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 – Telephone
6k01-427-0050 – Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

5

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be service this date, via electronic filing transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing using the Court's CM/ECF system, whereby all counsel of record were served including:

Abigail M. Marbury
Office of the U.S. Trustee

Andrew Turner
Attorney for Love's Travel Stops
& Country Stores, Inc.

THIS, the ___ day of April, 2026.

_____
Craig M. Geno

6



### DIESEL FUEL DISCOUNT MASTER AGREEMENT

This Diesel Fuel Discount Master Agreement (the "Agreement") is between Big Level Trucking Inc ("Customer") and Love's Travel Stops & Country Stores, Inc. ("Love's"), on behalf of itself and its affiliates which own or operate retail fuel locations (whether one or more, "Locations"). For good and valuable consideration, the receipt of which is acknowledged, the parties agree to the terms and conditions contained herein as governing their business relationship with regard to the discounting of Customer's diesel fuel (the "Product") purchases at Locations.

Appendix A (General Terms and Conditions) and Appendix B (Customer Discount Terms), as amended from time to time, are hereby incorporated by reference into this Agreement. CUSTOMER CERTIFIES IT HAS REVIEWED IN DETAIL, AND UNDERSTANDS AND AGREES TO, ALL TERMS AND CONDITIONS ON ALL PAGES OF THIS AGREEMENT BEFORE SIGNING BELOW.

By signing below, the following authorized representatives accept the terms of this Agreement on behalf of their respective party.

Customer Signature: _Nonna Patterson_  Print Name & Title: _Operations Manager_  Date: _1/29/19_
Address: 1727 Dummyline Road, Wiggins, MS, 39577
Email Contact: stevene@biglevel.net

Love's Signature: _____  Print Name & Title: Vice President of Sales  Date: 1/29/2019
Address: 10601 N. Pennsylvania Ave., Oklahoma City, OK 73120, Attn: Fleet Sales Department
Email Contact: FleetSalesSupport@loves.com

**EXHIBIT "A"**   DIESEL FUEL DISCOUNT MASTER AGREEMENT – Page 1 of 13

---

### GENERAL TERMS AND CONDITIONS

1. **General; Scope.** The following terms and conditions are incorporated by reference into the Diesel Fuel Discount Master Agreement between Customer and Love's (the "Agreement"). Capitalized terms herein have the meaning set forth in the Agreement. The Agreement governs Customer's purchases of Product from Love's Locations, regardless of blend, but not the provision of any other goods, equipment or services, such as installation or maintenance.

2. **Application of Discounts.** Discounts are provided for the Locations specified in Appendix B and applied as specified in Appendix B. Purchases at Locations not referenced in Appendix B will be priced in accordance with Customer's global Discount or, if no global Discount exists, at Love's posted retail price. Love's or Customer's billing card(s), as applicable, will apply Discounts to all transactions other than transactions paid by cash, check or billing card check.

3. **Application of OPIS Postings.** The OPIS daily contract average sales price ("CONT AVG") is posted by OPIS at approximately 10:00 AM eastern time and is received electronically by Love's on a subscription feed Monday-Saturday. In calculating Discounts, Love's will apply the prior day's CONT AVG posting for purchases made Tuesday through Saturday and apply the prior Saturday's CONT AVG posting for purchases made on Sunday and Monday.

4. **Volume Commitment.** Customer agrees to direct its drivers to purchase Product from Love's retail locations immediately upon execution of this Agreement and to make a good faith effort at all times to meet the volume commitment stated in Appendix B.

5. **Customer Performance Review.** Love's will review Customer's performance under this Agreement from time to time, including at the end of Customer's initial term and for each calendar month thereafter. Love's may, in its sole discretion and upon notice to Customer, adjust (which may include eliminating) the Discount and/or adjust the payment terms prospectively based upon the results of any such review. All such adjustments are effective without the requirement of Customer's signature, but will be memorialized by Love's providing Customer with prior written notice.

6. **Review of Transactions.** Each party acknowledges and agrees that errors and/or delays related to transactions and Discounts may occur, whether caused by either party or a third party and due to a variety of factors. The parties will cooperate and act diligently to resolve any such errors or delays within a reasonable time period. Customer shall review its Discount and transaction information and results regularly and promptly notify Love's of any issues.

7. **Delivery.** Title to and risk of loss of Product shall pass to Customer at the point the Product leaves the Love's fuel pump nozzle.

8. **Payment; Setoff; Chargeback Period.** Customer shall pay all invoices when due, without setoff. If Customer fails to timely make payment hereunder, Love's may set-off Customer rebates and incentives and charge interest on the overdue amount at a monthly rate of up to 1.5%. Customer expressly waives the right to seek credit, chargeback or other form of recovery (directly or indirectly) against Love's related to purchases made more than 180 days prior.

9. **Adequate Assurance.** Notwithstanding anything to the contrary in this Agreement, should Love's believe it necessary at any time to secure payment for Customer's purchases, Love's may require Customer make cash payment for purchases or provide satisfactory security in the form of a cash deposit or letter of credit, at Customer's expense, in a form and from a bank acceptable to Love's. Love's will not be obligated to sell Product to Customer until any such security is received and deemed acceptable by Love's. If Customer fails to timely provide the required security, Love's may terminate this Agreement.

10. **Warranty; Disclaimer; Limitation of Liability.** ALL PRODUCT SOLD UNDER THIS AGREEMENT IS SOLD BY LOVE'S "AS IS" AND WITHOUT ANY WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL LOVE'S OR ITS AFFILIATES BE LIABLE FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION, LOST PROFITS, REGARDLESS OF THE TYPE OF CLAIM BEING IN CONTRACT, TORT OR OTHERWISE, AND WHETHER OR NOT ARISING OUT OF THE SUBJECT MATTER OF THIS AGREEMENT. IN NO EVENT SHALL LOVE'S BE LIABLE TO CUSTOMER FOR THE ACTS, OMISSIONS, ERRORS OR DELAYS OF THIRD PARTIES, SUCH AS BILLING CARDS OR OTHER CREDIT PROVIDERS, IN RELATION TO THIS AGREEMENT.

11. **Indemnification.** Each party shall indemnify the other party, its affiliates and their respective officers, employees, agents and contractors from and against any and all claims, liabilities, damages, losses, actions, suits, expenses and costs (including, reasonable attorneys' fees and legal costs) resulting from or related to the negligence or willful misconduct of any of the party, its affiliates and their respective officers, agents, contractors and employees arising out of the subject matter of this Agreement.

12. **Confidentiality.** Customer shall not disclose this Agreement, any of its terms, or any other confidential or proprietary information of any of Love's or its affiliates to any third party other than to Customer's internal employees that have a strict need-to-know in order to facilitate or ensure Customer's performance under this Agreement. Customer shall notify Love's in writing: (i) immediately upon discovery of a breach of this section, and (ii) at least 10 days prior to an obligation of disclosure required by law or otherwise.

13. **Amendment & Termination.** In addition to any right of Love's under Section 5 above, Love's may terminate this Agreement, or adjust any Discount or payment terms, immediately upon written notice to Customer if: (i) Customer fails to meet its volume commitment, fails to timely pay an amount due, or otherwise defaults in its obligations under this Agreement or applicable law, (ii) Customer performs an assignment to its creditors or demonstrates a failure or inability to pay its debts as they mature, (iii) Customer is the subject of a petition in bankruptcy, reorganization or other similar debt or receivership proceeding, (iv) there is a sale, pledge, assignment or other transfer of a material portion of Customer's assets, or (v) changes in the policies or requirements of billing card or credit provider(s) render terms of this Agreement infeasible or undesirable. Love's may otherwise terminate the Agreement for any reason and without cause upon 30 days' written notice to Customer. Customer shall immediately pay to Love's all sums due upon termination.

14. **Notice.** All notices required or permitted hereunder shall be deemed effective when received by either overnight delivery, email, or other electronic or third party service provider sent to the respective address or email contact on page 1 of the Agreement.

15. **Governing Law; Venue; Attorney's Fees.** This Agreement shall be governed by and enforced under the laws of the State of Oklahoma and exclusive jurisdiction shall lie in the state or federal courts of Oklahoma County, Oklahoma. Each party hereby consents to the personal jurisdiction of such courts. The prevailing party in any action related to this Agreement shall be entitled to recover from the other its reasonable attorneys' fees and costs.

16. **Effecting Amendment; Binding Authority.** Except as otherwise provided herein, this Agreement may only be amended by a writing signed by an authorized representative of each party which specifically references this Agreement. Love's sales representatives do not have authority to assume, create or incur any obligation or liability on behalf of Love's.

17. **DFConnect™ Customers; FPS Customers:** Customer may use RFID and the Fuel Purchase System™ (collectively, "FPS") to authorize purchase transactions at Locations where FPS is available. In connection with such use, Customer hereby assumes sole responsibility for (i) honoring all purchase transactions authorized by Customer, and (ii) ensuring all purchase transactions comply with Customer's business policies and applicable law. Customer's FPS authorization will be deemed final when received by Love's and will be Customer's binding confirmation that the purchase transaction has been verified, validated and guaranteed for full and prompt payment to Love's. As applicable, the total transaction amount may be adjusted based on the Discount(s). This adjustment shall not diminish or eliminate Customer's obligation and guarantee to pay on the purchase transaction.

