## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**     **BIG LEVEL TRUCKING, INC.**                                    **CHAPTER 11**

**DEBTOR(S)**                                                                  **CASE NO. 25-51204-KMS**

---

## DEBTOR'S RESPONSE TO NOTICE OF EVENT OF DEFAULT AND CURE OPPORTUNITY REGARDING ORDER GRANTING ADEQUATE PROTECTION TO WELLS FARGO EQUIPMENT FINANCE, INC.

---

COMES NOW Debtor Big Level Trucking, Inc. (the "Debtor" or "Big Level"), by and through undersigned counsel, and files this its *Answer and Response to the Notice of Event of Default and Cure Opportunity Regarding Order Granting Adequate Protection to Wells Fargo Equipment Finance, Inc.* (the "Notice") [Dk #457], and in support thereof, Debtor respectfully shows as follows, to-wit:

1.      Debtor's management was of the mistaken belief that the terms and conditions of the Order on Motion by Wells Fargo Equipment Finance, Inc. for Relief from the Automatic Stay and to Compel Abandonment or, in the Alternative, to Compel Adequate Protection [Dk #440] was a fully negotiated and consensually resolved contested matter, instead of the Court's ruling and Order on adequate protection.

2.      Accordingly, Debtor's management did not agree that the terms and conditions of the Order [Dk #440] was the actual agreement of the parties, and that was somewhat understandable because two of the other secured creditors represented by Wells Fargo's counsel had reached consensual arrangements that were placed within agreed orders for adequate protection and restructuring of secured claims for the rest of the case.

-2-

3. As a result, the Debtor did not pay the court ordered adequate protection payments to Wells Fargo in a timely manner, which resulted in the Notice being submitted.

4. However, upon receiving the Notice and being advised that the Order was the result of the Court's ruling (and not the result of a negotiated settlement) the Debtor promptly paid the sums due in the Order.

5. The Debtor did not want to give the Court or the Creditor body the impression that it did not have the funds to pay the adequate protection payments and thus, is filing this response to the Notice.

DATED: This the 8th day of April, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By:_____

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Resp re Wells Fargo Notice Default Dk 457 4-08.26.wpd

-3-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.                    Alan L. Smith, Esq.
Assistant U.S. Trustee                      asmith@bakerdonelson.com
abigail.m.marbury@usdoj.gov

THIS, the _____ day of April, 2026.

_____
Craig M. Geno