United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                Case No. 25-51204-KMS

Big Level Trucking, Inc.                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                     User: mssbad                         Page 1 of 3

Date Rcvd: Apr 07, 2026                  Form ID: pdf012                      Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID                  Recipient Name and Address**
dbpos           +  Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306
cr              +  Memorial Hospital at Gulfport, 4500 Thirteenth Street, Gulfport, MS 39501-2569
cr              +  Systems 9 Business Solutions, 237 Tidewater Road, Hattiesburg, MS 39402-7920

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name                        Email Address**

Abigail M. Marbury
                    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
                    on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Alan Lee Smith
                    on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
                    on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Alan Lee Smith
                    on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Andrew R. Wilson

District/off: 0538-6                                    User: mssbad                                    Page 2 of 3
Date Rcvd: Apr 07, 2026                              Form ID: pdf012                              Total Noticed: 3

on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

Andrew R. Wilson
                                    on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons
                                    on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
                                    mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
                                    on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
                                    kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                                    on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
                                    kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray
                                    on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best
                                    on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank emcmanus@watkinseager.com,
                                    scook@watkinseager.com

James Haney
                                    on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II
                                    on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.
                                    on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
                                    mryan@watkinseager.com

Joe Stevens
                                    on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
                                    on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
                                    on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
                                    on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
                                    on behalf of Creditor Chuck Evans mmcdade@balch.com
                                    bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy
                                    on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
                                    on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
                                    kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
                                    on behalf of Creditor Midland States Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
                                    on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
                                    on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson
                                    on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
                                    on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
                                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
                                    on behalf of Creditor PNC Equipment Finance jschultz@burr.com
                                    cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt
                                    on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
                                    ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

District/off: 0538-6                            User: mssbad                              Page 3 of 3
Date Rcvd: Apr 07, 2026                         Form ID: pdf012                           Total Noticed: 3

USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

on behalf of Creditor PNC Bank  National Association wlee@burr.com,
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

TOTAL: 34

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **BIG LEVEL TRUCKING, INC.** | **CHAPTER 11** |
| | Debtor | **CASE NO. 25-51204-KMS** |

### ORDER

THIS CAUSE having come on for consideration of the *Omnibus Motion for Authority to Assume Service Agreements* (the "Motion") **[DK #411]** filed herein by Big Level Trucking, Inc. (the "Debtor"), and the Court having considered the Motion, and being fully advised in the matter, does hereby find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. On August 18, 2025, the Debtor filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

3. This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 365, 541, 1107, related statutes, related rules and various orders of reference.  This is a core proceeding.

4. The Debtor is the obligor under certain service agreements (the "Agreements") for services by various entities.  The Agreements are more fully described as follows:

| VENDOR NAME/ADDRESS | DESCRIPTION OF SERVICES |
|---|---|
| Memorial Hospital at Gulfport<br>4500 Thirteenth Street<br>Gulfport, MS 39501-2515 | Pre-Employment Hair Follicle Testing Services |
| Systems 9 Business Solutions<br>237 Tidewater Road<br>Hattiesburg, MS 39402 | Rental of Computers/Servers |

5.      The Agreements are assets of significant importance to the Debtor and its estate.

6.      The Debtor's mandate is to exercise its business judgment and ask the Court, pursuant to the Motion, for an order authorizing the assumption by the Debtor of the Agreements.

7.      There are no monetary or non-monetary defaults with respect to the Agreements that need to be cured prior to the assumption.  The vendors were afforded the opportunity to respond to the Motion, setting forth the alleged defaults and the alleged cures (monetary and non-monetary), so as to allow the Debtor to either negotiate and resolve the alleged cures, or in the event of a failure of negotiations to reach a resolution, then the Debtor and the vendors could present those issues to the Court for resolution.  However, no responses were filed to the Motion by the vendors.

8.      Assumption of the Agreements described above is in the best interest of the Debtor, all creditors and all parties-in-interest.

9.      The Court finds that the Motion is well-taken and is hereby granted.  The Debtor is authorized to execute such documents so as to finalize the assumption of the Agreements.

**# #  END OF ORDER  # #**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Order - Omnibus Mot to Assume Service Agreements 3-13-26.wpd