United States Bankruptcy Court
Southern District of Mississippi

In re:                                                    Case No. 25-51204-KMS

Big Level Trucking, Inc.                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306 |
| cr | + | Bean Co., 802 Hwy 12 W, Starkville, MS 39759-3580 |
| cr | + | CET Logistics, P.O. Box 306, Wiggins, MS 39577-0306 |
| cr | | Calvin Barnes, 14986 Hw. 57 S, McLain, MS 39456 |
| cr | + | Demetric Ratcliff, 100 Ginger Drive, Hattiesburg, MS 39402-9658 |
| cr | | FIT Logistical Service, 319 First Street S, Wiggins, MS 39577-2737 |
| cr | + | Ferguson Trucking, LLC, P.O Box 307, Houston, MS 38851-0307 |
| cr | + | J.W. Sledge, 212 Reservoir Road, Columbia, MS 39429-8543 |
| cr | + | Jeff Martin Auctioneer, P.O. Box 16809, Hattiesburg, MS 39404-6809 |
| cr | | LesJam, P.O. Box 808, McComb, MS 39649-0808 |
| cr | + | Long Drive Investments, 122 Bellewood Road, Hattiesburg, MS 39402-8811 |
| cr | | Miller Rental & Investment, 1047 First Street S, Wiggins, MS 39577-8213 |
| cr | + | Miller Transportation, P.O. Box 366, Wiggins, MS 39577-0366 |
| cr | + | Robbie Rollin, 19572 Brighton Drive, Saucier, MS 39574-6207 |
| cr | + | Roy Jones, 997 Hwy. 49, Lot 63, Perkinston, MS 39573-6603 |
| cr | | Timothy Pitts, 341 Earl Lane, Lot B, Picayune, MS 39466 |
| cr | + | Triple E Farms, P.O. Box 306, Wiggins, MS 39577-0306 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 17 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name**   **Email Address**

Abigail M. Marbury
on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Alan Lee Smith
on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Alan Lee Smith
on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Andrew R. Wilson
on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

Andrew R. Wilson
on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons
on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eric T. Ray
on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best
on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank emcmanus@watkinseager.com,
scook@watkinseager.com

James Haney
on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II
on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.
on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
mryan@watkinseager.com

Joe Stevens
on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
on behalf of Creditor Chuck Evans mmcdade@balch.com
bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy
on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
on behalf of Creditor Midland States Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl

District/off: 0538-6                          User: mssbad                          Page 3 of 3
Date Rcvd: Apr 07, 2026                   Form ID: pdf012                      Total Noticed: 17

on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Sylvie Derdeyn Robinson

on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr

on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz

on behalf of Creditor PNC Equipment Finance jschultz@burr.com
cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt

on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

on behalf of Creditor PNC Bank  National Association wlee@burr.com,
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com


TOTAL: 34



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **BIG LEVEL TRUCKING, INC.** | **CHAPTER 11** |
| | Debtor | **CASE NO. 25-51204-KMS** |

### ORDER

THIS CAUSE having come on for consideration of the *Omnibus Motion for Authority to Assume Lease/Owner Operating Agreements* (the "Motion") **[DK #417]** filed herein by Big Level Trucking, Inc. (the "Debtor"), and the Court having considered the Motion, and being fully advised in the matter, does hereby find as follows, to-wit:

1.      Notice and a hearing were adequate and appropriate under the circumstances.

2.      On August 18, 2025, the Debtor filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

3.      This Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 365, 541, 1107, related statutes, related rules and various orders of reference.  This is a core proceeding.

4.      The Debtor is the lessee under certain unexpired leases (the "Leases") with various lease/owner operators of trucks.  The Leases as more fully described as follows:

| LESSOR NAME/ADDRESS | DESCRIPTION OF LEASE AGREEMENT |
|---|---|
| Bean Co.<br>802 Hwy. 12 W<br>Starkville, MS 39759 | Lease Operator |
| Calvin Barnes<br>14986 Hwy. 57 S<br>McLain, MS 39456 | Owner Operator |
| CET Logistics<br>P.O. Box 306<br>Wiggins, MS 39577 | Lease Operator |
| Demetric Ratcliff<br>100 Ginger Drive<br>Hattiesburg, MS 39402 | Owner Operator |
| Ferguson Trucking, LLC<br>P.O. Box 307<br>Houston, MS 38851 | Lease Operator |
| FIT Logistical Service<br>319 First Street S<br>Wiggins, MS 39577-2737 | Lease Operator |
| J.W. Sledge<br>212 Reservoir Road<br>Columbia, MS 39429 | Owner Operator |
| Jeff Martin Auctioneer<br>P.O. Box 16809<br>Hattiesburg, MS 39404 | Lease Operator |
| LesJam<br>P.O. Box 808<br>McComb, MS 39649-0808 | Lease Operator |
| Long Drive Investments<br>122 Bellewood Road<br>Hattiesburg, MS 39402 | Lease Operator |
| Miller Rental & Investment<br>1047 First Street S<br>Wiggins, MS 39577-8213 | Lease Operator |
| Miller Transportation<br>P.O. Box 366<br>Wiggins, MS 39577 | Lease Operator |
| Robbie Rollin<br>19572 Brighton Drive<br>Saucier, MS 39574 | Owner Operator |

| | |
|---|---|
| Roy Jones<br>997 Hwy. 49, Lot 63<br>Perkinston, MS 39573 | Owner Operator |
| Timothy Pitts<br>341 Earl Lane, Lot B<br>Picayune, MS 39466 | Owner Operator |
| Triple E Farms<br>P.O. Box 306<br>Wiggins, MS 39577 | Lease Operator |

5.      The Leases are assets of significant importance to the Debtor and its estate.

6.      The Debtor's mandate is to exercise its business judgment and ask the Court, pursuant to the Motion, for an order authorizing the assumption by the Debtor of the Leases.

7.      There are no monetary or non-monetary defaults with respect to the Leases that need to be cured prior to the assumption.  The lessors were afforded the opportunity to respond to the Motion, setting forth the alleged defaults and the alleged cures (monetary and non-monetary), so as to allow the Debtor to either negotiate and resolve the alleged cures, or in the event of a failure of negotiations to reach a resolution, then the Debtor and the vendors could present those issues to the Court for resolution.  However, no responses were filed to the Motion by the lessors.

8.      Assumption of the Leases described above is in the best interest of the Debtor, all creditors and all parties-in-interest.

9.      The Court finds that the Motion is well-taken and is hereby granted.  The Debtor is authorized to execute such documents so as to finalize the assumption of the Leases.

**# #  END OF ORDER  # #**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Order - Omnibus Mot to Assume Lease, Owner Operator Agreements 3-13-26.wpd