**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No. 25-51204-KMS |
| BIG LEVEL TRUCKING, INC., | Chapter 11 |
| Debtor. | |

**LIMITED OBJECTION TO DISCLOSURE STATEMENT**

Pursuant to 11 U.S.C. §§ 105(a) and 1125 and Fed. R. Bankr. P. 3017(a), VanPete, LLC submits this limited objection to the Debtor's Disclosure Statement (Dkt. 420). The Disclosure Statement does not (i) clearly provide for payment of VanPete's allowed administrative claim in full on the Plan's effective date as required by a prior Agreed Order (Dkt. 342) and the Bankruptcy Code, or (ii) explain how administrative claims payable on the effective date will be funded. VanPete respectfully requests that the Disclosure Statement and the Plan be revised to address these matters. VanPete reserves all rights to object further to the Disclosure Statement and to confirmation of the Plan.

**WHEREFORE,** VanPete, LLC respectfully requests that the Court withhold approval of the Disclosure Statement unless and until the Debtor cures the deficiencies identified above and grant such other relief the Court deems appropriate.

Dated: April 22, 2026

Respectfully submitted,

/s/ Andrew R. Wilson
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
221 Sunnybrook Road, Suite B
Ridgeland, Mississippi 39157
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for VanPete, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day the foregoing was filed through the Court's electronic document filing system and was served by the Court via notice of electronic filing and hyperlink to the document on all parties who are registered to receive electronic service in this case, including the following:

> Craig M. Geno, Attorney for the Debtor
> Christopher J. Steiskal, Sr., Attorney for the Debtor
> Abigail M. Marbury, Attorney for the United States Trustee
> United States Trustee

Dated: April 22, 2026

*/s/ Andrew R. Wilson*