**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **BIG LEVEL TRUCKING, INC.**        **CASE NO. 25-51204-KMS**


**DEBTOR(S)**        **CHAPTER 11**

---

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S**
**PLAN OF REORGANIZATION**
**(DKT. #421)**

---

COMES NOW David W. Asbach, Acting United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Objection to Debtor's Plan of Reorganization (DKT. #421), and in support thereof respectfully submits the following:

1.      Debtor's Plan of Reorganization ("the Plan") (DKT. #421) proposes to amortize a "new" principal value of each secured claim and pay the creditor over a 60-month period at varying interest rates.  It's the Debtor's responsibility to ascertain what amount will be paid to each secured creditor and the Plan as written, fails to do so. The UST seeks clarification as to a monthly amount that will be paid to the creditors holding secured claims.

2.      The general unsecured creditors will be paid over the three (3) year life of the Plan. The Debtor seeks to retain at the end of each twelve (12) month post-confirmation period "sufficient funds to carry the Debtor … to the next month or two" with the remaining income going to the general unsecured creditors. The UST seeks clarification as to what the Debtor deems to be "sufficient funds" and how that effects payments made to unsecured creditors. See Plan, "Class 24: General Unsecured Creditors."

3.      The UST requests that at the confirmation hearing, Debtor provide some information regarding the expected/estimated annual payout to the general unsecured creditors.

4.      The UST reserves the right to provide additional grounds for denial of confirmation of the Plan at the hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that the Court deny the Debtor's plan.  The United States Trustee also prays for all general relief to which it may be entitled in these premises.

RESPECTFULLY SUBMITTED, this the 30th day of April 2026.

DAVID W. ASBACH
Acting United States Trustee
Region 5, Districts of
Louisiana and Mississippi

By:     */s/Steven Usry*
STEVEN USRY

STEVEN USRY (MSB #100922)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 E. COURT STREET, SUITE 6-430
JACKSON, MS  39201
TEL: (601) 965-5247
EMAIL:      steven.usry@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on the below-named individual(s) this day via first class U.S. Mail at the address listed below or electronically served via the electronic mail address on file with the Court's CM/ECF system:

Craig M. Geno
*Attorney for Debtor*

DATED, this the 30th day of April 2026.

By:    */s/ Steven Usry*
STEVEN USRY