## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**BIG LEVEL TRUCKING, INC.**                    **CASE NO. 25-51204-KMS**
**Debtor**                                       **Chapter 11 Proceeding**

## OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT

COMES NOW Renasant Bank, by and through undersigned counsel, and submits this its Objection to Debtor's Disclosure Statement, pursuant to 11 U.S.C. Section 1125 and Fed. R. Bankr. P. 3017(a), and states as follows:

Renasant Bank is a secured creditor in the above-styled Chapter 11 bankruptcy proceeding and holds certain allowed secured claims, see Claims 37, 38, 39, 42, 43, 44, and 45. Renasant Bank is a party in interest within the meaning of 11 U.S.C. Section 1109(b), with standing to be heard on this matter.

Debtor filed its Disclosure Statement (Dkt. 420) and related Plan of Reorganization (Dkt. 421) on March 13, 2026.

On March 19, 2026, the Court entered its Order and Notice for Hearing on Disclosure Statement (Dkt. 430) scheduling the hearing for May 7, 2026, at 1:30 PM and fixing April 30, 2026, as the deadline to file any objections to the Disclosure Statement.

Debtor's Disclosure Statement fails to satisfy the adequate information standard required by 11 U.S.C. Section 1125(a) because (i) it fails to explain how it plans to address Claims 37, 42, 43, 44, and 45, as Class 16 of the Disclosure Statement appears to only address Claims 38 and 39, and (ii) it fails to explain how it plans to fund administrative claims payable on the Plan's effective

date. Renasant Bank respectively requests that the Disclosure Statement and Plan be revised by Debtor to address these items. Renasant Bank reserves all rights to further object to the Disclosure Statement and to Plan confirmation.

WHEREFORE, Renasant Bank respectively submits that this Honorable Court withhold approval of the Disclosure Statement until such time as Debtor has addressed and rectified the matters set forth above and to grant such other relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED, this 30th day of April 2026.

**RENASANT BANK**

BY: *s/Joe D. Stevens*
JOE D. STEVENS (MSB #9039)

OF COUNSEL:
Joe D. Stevens (MSB# 9039)
WISE CARTER CHILD and CARAWAY, PA
601 Adeline Street (39401)
P.O. Box 990
Hattiesburg, Mississippi 39403-0990
(601) 582-5551
jds@wisecarter.com

Attorney for Renasant Bank

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this day the foregoing was filed using the CM/ECF System which sent notice of the filing to all persons requesting notice, including the following:

Craig M. Geno, Attorney for Debtor, Big Level Trucking, Inc.
Christopher J. Steiskal, Attorney for Debtor, Big Level Trucking, Inc.
Abigail M. Marbury, Attorney for the United States Trustee
United States Trustee

THIS, the 30th day of April 2026.

s/Joe D. Stevens
Joe D. Stevens