_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 5, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | **BIG LEVEL TRUCKING, INC.** | **CHAPTER 11** |
| | **Debtor** | **CASE NO. 25-51204-KMS** |

### ORDER

THIS CAUSE is before the Court on the *Motion for Additional Time Within Which to Respond to Discovery Requests* (the "Motion") **[DK #486]**, filed herein by Big Level Trucking, Inc. (the "Debtor"), the Court having considered the Motion, is of the opinion this Order should be entered extending the time for the Debtor to answer the discovery requests propounded to it by Trustmark Bank. It is, accordingly,

ORDERED, ADJUDGED and DECREED that the time for the Debtor to answer the discovery requests propounded to it by Trustmark Bank should be, and hereby is, extended for an additional **twenty (20) days** from the date of this Order.

**### END OF ORDER ###**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Discovery\From Trustmark\Order - Mot for Add'l Time to Answer Discovery Requests 4-30-26.wpd