# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:**  Big Level Trucking, Inc.

**Set:**  05/07/2026 01:30 pm   **Chapter:**  11   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Motion for Relief from Stay as to Multiple International Sleeper Cabs. ., Motion for Adequate Protection , Motion to Compel Abandonment .  Filed by Creditor Midland States Bank  (Dkt. #338)

Response filed by the Debtor In Possession (Dkt. #393)

---

Minute Entry Re: (related document(s): [338] Motion for Relief From Stay filed by Midland States Bank) Byrd to submit an Agreed Order. Order due by 05/21/2026. Called in by Byrd's office. (mcc)