**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

BIG LEVEL TRUCKING, INC.                    CASE NO. 25-51204-KMS

DEBTOR.                                              CHAPTER 11

### Notice of Withdrawal

**NOTICE** is hereby given that the Clerk's Notice - Action Required. (Dkt. #487) was inadvertently sent and is not necessary, and no further action is required by the debtor(s) or attorney for the debtor(s).

**THEREFORE**, the Clerk's Notice - Action Required. (Dkt. #487) is hereby withdrawn and held for naught, and no further action is required by the debtor(s) or attorney for the debtor(s).

Dated: May 6, 2026                    DANNY L. MILLER, CLERK OF COURT
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790