

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:

BIG LEVEL TRUCKING, INC.,

      Debtor.

Case No. 25-51204-KMS

Chapter 11

## AGREED ORDER RESOLVING LIMITED
## OBJECTION TO DISCLOSURE STATEMENT

VanPete, LLC filed a Limited Objection to Disclosure Statement (Dkt. 479). VanPete and the Debtor have resolved the Objection on the terms set forth in this Order.

IT IS ORDERED:

1.      Notwithstanding anything to the contrary in the Disclosure Statement (Dkt. 420) or Plan (Dkt. 421), VanPete's allowed administrative expense claim must be paid in full, in cash, on the effective date of the Plan, consistent with the Agreed Order Granting Motion for Relief from the Automatic Stay and Payment of Administrative Expense (Dkt. 342).

2.      The Disclosure Statement and Plan are deemed amended to conform to this Order.

3.      VanPete reserves all rights to object to confirmation of the Plan.

##END OF ORDER##

AGREED:

*/s/ Craig M. Geno*
Craig M. Geno
*Attorney for the Debtor*

*/s/ Andrew R. Wilson*
Andrew R. Wilson
*Attorney for VanPete, LLC*