# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 05/07/2026 01:30 pm  **Chapter:** 11  **Type:** bk    **Judge** Katharine M. Samson

**matter** Chapter 11 Disclosure Statement filed by the Debtor In Possession (Dkt. #420)

Objection filed by VanPete, LLC (Dkt. #479) - AGREED ORDER TO BE SUBMITTED BY ANDREW WILSON; CALLED IN BY GENO

Objection to Confirmation filed by US Trustee (Dkt. #481)

Objection filed by Renasant Bank (Dkt. #482)

Objection to Confirmation filed filed by Mississippi Department of Revenue (Dkt. #484)

Objection filed by Bank of Wiggins (Dkt. #485)

---

Minute Entry Re: (related document(s): [430] Order and Notice for Hearing on Disclosure Statement[420]) Appearances: Craig M. Geno, Paul S. Murphy, Sylvie Derdeyn Robinson, Alan Lee Smith, Joe Stevens, Steven Usry. Hearing was held. Debtor to file amended disclosure as stated at hearing. Due 6-8-26. Tickle for date: 06/08/2026. (cwe)