# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 05/07/2026 01:30 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 2020 Intl LT625 Tractor with VIN 3HSDZAPR2LN813013 and a 2020 Intl LT625 Tractor with VIN 3HSDZAPR2LN813014. ., Motion to Compel Abandonment .  Motion for Adequate Protection Filed by Creditor Simmons Bank  (Dkt. #215)

Answer filed by Debtor in Possession (Dkt. #270)

---

Minute Entry Re: (related document(s): [215] Motion for Relief From Stay filed by Simmons Bank) Appearance: Craig M. Geno. Agreed order has been submitted. (cwe)