# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 05/07/2026 01:30 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 77 trailers, vans and/or trucks. ., Motion to Compel Abandonment . or in the alternative Motion for Adequate Protection Filed by Creditor Bank of Wiggins (Attachments: # 1 Exhibit A - Promissory Note # 2 Exhibit B - Commercial Security Agreement # 3 Exhibit C - Certificates of Title)  (Dkt. #340)

Response filed by the Debtor In Possession (Dkt. #392)

---

Minute Entry Re: (related document(s): [340] Motion for Relief From Stay filed by Bank of Wiggins) Appearances: Craig M. Geno, Paul S. Murphy. Agreed order to be submitted by Murphy as stated at hearing. Order due by 05/21/2026. (cwe)