# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 05/07/2026 01:30 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion to Assume Contract. Motion to Approve Assumption of Contract of Loves Travel Stops as Critical Vendor Filed by Debtor In Possession Big Level Trucking, Inc.  (Dkt. #458)

---

Minute Entry Re: (related document(s): [458] Motion to Assume or Reject filed by Big Level Trucking, Inc.) Appearance: Craig M. Geno. Order has been submitted. Tickle for date: 05/14/2026. (cwe)