# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 05/07/2026 01:30 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Notice of Default or Noncompliance Pursuant to Order Filed by Creditor Wells Fargo Equipment Finance, Inc. (RE: related document(s)440 Order on Motion By Wells Fargo Equipment Finance, Inc. For Relief From The Automatic Stay and to Compel Abandonment or, In the Alternative, to Compel Adequate Protection (Related Doc 197, 268 & 366) (akb)). (Dkt. #457)

Response filed by the Debtor In Possession (Dkt. #471)

---

   Minute Entry Re: (related document(s): [457] Notice of Default or Notice of Noncompliance filed by Wells Fargo Equipment Finance, Inc.) Appearances: Craig M. Geno, Alan Lee Smith. Smith to submit order as stated at hearing (re withdrawal of notice and debtor compliance). Order due by 05/21/2026. (cwe)