United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-51204-KMS

Big Level Trucking, Inc.                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID**                **Recipient Name and Address**
dbpos                          + Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Alan Lee Smith | on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com |
| Andrew R. Wilson | on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com |

District/off: 0538-6                              User: mssbad                                  Page 2 of 3
Date Rcvd: May 07, 2026                       Form ID: pdf012                            Total Noticed: 1

Andrew R. Wilson
                    on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons
                    on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
                    mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
                    on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
                    kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                    on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
                    kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com

Eric T. Ray
                    on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best
                    on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank ebest@watkinseager.com,
                    ldeford@watkinseager.com

James Haney
                    on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II
                    on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.
                    on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
                    mryan@watkinseager.com

Joe Stevens
                    on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
                    on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
                    on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
                    on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
                    on behalf of Creditor Chuck Evans mmcdade@balch.com
                    bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Paul S. Murphy
                    on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
                    on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
                    kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
                    on behalf of Creditor Midland States Bank rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
                    on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
                    on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Steven Usry
                    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Sylvie Derdeyn Robinson
                    on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
                    on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
                    on behalf of Creditor PNC Equipment Finance jschultz@burr.com
                    cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt
                    on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
                    ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

on behalf of Creditor PNC Bank  National Association wlee@burr.com,
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

TOTAL: 35



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

IN RE:   BIG LEVEL TRUCKING, INC.     CASE NO.  25-51204-KMS

|  |  |
|---|---|
| SIMMONS BANK | MOVANT |
| VS. | |
| BIG LEVEL TRUCKING, INC. | RESPONDENT |

### AGREED ORDER RESOLVING MOTION TO ABANDON COLLATERAL AND LIFT STAY, OR ALTERNATIVELY FOR ADEQUATE PROTECTION *[Dkt. #215]*

THIS MATTER is before the Court on the *Motion for Abandonment and Relief from Automatic Stay or, Alternatively, for Adequate Protection* **[Dkt. #215]** ("Motion") filed by Simmons Bank ("Simmons") in the above-referenced Chapter 11 proceeding of Big Level Trucking, Inc. ("Debtor") and the Debtor's Answer thereto **[Dkt. #270]**.  The Court, being fully advised in the premises, and having been advised that the parties are in agreement that Simmons is entitled to adequate protection, finds that the Motion should be granted as to that request and conditionally denied as to the portion of the motion seeking relief from the automatic stay, subject to the conditions set forth herein, as follows:

1. Big Level Trucking, Inc. filed a Petition under Chapter 11 of the United States Bankruptcy Code on or about August 18, 2025.

2. Simmons is a secured creditor of the Debtor and this bankruptcy estate holding a claim in the amount of $30,602.03 secured by the Debtor's interest in a 2020 Intl LT625 Tractor with VIN 3HSDZAPR2LN813013 and a 2020 Intl LT625 Tractor with VIN 3HSDZAPR2LN813014 ("the Collateral").

3.  Big Level Trucking Inc. executed a Promissory Note, and a Security Agreement dated December 27, 2024, in favor of Simmons Bank in the original principal sum of $43,365.97.

4.  As of the petition date, the payoff on the Collateral was $30,602.03, in unpaid principal, interest due, and outstanding fees.

BASED ON THESE REPRESENTATIONS OF THE PARTIES AND THE FINDINGS

SET FORTH HEREIN, IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Motion of Simmons is Granted in Part, and Denied in Part, as set forth herein.

2.  Simmons shall be deemed to have a secured claim in the amount of $30,602.03 per Proof of Claim 6.

3.  Debtor shall pay the claim in the amount of $30,602.03 over a period of forty-eight (48) months, at an interest rate of 5.0% per annum. Total payments per month shall total no less than $563.83.

4.  Simmons shall retain its lien on the Collateral, with the priority thereof as existing on the Petition Date, until its Claim is paid in full.  The Debtor assumes all pre-petition contractual provisions contained in the Loan Documents between Wilmington and Debtor for this Claim, including, without limitation, requirements for insurance, payment of taxes and requirements for ongoing financial disclosures required by Debtor and any and all co-debtors and guarantors.  Further, the Debtor will allow reasonable inspections, including, without limitation, appraisals of the Collateral.

5.  The Debtor accepts Simmons Proof of Claim filed in this bankruptcy case *[Court Claim Register #6-1]* and agrees that no objection will be made to the Proof of Claim filed by Simmons in this bankruptcy case concerning this Claim.

6.  Debtor will include the agreed treatment in the plan of reorganization. With that language included, Simmons bank will vote in favor of the plan.

7.  Any Order confirming a Chapter 11 Plan in this bankruptcy case shall incorporate the provisions of this Agreed Order.  To the extent that the provisions of any Order confirming a Chapter 11 Plan in this bankruptcy case are inconsistent with the provisions of this Agreed Order, with respect to Simmons, this Agreed Order shall control.

8.  Except as set forth herein, nothing in this Agreed Order shall be construed as a waiver of Simmons', and/or its successors' and/or assigns', rights as a creditor in this bankruptcy case.  Specifically, Simmons expressly reserves all rights afforded to it pursuant to Title 11 U.S.C. and applicable non-bankruptcy law.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the agreement of the parties herein shall be and hereby is APPROVED as an Order of the Court.

**\*\*\*END OF ORDER\*\*\***

PREPARED AND SUBMITTED BY:

*/s/ Sarah Dunagan Labosier*
SARAH DUNAGAN LABOSIER
MS Bar No. 103522
Attorney for Creditor
PADGETT LAW GROUP
6267 Old Water Oak Road, Ste. 203
Tallahassee, FL 32312
(850) 422-2520
Email: Sarah.Labosier@padgettlawgroup.com

AGREED AND APPROVED:

*/s/ Craig M. Geno*
Craig M. Geno, MSB #4793
LAW OFFICES OF GENO &
STEISKAL, PLLC  601 Renaissance
Way, Suite A
Ridgeland, Mississippi  39157
Telephone  (601) 427-0048
Telecopy  (601) 427-0050
Email  cmgeno@cmgenolaw.com
*Counsel for Debtor*