**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: BIG LEVEL TRUCKING, INC.            Case No.  25-51204 KMS
Debtor                                 Chapter 11 Proceeding

## <u>MOTION TO LIFT AUTOMATIC STAY</u>

COMES NOW LLOYD JUSTIN and KEISHA JACKSON ANDERSON ("Movants"), through undersigned counsel, and files this Motion to Lift Automatic Stay and would show unto the Court the following, to-wit:

1. This Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. § 1334. The Bankruptcy Judge has authority and jurisdiction to determine this core proceeds brought under 11 U.S.C. § 362 and 28 U.S.C. § 157(g).

2. Lloyd Justin and Keisha Jackson Anderson filed their original Petition for Damages against Rober Lee Kelly and Big Level Trucking, Inc. on June 10, 2025 (the "Anderson Suit").

3. Movants filed Plaintiffs' First Supplemental and Amended Petition on November 6, 2025 wherein Arch Insurance Company was added as a defendant.

4. By agreement of the parties, the automatic stay shall lift for the limited purpose of allowing the Movants and Arch Insurance Company and any other liability insurance carriers to negotiate and settle the claims of the Anderson Suit.

5. Furthermore, by agreement of the parties, should the Anderson Suit not be settled by November 1st, 2026, the automatic stay shall be terminated to allow the Movants to prosecute its claims in said Anderson Suit and, thereafter, pursue all available liability insurance coverage.

6.    The stay will remain in place to prevent any action to collect from the Debtor and/or the property of the estate unless and until the stay is terminated pursuant to 11 U.S.C. § 362 or this case is dismissed prior to Debtor receiving a discharge herein.

7.    To the extent any available insurance coverage is insufficient to satisfy Movants' claims, Movants reserve the right to file claims and/or otherwise participate in this matter or to pursue the Debtor should this bankruptcy case be dismissed prior to Debtor receiving a discharge herein.

8.    The stay should be terminated pursuant to § 362(d) because (a) continuing the Anderson Suit will not burden the estate as the liability carrier will be responsible for providing a defense to Movant's claims; (b) said insurance is the actual source of recover for the Movants; (c) the Debtor and the property of the estate will remain protected by the stay from collection efforts; (d) termination of the stay avoids unnecessary litigation, delay and prejudice to the Movants; and (e) Debtor's counsel has agreed to the relief requested.

WHEREFORE, PREMISES CONSIDERED the Movants request that the Court enter an Order granting relief from the automatic stay to allow the Anderson Suit to proceed as set forth herein. The Movants pray for general relief.

RESPECTFULLY SUBMITTED this the 12th day of May, 2026.

LLOYD JUSTIN AND KEISHA
JACKSON ANDERSON, Movants, by

/s/*Nicholas T. Grillo*
Nicholas T. Grillo 103980
Grillo Law Firm
607 Corinne Street, Suite A3
Hattiesburg, MS  39401
Phone:  (769) 390-7935
Email:  grillolawms@gmail.com

AGREED & CONSENTED TO BY:

BIG LEVEL TRUCKING, INC.

/s/*Craig M. Geno*
CRAIN M. GENO 4793
Geno & Steiskal
601 Renaissance Way, Suite A
Ridgeland, MS 39157
Phone:  (601) 427-0048
cmgeno@cmgenolaw.com

## CERTIFICATE OF SERVICE

I, Nicholas T. Grillo, do hereby certify that I have this day served, either by the *Notice of Electronic Filing* or mailed, postage prepaid, by First Class U. S. Mail, a true and correct copy of the above and foregoing *Motion to Lift Automatic Stay* to the following named individuals, parties, and/or entities on this the 12th day of May, 2026.

/s/*Nicholas T. Grillo*
Nicholas T. Grillo, Esq.

David W. Asbach
U. S. Trustee
USTPRegion05.JA.ECF@usdoj.gov