05/04/2026 0742

**Income Statement**

Big Level Trucking, Inc.

For Period 03/01/2026 to 03/31/2026

Page 1

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| TRUCKING INCOME | $28,020.41 | 0.8% | $59,641.92 | 0.6% |
| TRUCKING INCOME VAN WIGGINS | 2,354,926.51 | 69.9 | 6,636,450.65 | 71.1 |
| TRUCKING INCOME FLAT WIGGINS | 207,040.41 | 6.1 | 641,910.86 | 6.9 |
| TRUCKING INCOME POLE WIGGINS | 53,194.01 | 1.6 | 147,969.01 | 1.6 |
| TRUCKING INCOME SAND WIGGINS | 126,134.05 | 3.7 | 344,257.47 | 3.7 |
| TRUCKING INCOME SHAG WIGGINS | 6,126.60 | 0.2 | 9,983.74 | 0.1 |
| INCOME - HAULING | 3,132.66 | 0.1 | 5,885.58 | 0.1 |
| INCOME - HAULING VAN WIGGINS | 4,760.78 | 0.1 | 7,738.07 | 0.1 |
| INCOME - HAULING FLAT WIGGIN | (27.94) | 0.0 | 81.74 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 26.66 | 0.0 | 26.66 | 0.0 |
| FUELSURCHARGE | 3,738.51 | 0.1 | 8,297.20 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 493,529.83 | 14.6 | 1,256,703.59 | 13.5 |
| FUELSURCHARGE FLAT WIGGINS | 30,584.39 | 0.9 | 101,605.42 | 1.1 |
| FUELSURCHARGE SAND WIGGINS | 27,246.81 | 0.8 | 67,143.28 | 0.7 |
| FUELSURCHARGE SHAG WIGGINS | 538.81 | 0.0 | 1,056.31 | 0.0 |
| LUMPER VAN WIGGINS | 2,530.20 | 0.1 | 10,160.67 | 0.1 |
| LUMPER FLAT WIGGINS | 63.08 | 0.0 | 96.52 | 0.0 |
| LUMPER SAND WIGGINS | 404.00 | 0.0 | 459.34 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,250.00 | 0.0 |
| Accessorial Charges | 150.00 | 0.0 | 3,150.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Detention Charges | 300.00 | 0.0 | 1,400.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 26,179.79 | 0.8 | 26,179.79 | 0.3 |
| INCOME-OTHER | 105.00 | 0.0 | 375.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 580.50 | 0.0 | 1,868.00 | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 3,369,285.07 | 100.0 | 9,334,640.82 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 5,963.17 | 0.2 | 17,426.30 | 0.2 |
| Lumper Expense Van Wiggins | 0.00 | 0.0 | 2,581.07 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.01 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,218,634.22 | 36.2 | 3,945,221.11 | 42.3 |
| CONTRACT HAULING/VAN WIGG | 53,343.80 | 1.6 | 123,997.66 | 1.3 |
| CONTRACT HAULING/FLAT WIGG | 37,827.67 | 1.1 | 79,856.81 | 0.9 |
| CONTRACT LABOR | 7,926.22 | 0.2 | 26,042.22 | 0.3 |
| DAMAGES & CLAIMS PAID | 1,000.00 | 0.0 | 1,000.00 | 0.0 |
| DEPRECIATION | 122,791.60 | 3.6 | 368,374.80 | 3.9 |
| FEES - OTHERS | (3,143.22) | (0.1) | 32,493.48 | 0.3 |
| FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | 235.00 | 0.0 |
| FINES & PENALTIES | (102.00) | 0.0 | 1,051.88 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 1,067,203.91 | 31.7 | 2,565,535.15 | 27.5 |
| FUEL - DIESEL GAS & OIL/VAN | 478.51 | 0.0 | 1,194.83 | 0.0 |
| FUEL - DIESEL GAS & OIL/FLAT | 5,293.70 | 0.2 | 16,404.18 | 0.2 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 200.00 | 0.0 |
| INSURANCE | 634,912.22 | 18.8 | 2,064,858.22 | 22.1 |
| INSURANCE - HEALTH | 30,410.81 | 0.9 | 101,287.89 | 1.1 |
| INSURANCE O/O OCC/ACC | 202.26 | 0.0 | 501.89 | 0.0 |
| INSURANCE O/O PHYS DAM | (415.35) | 0.0 | (1,301.43) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (359.97) | 0.0 |
| Insurance - Colonial Life | 5,383.58 | 0.2 | 20,424.26 | 0.2 |
| INTEREST | 1,315.40 | 0.0 | 1,315.40 | 0.0 |
| LEASED EQUIPMENT | 14,499.10 | 0.4 | 42,731.66 | 0.5 |
| LEASED EQUIPMENT VAN | 137,374.92 | 4.1 | 419,566.44 | 4.5 |
| TWIC and Escort Expense | 250.00 | 0.0 | 2,834.91 | 0.0 |
| TWIC and Escort Expense/Van | 558.00 | 0.0 | 2,058.00 | 0.0 |
| TWIC and Escort Expense/Flat | 75.00 | 0.0 | 575.00 | 0.0 |
| TWIC and Escort Expense/Shag | 225.00 | 0.0 | 450.00 | 0.0 |
| MEDICAL & TESTING | 4,392.67 | 0.1 | 12,559.36 | 0.1 |
| OPERATING SUPPLIES/Expense | 31,804.54 | 0.9 | 87,801.97 | 0.9 |
| OPERATING SUPPLIES/VAN | 218.49 | 0.0 | 3,530.68 | 0.0 |

