# MOR Supplement March 2026

**Big Level Trucking**

**Lease/Purchase Payments**

Date:  5/4/26

| Name | Amount |
| --- | --- |
| H&P Trailer Lease | $ 122,095.76 |
| Xtra Trailer Lease | $ 14,116.28 |
| Trustmark Tractor Purchase | $ 8,600.00 |
| Penske Tractor Lease | $ 15,000.00 |
| M&T Purchase | $ 2,232.56 |
| Crossroads Purchase | $ 697.68 |
| BMO Purchase | $ 961.56 |
| Mitsubishi Purchase | $ 323.08 |
| Navistar Purchase | $ 12,684.92 |
| BOA Purchase | $ 1,315.40 |
| Webster Purchase | $ 765.64 |
| Wells Fargo | $ 279.16 |
| Total | $ 179,072.04 |