## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| BIG LEVEL TRUCKING, INC., | § | Case No.: 25-51204-KMS |
| | § | |
| Debtor. | § | |

---

**NOTICE OF CURE OF FIRST EVENT OF DEFAULT
REGARDING ORDER GRANTING ADEQUATE PROTECTION TO
WELLS FARGO EQUIPMENT FINANCE, INC.**
*[Bkr. Dkt. #457]*

---

**COMES NOW** Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), a secured creditor and party-in-interest in the above-captioned bankruptcy case, and provides notice (the "Notice of Cure") that pursuant to the terms and conditions of the *Order on Motion by Wells Fargo Equipment Finance, Inc. for Relief from the Automatic Stay and to Compel Abandonment or, in the Alternative, to Compel Adequate Protection* [Bkr. Dkt. #440] (the "Adequate Protection Order"), and in response to the *Notice of Event of Default and Cure Opportunity Regarding Order on Granting Adequate Protection to Wells Fargo Equipment Finance, Inc.* [Bkr. Dkt. #457] (the "Notice of Event of Default"), Debtor has timely exercised its right to cure the Events of Default identified in the Notice of Event of Default and, specifically, that Debtor has (within such cure period) timely delivered to Wells Fargo all monetary payments that were due and owing pursuant to the Adequate Protection Order on or before March 6, 2026; March 13, 2026; March 20, 2026; March 25, 2026; and March 27, 2026 (collectively, the "Delinquent Adequate Protection Payments").

1

4935-1515-1019v1
1039341-001047

This Notice of Cure is limited solely to the Delinquent Adequate Protection Payments identified in the Notice of Event of Default [Bkr. Dkt. #457] and is made without prejudice to Wells Fargo's right to receive all other payments and performance due and owing pursuant to, and to exercise all rights and remedies regarding, the Adequate Protection Order [Bkr. Dkt. #440].

This, the 15th day of May, 2026.

WELLS FARGO EQUIPMENT FINANCE, INC.

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY:    */s/ Alan L. Smith*
      Alan L. Smith, Esq. (MS Bar No. 10345)

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, PC
Alan Lee Smith, Esq. (MS Bar #10345)
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:    (601) 351-2455
Facsimile:    (601) 427-0050
Email: asmith@bakerdonelson.com

2

## CERTIFICATE OF SERVICE

I, Alan Lee Smith, Esq., do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

Office of the United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Abigail M. Marbury, Esq.
abigail.m.marbury@usdoj.gov

Craig R. Geno, Esq.
cmgeno@cmgenolaw.com

Christopher J. Steiskal, Sr., Esq.
csteiskal@cmgenolaw.com

This, the 15th day of May, 2026.

/s/ Alan L. Smith
Alan L. Smith, Esq. (MS Bar No. 10345)

3

4935-1515-1019v1
1039341-001047