_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Big Level Trucking, Inc.,**　　　　　　　　　　　　　**CASE NO: 25-51204 KMS**

　　　　**DEBTOR(S).**　　　　　　　　　　　　　　　　**CHAPTER 11**

Robert A. Byrd, Esq.
Craig M. Geno, Esq.

## <u>ORDER TO SHOW CAUSE</u>

YOU ARE HEREBY ORDERED TO APPEAR on July 9, 2026, at 1:30 p.m. in the Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion for Relief from Stay filed by Midland States Bank (Dkt. #338) in the above-styled case.　*See* Miss. Bankr. L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##