# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**     **BIG LEVEL TRUCKING, INC.**                    **CHAPTER 11**
              **Debtor**                                       **CASE NO. 25-51204-KMS**

### NOTICE OF SERVICE OF DISCOVERY

TO:   COUNSEL OF RECORD:

NOTICE is hereby given pursuant to the Uniform Local Rule, that Big Level Trucking, Inc., has this date served in the above entitled action:

     1.     Responses to Trustmark Bank's First Set of Interrogatories and Requests for Production of Documents.

The undersigned retains the original of the above papers as custodian thereof pursuant to Uniform Local Rule 16(b).

THIS, the 26th day of May, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
       Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

## CERTIFICATE OF SERVICE

I, Craig M. Geno, hereby certify that I have caused to be served this date, via email transmission and/or electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Jim F. Spencer, Jr., Esq.
jspencer@watkinseager.com

Erin A. McManus, Esq.
emcmanus@watkinseager.com

THIS, the 26th day of May, 2026.

_____
Craig M. Geno