

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

**BIG LEVEL TRUCKING, INC.**            **NO. 25-51204 KMS**

### ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay, in the Alternative, Adequate Protection, for Abandonment and for Alternative Relief filed on behalf of Midland States Bank, now know as North Mill Credit Trust (hereinafter "North Mill") (DK#338), and the response thereto filed on behalf of the Debtor (DK#393), and the Court being advised that the parties have reached an agreement as to the resolution of the Motion, it is therefore,

ORDERED, ADJUDGED AND DECREED that North Mill has secured claims as to the following collateral:

2024 International LT625 Sleeper Cab, VIN 3HSDZSZR7RN034369;

2024 International LT625, VIN 3HSDZAPR0RN479498;

2019 International LT625 Tractor, VIN 3HSDZAPRXKN278925, 2019 International LT625 6X4 Sleeper Cab, VIN 3HSDZAPR4KN278919, and 2019 International LT625 6X4 Sleeper Cab, VIN 3HSDZAPR8KN278924.

All with accumulating interest and reasonable attorney's fees as agreed or ordered by the Court.

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall make adequate protection payments of $500.00 per month to be applied to principal for its five (5) secured claims as reflected in Proof of Claim No.'s 20, 21 and 22, and further the Debtor shall make monthly payments of $2,500.00, pending confirmation or further court order, with the first payment due June 1, 2026, and continuing monthly thereafter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the Debtor default in the adequate payments to North Mill as stated above, and should default exist for a period of thirty (30) days, without cure, with a ten (10) day notice to Debtor and Debtor's attorney, then in that event, the Automatic Stay of Section 362 of the Bankruptcy Code shall be automatically terminated as to North Mill without necessity of further application or order of this Court upon filing of a notice of termination of stay and North Mill shall thereupon be authorized and entitled to pursue its rightful remedies according to the parties' Loan and Security Agreements and the subject matter collateral shall also be abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that nothing contained in this Order shall prejudice or preclude North Mill from filing any additional motions or pleadings seeking such relief as North Mill deems necessary and appropriate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the valuation dispute will be subject to resolution as part of the plan confirmation process.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
for Midland States Bank, now know as
North Mill Credit Trust

/S/CRAIG GENO_____
Attorney for Debtor

KMS

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029