United States Bankruptcy Court
Southern District of Mississippi

In re:

Big Level Trucking, Inc.

    Debtor

Case No. 25-51204-KMS

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: May 29, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID          Recipient Name and Address**
dbpos          +  Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Alan Lee Smith | on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com |
| Andrew R. Wilson | on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com |

District/off: 0538-6                                   User: mssbad                                   Page 2 of 3
Date Rcvd: May 29, 2026                              Form ID: pdf012                               Total Noticed: 1

Andrew R. Wilson
                      on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com

Chad J. Hammons
                      on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com,
                      mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
                      on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com,
                      kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                      on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com,
                      kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com

Eric T. Ray
                      on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best
                      on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank ebest@watkinseager.com,
                      ldeford@watkinseager.com

James Haney
                      on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com

James A. McCullough, II
                      on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com

Jim F. Spencer, Jr.
                      on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com,
                      mryan@watkinseager.com

Joe Stevens
                      on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
                      on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
                      on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
                      on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
                      on behalf of Creditor Chuck Evans mmcdade@balch.com
                      bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Nicholas T Grillo
                      on behalf of Creditor Lloyd Justin Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net

Nicholas T Grillo
                      on behalf of Creditor Keisha Jackson Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net

Paul S. Murphy
                      on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
                      on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
                      kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
                      on behalf of Creditor Midland States Bank rab@byrd-wiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
                      on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
                      on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com

Steven Usry
                      on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Sylvie Derdeyn Robinson
                      on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
                      on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                      nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
                      on behalf of Creditor PNC Equipment Finance jschultz@burr.com

District/off: 0538-6        User: mssbad        Page 3 of 3

Date Rcvd: May 29, 2026        Form ID: pdf012        Total Noticed: 1

cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt

on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

on behalf of Creditor PNC Bank  National Association wlee@burr.com,
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

TOTAL: 37



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

**BIG LEVEL TRUCKING, INC.**                    **NO. 25-51204 KMS**

### ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay, in the Alternative, Adequate Protection, for Abandonment and for Alternative Relief filed on behalf of Midland States Bank, now know as North Mill Credit Trust (hereinafter "North Mill") (DK#338), and the response thereto filed on behalf of the Debtor (DK#393), and the Court being advised that the parties have reached an agreement as to the resolution of the Motion, it is therefore,

ORDERED, ADJUDGED AND DECREED that North Mill has secured claims as to the following collateral:

2024 International LT625 Sleeper Cab, VIN 3HSDZSZR7RN034369;

2024 International LT625, VIN 3HSDZAPR0RN479498;

2019 International LT625 Tractor, VIN 3HSDZAPRXKN278925, 2019 International LT625 6X4 Sleeper Cab, VIN 3HSDZAPR4KN278919, and 2019 International LT625 6X4 Sleeper Cab, VIN 3HSDZAPR8KN278924.

All with accumulating interest and reasonable attorney's fees as agreed or ordered by the Court.

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall make adequate protection payments of $500.00 per month to be applied to principal for its five (5) secured claims as reflected in Proof of Claim No.'s 20, 21 and 22, and further the Debtor shall make monthly payments of $2,500.00, pending confirmation or further court order, with the first payment due June 1, 2026, and continuing monthly thereafter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the Debtor default in the adequate payments to North Mill as stated above, and should default exist for a period of thirty (30) days, without cure, with a ten (10) day notice to Debtor and Debtor's attorney, then in that event, the Automatic Stay of Section 362 of the Bankruptcy Code shall be automatically terminated as to North Mill without necessity of further application or order of this upon filing of a notice of termination of stay Court and North Mill shall thereupon be authorized and entitled to pursue its rightful remedies according to the parties' Loan and Security Agreements and the subject matter collateral shall also be abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that nothing contained in this Order shall prejudice or preclude North Mill from filing any additional motions or pleadings seeking such relief as North Mill deems necessary and appropriate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the valuation dispute will be subject to resolution as part of the plan confirmation process.

**###END OF ORDER###**

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
for Midland States Bank, now know as
North Mill Credit Trust

/S/CRAIG GENO_____
Attorney for Debtor

KMS

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029