# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 06/04/2026 01:30 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion to Enforce Prior Court Order Filed by Debtor In Possession Big Level Trucking, Inc. (Dkt. #504)

---

Minute Entry Re: (related document(s): [504] Motion to enforce prior order filed by Big Level Trucking, Inc.) Appearance: Craig M. Geno. Hearing was held. Geno will withdraw motion. Order due by 06/18/2026. (cwe)