**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**    **BIG LEVEL TRUCKING, INC.**                                   **CHAPTER 11**
            **Debtor**                                          **CASE NO. 25-51204-KMS**

## FIRST ADDENDUM TO DISCLOSURE STATEMENT

COMES NOW Big Level Trucking, Inc. (the "Debtor"), and files this its *First Addendum to Disclosure Statement* (the "First Addendum"), and in support thereof, would respectfully show as follows, to-wit:

1.    The Court conducted a hearing on the initial *Disclosure Statement* **[DK #420]** (the "Disclosure Statement") on May 7, 2026.

2.    While a number of the objections that have been filed are actually objections to the plan of reorganization, there was one constant theme that ran through the arguments presented by creditors and parties-in-interest who objected to the Disclosure Statement. This First Addendum will concentrate upon those objections as to the adequacy of the Debtor's projections of future income and expenses.

3.    The Debtor attached a projected cash flow to its Disclosure Statement that described, on an annual basis, income and expenses the Debtor anticipated incurring and receiving over the three (3) year life of the plan. That cash flow, while being a relatively simple set of projections, accurately reflects what the Debtor believes will be its income and expenses on an annual basis. Apparently, that was not good enough.

4.    Accordingly, the Debtor has prepared a more detailed cash flow projection that proceeds on, more or less, a month-to-month basis for a year, a copy of which is attached, incorporated by reference and marked as **Exhibit "A"**. While the Debtor is uncertain as to future events, especially with respect to critical fuel prices, it believes that the projection that is attached

as Exhibit "A" will be a meaningful projection for plan year 2 and plan year 3. It does not see the need for additional cash flow projections for plan years 2 and 3, other than the "roll over" effect of Exhibit "A" from plan year 1.

5.      In addition to the updated, and more complete, cash flow that is attached as Exhibit "A," the Debtor has also been successful in negotiating various adequate protection orders and, in fact, some orders that have restructured secured claims for the duration of this Chapter 11 case. The orders that have actually been entered are found at Docket Numbers 438 (Banc of America Leasing & Capital, LLC), 515 (Bank of Wiggins), 455 (BMO Harris Bank, N.A.), 81 (Corporate Billing, LLC), 329 (Crossroads Equipment Lease & Finance, LLC), 303 (M&T Equipment Finance), 517 (Midland States Bank), 456 (Mitsubishi HC Capital), 441 (Navistar Financial Corporation/Navistar Leasing Company), 389 (PNC Equipment Finance), 493 (Simmons Bank), 158 (Trustmark Bank), 390 (Webster Capital Finance), 440 (Wells Fargo Equipment Finance, Inc.). Those orders provide some certainty as to the cash outlays that the Debtor must pay.

6.      This First Addendum does not attempt to address any of the Disclosure Statement objections which are actually objections to the plan, and creditors who have filed such objections have preserved their rights to continue to object to the plan of reorganization as they see fit, despite what approvals the Court may grant with respect to the Disclosure Statement.

7.      There are some "true" Disclosure Statement objections that are not addressed by this First Addendum, that were either not advanced at the hearing on the Disclosure Statement but that have probably been satisfied by agreements reached with respect to adequate protection motions and debt restructuring of secured creditor claims in the interim.

8.      Other grounds to be assigned upon a hearing hereof if necessary.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully prays that upon a hearing hereof, this Honorable Court will enter its order approving the Disclosure Statement and First Addendum.  The Debtor prays for general relief.

THIS, the _____ day of June, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno


OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Plan, DS\1st Addendum to DS 6-8-26.wpd

-4-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or U. S. Mail,  postage prepaid, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

THIS, the _____ day of June, 2026.

