_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BIG LEVEL TRUCKING, INC.                      Case No.  25-51204 KMS
    Debtor                                           Chapter 11 Proceeding

### AGREED ORDER GRANTING LIMITED STAY RELIEF (DKT. #506)

THIS MATTER having come on for consideration of LLOYD JUSTIN and KEISHA JACKSON ANDERSON'S Motion to Lift Automatic Stay filed by the undersigned counsel, Nicholas T. Grillo, in the above-styled bankruptcy case.  The parties having come to an agreement and the Court being so advised, the Court grants limited relief from the automatic stay, to the extent necessary, as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT pursuant to 11 U.S.C. § 362(d), the automatic stay, if any, is immediately lifted for the limited purpose of allowing the Movants, LLOYD JUSTIN and KEISHA JACKSON ANDERSON, to negotiate and settle their claims against the Debtor with Arch Insurance Company and/or any other applicable insurance carriers.

IT IS FURTHER ORDERED AND ADJUDGED THAT should the Movants and the Debtor's insurance companies fail to settle this claim that on November 1, 2026 the automatic stay shall be terminated to allow the Movants to prosecute its claims in said Anderson Suit and, thereafter, pursue all available liability insurance coverage.

IT IS FURTHER ORDERED AND ADJUDGED THAT the stay will remain in place to prevent any action to collect from the Debtor and/or the property of the estate unless and until the stay is terminated pursuant to 11 U.S.C. § 362 or this case is dismissed prior to Debtor receiving a discharge herein.

IT IS FURTHER ORDERED AND ADJUDGED THAT To the extent any available insurance coverage is insufficient to satisfy Movants' claims, Movants reserve the right to file claims and/or otherwise participate in this matter or to pursue the Debtor should this bankruptcy case be dismissed prior to Debtor receiving a discharge herein.

##END OF ORDER##

/s/ *Nicholas T. Grillo*
Nicholas T. Grillo, Esq.
Attorney for Movants

 /s/ *Craig M. Geno*
Craig M. Geno, Esq.
Attorney for Debtor


Prepared By:
Nicholas T. Grillo 103980
607 Corinne Street, Suite A3
Hattiesburg, MS  39401
Phone (769) 390-7935
grillolawms@gmail.com