United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 25-51204-KMS

Big Level Trucking, Inc.                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID                    Recipient Name and Address**
dbpos                    +  Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

**Name                          Email Address**

Abigail M. Marbury
                              on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
                              on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Alan Lee Smith
                              on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
                              on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Alan Lee Smith
                              on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Andrew R. Wilson
                              on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

District/off: 0538-6         User: mssbad         Page 2 of 3

Date Rcvd: Jun 18, 2026         Form ID: pdf012         Total Noticed: 1

Andrew R. Wilson

on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons

on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.

on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno

on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com

Eric T. Ray

on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best

on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank ebest@watkinseager.com,
ldeford@watkinseager.com

James Haney

on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II

on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.

on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
mryan@watkinseager.com

Joe Stevens

on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson

on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson

on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little

on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade

on behalf of Creditor Chuck Evans mmcdade@balch.com
bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Nicholas T Grillo

on behalf of Creditor Lloyd Justin Anderson grillolawms@gmail.com  GrilloLawFirm@jubileebk.net

Nicholas T Grillo

on behalf of Creditor Keisha Jackson Anderson grillolawms@gmail.com  GrilloLawFirm@jubileebk.net

Paul S. Murphy

on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy

on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd

on behalf of Creditor Midland States Bank rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd

on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl

on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Steven Usry

on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Sylvie Derdeyn Robinson

on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr

on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz

on behalf of Creditor PNC Equipment Finance jschultz@burr.com

District/off: 0538-6                     User: mssbad                          Page 3 of 3
Date Rcvd: Jun 18, 2026                  Form ID: pdf012                       Total Noticed: 1

               cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt

               on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
               ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

               USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

               on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
               paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

               on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

               on behalf of Creditor PNC Equipment Finance wlee@burr.com
               sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

               on behalf of Creditor PNC Bank  National Association wlee@burr.com,
               sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com


TOTAL: 37

---

**SO ORDERED,**





**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **BIG LEVEL TRUCKING, INC.** | **CHAPTER 11** |
| | Debtor | **CASE NO. 25-51204-KMS** |

### <u>ORDER</u>

THIS CAUSE having come on for consideration of the *Motion to Enforce Prior Court Order* (the "Motion") **[DK #504]** filed herein by Big Level Trucking, Inc. (the "Debtor"), the Court notes that no objections were filed to the Motion, however, based upon representations of Debtor's counsel, cause has been shown for this Order to be entered which is at variance, technically, with the Motion, but the substantive result remains the same.  Accordingly, the Court does hereby order, adjudicate and find as follows, to-wit:

1.       Notice and a hearing were adequate and appropriate under the circumstances.

2.       On August 18, 2025 (the "Petition Date"), the Debtor filed with this Court its Voluntary Petition (the "Petition") for relief under Chapter 11 of the Bankruptcy Code.

3.       This Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 364, 541, 1107, 1109, related statutes, related rules and various orders of reference.  This is a core proceeding.

4.       Prior to the filing of the Motion, the Debtor obtained an Order of the Court granting an Emergency Motion for Authority to Incur Debt and Grant Security Therefor (the "Financing

Order") **[DK #274]**, and a copy of the Financing Order was attached to the Motion as Exhibit "A" and is incorporated herein by reference.

5.      While Exhibit "A" to the Motion speaks for itself, it provides, in essence, that David Johns, Joey Ferguson and Sam McClendon (the "Lenders") agreed to advance funds to the Debtor for interim working capital, along with the additional terms of the loan, repayment thereof and collateral granted to the Lenders.  While certain advances were contributed to equally by all the Lenders, additional advances have not been contributed, in their pro rata share, by Joey Ferguson ("Mr. Ferguson").

6.      The Financing Order, in paragraph 16, provides that the Court incorporated its bench opinion rendered at the conclusion of the evidence on January 6, 2026, at a hearing on the motion. The Financing Order provides that the underlying transaction was agreed to by the Lenders on December 18, 2025, and, while the loan was not to be funded in its entirety, the Debtor could "draw" specific sums from the loan to be used to pay costs and expenses.

7.      Mr. Ferguson apparently misunderstood communications he received from the Debtor's insurance platform and that misunderstanding and miscommunication caused him to decline to engage in further financing.

8.      Mr. Ferguson currently assists the Debtor with providing equipment for owner operators to utilize in their relationship with the Debtor and he has indicated he is willing to supply additional equipment for other owner operators in the immediate future.  The Debtor's owner operator program is profitable.

9.      In consideration of Mr. Ferguson providing additional equipment for the Debtor's owner operator program, David Johns ("Mr. Johns"), one of the Debtor's shareholders and a member of the Lenders, has agreed to replace Mr. Ferguson with respect to loan advances that are owed by

Mr. Ferguson and any loan advances that Mr. Ferguson's position would be required to make in the future. For avoidance of double, Mr. Ferguson is not relinquishing the claims he has in connection with his membership in the Lenders. But, he will simply be replaced by Mr. Johns, who has agreed to stand in the shoes of Mr. Ferguson with respect to current lending obligations, and any future lending obligations, consistent with the Financing Order.

10.     Based upon the representation of Debtor's counsel, then, at the hearing on this matter on June 4, 2026, the Motion is granted. Mr. Ferguson has agreed to provide additional equipment for the Debtor's owner operator program. Mr. Johns will replace Mr. Ferguson's "share" as a member of the Lenders with respect to any current lending obligations Mr. Ferguson has, and with respect to any future lending obligations Mr. Ferguson has.

11.     While the procedural mechanisms and obligations of Mr. Ferguson/Mr. Johns have changed, the net result of these changes that were entered into subsequent to the filing of the Motion do not require additional notice and a hearing. Accordingly, the Motion is granted, with the changes noted herein for the substitution of Mr. Ferguson's current, and future, lending obligations, which are being assumed by Mr. Johns, who will carry out not only his obligations under the Financing Order but he will assume the current financing obligations of Mr. Ferguson, and future lending obligations, of Mr. Ferguson under the Financing Order.

**# # END OF ORDER # #**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Order - Mot to Enforce Prior Court Order 6-4-26.wpd