**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**BIG LEVEL TRUCKING**                                    **CASE NO  25-51204 - KMS**

**DEBTOR**

**CHAPTER 11**

**MISSISSIPPI DEPARTMENT OF REVENUE'S**
**OBJECTION TO DEBTOR'S FIRST ADDENDUM TO DISCLOSURE STATEMENT**

 **COMES NOW**, the Mississippi Department of Revenue ("MDOR"), by and through counsel, and files this *Objection* ("Objection") to the Debtor's *First Addendum to Disclosure Statement* [Dkt. # 525] ("Addendum"). In support of this Objection, MDOR would show the Court the following:

### MDOR Claims

1. MDOR has filed one pre-petition proof of claim: Claim 30-1 for $27,354.80 in withholding tax liabilities with $24,868.00 classified as priority and the rest classified as general unsecured. MDOR has filed one administrative claim: Claim 58-1 for $8,586.40 in withholding tax penalties, all classified as priority, for August, November, and December 2025. The Debtor may also owe additional post-petition taxes.

2. While the Addendum does provide clarity on surplus cash after the secured note payments, it does not provide the same clarity for priority tax claims and unpaid administrative taxes. Before calculating surplus cash, the Disclosure Statement should identify the total monthly payments required to satisfy the priority claims and the payment in full prior to confirmation required to satisfy the outstanding administrative taxes. Further, the Addendum should make that the surplus cash is calculated <u>after all</u> required secured, priority, and administrative payments have been made.

1

3.	The Disclosure Statement fails to satisfy the adequate information standard required under 11 U.S.C. Section 1125 because it fails to sufficiently or clearly address how the priority claims and and administrative taxes will be paid.

4.	MDOR reserves the right to object to the Addendum for other reasons, as to be determined at a hearing set on this matter.

WHEREFORE, PREMISES CONSIDERED, the Mississippi Department of Revenue prays that the Disclosure Statement, as supplemented by the First Addendum, not be approved unless the provisions set forth in the Disclosure Statement or Order approving the Disclosure Statement are in accordance with the above-stated objections.  Further, Mississippi Department of Revenue prays for general relief.

RESPECTFULLY SUBMITTED this June 30, 2026.

MISSISSIPPI DEPARTMENT OF REVENUE

BY:	Signed:  /s/ *Sylvie D. Robinson*
	Sylvie D. Robinson (MSB # 8931)
	Mississippi Department of Revenue
	Post Office Box 22828
	Jackson, MS 39225
	601-923-7412

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was filed through the Court's electronic document filing system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof or by regular U.S. Mail, postage pre-paid.

By US Mail
Debtor In Possession
Big Level Trucking, Inc.
P.O. Box 306
Wiggins, MS 39577

By ECF

Debtor's Attorneys
Craig Geno
cmgeno@cmgenolaw.com
Christopher J. Steiskal, Sr.
csteiskal@cmgenolaw.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Counsel for U.S. Trustee
abigail.m.marbury@usdoj.gov
steven.usry@usdoj.gov

SO CERTIFIED, this June 30, 2026                    */s/Sylvie D. Robinson*