

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: July 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **BIG LEVEL TRUCKING, INC.**               **CASE NO. 25-51204 KMS**

    **DEBTOR .**                         **CHAPTER 11**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Debtor's First Addendum to Disclosure Statement filed by Bank of Wiggins (the "Objection") (Dkt. #543) and the Court having considered the facts herein, finds that the hearing on July 9, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for August 25, 2026, at 1:00 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841