# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204          **Case Name:** Big Level Trucking, Inc.

**Set:** 07/09/2026 01:30 pm   **Chapter:** 11   **Type:** bk      **Judge** Katharine M. Samson

**matter**  First Addendum to Disclosure Statement Filed by Debtor In Possession Big Level Trucking, Inc. (RE: related document(s)420 Disclosure Statement).  (Dkt. #525)

Objection filed by MS Dept. of Revenue (Dkt. #537)

Limited Objection filed by Banc of America Leasing & Capital, LLC (Dkt. #539)

Limited Objection filed by Navistar Financial Corp. (Dkt. #540)

Limited Objection filed by Wells Fargo Equipment Finance, Inc. (Dkt. #541)

Limited Objection filed by PNC Bank, NA (Dkt. #542)

Objection filed by Bank of Wiggins (Dkt. #543)

---

   Minute Entry Re: (related document(s): [525] First Addendum to Disclosure Statement filed by Big Level Trucking Inc.) Appearances: Craig M. Geno, Winston Lee, Paul S. Murphy, Alan Lee Smith, Steven Usry, William Dukes. Agreed orders will be submitted by Smith on [539] Objection by Banc of America Leasing & Capital LLC, [540] Objection by Navistar Financial Corp., and [541] Objection by Wells Fargo Equipment Finance Inc. Agreed order will be submitted by Lee on [542] Objection by PNC Bank NA. Objection by MS Dept of Revenue [537] is sustained as stated at hearing. Dukes will submit order. Objection by Bank of Wiggins [543] will be set for evidentiary hearing on 8-25-26. Orders due by 07/23/2026. (cwe)