07/08/2026 0912

**Balance Sheet**

Page 1

Big Level Trucking, Inc.

As of 12/31/2025

### Assets

**Cash**

| | | | |
|---|---|---|---|
| 1000-00-00 | CASH - Petty | 1,574.30 | |
| 1106-10-00 | KFCU - Bus Primary Share | 5.00 | |
| 1107-00-00 | TRUSTMARK BANK | 1,261.28 | |
| 1108-00-00 | RENASANT BANK | 406,509.27 | |
| 1108-10-00 | Renasant Bank Payroll | 431.50 | |
| 1109-00-00 | KFCU - MM 8339 | 12,629.63 | |
| | Total Cash | | 422,410.98 |

**Current Assets**

| | | | |
|---|---|---|---|
| 1270-00-00 | Check and Deposit Correction | 3,322.54 | |
| | Total Current Assets | | 3,322.54 |

**Receivables**

| | | | |
|---|---|---|---|
| 1250-00-00 | Accounts Receivable | 3,086,549.51 | |
| 1260-00-00 | Employee Loans | 2,041.48 | |
| 1261-00-00 | EFS & Driver Advances | 144,038.26 | |
| 1261-10-00 | Driver Receivable | 4,689.69 | |
| 1280-19-00 | N/R Harold Hageman | 120,785.37 | |
| 1288-00-00 | A/R-ARRINGTON KV3367 | 38,322.52 | |
| 1289-00-00 | A/R MILLER | 4,933.81 | |
| | Total Receivables | | 3,401,360.64 |

**Other Current Assets**

| | | | |
|---|---|---|---|
| 1206-00-00 | DUE TO/FR DEPENDABLE | (4,263.60) | |
| 1207-00-00 | DUE TO/FR CET LOGISTICS | (19,159.31) | |
| 1262-00-00 | N/R - Current Portion LT | 156,950.48 | |
| 1271-00-00 | INSURANCE CLAIMS - Pending | 1,000.00 | |
| 1275-00-00 | INVENTORY-FUEL | 3,790.09 | |
| 1276-00-00 | Inventory - Parts | 463,671.93 | |
| 1277-00-00 | Inventory - Tires | 23,718.47 | |
| 1280-13-00 | N/R - FRONEK, HAROLD | (400.00) | |
| 1280-21-00 | N/R- Rollin Robbie | (18,203.38) | |
| 1280-22-00 | N/R TIMOTHY PITTS | 27,464.72 | |
| 2070-00-00 | ESCROW-OWNER/OPERATORS | (64,425.26) | |
| | Total Other Current Assets | | 570,144.14 |

**Prepaid Expenses**

| | | | |
|---|---|---|---|
| 1266-00-00 | PREPAID TAGS & PERMITS | 217,744.37 | |
| 1269-00-00 | Prepaid Expenses - General | 18,927.19 | |
| 1272-00-00 | Prepaid EFS | 37,396.90 | |
| 1273-00-00 | PREPAID RELAY | 34,162.57 | |
| | Total Prepaid Expenses | | 308,231.03 |

**Property & Equipment**

| | | | |
|---|---|---|---|
| 1300-00-00 | EQUIPMENT | 17,219,801.63 | |
| 1310-00-00 | OFFICE EQUIPMENT | 3,406.99 | |
| 1400-00-00 | BUILDINGS | 264,285.42 | |
| 1450-00-00 | NEW OFFICE BLDG | 411,656.19 | |
| 1500-00-00 | LAND | 55,485.83 | |
| 1510-00-00 | Property Equity | (0.48) | |
| 1596-00-00 | ROU Accumulated Amortization | (3,935,737.45) | |
| 1600-00-00 | ACCUM DEPRECIATION | (14,752,846.38) | |
| 1609-00-00 | SOFTWARE | 242,086.84 | |
| 1610-00-00 | ACCUM AMORTIZATION | (242,087.21) | |
| | Total Property & Equipment | | (733,948.62) |

**Other Assets**

| | | | |
|---|---|---|---|
| 1211-00-00 | DUE FROM SHAREHOLDERS | 3,599,620.21 | |
| 1611-00-00 | Operating Lease ROU Assets | 6,528,064.45 | |
| 1700-00-00 | Insurance Stock Purchase | 75,000.00 | |
| | Total Other Assets | | 10,202,684.66 |

**Receivables Long Term**

07/08/2026 0912                                      **Balance Sheet**                             Page 2

Big Level Trucking, Inc.