18. **Miscellaneous.** Discount and payment shall be in U.S. Dollars. Sections 10-12, 15 & 18 shall survive termination of this Agreement. Customer may not assign its rights or obligations under the Agreement except upon the prior written consent of Love's. No waiver by either party regarding the performance of the other party under this Agreement shall be construed as a waiver of any subsequent performance under the same or any other provision. In the event any provision of the Agreement is held to be invalid or unenforceable for any reason, such provision shall be eliminated or limited, such that the provision and any remaining provisions will continue in full force and effect. This Agreement represents the entire agreement between the parties and supersedes any prior agreements with respect to the subject matter hereof, except non-conflicting terms extended by Love's pursuant to a direct bill, Love's Express or any other credit arrangement between the parties. If terms contained in Appendix B conflict with terms of this Appendix A, the terms of the then-current Appendix B shall control but only to the extent of the conflict, and the non-conflicting terms of Appendix A will continue in force. The Agreement may be executed separately by the parties and by hand or electronically, and may be transmitted by fax or electronic transmission with the same effect to be given as if all signatures appeared on the same original document.

DIESEL FUEL DISCOUNT MASTER AGREEMENT – Page 2 of 13

**Appendix B to Diesel Fuel Discount Master Agreement**
**CUSTOMER DISCOUNT TERMS**

Discounts: The per gallon discount (the "Discount") is the better of either:

(1)      the amount set forth in the "Retail Minus" column in the table below for the purchase Location, OR
(2)      the posted retail price for Product, minus the daily contract average sales price posted by OPIS for the "Base Product" (clear ultra-low sulfur diesel) or other fuel designated by Love's at the wholesale fuel rack designated for the Location, minus a freight fee set by Love's for the Location, minus any taxes and fees applicable to a sale of the Base Product at the Location, minus the amount set forth as "Pumping Fee" in the table below for the Location.

For Discount purposes, Customer and Love's may agree to prior day locked-in retail price quotes which will be set by Love's and provided to Customer by email.  Upon such agreement, the "Retail Minus" in Discount "(1)" above is deducted from Customer's prior day locked-in retail price quote to result in Customer's overall Discount off the posted retail price at the time of purchase.

The Discount formula in "(2)" above does not represent Love's actual costs and the formula components (including the Base Product) may not be based on the Product actually purchased.  The formula components are subject to change at Love's discretion and are available upon request.  Any Location in the table below with a "Pumping Fee" of "N/A" is not eligible for Discount "(2)".

Payment: Customer will be charged the retail price at the time and Location of purchase and Discounts will be provided post-transaction.  For purchases made under a Love's credit or billing program, (a) the Discounts will be reflected by Love's, or its third party service provider, on the invoice submitted to Customer, and (b) payment by Customer shall be made directly to Love's, or its third party service provider, within the time period required by Love's, and pursuant to the credit and payment terms extended by Love's.  For purchases made through Customer's credit or billing program funded by a third party provider and approved by Love's to facilitate purchases by Customer hereunder (a "Third Party Program"), (i) the Discounts will be reflected by the provider on the settlement received by Customer, and (ii) Customer shall pay the provider for purchases and the provider will pay Love's.

Volume Commitment: 65,000 gallons of Product per calendar month across all Locations, prorated for a partial month.

Term:  One year following account setup and discount activation at Love's and the applicable billing card; thereafter term continues as month-to-month.

Assignment: As set forth in Appendix A, Section 18, Customer may not assign its rights or obligations under the Agreement except upon the prior written consent of Love's.  As a result, Love's prior written consent is required for Customer to (i) resell, transfer, pass to or otherwise share all or a portion of any Discount or the monetary benefit associated with any Discount (each, a "Discount Assignment") with any person or entity other than Customer (including without limitation owner-operators, other fleets or Customer's affiliates), and (ii) include others in Customer's billing card account in the event such inclusion would result in a Discount Assignment of any kind.  Customer shall ensure each party to a Discount Assignment is familiar with the terms of this Agreement and abides by the terms hereof, and remain liable for such party performing under or in relation to this Agreement, in any event.

Special Provision(s): None.

Discounts Table:

| Customer | Loves Store No. | City | State | Retail Minus | Pumping Fee |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 206 | Loxley | AL | 0.0500 | 0.0400 |

| Customer | Store No. | City | State | Retail Minus | Pumping Fee |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 225 | Evergreen | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 227 | Lake View | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 304 | Steele | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 368 | Clanton | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 381 | Falkville | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 466 | Jasper | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 530 | Moody | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 566 | Ozark | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 577 | Shorter | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 580 | Muscle Shoals | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 624 | Prichard | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 718 | HOPE HULL | AL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 236 | N Little Rock | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 267 | Morrilton | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 271 | Ozark | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 275 | Palestine | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 277 | Prescott | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 450 | West Memphis | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 457 | Little Rock | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 557 | Searcy | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 607 | Jonesboro | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 635 | Alma | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 661 | Pine Bluff | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 671 | Blytheville | AR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 265 | Casa Grande | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 272 | Kingman | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 278 | Joseph City | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 280 | Buckeye | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 286 | Quartzsite | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 296 | Gila Bend | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 328 | Chandler | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 349 | Yuma | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 386 | Lake Havasu City | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 460 | Benson | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 553 | Williams | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 659 | Tolleson | AZ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 207 | Coachella | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 223 | Ripon | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 230 | Lost Hills | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 374 | Barstow | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 382 | Tulare | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 392 | Tehachapi | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 410 | Corning | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 441 | Santa Nella | CA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 538 | Lodi | CA | 0.0500 | 0.0400 |

| | | | | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 23 | Lamar | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 226 | Pueblo | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 300 | Bennett | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 377 | Hudson | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 517 | Grand Junction | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 644 | Burlington | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 649 | Brush | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 653 | Eads | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 668 | BERTHOUD | CO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 228 | Polk City | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 316 | Ormond Beach | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 363 | Ocala | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 379 | Lee | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 415 | Fort Pierce | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 453 | Cottondale | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 467 | Fort Pierce | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 470 | Jasper | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 495 | North Fort Myers | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 561 | Mossy Head | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 603 | Jacksonville | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 620 | Hawthorne | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 627 | Davenport | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 683 | Moore Haven | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 708 | BUSHNELL | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 724 | LAKE CITY | FL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 307 | Jackson | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 311 | Waco | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 320 | Dublin | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 325 | Tifton | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 338 | Richmond Hill | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 354 | Thomson | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 359 | Emerson | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 376 | Hogansville | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 405 | Brunswick | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 698 | Macon | GA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 361 | Newton | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 411 | Clive | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 426 | Shelby | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 476 | Davenport | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 479 | Sioux City | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 670 | Floyd | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 684 | Ellsworth | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 702 | WATERLOO | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 704 | PACIFIC JUNCTION | IA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 301 | Post Falls | ID | 0.0500 | 0.0400 |

| | | | | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 334 | Heyburn | ID | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 478 | Idaho Falls | ID | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 249 | Williamsville | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 292 | Dwight | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 318 | Ina | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 322 | Roscoe | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 351 | Utica | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 367 | Le Roy | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 384 | Greenville | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 395 | Kankakee | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 529 | Oglesby | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 578 | Hamel | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 583 | New Baden | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 606 | South Holland | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 685 | Knoxville | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 687 | South Jacksonville | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 688 | Greenup | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 750 | Oakwood | IL | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 222 | Richmond | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 254 | Belleville | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 319 | Pittsboro | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 323 | Marion | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 355 | Memphis | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 391 | Saint Paul | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 394 | Demotte | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 414 | Haubstadt | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 417 | Gary | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 451 | Whiteland | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 459 | Whitestown | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 551 | Angola | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 592 | Woodburn | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 600 | Ingalls | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 601 | Knightstown | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 633 | Plymouth | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 664 | Terre Haute | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 710 | TIPTON | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 729 | Elkhart | IN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 60 | Norton | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 258 | Ottawa | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 455 | Ellis | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 558 | Dodge City | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 608 | McPherson | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 632 | Liberal | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 647 | Belleville | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 655 | Scott City | KS | 0.0500 | 0.0400 |

DocuSign Envelope ID: 80BE2E8A-6004-4C7D-BDF7-29S320F69610

| Company | No. | City | State | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 656 | Holcomb | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 692 | Chanute | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 695 | Cunningham | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 703 | SOUTH HUTCHINSON | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 732 | ABILENE | KS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 238 | Shepherdsville | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 291 | Richmond | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 303 | Waddy | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 321 | Corbin | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 348 | Calvert City | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 360 | Horse Cave | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 383 | Sparta | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 418 | Grayson | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 618 | Sadieville | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 716 | ELIZABETHTOWN | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 725 | Hanson | KY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 209 | Greenwood | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 237 | Tallulah | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 240 | Port Allen | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 243 | Lake Charles | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 289 | Minden | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 362 | Vinton | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 523 | Rayne | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 663 | Port Barre | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 720 | BOYCE | LA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 537 | Cumberland | MD | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 682 | HAGERSTOWN | MD | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 336 | Marshall | MI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 645 | Frenchtown | MI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 701 | CAPAC | MI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 337 | Albert Lea | MN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 235 | Saint Joseph | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 282 | Joplin | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 313 | Matthews | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 341 | Rolla | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 347 | Boonville | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 458 | Strafford | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 461 | Saint Louis | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 488 | Bloomsdale | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 500 | Eagleville | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 585 | Neosho | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 612 | Bridgeton | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 616 | Harrisonville | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 621 | Bevier | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 643 | Sikeston | MO | 0.0500 | 0.0400 |