**Income Statement**

Big Level Trucking, Inc.

For Period 03/01/2026 to 03/31/2026

| | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| OPERATING SUPPLIES/FLAT | 487.24 | 0.0 | 1,050.36 | 0.0 |
| REPAIRS - TRUCKS SHOP | 307,228.84 | 9.1 | 498,226.05 | 5.3 |
| REPAIR-TIRES & TUBES TRUCKS | 8,715.96 | 0.3 | 20,749.10 | 0.2 |
| REPAIRS - OTHER | 230.00 | 0.0 | (10,911.55) | (0.1) |
| REPAIRS - OTHER VAN | 0.00 | 0.0 | 391.32 | 0.0 |
| OTR Repairs Trucks | (53,055.59) | (1.6) | (116,110.79) | (1.2) |
| OTR Repairs Trailer Van | 0.00 | 0.0 | 43.96 | 0.0 |
| SALARY- DRIVER TRAINING | 800.00 | 0.0 | 800.00 | 0.0 |
| SALARIES - TRUCKING | 63,501.99 | 1.9 | 252,409.04 | 2.7 |
| SALARIES - TRUCKING VAN WIGG | 516,206.44 | 15.3 | 1,473,570.46 | 15.8 |
| SALARIES - TRUCKING FLAT WIG | 43,443.54 | 1.3 | 132,804.50 | 1.4 |
| SALARIES - TRUCKING POLE WIG | 12,085.45 | 0.4 | 34,158.73 | 0.4 |
| SALARIES - TRUCKING SAND WIG | 24,098.61 | 0.7 | 68,353.65 | 0.7 |
| SALARIES - TRUCKING SHAG WIG | 210.00 | 0.0 | 210.00 | 0.0 |
| Per diem | 1,101.36 | 0.0 | 2,510.16 | 0.0 |
| Per diem Van Wiggins | 132,899.61 | 3.9 | 408,574.05 | 4.4 |
| Per diem Flat Wiggins | 9,989.98 | 0.3 | 34,426.24 | 0.4 |
| Per diem Pole Wiggins | 3,662.75 | 0.1 | 10,021.97 | 0.1 |
| Per diem Sand Wiggins | 6,671.64 | 0.2 | 20,959.83 | 0.2 |
| SCALES, TOLLS, PERMITS | 42,824.19 | 1.3 | 97,485.40 | 1.0 |
| SCALES & TOLLS VAN WIGGINS | 1,919.50 | 0.1 | 5,475.25 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 34.50 | 0.0 | 82.50 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 44.25 | 0.0 | 88.50 | 0.0 |
| TAXES - PAYROLL | 59,731.53 | 1.8 | 195,961.17 | 2.1 |
| TAXES - FUEL | 0.00 | 0.0 | 4,914.78 | 0.1 |
| TAXES - TAGS & PERMITS | 0.00 | 0.0 | 61.61 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 100.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 5,012.81 | 0.1 | 12,728.16 | 0.1 |
| Total Cost of Sales | 4,566,258.07 | 135.5 | 13,089,583.53 | 140.2 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (295,102.44) | (8.8) | (996,489.00) | (10.7) |
| Lease Operators - Fuel | (492,223.58) | (14.6) | (1,349,365.03) | (14.5) |
| Driver/Per Diem Reimb | (81,678.02) | (2.4) | (278,006.41) | (3.0) |
| Lease Operator Workers Comp | (34,608.65) | (1.0) | (115,850.23) | (1.2) |
| Lease Operator FICA | (22,636.56) | (0.7) | (75,537.61) | (0.8) |
| Lease Operator Health Ins | (6,837.40) | (0.2) | (24,133.07) | (0.3) |
| Lease Operator FUTA SUTA | (488.23) | 0.0 | (1,629.23) | 0.0 |
| Lease Operator ELD | (2,954.22) | (0.1) | (10,544.15) | (0.1) |
| Lease Operator Camera | (2,957.40) | (0.1) | (10,555.50) | (0.1) |
| Lease Operator Phys Damage | (20,591.64) | (0.6) | (75,003.24) | (0.8) |
| Lease Operator Maint | (59,178.86) | (1.8) | (265,285.74) | (2.8) |
| Lease Operator Scale/Toll | (581.27) | 0.0 | (1,613.40) | 0.0 |
| Lease Operator Lumper | (907.50) | 0.0 | (7,822.08) | (0.1) |
| Total Lease Operators | (1,020,745.77) | (30.3) | (3,211,834.69) | (34.4) |
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 0.00 | 0.0 | 1,465.02 | 0.0 |
| BANK CHARGES | 763.74 | 0.0 | 39,873.40 | 0.4 |
| CORP BILLING FEES | 27,124.66 | 0.8 | 91,624.66 | 1.0 |
| DISCOUNTS/ADJUSTMENTS | 8,013.36 | 0.2 | 37,664.99 | 0.4 |
| RENTAL EXPENSE | (2,288.11) | (0.1) | (4,576.23) | 0.0 |
| Rental Expense -Tupelo | 9,550.00 | 0.3 | 12,050.00 | 0.1 |
| LEGAL & PROFESSIONAL | 76,124.07 | 2.3 | 77,476.65 | 0.8 |
| LEGAL & PROFESSIONAL/VAN | (104.92) | 0.0 | (340.99) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (137.67) | 0.0 |
| MEALS & ENTERTAINMENT | 1,213.61 | 0.0 | 1,213.61 | 0.0 |
| MISCELLANEOUS EXPENSE | 5,450.77 | 0.2 | 8,023.83 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | 1,658.86 | 0.0 | 637.64 | 0.0 |
| REFERRAL BONUS | 3,200.00 | 0.1 | 5,600.00 | 0.1 |
| SALARIES - MECHANICS | 36,521.32 | 1.1 | 114,234.74 | 1.2 |
| SALARIES - OFFICERS | 20,650.00 | 0.6 | 67,112.50 | 0.7 |
| SALARIES - OFFICE | 129,532.15 | 3.8 | 418,577.26 | 4.5 |