Craig M. Geno

-4-



## Budget as of June 1, 2026

| | Weekly | Monthly | Annual |
|---|---|---|---|
| Projected Revenue | $ 855,500.00 | $ 3,707,166.67 | $ 44,486,000.00 |
| | | | |
| **Cost** | | | |
| Payroll | $ 200,000.00 | $ 866,666.67 | $ 10,400,000.00 |
| Owner Op / Lease Op | $ 65,000.00 | $ 281,666.67 | $ 3,380,000.00 |
| Payroll Taxes | $ 11,076.92 | $ 48,000.00 | $ 576,000.00 |
| Recruiting | $ 5,000.00 | $ 21,666.67 | $ 260,000.00 |
| In cab systems | $ 1,754.00 | $ 7,600.67 | $ 91,208.00 |
| Fuel Costs | $ 280,000.00 | $ 1,213,333.33 | $ 14,560,000.00 |
| Health Dental Ins | $ 19,500.00 | $ 84,500.00 | $ 1,014,000.00 |
| WC, PD, GL, Cargo, AL | $ 84,518.10 | $ 366,245.10 | $ 4,394,941.20 |
| Repairs/Tires ($.20) | $ 70,000.00 | $ 303,333.33 | $ 3,640,000.00 |
| Utilities | $ 6,000.00 | $ 26,000.00 | $ 312,000.00 |
| Rent | $ 3,525.00 | $ 15,275.00 | $ 183,300.00 |
| Office Suppies | $ 500.00 | $ 2,166.67 | $ 26,000.00 |
| Misc OTR Costs | $ 6,000.00 | $ 26,000.00 | $ 312,000.00 |
| Tolls (Prepass) | $ 7,000.00 | $ 30,333.33 | $ 364,000.00 |
|     Prepass | $5,000.00 | $21,666.67 | $260,000.00 |
|     Prepass Old | $2,000.00 | $8,666.67 | $104,000.00 |
| Lease Payments | $ 51,366.81 | $ 222,589.51 | $ 2,671,074.12 |
|     H&P | $30,523.94 | $132,270.41 | $1,587,244.88 |
|     H&P Old | $15,467.65 | $67,026.48 | $804,317.80 |
|     Xtra | $2,529.07 | $10,959.30 | $131,511.64 |
|     Xtra Old | $1,000.00 | $4,333.33 | $52,000.00 |
|     Penske | $1,846.15 | $7,999.98 | $95,999.80 |
| Secured Note Payments | $ 15,548.28 | $ 67,375.88 | $ 808,510.56 |
|     BOW | $2,117.76 | $9,176.96 | $110,123.52 |
|     REN* | $1,498.73 | $6,494.50 | $77,933.96 |
|     REN Trct* | $2,754.92 | $11,937.99 | $143,255.84 |
|     Navit | $1,018.74 | $4,414.54 | $52,974.48 |
|     Mits | $87.50 | $379.17 | $4,550.00 |
|     Mid | $576.93 | $2,500.03 | $30,000.36 |
|     CrsR | $174.42 | $755.82 | $9,069.84 |
|     GAF* | $227.53 | $985.96 | $11,831.56 |
|     BMO | $240.39 | $1,041.69 | $12,500.28 |
|     Navis | $3,171.23 | $13,742.00 | $164,903.96 |
|     Sim | $162.63 | $704.73 | $8,456.76 |
|     Sumit* | $561.67 | $2,433.90 | $29,206.84 |
|     BOA | $328.85 | $1,425.02 | $17,100.20 |
|     Web | $191.41 | $829.44 | $9,953.32 |
|     WF | $595.00 | $2,578.33 | $30,940.00 |
|     M&T | $558.14 | $2,418.61 | $29,023.28 |
|     Trst | $2,150.00 | $9,316.67 | $111,800.00 |
|     Pnc | $661.19 | $2,865.16 | $34,381.88 |
| Court Costs | $ 6,844.00 | $ 29,657.33 | $ 355,888.00 |
| Legal Costs | $ 2,000.00 | $ 8,666.67 | $ 104,000.00 |
| Total Costs | $ 835,633.11 | $ 3,621,076.82 | $ 43,452,921.88 |
| | | | |
| Projected Surplus Funds | $ 19,866.89 | $ 86,089.84 | $ 1,033,078.12 |

\* Pending

# EXHIBIT "A"