As of 12/31/2025

| Account | Description | Amount | |
|---|---|---|---|
| 1280-01-00 | N/R - Current Offset | (157,656.48) | |
| 1280-08-00 | N/R KV30147 | 26,710.64 | |
| 1280-09-00 | N/R - Triple E | (11,069.72) | |
| 1280-10-00 | N/R - Triple E | (11,069.72) | |
| 1280-17-00 | N/R - Hageman | 57,978.65 | |
| 1280-18-00 | N/R MILLER TRANSPORT | 78,552.63 | |
| 1280-20-00 | N/R Miller Rentals Unit 3172 | (48,617.44) | |
| | Total Receivables Long Term | | (65,171.44) |
| | Total Non-Current Assets | | 14,109,033.93 |
| | Total Assets | | $14,109,033.93 |

**Balance Sheet**

Big Level Trucking, Inc.

As of 12/31/2025

**Liabilities & Equity**

**Accounts Payable**

| | | | |
|---|---|---|---|
| 3000-00-00 | ACCOUNTS PAYABLE | 1,057,133.25 | |
| 3005-00-00 | EFS Payable (Love's) | 268,935.19 | |
| 3200-00-00 | Driver Payable | 254,435.68 | |
| | Total Accounts Payable | | 1,580,504.12 |

**Accrued Expenses**

| | | | |
|---|---|---|---|
| 2200-00-00 | EFS Repair Order | 150.00 | |
| 2344-00-00 | Escrow Repair Orders | (1,987.32) | |
| 3201-00-00 | FEDERAL 941 PAYABLE | 90,358.28 | |
| 3202-00-00 | STATE W/H PAYABLE | (55,665.56) | |
| 3203-00-00 | SUTA  PAYABLE | 1,472.42 | |
| 3204-00-00 | FUTA  PAYABLE | 1,613.71 | |
| 3205-00-00 | 401K Account | 284,900.66 | |
| 3207-00-00 | Accrued Office Payroll | (612.19) | |
| 3300-00-00 | EMPLOYEE GARNISHMENTS | (65,024.31) | |
| 3305-00-00 | Rent collections - EVANS | (24,163.85) | |
| 3310-00-00 | EMPLOYEE SUPPLEMENTAL INS | 7,167.63 | |
| 3320-00-00 | Pet Deposits | 11,107.00 | |
| 3400-00-00 | INTEREST PAYABLE | 8,718.75 | |
| 3445-00-00 | Credit Card VISA | (36,957.62) | |
| 3450-00-00 | CREDIT CARD AmEx | (12,469.26) | |
| 4427-00-00 | McLeod Payroll Clearing | 11,654.05 | |
| | Total Accrued Expenses | | 220,262.39 |

**Factoring Obligation**

| | | | |
|---|---|---|---|
| 3105-00-00 | CORP BILL Reserve | 308,148.14 | |
| 3106-00-00 | Corp Bill Factor Receivable | 2,421,090.80 | |
| | Total Factoring Obligation | | 2,729,238.94 |

**Current Portion LT Debt**

| | | | |
|---|---|---|---|
| 3460-00-00 | N/P CURRENT PORTION | 3,901,399.14 | |
| 3462-00-00 | Current Portion Lease Liab | 1,245,223.00 | |
| | Total Current Portion LT Debt | | 5,146,622.14 |