DocuSign Envelope ID: 80BE2E8A-6004-4C7D-BDF7-29S320F69810

| Company | No. | City | State | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 669 | New London | MO | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 208 | Canton | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 388 | Batesville | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 393 | Mccomb | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 398 | Tupelo | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 402 | Biloxi | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 420 | Flowood | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 559 | Indianola | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 564 | Columbus | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 595 | Gulfport | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 619 | Poplarville | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 639 | Lake | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 677 | West Point | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 699 | MAGEE | MS | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 679 | Hardin | MT | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 308 | Marion | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 412 | Dunn | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 497 | Statesville | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 507 | Salisbury | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 667 | Mebane | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 697 | NEWTON | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 741 | Reidsville | NC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 353 | Fargo | ND | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 474 | Williston | ND | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 309 | Aurora | NE | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 390 | North Platte | NE | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 625 | Sidney | NE | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 631 | Valley | NE | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 676 | Syracuse | NE | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 680 | Norfolk | NE | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 404 | Bordentown | NJ | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 22 | Clayton | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 210 | Albuquerque | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 215 | Gallup | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 257 | Milan | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 259 | Las Cruces | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 262 | Tucumcari | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 276 | Lordsburg | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 285 | Santa Rosa | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 329 | Clovis | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 614 | Albuquerque | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 726 | BELEN | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 733 | LAS VEGAS | NM | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 246 | Fernley | NV | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 340 | Las Vegas | NV | 0.0500 | 0.0400 |

25-51204-KMS Dkt 470 Filed 04/07/26 Entered 04/07/26 17:37:45 Page 11 of 27

| | | | | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 365 | Wells | NV | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 691 | ELY | NV | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 403 | Binghamton | NY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 611 | Canaan | NY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 221 | Zanesville | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 332 | Burbank | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 352 | Jeffersonville | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 356 | North Baltimore | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 370 | Hubbard | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 389 | Conneaut | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 427 | Dayton | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 456 | Perrysburg | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 594 | Bidwell | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 605 | Springfield | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 690 | Circleville | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 693 | UPPER SANDUSKY | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 711 | BELLVILLE | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 747 | Sidney | OH | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 46 | Hooker | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 74 | Lindsay | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 201 | Elk City | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 203 | Oklahoma City | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 204 | Eufaula | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 205 | Oklahoma City | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 211 | Oklahoma City | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 213 | Tonkawa | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 219 | Seminole | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 248 | Clinton | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 253 | Erick | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 255 | Webbers Falls | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 260 | Norman | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 263 | Lawton | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 266 | Ardmore | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 268 | Atoka | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 274 | Okemah | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 295 | Chouteau | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 302 | Boise City | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 373 | Calera | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 385 | Hinton | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 452 | Pauls Valley | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 486 | Choctaw | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 604 | Guthrie | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 630 | Enid | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 636 | Nowata | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 638 | Texhoma | OK | 0.0500 | 0.0400 |

| | | | | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 648 | Valliant | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 654 | Union City | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 658 | West Siloam Springs | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 675 | Okmulgee | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 712 | Newcastle | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 734 | Randlett | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 737 | El Reno | OK | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 312 | Roseburg | OR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 372 | Ontario | OR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 449 | Troutdale | OR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 650 | Boardman | OR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 728 | MILLERSBURG | OR | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 324 | Mifflinville | PA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 358 | Hamburg | PA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 366 | Jonestown | PA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 407 | Carlisle | PA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 535 | Londonderry | PA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 326 | Orangeburg | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 333 | Fort Mill | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 371 | Dillon | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 387 | Fair Play | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 396 | Newberry | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 397 | Blacksburg | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 424 | Lexington | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 657 | Cayce | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 740 | Yemassee | SC | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 445 | Sioux Falls | SD | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 602 | Box Elder | SD | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 244 | Jackson | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 306 | Dandridge | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 314 | Christiana | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 330 | Baxter | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 344 | Memphis | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 346 | Columbia | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 364 | Charleston | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 369 | Dickson | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 429 | Nashville | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 480 | Lenoir City | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 490 | Nickajack Lake | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 629 | White House | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 641 | Dyersburg | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 694 | Eastview | TN | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 200 | Amarillo | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 214 | El Paso | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 216 | Midlothian | TX | 0.0500 | 0.0400 |

| | | | | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 217 | Denton | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 229 | Claude | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 231 | Hillsboro | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 233 | Waller | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 234 | Katy | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 242 | San Antonio | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 247 | Memphis | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 250 | Amarillo | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 256 | Van Horn | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 261 | Amarillo | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 264 | Luling | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 269 | Wichita Falls | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 270 | Ranger | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 273 | Weatherford | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 279 | Mount Vernon | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 281 | Fort Worth | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 283 | Rockwall | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 284 | Edinburg | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 287 | Van | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 288 | Fairfield | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 290 | Lufkin | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 293 | Cleveland | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 294 | Dallas | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 297 | Edna | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 298 | Encinal | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 299 | Anna | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 315 | Houston | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 327 | Kingsville | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 331 | Hutchins | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 339 | Odessa | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 342 | Three Rivers | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 375 | Hearne | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 380 | Rhome | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 401 | Baytown | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 419 | Houston | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 447 | Anthony | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 463 | Seguin | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 464 | Comfort | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 468 | Willis | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 471 | Natalia | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 473 | Leary | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 475 | Sweetwater | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 481 | Deer Park | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 484 | Weimar | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 492 | Pecos | TX | 0.0500 | 0.0400 |

| | | | | | |
|---|---|---|---|---|---|
| Big Level Trucking Inc | 539 | Andrews | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 542 | Fort Stockton | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 589 | Lubbock | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 609 | Denton | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 610 | Baird | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 617 | Hungerford | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 623 | Midland | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 626 | Dumas | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 628 | Italy | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 642 | Hereford | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 651 | Van | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 662 | Quanah | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 665 | Angleton | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 672 | Sinton | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 673 | Queen City | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 678 | Paris | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 696 | BEAUMONT | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 700 | Sonora | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 709 | Lufkin | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 713 | Bridgeport | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 719 | TROY | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 721 | ALMA | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 738 | Sulphur Springs | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 739 | DONNA | TX | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 335 | Cedar City | UT | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 436 | Salt Lake City | UT | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 518 | Springville | UT | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 581 | Salina | UT | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 686 | Brigham City | UT | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 239 | Max Meadows | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 305 | Tom's Brook | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 317 | Skippers | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 399 | Lambsburg | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 435 | Ruther Glen | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 469 | South Hill | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 560 | Franklin | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 613 | Meadowview | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 705 | PROVIDENCE FORGE | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 707 | Covington | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 715 | BASTIAN | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 717 | Disputanta | VA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 413 | Ellensburg | WA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 454 | Napavine | WA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 514 | Ritzville | WA | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 681 | Prosser | WA | 0.0500 | 0.0400 |

| Big Level Trucking Inc | 345 | Oakdale | WI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 432 | Oak Creek | WI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 587 | Fond Du Lac | WI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 622 | Menomonie | WI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 637 | Poynette | WI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 640 | Wilson | WI | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 378 | Ripley | WV | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 220 | Cheyenne | WY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 310 | Wamsutter | WY | 0.0500 | 0.0400 |
| Big Level Trucking Inc | 723 | LARAMIE | WY | 0.0500 | 0.0400 |

**Love's**

### Amendment No.018

This Amendment No.018 (the "Amendment") is made as of November 25, 2025 between Big Level Trucking Inc ("Customer") and Love's Travel Stops & Country Stores, Inc. ("Love's") to amend the Diesel Fuel Discount Master Agreement dated January 29, 2019 between Customer and Love's (the "Agreement").

1. Appendix B of the Agreement (as amended from time to time) shall be deleted in its entirety and replaced with the attached Appendix B.

2. Each amendment to the Agreement set forth above shall go into effect, upon activation at Love's and the Third Party Program(s), if applicable, which will be approximately ten (10) days after this Amendment is received by Customer.

3. To the extent that the terms and conditions of this Amendment conflict with the terms and conditions of the Agreement (as amended from time to time) the terms and conditions of this Amendment shall control. Except as modified above, all terms and conditions of the Agreement shall remain in full force and effect.

Please refer to the Agreement and any previous amendments for further details.