05/04/2026 0742

**Income Statement**

Page 3

Big Level Trucking, Inc.

For Period 03/01/2026 to 03/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| SMALL TOOLS | 0.00 | 0.0 | 1,498.36 | 0.0 |
| TAXES -LICENCES & OTHER | 11,677.45 | 0.3 | 35,032.35 | 0.4 |
| TELEPHONE & COMMUNICATIONS | 1,390.66 | 0.0 | 10,707.15 | 0.1 |
| IT / Computer | 13,369.44 | 0.4 | 47,613.30 | 0.5 |
| BAD DEBT | 6,853.56 | 0.2 | 7,907.91 | 0.1 |
| WRITE OFF | 0.00 | 0.0 | 2,759.74 | 0.0 |
| UNIFORMS | 3,042.69 | 0.1 | 5,817.83 | 0.1 |
| UTILITIES | 3,753.61 | 0.1 | 10,888.39 | 0.1 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 357,443.97 | 10.6 | 992,724.45 | 10.6 |
| Total Expenses | 3,902,956.27 | 115.8 | 10,870,473.29 | 116.5 |
| Income from Operations | (533,671.20) | (15.8) | (1,535,832.47) | (16.5) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | (533,671.20) | (15.8) | (1,535,536.04) | (16.4) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($533,671.20) | (15.8) % | ($1,535,536.04) | (16.4)% |