**Long-Term Debt**

| | | | |
|---|---|---|---|
| 4000-12-00 | N/P BOW53965100 (1119.31) | 40,786.83 | |
| 4000-13-00 | N/P BOW - Comm RE 1700 | 1,031,447.94 | |
| 4000-25-00 | BOW WRITE OFF ACCOUNTS | 1,624,204.97 | |
| 4000-61-00 | N/P BOW COMM 8300 | 176,133.91 | |
| 4000-62-00 | N/P BOW COMM 1300 | 614,977.03 | |
| 4002-40-00 | N/P BMO - 7568.57 | 206,591.58 | |
| 4002-50-00 | N/P BMO - 5068.52 | 141,419.75 | |
| 4006-00-00 | Crossroads (2875.76) | 135,812.19 | |
| 4006-10-00 | Crossroads (2866.92) | 133,439.87 | |
| 4006-20-00 | Crossroads (2866.92) | 138,149.80 | |
| 4010-21-00 | Mitsubishi HC (13724.69) | 131,925.08 | |
| 4020-10-00 | N/P KFCU-F150  (868.89) | 21,305.91 | |
| 4020-60-00 | N/P KFCU (1021.78) | 44,439.42 | |
| 4030-30-00 | N/P Mack Financial (8799.34) | 360,891.75 | |
| 4040-10-00 | N/P MIDLAND  (2339.34) | (2,814.58) | |
| 4040-30-00 | Midland (5628.03) | 281,941.05 | |
| 4040-40-00 | N/P Midland 4118.29 | 37,606.10 | |
| 4040-50-00 | Midland States Bank (3067.33 | 143,826.25 | |
| 4045-10-00 | N/P NAVISTAR 2TRUCKS 5912.53 | 190,381.63 | |
| 4045-20-00 | N/P Navistar 3Trucks 9063.17 | 298,283.36 | |
| 4045-30-00 | 4 TRUCKS 12080.20 | 432,820.41 | |
| 4045-40-00 | 5 TRUCKS (15625.08) | 503,711.06 | |
| 4050-20-00 | N/P Navitas (7879.85) | (30,936.72) | |
| 4060-50-00 | N/P PEOPLES 6 Flat May 21 | 45,953.23 | |
| 4065-00-00 | N/P PNC Bank | (12,515.10) | |
| 4065-10-00 | N/P PNC Equip Finance | 53,689.65 | |
| 4065-20-00 | N/P PNC - 12306.29 | 328,039.56 | |
| 4066-00-00 | N/P Renasant 2503.93 | 53,546.21 | |

**Balance Sheet**

Big Level Trucking, Inc.

As of 12/31/2025

| Account | Description | Amount | Total |
|---|---|---|---|
| 4066-10-00 | N/P RENASANT 5566.43 | 169,360.04 | |
| 4066-20-00 | N/P Renasant Land(12,608.11) | 1,290,569.30 | |
| 4070-00-00 | N/P SBA EIDL LOAN | 150,000.00 | |
| 4080-00-00 | N/P SIGNATURE FINANCE | (19,858.53) | |
| 4085-10-00 | N/P SIMMONS BK (5207.50) | (3,419.38) | |
| 4085-20-00 | N/P SIMMONS BK (10396.75) | (3,816.32) | |
| 4086-00-00 | N/P SOUTHERN STATES SSUT | 578,327.51 | |
| 4090-11-00 | Webster 9716.86 | 130,056.42 | |
| 4095-10-00 | Sumitomo Mitsui (5391.51) | 16,139.62 | |
| 4100-10-00 | N/P Trustmark - 7180.60 | 193,298.86 | |
| 4100-20-00 | N/P Trustmark 8053.77 | 182,381.36 | |
| 4100-40-00 | N/P Trustmark LOC | (27,950.00) | |
| 4100-50-00 | N/P TRUSTMARK 5581.02 | 178,118.51 | |
| 4100-51-00 | N/P TRUSTMARK 2629.34 | 109,714.23 | |
| 4110-00-00 | N/P US BANK (4699.19) SOFTWR | 336.79 | |
| 4130-00-00 | N/P VFI Lease (29583.88) | 414,888.29 | |
| 4490-10-00 | N/P Steven Evans | 95,186.03 | |
| 4499-00-00 | N/P Current Portion Offset | (3,778,709.58) | |
| 4499-01-00 | Oper Lease Current Offset | 1,347,104.00 | |
| 4500-00-00 | Deferred Gain on Sale | 19,873.32 | |
| | Total Long-Term Debt | | 8,166,658.61 |
| **Other Liabilities** | | | |
| 2055-00-00 | Uncleared Payroll Checks | 2,019.93 | |
| | Total Other Liabilities | | 2,019.93 |
| | Total Liabilities | | 17,845,306.13 |
| **Equity** | | | |
| 5060-00-00 | Treasury Stock | (8,828.40) | |
| 5070-00-00 | INSURANCE CAPTIVE | (2,208,427.89) | |
| 5075-00-00 | ADDITIONAL PAID IN CAPITAL | 4,876,719.00 | |
| 5100-00-00 | RETAINED EARNINGS | (4,568,877.14) | |
| 000-00-00 | Retained Earnings - Current Year | (1,826,857.77) | |
| | Total Equity | | (3,736,272.20) |
| | **Total Liabilities & Equity** | | **$14,109,033.93** |