**GENERAL TERMS AND CONDITIONS TO DIESEL FUEL DISCOUNT AGREEMENT**
**Appendix B to Diesel Fuel Discount Master Agreement**

Discounts: The per gallon discount (the "Discount") is the better of either:

(1)   the amount set forth in the "Retail Minus" column in the table below for the purchase Location, OR
(2) the posted retail price for Product, minus the daily contract average sales price posted by OPIS for the "Base Product" (clear ultra-low sulfur diesel) or other fuel designated by Love's at the wholesale fuel rack designated for the Location, minus a freight fee set by Love's for the Location, minus any taxes and fees applicable to a sale of the Base Product at the Location, minus the amount set forth as "Pumping Fee" in the table below for the Location.

For Discount purposes, Customer and Love's may agree to prior day locked-in retail price quotes which will be set by Love's and provided to Customer by email. Upon such agreement, the "Retail Minus" in Discount "(1)" above is deducted from Customer's prior day locked-in retail price quote to result in Customer's overall Discount off the posted retail price at the time of purchase.

The Discount formula in "(2)" above does not represent Love's actual costs and the formula components (including the Base Product) may not be based on the Product actually purchased. The formula components are subject to change at Love's discretion and are available upon request. Any Location in the table below with a "Pumping Fee" of "N/A" is not eligible for Discount "(2)".

Payment: Customer will be charged the retail price at the time and Location of purchase and Discounts will be provided post-transaction. For purchases made under a Love's credit or billing program, (a) the Discounts will be reflected by Love's, or its third party service provider, on the invoice submitted to Customer, and (b) payment by Customer shall be made directly to Love's, or its third party service provider, within the time period required by Love's, and pursuant to the credit and payment terms extended by Love's. For purchases made through Customer's credit or billing program funded by a third party provider and approved by Love's to facilitate purchases by Customer hereunder (a "Third Party Program"), (i) the Discounts will be reflected by the provider on the settlement received by Customer, and (ii) Customer shall pay the provider for purchases and the provider will pay Love's.

Volume Commitment: 180,000 gallons of Product per calendar month across all Locations, prorated for a partial month.

Term: 90 days following account setup and discount activation at Love's and the applicable Third Party Program(s); thereafter term continues as month-to-month.

Assignment: As set forth in Appendix A, Section 18, Customer may not assign its rights or obligations under the Agreement except upon the prior written consent of Love's. As a result, Love's prior written consent is required for Customer to (i) resell, transfer, pass to or otherwise share all or a portion of any Discount or the monetary benefit associated with any Discount (each, a "Discount Assignment") with any person or entity other than Customer (including without limitation owner-operators, other fleets or Customer's affiliates), and (ii) include others in Customer's billing card account in the event such inclusion would result in a Discount Assignment of any kind. Customer shall ensure each party to a Discount Assignment is familiar with the terms of this Agreement and abides by the terms hereof, and remain liable for such party performing under or in relation to this Agreement, in any event.

Special Provision(s):

DEF Rebate. Effective 03/17/2022, For its DEF purchases at Love's Locations, Customer will be charged the retail price at the time and Location of purchase and a discount of $0.1800 per DEF gallon purchased will be applied post transaction. The DEF discount will be applied on the invoice received by the Customer, and Customer shall pay the invoiced amount. This discount only applies to DEF sold by Love's at the pump and will not apply to any DEF sold in jug or any other form. Love's will only discount DEF gallons Love's is notified of via purchase on billing cards. DEF paid for

---

**GENERAL TERMS AND CONDITIONS TO DIESEL FUEL DISCOUNT AGREEMENT**
with cash is not trackable and will not be discounted. Customer must maintain the volume commitment stated above to qualify for the discount.

Fuel Rebate. Effective 08/01/2023, If Customer's quarterly purchase volumes from Love's Locations meet each range stated in the table immediately below, Customer will receive the applicable rebate for every diesel fuel gallon purchased from Love's during the applicable quarter (the "Fuel Rebate"). Love's will remit payment for the Fuel Rebate, if earned, via automated clearinghouse ("ACH") or wire transfer within approximately ten (10) business days following the end of the applicable quarter. For purposes of calculating the Fuel Rebate, the quarterly periods applicable to the Fuel Rebate are calendar quarters.

| Gallons of Product Purchased at Love's Locations | Per Gallon Rebate |
|---|---|
| 510,000 – 705,000 | $0.0150 |
| 705,001 or more | $0.0200 |

Only one per gallon Fuel Rebate may be achieved per quarter. To receive the Fuel Rebate, Customer must be current on all payments due to Love's and its affiliates or Love's may set-off rebates against any amounts due to Love's or its affiliates. Notwithstanding anything to the contrary set forth herein, if Fuel Rebate payment is made to Customer pursuant to this Agreement and Customer thereafter defaults under any payment obligation to Love's or its affiliates (under this Agreement or otherwise), then (1) Customer shall immediately pay all Fuel Rebate amounts back to Love's in an amount up to and including the amount of Customer's defaulted payment obligations, and (2) Love's shall have the right to terminate the Fuel Rebate and/or this Agreement.

Tire Incentive Fuel Rebate. Effective 09/01/2022. If Customer's monthly purchase volumes from Love's Locations meet each range stated in the table immediately below, Customer will receive the applicable rebate for every diesel fuel gallon purchased from Love's during the applicable month (the "Tire Rebate"). Love's will remit payment for the Tire Rebate, if earned, via automated clearinghouse ("ACH") or wire transfer within approximately ten (10) business days following the end of the applicable month.

| Number of Tires Purchased From or Through Love's* | Per Gallon Rebate |
|---|---|
| 100 or more | $0.01 |

*The number of tires purchased from or through Love's: (1) will include new, retread and used tires, (2) will be based upon the number of tires delivered to Customer by Love's on national account PLUS the number of tires purchased on Customer's credit account with Love's (Customer must provide its national account codes to Love's for any deliveries to count toward the number of tires purchased), and (3) will be calculated in Love's sole discretion based upon the data maintained in Love's systems. Terminal delivered tires will be included for the purposes of the Tire Rebate.

Only one per gallon Tire Rebate may be achieved per month. To receive the Tire Rebate, Customer must be current on all payments due to Love's and its affiliates or Love's may set-off rebates against any amounts due to Love's or its affiliates. Notwithstanding anything to the contrary set forth herein, if Tire Rebate payment is made to Customer pursuant to this Agreement and Customer thereafter defaults under any payment obligation to Love's or its affiliates (under this Agreement or otherwise), then (1) Customer shall immediately pay all Tire Rebate amounts back to Love's in an amount up to and including the amount of Customer's defaulted payment obligations, and (2) Love's shall have the right to terminate the Tire Rebate and/or this Agreement.

No Warranty. ALL TIRES SOLD UNDER THIS AGREEMENT ARE SOLD BY LOVE'S "AS IS" AND WITHOUT ANY WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CUSTOMER AGREES THAT IT WILL NOT MAKE ANY WARRANTY CLAIMS

**GENERAL TERMS AND CONDITIONS TO DIESEL FUEL DISCOUNT AGREEMENT**
AGAINST LOVE'S FOR TIRES PURCHASED UNDER THIS AGREEMENT, AND LOVE'S SHALL HAVE NO RESPONSIBILITY OR LIABILITY FOR ANY SUCH WARRANTY CLAIMS.

**Volume Commitment:** Customer has the purchase commitment target volumes for the products and periods indicated in the table immediately below:

| Products | Quarterly Requirement |
|---|---|
| Number of Tires | 100 |

Preventative Maintenance Discount. During the Term of this Agreement, Customer shall receive the discount(s) indicated in the table immediately below off of the retail price for the indicated preventative maintenance and/or oil change packages purchased by Customer from Love's and Speedco locations on its Love's credit account (collectively, the "Preventative Maintenance Discounts").

| Preventative Maintenance Discounts | |
|---|---|
| Description | $ Discount |
| All Basic Preventative Maintenance Package | $50.00 |
| All Preventative Maintenance (PM) Service Package | $50.00 |

Miscellaneous Discounts. During the term of this Agreement, Customer shall receive the $ discount off of the retail price for each product purchased by Customer from Love's and Speedco Locations on its Love's credit account (collectively, the "Miscellaneous Discounts") as indicated in the table immediately below. Miscellaneous Discounts shall not apply to purchases tied to a national purchasing account or program with a tire manufacturer or other third party. The Net Price Payable column below indicates the final price payable by Customer for the indicated tires as of the Effective Date of this Agreement, exclusive of applicable local, state and/or federal taxes, fees, and labor charges.

| Miscellaneous | Article | Discount |
|---|---|---|
| VALVE STEM STANDARD | 30032 | $3.00 |
| W22.5HUBWHEEL | 6003319 | $50.00 |
| VALVE STEM LONG | 30031 | $7.00 |

[1]The "Retail Price" for the products indicated in the table immediately above apply as of the Effective Date of this Agreement. Retail prices do not include applicable local, state and/or federal taxes, fees, and labor charges and are subject to change at any time in Love's sole discretion.

In addition to any other rights it has under this Agreement, Love's may adjust or remove any or all of the Miscellaneous Discounts at any time in its sole discretion.

Tire Incentive Fuel Rebate. Effective 09/01/2022. If Customer's monthly purchase volumes from Love's Locations meet each range stated in the table immediately below, Customer will receive the applicable rebate for every diesel fuel gallon purchased from Love's during the applicable month (the "Tire Rebate"). Love's will remit payment for the Tire Rebate, if earned, via automated clearinghouse ("ACH") or wire transfer within approximately ten (10) business days following the end of the applicable month.

| Number of Tires Purchased From or Through Love's* | Per Gallon Rebate |
|---|---|
| 100 or more | $0.01 |

DIESEL FUEL DISCOUNT MASTER AGREEMENT – Page 4 of 7

**GENERAL TERMS AND CONDITIONS TO DIESEL FUEL DISCOUNT AGREEMENT**

*The number of tires purchased from or through Love's: (1) will include new, retread and used tires, (2) will be based upon the number of tires delivered to Customer by Love's on national account PLUS the number of tires purchased on Customer's credit account with Love's (Customer must provide its national account codes to Love's for any deliveries to count toward the number of tires purchased), and (3) will be calculated in Love's sole discretion based upon the data maintained in Love's systems. Terminal delivered tires will be included for the purposes of the Tire Rebate.

Only one per gallon Tire Rebate may be achieved per month. To receive the Tire Rebate, Customer must be current on all payments due to Love's and its affiliates or Love's may set-off rebates against any amounts due to Love's or its affiliates. Notwithstanding anything to the contrary set forth herein, if Tire Rebate payment is made to Customer pursuant to this Agreement and Customer thereafter defaults under any payment obligation to Love's or its affiliates (under this Agreement or otherwise), then (1) Customer shall immediately pay all Tire Rebate amounts back to Love's in an amount up to and including the amount of Customer's defaulted payment obligations, and (2) Love's shall have the right to terminate the Tire Rebate and/or this Agreement.

No Warranty. ALL TIRES SOLD UNDER THIS AGREEMENT ARE SOLD BY LOVE'S "AS IS" AND WITHOUT ANY WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CUSTOMER AGREES THAT IT WILL NOT MAKE ANY WARRANTY CLAIMS AGAINST LOVE'S FOR TIRES PURCHASED UNDER THIS AGREEMENT, AND LOVE'S SHALL HAVE NO RESPONSIBILITY OR LIABILITY FOR ANY SUCH WARRANTY CLAIMS.

**Volume Commitment:** Customer has the purchase commitment target volumes for the products and periods indicated in the table immediately below:

| Products | Quarterly Requirement |
|---|---|
| Number of Tires | 100 |

Tire Discount. During the term of this Agreement, Customer shall receive the $ discount off of the retail price for each tire purchased by Customer from Love's and Speedco Locations on its Love's credit account (collectively, the "Tire Discount") as indicated in the table immediately below. Tire Discounts shall not apply to purchases tied to a national purchasing account or program with a tire manufacturer or other third party. The Net Price Payable column below indicates the final price payable by Customer for the indicated tires as of the Effective Date of this Agreement, exclusive of applicable local, state and/or federal taxes, fees, and labor charges.

| Tire | Article | Discount |
|---|---|---|
| S01127 295/75R22.5 ORCO PD TRAILER 22 | 6003016 | $51.99 |
| S01575 295/75R22.5 POWER TRED 220 | 6003017 | $44.99 |
| S11506 295/75R22.5 VANTAGE MAX DR 230 | 6003020 | $65.99 |
| S46577 295/75R22.5 SPREAD AXLE 230 | 6003034 | $44.99 |
| S68305 295/75R22.5 PERFORMANCE DR | 6000962 | $60.99 |
| S73461 295/75R22.5 VANTAGE TRAILER II | 6003021 | $65.99 |
| S41452 295/75R22.5 REGIONAL A/P RETREAD | 6003265 | $50.99 |
| S52062 11R24.5 VANTAGE TRAILER II | 6003267 | $80.99 |
| S09131 11R24.5 VANTAGE MAX DR RETREAD | 6003274 | $73.99 |
| R01127 295/75R22.5 ORCO PD TRAILER 220 | 6003001 | $27.99 |
| R11506 295/75R22.5 VANTAGE MAX DR 230 | 6003004 | $32.99 |

DIESEL FUEL DISCOUNT MASTER AGREEMENT – Page 5 of 7

**GENERAL TERMS AND CONDITIONS TO DIESEL FUEL DISCOUNT AGREEMENT**

| | | |
|---|---|---|
| R73461 295/75R22.5G VANTAGE TRLR II 230 | 6003015 | $26.99 |
| R01575 295/75R22.5 POWER TRED DRIVE 220 | 6003112 | $20.99 |
| R46577 295/75R22.5 SPREAD AXLE 230 | 6003215 | $24.99 |
| R09131 11R24.5 VANTAGE MAX DR 230 | 6004070 | $29.99 |
| R41452 295/75R22.5 REGIONAL A/P 230 | 6004228 | $26.99 |
| R52062 11R24.5 VANTAGE TRAILER II 230 | 6004260 | $32.99 |
| R68305 295/75R22.5 PERFORMANCE DR 240 | 6004281 | $24.99 |
| S66720 295/75R22.5 VMD II 240 | 6135063 | $110.99 |
| RALSN10000281 295/75R22.5 RTR51 LRG | 6164895 | $104.99 |
| RALSN10000291 295/75R22.5 RMR51 LRH | 6169236 | $70.99 |
| RALSN10000311 295/75R22.5 RDR52 LRH | 6169237 | $70.99 |
| Y61721 295/75R22.5H RY617 16 PLY | 6001364 | $168.99 |
| Y71121 295/75R22.5H 101ZL 16PLY | 6006869 | $178.99 |
| HAN3002488 295/75R22.5 AL21 LRH | 6100051 | $195.99 |
| HAN3002432 295/75R22.5 DL21 LRG | 6100052 | $199.99 |
| HAN3002383 295/75R22.5 TL21 LRG | 6100053 | $199.99 |
| D1133289255 295/75R22.5 RR150 LRG | 6101730 | $240.99 |
| D1133489255 295/75R22.5 RLB400 LRG | 6101734 | $249.99 |
| D1133589255 295/75R22.5G FT115 | 6112010 | $229.99 |
| S01127 295/75R22.5 ORCO PD TRAILER 22 | 6003016 | $51.99 |
| R01127 295/75R22.5 ORCO PD TRAILER 220 | 6003001 | $27.99 |
| S73461 295/75R22.5 VANTAGE TRAILER II | 6003021 | $65.99 |
| R73461 295/75R22.5G VANTAGE TRLR II 230 | 6003015 | $26.99 |

[1]The "Retail Price" for the tires indicated in the table immediately above apply as of the Effective Date of this Agreement. Retail prices do not include applicable local, state and/or federal taxes, fees, and labor charges and are subject to change at any time in Love's sole discretion.

In addition to any other rights it has under this Agreement, Love's may amend or remove any Tire Discounts at any time in its sole discretion.

**Labor Discounts.** During the term of this Agreement, Customer shall receive the $ discount off of the retail price for each product purchased by Customer from Love's and Speedco Locations on its Love's credit account (collectively, the "Labor Discounts") as indicated in the table immediately below. Labor Discounts shall not apply to purchases tied to a national purchasing account or program with a tire manufacturer or other third party. The Net Price Payable column below indicates the final price payable by Customer for the indicated tires as of the Effective Date of this Agreement, exclusive of applicable local, state and/or federal taxes, fees, and labor charges.

| Labor | Article | Discount |
|---|---|---|
| SRT HOURLY LABOR | 5234190 | $21.00 |
| MECHANICAL REPAIR LABOR | 5234183 | $21.00 |
| ROADSIDE: MECH HOURLY LABOR | 5234174 | $21.00 |
| ROADSIDE AFTERHOURS: MECH HOURLY LABOR | 5241058 | $21.00 |
| ROADSIDE: TIRE HOURLY LABOR | 5235251 | $21.00 |
| ROADSIDE AFTERHOURS: TIRE HOURLY LABOR | 5241057 | $21.00 |

---

**GENERAL TERMS AND CONDITIONS TO DIESEL FUEL DISCOUNT AGREEMENT**

[1]The "Retail Price" for the products indicated in the table immediately above apply as of the Effective Date of this Agreement. The following states have an hourly retail price that is $10.00 higher than the above posted retail price: IL, CA, CO, WA, OR, & NY. The net price payable in these states will reflect the additional $10.00 per labor hour. Retail prices do not include applicable local, state and/or federal taxes, fees, and labor charges and are subject to change at any time in Love's sole discretion.

**Discounts Table:**

| Customer | Loves Store No. | City | State | Retail Minus Discount | Pumping Fee |
|---|---|---|---|---|---|
| Big Level Trucking Inc | Global Discount | | | 0.0500 | -0.0300 |
| Big Level Trucking Inc | All OR Locations | | | 0.7800 | N/A |
| Big Level Trucking Inc | 372 | Ontario | OR | 0.5800 | N/A |
| Big Level Trucking Inc | 728 | Millersburg | OR | 0.5800 | N/A |
| Big Level Trucking Inc | 60 | Norton | KS | 0.0500 | N/A |
| Big Level Trucking Inc | 74 | Lindsay | OK | 0.0500 | N/A |

Label Matrix for local noticing
0538-6
Case 25-51204-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Fri Apr  3 17:36:41 CDT 2026

90 Degree Benefits
P.O. Box 1688
Pascagoula, MS 39568-1688

Alabama Media Group
P.O. Box 2168
Grand Rapids, MI 49501-2168

Alan L. Smith, Esq.
Baker, Donelson, Bearman, Caldwell & Ber
For Banc of America Leasing & Capital, L
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alan L. Smith, Esq.
Baker, Donelson, Bearman, Caldwell & Ber
For Navistar Leasing Company
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-7009

Alexander Hardware
206 N Magnolia Drive
P.O. Box 276
Wiggins, MS 39577-0276

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Trucking Associations
P.O. Box 201068
Dallas, TX 75320-1068

Andrew R. Wilson
BENNETT LOTTERHOS SULSER & WILSON, P.A.
For M&T Equipment Finance Corporation
P.O. Box 1488
Madison, Mississippi 39130-1488

Automotive Glass Spec., Inc.
607 Adeline Street
Hattiesburg, MS 39401-3843

BCT, Inc.
P.O. Box 95741
Chicago, IL 60694-5741

BMO Bank N.A.
P.O. Box 3040
Cedar Rapids IA 52406-3040

BMO Harris Bank, N.A.
P.O. Box 71951
Chicago, IL 60694-1951

BMSS
1020 Highland Colony Parkway
Suite 600
Ridgeland, MS 39157-2150

Ballman's Auto Repair
1725 S Azalea Drive
Wiggins, MS 39577-8107

Banc of America
P.O. Box 25916
Overland Park, KS 66225-5916

Banc of America Leasing & Capital, LLC
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Banc of America Leasing & Capital, LLC
c/o Alan L. Smith, Esq.
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Bank of NY Trust Co.
c/o Navistar
2701 Navistar Drive
Lisle, IL 60532-3637

Bank of NY Trust Co., Agent
c/o Navistar
2701 Navistar Drive
Lisle, IL 60532-3637

Bank of Wiggins
c/o Paul S. Murphy, Esq.
Butler Snow LLP
P.O. Drawer 4248
Gulfport, MS 39502-4248

Bank of Wiggins
109 W Pine Avenue
Wiggins, MS 39577-2654

Bank of Wiggins
c/o Paul S. Murphy
Butler Snow LLP
P.O. Drawer 4248
Gulfport, MS 39502-4248

Bean Co.
802 Hwy 12 W
Starkville, MS 39759-3580

BeanCo
802 Hwy 12 W
Starkville, MS 39759-3580

Erin McManus Best
Watkins and Eager PLLC
P.O. Box 650
Jackson, MS 39205-0650

Bestone Tire & Service
1702 N Collins Blvd
Suite 100
Richardson, TX 75080-3662

Big Level Trucking, Inc.
P.O. Box 306
Wiggins, MS 39577-0306

Blossman Gas, Inc.
1316 S Magnolia
Wiggins, MS 39577-2705

## EXHIBIT "B"

Bo Bennett
P.O. Box 215
Counce, TN 38326-0215

Bob Matus
17940 Gulf Blvd
Unit 16D
Redington Shores, FL 33708-1156

Brent Tice
319 First Street S
Wiggins, MS 39577-2737

Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
Attn: Katie Spewak
St. Louis, MO 63102-2726

Burkes Auto Parts
429 East Central Avenue
Wiggins, MS 39577-2717

Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

C-Spire Wireless
P.O. Box 519
Meadville, MS 39653-0519

CET Logistics
P.O. Box 306
Wiggins, MS 39577-0306

Calvin Barnes
14986 Hw. 57 S
McLain, MS 39456

Calvin Barnes
14986 Hwy 57 S
McLain, MS 39456-6502

Chad J. Hammons, Esq.
Jones Walker LLP
For Mitsubishi HC Capital America, Inc
P.O. Box 427
Jackson, MS 39205-0427

Chase Auto Finance
P.O. Box 9001801
Louisville, KY 40290-1801

Chuck Evans
32 Madewood Court
Hattiesburg, MS 39402-7948

Cintas Corporation
P.O. Box 630921
Cincinnati, OH 45263-0921

Colonial Life
Processing Center
P.O. Box 903
Columbia, SC 29202-0903

Copeland Cook Taylor & Bush
P.O. Box 17619
Hattiesburg, MS 39404-7619

Copeland, Cook, Taylor and Bush
Attn: Accounting Department
P.O. Box 6020
Ridgeland, MS 39158-6020

Corporate Billing, LLC
Dept 100
P.O. Box 830604
Birmingham, AL 35283-0604

Corporate Billing, a Division of SouthState
c/o Eric T. Ray
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203-4605

(p)QUALIA COLLECTION SERVICES
P O BOX 4699
PETALUMA CA 94955-4699

Crossroads Equipment Lease & Finance, LLC
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5338

Crossroads Equipment Lease and Finance
400 Alexander Park Dr.
Ste. 201
Princeton, NJ 08540-6797

Daimler Truck Financial
14372 Heritage Parkway
Fort Worth, TX 76177-3300

David Johns
168 Woodlands Glen Circle
Brandon, MS 39047-7107

Demetric Ratcliff
100 Ginger Drive
Hattiesburg, MS 39402-9658

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Department of the Treasury
Internal Revenue Service
c/o U.S. Attorney
501 E. Court St., Suite 4.430
Jackson, MS 39201-5025

Don Mattocks
253 Tidewater Road
Hattiesburg, MS 39402-7920

Endom Welding and Trailer Repair
P.O. Drawer 10
Ellisville, MS 39437-0010

(p)MITSUBISHI HC CAPITAL AMERICA  INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Eric T. Ray, Esq.
HOLLAND & KNIGHT LLP for
Corporate Billing, Division of SouthStat
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203-4605

Erin McManus
Watkins and Eager PLLC
For Trustmark Bank, successor in
P.O. Box 650
Jackson, MS 39205-0650

FIT Logistical Service
319 First Street S
Wiggins, MS 39577-2737

FIT Logistical Services
319 First Street S
Wiggins, MS 39577-2737

FIT Logistical Services
P.O. Box 1071
Hattiesburg, MS 39403-1071

Fast Pace Mississippi, PLLC
P.O. Box 306415
Nashville, TN 37230-6415

Ferguson Trucking, LLC
P.O Box 307
Houston, MS 38851-0307

Ferguson Trucking, LLC
1538 Hwy 15 N
Houston, MS 38851-7463

Ferguson Trucking, LLC
159 County Road 43
Houston, MS 38851-7668

Flagstar/GAF
Great Atlantic Financial
41 Hackensack Avenue
Hackensack, NJ 07601

Fleet Charge Select
3500 Lacey Road
Suite 220
Downers Grove, IL 60515-2481

FleetPride
P.O. Box 847118
Dallas, TX 75284-7118

Gas and Supply
2905 Industrial Blvd
Laurel, MS 39440-5953

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Scot P. Goldsholl
Padgett Law Group
415 North McKinley,
Suite 1177
Little Rock, AR 72205-3177

Grantham Heavy Equipment Machine Shop
P.O. Box 444
Monticello, MS 39654-0444

Gulf Coast Tire Supply
P.O. Box 1161
Lucedale, MS 39452-1161

H & P Leasing
P.O. Box 6257
Jackson, MS 39288-6257

Hamblin & Hamblin
837 N Eason Blvd
Tupelo, MS 38804-6903

Chad J. Hammons
Jones Walker
P.O. Box 427
Jackson, MS 39205-0427

James Haney
Wong Fleming
400 Alexander Park Drive
Suite 201
Princeton, NJ 08540-6797

James K. Haney
WONG FLEMING, P.C.
400 Alexander Park Dr., Ste. 201
Princeton, NJ 08540-6797

Hankook Tire America Corp.
333 Commerce Street
Suite 600
Nashville, TN 37201-1836

Thomas M Hewitt
Butler Snow LLP
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139

Idle Smart
P.O. Box 1922
Lenox, MA 01240-4922

Impact Training Solutions, Inc.
2355 Lusk Drive
Neosho, MO 64850-8833

Independent Furniture Supply
Wanda Bell
P.O. Box 2186
Tupelo, MS 38803-2186

Infinite Wisdom
P.O. Box 7935
Missoula, MT 59807-7935

J.W. Sledge
212 Reservoir Road
Columbia, MS 39429-8543

Jack's Home Improvement Center
747 Hall Street
Wiggins, MS 39577-2105

Jackson Trailer and Equipment, LLC
P.O. Box 6366
Pearl, MS 39288-6366

James Haney
Wong Fleming
For Crossroads Equipment Lease and Finan
400 Alexander Park Drive Suite 201
Princeton, NJ 08540-6797

Jeff Martin Auctioneer
P.O. Box 16809
Hattiesburg, MS 39404-6809

Jeff Martin Auctioneers, Inc.
P.O. Box 16809
Hattiesburg, MS 39404-6809

Jim F. Spencer, Jr.
Watkins & Eager PLLC
For Trustmark Bank, successor in
Post Office Box 650
Jackson, MS 39205-0650

Joe Stevens, Esq.
Wise Carter Child & Caraway, P.A.
For Renasant Bank
601 Adeline St.
Hattiesburg, MS 39401-3843

Joey Ferguson
159 CR 43
Houston, MS 38851-7668

John S. Simpson, Esq.
Simpson Law Firm PA
for H&P Leasing, Inc.
P.O. Box 2058
Madison, MS 39130-2058

John S. Simpson, Esq.
Simpson Law Firm PA
for Southern States Utility Trailer Sale
P.O. Box 2058
Madison, MS 39130-2058

John Tucker
Tower Loan of MS
P.O. Box 320001
Flowood, MS 39232-0001

Johnny's Wrecker Service
5484 Hwy 42
Hattiesburg, MS 39401-1413

Johnson & Johnson
P.O. Box 899
Charleston, SC 29402-0899

Roy Jones
997 Hwy. 49, Lot 63
Perkinston, MS 39573-6603

Justin B. Little, Esq.
Reynolds, Reynolds & Little, LLC
For BMO Bank, N.A.
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863

KFCU VISA Card
Credit Card Center
P.O. Box 71050
Charlotte, NC 28272-1050

Kacy Burnsed
1007 Clifton Road, NE
Atlanta, GA 30307-1227

Keesler Federal Credit Union
c/o Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

Keesler Federal Credit Union
Atten: Bankruptcy
P.O. Box 7001
Biloxi, MS 39534-7001

Keesler Federal Credit Union
PO Box 7001
Biloxi, MS 39534-7001

Winston Lee
Burr & Forman LLP
190 E. Capitol St.
Ste M-100
Jackson, MS 39201-2149

LesJam
P.O. Box 808
McComb, MS 39649-0808

Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, AL 35403-2863

Long Drive Investments
122 Bellewood Road
Hattiesburg, MS 39402-8811

Love's Travel Stops
10601 N Pennsylvania Ave
Oklahoma City OK 73120-4108

Love's Travel Stops & Country Stores, I
Andrew R. Turner, esq
4100 First Place Tower
15 East Fifth Street, Ste. 4100
Tulsa, Ok 74103-4305

Love's Travel Stops and Country Stores
P.O. Box 842568
Kansas City, MO 64184-2568

Loves Travel Stops & Country Stores, Inc.
CONNER & WINTERS, LLP
15 East Fifth Street, Ste. 4100
Tulsa, Oklahoma 74103-4305

Loves Travel Stops & Country Stores, Inc.
CONNER & WINTERS, LLP
4100 First Place Tower
Tulsa, Oklahoma 74112

Lytx, Inc.
P.O. Box 849972
Los Angeles, CA 90084-9972

M&T Equipment Finance Corporation
f/k/a Peoples United Equipment Finance
c/o Bennett Lotterhos Sulser & Wilson PA
P.O. Box 1488
Madison, MS 39130-1488

M&T Equipment Finance Corporation f/k/a Peop
United Equipment Finance Corp.
Michael D. Bloom
300 Frank W. Burr Blvd, Suite 50
Teaneck, NJ 07666-6703

MISSISSIPPI DEPARTMENT OF REVENUE
Legal Department
P. O. BOX 22828
JACKSON, MS 39225-2828

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

Matthew W. McDade
for Charles Evans, Jr. a/k/a Chuck Evans
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501-1931

James A. McCullough II
Brunini, Grantham, Grower & Hewes, PLLC
P, O. Drawer 119
Jackson, MS 39205-0119

Matthew Ward McDade
Balch & Bingham
1310 25th Avenue
Gulfport, MS 39501-1931

McLeod Software
Dept 3500
P.O. Box 830539
Birmingham, AL 35283-0539

Memorial Hospital at Gulfport
4500 Thirteenth Street
Gulfport, MS 39501-2569

Michelin North America, Inc.
P.O. Box 100860
Atlanta, GA 30384-0860

Midland States Bank
c/o Byrd & Wiser
PO Drawer 1939
Biloxi, MS 39533-1939

Midland States Bank
1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146-4022

Midland States Bank
PO Box 2149
Gig Harbor, WA 98335-4149

Miller Rental & Investment
1047 First Street S
Wiggins, MS 39577-8213

Miller Rental & Investments
1047 First Street S
Wiggins, MS 39577-8213

Miller Transportation
P.O. Box 366
Wiggins, MS 39577-0366

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Mississippi State Port Authority
P.O. Box 40
Gulfport, MS 39502-0040

Mississippi Trucking Association
825 North President Street
Jackson, MS 39202-2561

Mitsubishi HC Capital America, Inc.
c/o Chad J. Hammons, Esq.
Jones Walker LLP
3100 N. State St., Ste. 300
Jackson, MS 39216-4013

Mitsubishi HC Capital America/Webster
P.O. Box 71347
Chicago, IL 60694-1347

(c)MUNN DIESEL REPAIR & SALES
17 J C MUNN RD
SUMRALL MS  39482-4634

Paul S. Murphy
Butler Snow O'Mara Stevens &Cannada
1300-25th Avenue, Suite 204
Gulfport, MS 39501-1994

Nationwide Testing Association, Inc.
P.O. Box 508
772 North Broad Street
Mooresville, NC 28115-9551

Navistar Financial Corporation
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Navistar Financial Corporation
P.O. Box 96070
Chicago, IL 60693-6070

Navistar Leasing Company
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Navistar Leasing Company
P.O. Box 98454
Chicago, IL 60693-8454

Navitas Credit Corporation
201 Executive Center Drive
Suite 100
Columbia, SC 29210-8410

New Orleans Terminal
50 Napoleon Avenue
New Orleans, LA 70115-7758

Onsite Auto Glass
21313 Saucier Lizano Road
Saucier, MS 39574-9671

Orkin
P.O. Box 2010
Gulfport, MS 39505-2010

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Bank, National Association
c/o Winston Lee
190 E. Capitol Street, Suite M-100
Jackson, MS 39201-2152

PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044-3409

William B. Palmertree
Palmertree, Neyman & Jolly, PLLC
P.O. Box 969
Hernando, MS 38632-0969

Parker's Service Center, LLC
419 East Central Avenue
Wiggins, MS 39577-2717

Paul S. Murphy
BUTLER SNOW LLP
For XTRA Lease LLC.
1300 25th Avenue, Suite 204
Gulfport, MS 39501-1994

Paul S. Murphy
Butler Snow O'Mara Stevens &Cannada
For Bank of Wiggins
1300-25th Avenue, Suite 204
Gulfport, MS 39501-1994

Pearl River Valley
422 E Pine Street
Wiggins, MS 39577-2800

Penske Truck Leasing Co.
P.O. Box 827380
Philadelphia, PA 19182-7380

(p)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

Pine Belt Fleet Services
5102 US Hwy 49
Hattiesburg, MS 39401

Timothy Pitts
341 Earl Lane, Lot B
Picayune, MS 39466

Rand McNally
1100 W Idaho Street
Suite 330
Boise, ID 83702-5655

Eric T. Ray
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203-4605

Renasant Bank
2001 Park Place North
Birmingham, Al 35203-2735

Renasant Bank
2001 Park Place
Suite 315
Birmingham, AL 35203-2735

Robbie Rollin
19572 Brighton Drive
Saucier, MS 39574-6207

Robert Alan Byrd
Byrd & Wiser Attorneys at Law
For Midland States Bank
P.O. Box 1939
Biloxi, MS 39533-1939

Robert Alan Byrd
For Keesler Federal Credit Union
P.O. Box 1939
Biloxi, MS 39533-1939

Sylvie Derdeyn Robinson
MS Dept of Revenue
P O Box 22828
Jackson, MS 39225-2828

Rocking C Truck and Trailer
P.O. Box 3327
Gulfport, MS 39505-3327

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Rushing Enterprises, Inc.
P.O. Box 220
Headland, AL 36345-0220

STM-Pilot-Flying J
Dept 6412
P.O. Box 11407
Birmingham, AL 35246-6412

Sam McClendon
1310 Oloh Road
Sumrall, MS 39482-4490

Thomas Jackson Schultz
Burr & Forman LLP
190 E Capitol St
Suite M-100
Jackson, MS 39201-2149

Scot P. Goldsholl
Padgett Law Group
For Simmons Bank
415 North McKinley, Suite 1177
Little Rock, AR 72205-3177

(p)SIEMENS FINANCIAL SERVICES INC
ATTN ATTN - STEPHANIE MITCHELL
4800 NORTH POINT PARKWAY
ALPHARETTA GA 30022-3732

Signature Finance
P.O. Box 5524
Hicksville, NY 11802-5524

(p)SIMMONS BANK
POST OFFICE BOX 733
UNION CITY TN 38281-0733

John S. Simpson
Simpson Law Firm, P.A.
P.O. Box 2058
Madison, MS 39130-2058

SkyBitz
P.O. Box 74007409
Chicago, IL 60674-7409

Alan Lee Smith
Baker Donelson
100 Vision Drive
Suite 400
Jackson, MS 39211-7009

South MS Business Machine
P.O. Box 697
Gulfport, MS 39502-0697

South Mississippi Business Machines of
Gulfport, Inc.- South Miss. Business
Machines of Gulfport, Inc
P O Box 697
Gulfport, MS 39502-0697

(p)SOUTHERN FINANCIAL SYSTEMS
2603 OAK GROVE ROAD
HATTIESBURG MS 39402-8928

Southern Gas and Supply of Mississippi, Inc.
Lisa Gintz
4709 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809-9655

Southern Pipe and Supply
710 West Frontage Road
Wiggins, MS 39577-8133

Southern States Utility Trailer Sales
P.O. Box 6257
Jackson, MS 39288-6257

Southern Tire Mart
Dept 143
P.O. Box 1000
Memphis, TN 38148-0143

Southern Tire Mart, LLC
800 Highway 98
Columbia, MS 39429-8255

Jim F. Spencer Jr.
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650

Christopher J. Steiskal Sr.
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Steven Evans
117 Wildwood Trace
Hattiesburg, MS 39402-2353

Joe Stevens
Wise Carter Child & Caraway, P.A.
601 Adeline St.
Hattiesburg, MS 39401-3843

Stone Printing
2919 Hwy 26
Wiggins, MS 39577-9585

Sumitomo Mitsui Finance & Leasing Co.
P.O. Box 530023
Atlanta, GA 30353-0023

Sumitomo Mitsui Finance and Leasing Company
Limited
Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

Supervision
P.O. Box 203489
Dallas, TX 75320-3489

Systems 9 Business Solutions
237 Tidewater Road
Hattiesburg, MS 39402-7920

T. Jack Schultz
BURR & FORMAN LLP
For PNC Equipment Finance
190 E. Capitol Street, Suite M-100
Jackson, MS 39201-2149

Tennessee Farmers Mutual Insurance Companies
147 Bear Creek Pike
Columbia, TN 38401-2266

Tenstreet, LLC
120 W 3rd Street
Suite 101
Tulsa, OK 74103-3406

Thomas M Hewitt
Butler Snow LLP
For XTRA Lease LLC
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139

Tice and Associates
P.O. Box 458
Wiggins, MS 39577-0458

Tim's Body Shop
145 John Willis Road
Wiggins, MS 39577-9346

Timothy Pitts
34 Earl Lane
Lot B
Picayune, MS 39466-6635

Transportation Safety Services
P.O. Box 1290
Daphne, AL 36526-1290

Trewolla Sweatman
317 East Capital Street
Lamar Life Bldg, Suite 505
Jackson, MS 39201-3405

Tri County Air Services
25 Pump Branch Road
Wiggins, MS 39577-8755

Tri-State Truck Center, Inc.
P.O. Box 5858
Jackson, MS 39288-5858

Trimble Maps
P.O. Box 204769
Dallas, TX 75320-4769

Triple E Farms
P.O. Box 306
Wiggins, MS 39577-0306

Trustmark Bank f/k/a Trustmark National Bank
Jim F. Spencer, Jr.
P.O. Box 650
Jackson, MS 39205-0650

Trustmark Bank, successor in interest to Tru
c/o Jim F. Spencer, Jr.
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650

(p)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

U.S. Attorney S.D. Mississippi
c/o U.S. Securities and Exchange Commiss
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501-2040

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Small Business Administration
1835 Assembly Street, Suite 1425
Columbia, SC 29201-2453

U.S. Small Business Administration
c/o U.S. Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201-5025

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

VFI ABS 2025-1, LLC
c/o Troy Aramburu
15 W South Temple Ste 1200
Salt Lake City, UT 84101-1547

VFI Corporate Finance
2800 East Cottonwood Parkway
2nd Floor
Salt Lake City, UT 84121-7295

VTFNA
P.O. Box 26131
Greensboro, NC 27402-6131

VanPete, LLC
1018 N Flowood Dr
Flowood, MS 39232-9532

Waring Oil Company
P.O. Box 66
Vicksburg, MS 39181-0066

Waters International Trucks, Inc.
P.O. Box 831
Hattiesburg, MS 39403-0831

Webster Capital Finance
c/o Evan S. Goldstein, Esq.
Updike, Kelly & Spellacy, P.C.
225 Asylum Street, 20th Floor
Hartford, CT 06103-1532

Webster/Sterling
Dept E19
707 Texas Avenue, Suite 200D
College Station, TX 77840-1980

Webster/Sterling
Webster Capital Finance
P.O. Box 330
Hartford, CT 06141-0330

Wells Fargo Equipment Finance
P.O. Box 858178
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance, Inc.
c/o Alan L. Smith, Esq.
Baker Donelson, PC
100 Vision Drive - Suite 400
Jackson, MS 39211-7009

Wells Fargo Equipment Finance, Inc.
Attn: La Neice Brown
801 Walnut Street, MAC F0006-052
Des Moines, IA 50309-3606

William P. Wessler
William P. Wessler
1624 24th Avenue
PO Box 175
Gulfport, MS 39502-0175

(p)COMMUNITY MEDICAL CENTER
PO BOX 1007
LUCEDALE MS 39452-1007

Andrew R. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
P.O. Box 1488
Madison, MS 39130-1488

Winston Lee
Burr & Forman LLP
For PNC Equipment Finance
190 E. Capitol St. Ste M-100
Jackson, MS 39201-2149

Workforce QA, LLC
2200 South Main Street
Suite 475
Salt Lake City, UT 84115-2601

XTRA Lease LLC
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
Attn: Katie Spewak
St. Louis, MO 63102-2726

Xtra LLC
7911 Forsyth Blvd
Suite 600
Saint Louis, MO 63105-3877

Yokohama Tire Corporation
P.O. Box 677087
Dallas, TX 75267-7087

Yokohama Tire Corporation
Wagner, Falconer & Judd, Ltd.
300 North Corporate Drive, Suite 200
Brookfield WI 53045-5833

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CrossCheck, Inc.
1440 North McDowell Blvd.
Petaluma, CA 94954

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Engs Commercial Finance Co.
One Pierce Place
Suite 1100 W
Itasca, IL 60143

(d) Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

PNC Bank, National Association
655 Business Center Drive
Horsham, PA 19044

Penske Truck Leasing Co., LP
PO Box 563
Reading, PA 19606

Siemens Financial Services
P.O. Box 2083
Carol Stream, IL 60132

Simmons Bank
P.O. Box 7009
Pine Bluff, AR 71611-7009

(d) Simmons Bank
P.O. Box 733
Union City, TN 38281

Southern Financial Systems
P.O. Box 15203
Hattiesburg, MS 39404

Trustmark National Bank
248 East Capital Street
Jackson, MS 39201

Wiggins Primary Care
P.O. Box 1007
Lucedale, MS 39452

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Munn Diesel Repair & Sales
398 Munn Road
Sumrall, MS 39482

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMO Bank, N.A.

(d)Bank of Wiggins
c/o Paul S. Murphy
Butler Snow LLP
P.O. Drawer 4248
Gulfport. MS 39502-4248

(d)CET Logistics
P.O. Box 306
Wiggins, MS 39577-0306

(u)CREDITOR ADDED IN ERROR

(u)Aloysius Davis

(d)Demetric Ratcliff
100 Ginger Drive
Hattiesburg, MS 39402-9658

(d)Chuck Evans
32 Madewood Court
Hattiesburg, MS 39402-7948

(d)Ferguson Trucking, LLC
P.O. Box 307
Houston, MS 38851-0307

(d)H&P Leasing
P.O. Box 6257
Jackson, MS 39288-6257

(u)H&P Leasing, Inc.

(d)J.W. Sledge
212 Reservoir Road
Columbia, MS 39429-8543

(d)LesJam
P.O. Box 808
McComb, MS 39649-0808

(d)Long Drive Investments
122 Bellewood Road
Hattiesburg, MS 39402-8811

(d)Love's Travel Stops & Country Stores, I
Andrew R. Turner, esq
4100 First Place Tower
15 East Fifth Street, Ste. 4100
Tulsa, Ok 74103-4305

(d)Memorial Hospital at Gulfport
4500 Thirteenth Street
Gulfport, MS 39501-2569

(d)Miller Transportation
P.O. Box 366
Wiggins, MS 39577-0366

(d)Mitsubishi HC Capital America, Inc.
c/o Chad J. Hammons, Esq.
Jones Walker LLP
3100 N. State St., Ste. 300
Jackson, MS 39216-4013

(d)PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044-3409

(d)Penske Truck Leasing Co.
P.O. Box 827380
Philadelphia, PA 19182-7380

(d)Robbie Rollin
19572 Brighton Drive
Saucier, MS 39574-6207

(d)Roy Jones
997 Hwy 49
Lot 63
Perkinston, MS 39573-6603

(u)Simmons Bank

(u)Southern States Utility Trailer Sales, Inc

(d)Systems 9 Business Solutions
237 Tidewater Road
Hattiesburg, MS 39402-7920

(d)Triple E Farms
P.O. Box 306
Wiggins, MS 39577-0306

(u)U.S. Small Business Administration

(d)Vanpete, LLC
1018 N Flowood Drive
Flowood, MS 39232-9532

(u)Webster Capital Finance                  (u)XTRA Lease LLC

End of Label Matrix
Mailable recipients   244
Bypassed recipients    29
Total                 273