07/08/2026 0912

**Income Statement**

Page 1

Big Level Trucking, Inc.

For Period 12/01/2025 to 12/31/2025

| | | Current Period | | Year To Date | |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| 6000-00-00 | TRUCKING INCOME | $22,779.74 | 0.7% | $216,768.40 | 0.6% |
| 6000-01-01 | TRUCKING INCOME VAN WIGGINS | 2,212,101.21 | 71.0 | 26,283,308.25 | 68.9 |
| 6000-02-01 | TRUCKING INCOME FLAT WIGGINS | 197,197.77 | 6.3 | 2,973,652.99 | 7.8 |
| 6000-03-01 | TRUCKING INCOME POLE WIGGINS | 42,971.00 | 1.4 | 505,285.90 | 1.3 |
| 6000-04-01 | TRUCKING INCOME SAND WIGGINS | 131,502.80 | 4.2 | 1,706,158.20 | 4.5 |
| 6000-05-01 | TRUCKING INCOME SHAG WIGGINS | 3,324.21 | 0.1 | 183,596.89 | 0.5 |
| 6100-00-00 | INCOME - HAULING | 4,307.54 | 0.1 | 14,859.40 | 0.0 |
| 6100-01-01 | INCOME - HAULING VAN WIGGINS | 850.00 | 0.0 | 17,549.11 | 0.0 |
| 6100-02-01 | INCOME - HAULING FLAT WIGGIN | 400.00 | 0.0 | 393.55 | 0.0 |
| 6100-03-01 | INCOME - HAULING POLE WIGGIN | 0.00 | 0.0 | 150.00 | 0.0 |
| 6100-04-01 | INCOME - HAULING SAND WIGGIN | 0.00 | 0.0 | 98.11 | 0.0 |
| 6100-05-01 | INCOME HAULING - SHAG | 0.00 | 0.0 | (462.96) | 0.0 |
| 6200-00-00 | FUELSURCHARGE | 4,326.96 | 0.1 | 33,996.17 | 0.1 |
| 6200-01-01 | FUELSURCHARGE VAN WIGGINS | 432,269.83 | 13.9 | 5,172,691.79 | 13.6 |
| 6200-02-01 | FUELSURCHARGE FLAT WIGGINS | 35,741.42 | 1.1 | 492,045.21 | 1.3 |
| 6200-03-01 | FUELSURCHARGE POLE WIGGINS | 0.00 | 0.0 | 751.60 | 0.0 |
| 6200-04-01 | FUELSURCHARGE SAND WIGGINS | 25,829.60 | 0.8 | 335,985.06 | 0.9 |
| 6200-05-01 | FUELSURCHARGE SHAG WIGGINS | 432.56 | 0.0 | 28,143.60 | 0.1 |
| 6400-00-00 | Lumper Customer Charge | 255.00 | 0.0 | 55.00 | 0.0 |
| 6400-01-01 | LUMPER VAN WIGGINS | 2,719.27 | 0.1 | 50,841.34 | 0.1 |
| 6400-02-01 | LUMPER FLAT WIGGINS | 0.00 | 0.0 | 1,836.35 | 0.0 |
| 6400-04-01 | LUMPER SAND WIGGINS | 375.00 | 0.0 | 3,868.60 | 0.0 |
| 6410-01-01 | Accessorial Charges | 0.00 | 0.0 | 13,339.35 | 0.0 |
| 6410-02-01 | Accessorial Charges | 0.00 | 0.0 | 1,020.97 | 0.0 |
| 6410-04-01 | Accessorial Charges | 0.00 | 0.0 | 1,205.58 | 0.0 |
| 6500-00-00 | TRUCK ORDERS N/U | (2,783.86) | (0.1) | (2,783.86) | 0.0 |
| 6510-00-00 | Detention Charges | 0.00 | 0.0 | (989.84) | 0.0 |
| 6510-01-01 | Detention Charges | 80.00 | 0.0 | 12,755.55 | 0.0 |
| 6510-02-01 | Detention Charges | 0.00 | 0.0 | 409.95 | 0.0 |
| 6510-04-01 | Detention Charges | 105.00 | 0.0 | 783.00 | 0.0 |
| 6710-00-00 | INCOME - INSURANCE CLAIMS | 0.00 | 0.0 | 88,556.93 | 0.2 |
| 6720-00-00 | INCOME - SALARY REIMBURSEMEN | 0.00 | 0.0 | (300.00) | 0.0 |
| 6730-00-00 | EXPENSE REIMBURSEMENTS | 0.00 | 0.0 | 47.36 | 0.0 |
| 6740-00-00 | INCOME-OTHER | 140.00 | 0.0 | 4,743.29 | 0.0 |
| 6740-01-01 | INCOME-OTHER VAN WIGGINS | 228.50 | 0.0 | 7,293.00 | 0.0 |
| 6740-02-01 | INCOME-OTHER FLAT WIGGINS | 0.00 | 0.0 | 900.00 | 0.0 |
| 6740-04-01 | INCOME-OTHER SAND WIGGINS | 0.00 | 0.0 | 864.50 | 0.0 |
| 6750-00-01 | INCOME-STORAGE WIGGINS | 500.00 | 0.0 | 500.00 | 0.0 |
| 6950-00-00 | INCOME - INTEREST | 0.00 | 0.0 | 1.36 | 0.0 |
| Total Revenue | | 3,115,653.55 | 100.0 | 38,149,919.70 | 100.0 |
| **Cost of Sales** | | | | | |
| 7100-00-00 | Lumper Expense | 4,204.11 | 0.1 | 57,193.69 | 0.1 |
| 7100-01-01 | Lumper Expense Van Wiggins | 1,045.00 | 0.0 | 21,650.73 | 0.1 |
| 7100-02-01 | Lumper Flat Wiggins | 0.00 | 0.0 | 140.00 | 0.0 |
| 7100-04-01 | Lumper Expense | 0.00 | 0.0 | 812.92 | 0.0 |
| 7200-00-00 | CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 5,600.00 | 0.0 |
| 7210-00-00 | CONTRACT HAUL Lease and O/O | 1,180,818.60 | 37.9 | 16,014,838.97 | 42.0 |
| 7210-01-01 | CONTRACT HAULING/VAN WIGG | 23,573.52 | 0.8 | 369,972.36 | 1.0 |
| 7210-02-01 | CONTRACT HAULING/FLAT WIGG | 22,939.77 | 0.7 | 411,442.86 | 1.1 |
| 7210-04-01 | CONTRACT HAULING/SAND WIGG | 0.00 | 0.0 | 2,470.02 | 0.0 |
| 7220-00-00 | CONTRACT LABOR | 11,222.50 | 0.4 | 166,015.32 | 0.4 |
| 7225-00-00 | DAMAGES & CLAIMS PAID | 0.00 | 0.0 | (11,732.17) | 0.0 |
| 7225-01-01 | DAMAGES & CLAIMS PAID/VAN | 0.00 | 0.0 | (21,885.20) | (0.1) |
| 7229-00-00 | DEPRECIATION | 153,426.75 | 4.9 | 1,845,286.60 | 4.8 |
| 7230-00-00 | FEES - OTHERS | (3,327.95) | (0.1) | (28,025.67) | (0.1) |
| 7230-01-01 | FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | (25.00) | 0.0 |
| 7240-00-00 | FINES & PENALTIES | 419.49 | 0.0 | 33,966.20 | 0.1 |
| 7240-01-01 | FINES & PENALTIES/VAN WIGG | 45.00 | 0.0 | 738.00 | 0.0 |
| 7250-00-00 | FUEL - DIESEL, GAS & OIL | 815,207.66 | 26.2 | 9,589,902.86 | 25.1 |
| 7250-01-01 | FUEL - DIESEL GAS & OIL/VAN | 975.00 | 0.0 | 30,125.75 | 0.1 |

**Income Statement**

Big Level Trucking, Inc.

For Period 12/01/2025 to 12/31/2025

| | | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| 7250-02-01 | FUEL - DIESEL GAS & OIL/FLAT | 3,714.28 | 0.1 | 25,714.70 | 0.1 |
| 7250-04-01 | FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 1,965.00 | 0.0 |
| 7250-05-01 | FUEL - DIESEL GAS & OIL/SHAG | 0.00 | 0.0 | 900.00 | 0.0 |
| 7260-00-00 | INSURANCE | (464,218.64) | (14.9) | 3,276,068.74 | 8.6 |
| 7270-00-00 | INSURANCE - HEALTH | 32,554.87 | 1.0 | 552,113.01 | 1.4 |
| 7280-00-00 | INSURANCE O/O OCC/ACC | 1,087.72 | 0.0 | 4,688.06 | 0.0 |
| 7290-00-00 | INSURANCE O/O PHYS DAM | (443.04) | 0.0 | (5,122.65) | 0.0 |
| 7290-02-01 | INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (1,439.88) | 0.0 |
| 7291-00-00 | Insurance - Colonial Life | 6,693.28 | 0.2 | 59,527.83 | 0.2 |
| 7300-00-00 | INTEREST | 0.00 | 0.0 | 208,207.41 | 0.5 |
| 7310-00-00 | LEASED EQUIPMENT | 20,145.29 | 0.6 | 141,295.67 | 0.4 |
| 7310-01-01 | LEASED EQUIPMENT VAN | 131,924.09 | 4.2 | 2,042,883.76 | 5.4 |
| 7320-00-00 | TWIC and Escort Expense | 824.00 | 0.0 | 4,737.78 | 0.0 |
| 7320-01-01 | TWIC and Escort Expense/Van | 75.00 | 0.0 | 8,634.85 | 0.0 |
| 7320-02-01 | TWIC and Escort Expense/Flat | 650.00 | 0.0 | 1,800.00 | 0.0 |
| 7320-04-01 | TWIC Escort Sand Wiggins | 100.00 | 0.0 | 225.00 | 0.0 |
| 7330-00-00 | MEDICAL & TESTING | 295.00 | 0.0 | 49,392.23 | 0.1 |
| 7340-00-00 | OPERATING SUPPLIES/Expense | 39,630.34 | 1.3 | 476,947.66 | 1.3 |
| 7340-01-01 | OPERATING SUPPLIES/VAN | 816.21 | 0.0 | 11,723.79 | 0.0 |
| 7340-02-01 | OPERATING SUPPLIES/FLAT | (31.17) | 0.0 | 40.54 | 0.0 |
| 7340-04-01 | OPERATING SUPPLIES/SAND | 0.00 | 0.0 | 354.78 | 0.0 |
| 7350-00-00 | REPAIRS - TRUCKS SHOP | 286,556.94 | 9.2 | 2,469,949.81 | 6.5 |
| 7350-01-01 | REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 25,279.79 | 0.1 |
| 7350-02-01 | REPAIR-TRAILER/FLAT SHOP | 0.00 | 0.0 | 1,688.00 | 0.0 |
| 7350-04-01 | REPAIR-TRAILER/SAND SHOP | 0.00 | 0.0 | 5,218.93 | 0.0 |
| 7350-05-01 | REPAIR-TRAILER/SHAG SHOP | 0.00 | 0.0 | 2,200.00 | 0.0 |
| 7360-00-00 | REPAIR-TIRES & TUBES TRUCKS | 15,131.55 | 0.5 | 141,400.29 | 0.4 |
| 7370-00-00 | REPAIRS - OTHER | (563.76) | 0.0 | 50,662.34 | 0.1 |
| 7370-01-01 | REPAIRS - OTHER VAN | 213.48 | 0.0 | 2,116.27 | 0.0 |
| 7370-02-01 | REPAIRS - OTHER FLAT | 0.00 | 0.0 | 46.70 | 0.0 |
| 7380-00-00 | OTR Repairs Trucks | 57,026.38 | 1.8 | (155,074.19) | (0.4) |
| 7380-01-01 | OTR Repairs Trailer Van | 0.00 | 0.0 | 82,999.68 | 0.2 |
| 7380-02-01 | OTR Repair Trailer FLATBED | 0.00 | 0.0 | 15,286.83 | 0.0 |
| 7380-04-01 | OTR Repair Trailer SAND | 0.00 | 0.0 | 8,955.33 | 0.0 |
| 7380-05-01 | OTR Repair Trailer SHAG | 0.00 | 0.0 | 6,318.19 | 0.0 |
| 7390-00-00 | OTR Repair Tire & Tube Truck | 0.00 | 0.0 | 13,835.31 | 0.0 |
| 7390-01-01 | OTR Repair Tire&Tube/Van | 0.00 | 0.0 | 41,325.95 | 0.1 |
| 7390-02-01 | OTR Repair Tire&Tube/Flat | 0.00 | 0.0 | 7,602.34 | 0.0 |
| 7390-04-01 | OTR Repair Tire & Tube | 0.00 | 0.0 | 827.97 | 0.0 |
| 7400-00-00 | SAFETY AWARDS & GIFTS | 0.00 | 0.0 | 207.03 | 0.0 |
| 7410-00-00 | SALARIES - TRUCKING | 52,538.44 | 1.7 | 876,498.04 | 2.3 |
| 7410-01-01 | SALARIES - TRUCKING VAN WIGG | 509,889.13 | 16.4 | 6,037,741.58 | 15.8 |
| 7410-02-01 | SALARIES - TRUCKING FLAT WIG | 41,658.11 | 1.3 | 616,196.63 | 1.6 |
| 7410-03-01 | SALARIES - TRUCKING POLE WIG | 9,507.30 | 0.3 | 105,896.70 | 0.3 |
| 7410-04-01 | SALARIES - TRUCKING SAND WIG | 28,944.91 | 0.9 | 364,343.67 | 1.0 |
| 7410-05-01 | SALARIES - TRUCKING SHAG WIG | 528.74 | 0.0 | 33,457.36 | 0.1 |
| 7420-00-00 | Per diem | 501.48 | 0.0 | 13,626.19 | 0.0 |
| 7420-01-01 | Per diem Van Wiggins | 139,555.68 | 4.5 | 1,779,668.61 | 4.7 |
| 7420-02-01 | Per diem Flat Wiggins | 9,227.88 | 0.3 | 161,292.31 | 0.4 |
| 7420-03-01 | Per diem Pole Wiggins | 2,488.50 | 0.1 | 34,997.50 | 0.1 |
| 7420-04-01 | Per diem Sand Wiggins | 7,683.55 | 0.2 | 113,470.88 | 0.3 |
| 7420-05-01 | Per diem Shag Wiggins | 415.68 | 0.0 | 10,715.84 | 0.0 |
| 7430-00-00 | SCALES, TOLLS, PERMITS | 1,502.01 | 0.0 | 258,312.65 | 0.7 |
| 7430-01-01 | SCALES & TOLLS VAN WIGGINS | 2,442.00 | 0.1 | 9,548.87 | 0.0 |
| 7430-02-01 | SCALES & TOLLS FLAT WIGGINS | 0.00 | 0.0 | 54.50 | 0.0 |
| 7430-04-01 | SCALES & TOLLS SAND WIGGINS | 44.25 | 0.0 | 206.50 | 0.0 |
| 7440-00-00 | TAXES - PAYROLL | 60,133.88 | 1.9 | 787,494.82 | 2.1 |
| 7450-00-00 | TAXES - FUEL | 0.00 | 0.0 | 16,889.19 | 0.0 |
| 7460-00-00 | TAXES - TAGS & PERMITS | 0.00 | 0.0 | 5,412.71 | 0.0 |
| 7460-01-01 | TAXES - TAGS & PERMITS VAN | 0.00 | 0.0 | 123.30 | 0.0 |
| 7460-02-01 | TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 59.01 | 0.0 |
| 7470-00-00 | TRAVEL | 9,228.60 | 0.3 | 110,575.06 | 0.3 |

07/08/2026 0912

**Income Statement**

Big Level Trucking, Inc.

For Period 12/01/2025 to 12/31/2025

Page 3

| | | Current Period | | Year To Date | |
|---|---|---|---|---|---|
| 7470-01-01 | TRAVEL VAN WIGGINS | 0.00 | 0.0 | 97.03 | 0.0 |
| Total Cost of Sales | | 3,218,910.65 | 103.3 | 49,406,672.04 | 129.5 |
| **Lease Operators** | | | | | |
| 8917-00-00 | Drivers/Salary Reimbursement | (304,190.19) | (9.8) | (4,129,004.07) | (10.8) |
| 8918-00-00 | Lease Operators - Fuel | (372,675.80) | (12.0) | (5,219,869.64) | (13.7) |
| 8919-00-00 | Driver/Per Diem Reimb | (86,255.73) | (2.8) | (1,180,565.06) | (3.1) |
| 8920-00-00 | Lease Operator Workers Comp | (35,626.04) | (1.1) | (487,539.45) | (1.3) |
| 8921-00-00 | Lease Operator FICA | (23,270.52) | (0.7) | (315,871.97) | (0.8) |
| 8922-00-00 | Lease Operator Health Ins | (7,430.14) | (0.2) | (99,756.40) | (0.3) |
| 8923-00-00 | Lease Operator FUTA SUTA | (501.92) | 0.0 | (6,812.90) | 0.0 |
| 8924-00-00 | Lease Operator ELD | (3,437.50) | (0.1) | (45,641.98) | (0.1) |
| 8925-00-00 | Lease Operator Camera | (3,441.00) | (0.1) | (45,690.70) | (0.1) |
| 8926-00-00 | Lease Operator Phys Damage | (24,651.77) | (0.8) | (331,526.91) | (0.9) |
| 8927-00-00 | Lease Operator Maint | (89,357.96) | (2.9) | (1,193,318.20) | (3.1) |
| 8928-00-00 | Lease Operator Scale/Toll | (6,980.88) | (0.2) | (174,138.30) | (0.5) |
| 8930-00-00 | Lease Operator Lumper | (3,751.95) | (0.1) | (16,190.39) | 0.0 |
| Total Lease Operators | | (961,571.40) | (30.9) | (13,245,925.97) | (34.7) |
| **Expenses** | | | | | |
| 8010-00-00 | ADVERTISING/Subscriptions | 0.00 | 0.0 | 37,218.10 | 0.1 |
| 8041-00-00 | AUTO ALLOWANCE | 0.00 | 0.0 | 3,040.38 | 0.0 |
| 8050-00-00 | BANK CHARGES | 853.58 | 0.0 | 92,107.49 | 0.2 |
| 8055-00-00 | CORP BILLING FEES | 28,461.01 | 0.9 | 351,742.05 | 0.9 |
| 8085-00-00 | DONATIONS | 1,000.00 | 0.0 | 3,263.14 | 0.0 |
| 8090-00-00 | DISCOUNTS/ADJUSTMENTS | 12,515.96 | 0.4 | 158,816.30 | 0.4 |
| 8420-00-00 | RENTAL EXPENSE | (2,288.11) | (0.1) | (15,316.69) | 0.0 |
| 8421-00-00 | Rental Expense -Tupelo | 2,500.00 | 0.1 | 27,007.19 | 0.1 |
| 8450-00-00 | LEGAL & PROFESSIONAL | (277.59) | 0.0 | 113,786.03 | 0.3 |
| 8450-01-01 | LEGAL & PROFESSIONAL/VAN | (104.92) | 0.0 | (1,656.29) | 0.0 |
| 8450-02-01 | LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (550.68) | 0.0 |
| 8455-00-00 | MEALS & ENTERTAINMENT | 2,045.71 | 0.1 | 32,222.90 | 0.1 |
| 8456-00-00 | Meals & Entertainment Tupelo | 0.00 | 0.0 | 94.83 | 0.0 |
| 8470-00-00 | MISCELLANEOUS EXPENSE | 1,815.23 | 0.1 | 41,603.20 | 0.1 |
| 8471-00-00 | Misc Expense  Tupelo | 0.00 | 0.0 | 1,333.98 | 0.0 |
| 8480-00-00 | OFFICE SUPPLIES & EXPENSE | 1,432.48 | 0.0 | 2,460.72 | 0.0 |
| 8560-00-00 | SIGNING BONUS | 0.00 | 0.0 | 31,200.00 | 0.1 |
| 8561-00-00 | REFERRAL BONUS | 3,000.00 | 0.1 | 39,000.00 | 0.1 |
| 8601-00-00 | SALARIES - MECHANICS | 37,406.55 | 1.2 | 441,665.85 | 1.2 |
| 8602-00-00 | SALARIES - OFFICERS | 20,650.00 | 0.7 | 252,463.88 | 0.7 |
| 8603-00-00 | SALARIES - OFFICE | 129,495.72 | 4.2 | 1,772,865.00 | 4.6 |
| 8606-00-00 | 401K EMPLOYER EXPENSE | 0.00 | 0.0 | 125,300.61 | 0.3 |
| 8650-00-00 | SMALL TOOLS | 970.26 | 0.0 | 11,960.90 | 0.0 |
| 8651-00-00 | Shop Supplies | 0.00 | 0.0 | 1,518.92 | 0.0 |
| 8703-00-00 | TAXES -LICENCES & OTHER | 23,354.90 | 0.7 | 158,212.90 | 0.4 |
| 8703-01-01 | TAXES -LICENSES & OTHER VAN | 0.00 | 0.0 | 10.00 | 0.0 |
| 8750-00-00 | TELEPHONE & COMMUNICATIONS | 1,386.61 | 0.0 | 22,452.05 | 0.1 |
| 8755-00-00 | IT / Computer | 17,189.34 | 0.6 | 213,235.11 | 0.6 |
| 8800-00-00 | BAD DEBT | 7,061.72 | 0.2 | 7,061.72 | 0.0 |
| 8801-00-00 | WRITE OFF | 0.00 | 0.0 | 9,056.13 | 0.0 |
| 8860-00-00 | UNIFORMS | 2,463.79 | 0.1 | 18,150.11 | 0.0 |
| 8900-00-00 | UTILITIES | 5,309.64 | 0.2 | 32,835.00 | 0.1 |
| 9997-00-00 | Temporary - Ask Accountant | 0.00 | 0.0 | 1,875.57 | 0.0 |
| Total Expenses | | 296,188.93 | 9.5 | 3,986,036.40 | 10.4 |
| Total Expenses | | 2,553,528.18 | 82.0 | 40,146,782.47 | 105.2 |
| Income from Operations | | 562,125.37 | 18.0 | (1,996,862.77) | (5.2) |
| **Other Revenue and Gains** | | | | | |
| 6770-00-00 | OTHER INCOME | 0.00 | 0.0 | 170,005.00 | 0.4 |
| Total Other Revenue and Gains | | 0.00 | 0.0 | 170,005.00 | 0.4 |

07/08/2026 0912                                    **Income Statement**                                    Page 4

Big Level Trucking, Inc.

For Period 12/01/2025 to 12/31/2025

|  | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | 562,125.37 | 18.0 | (1,826,857.77) | (4.8) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | $562,125.37 | 18.0 % | ($1,826,857.77) | (4.8)% |

**Big Level Trucking, Inc.**
**Income Statement YTD**
**December 31, 2025**

|  | 12/31/2025 | RPM |
|---|---|---|
| Miles | 18,091,144.00 | .00 |
| **Revenue** | | |
| TRUCKING INCOME | 31,868,770.63 | 1.76 |
| INCOME - HAULING | 32,587.21 | .00 |
| FUELSURCHARGE | 6,063,613.43 | .34 |
| Lumper Customer Charge | 56,601.29 | .00 |
| Accessorial Charges | 15,565.90 | .00 |
| TRUCK ORDERS N/U | (2,783.86) | (.00) |
| Detention Charges | 12,958.66 | .00 |
| INCOME - INSURANCE CLAIMS | 88,556.93 | .00 |
| INCOME - SALARY REIMBURSEMEN | (300.00) | (.00) |
| EXPENSE REIMBURSEMENTS | 47.36 | .00 |
| INCOME-OTHER | 13,800.79 | .00 |
| INCOME-STORAGE WIGGINS | 500.00 | .00 |
| INCOME - INTEREST | 1.36 | .00 |
| OTHER INCOME | 170,005.00 | .01 |
| Total Revenue | 38,319,924.70 | 2.12 |
| **COS** | | |
| Lumper Expense | 79,797.34 | .00 |
| CONTRACT HAULING - BROKERAGE | 5,600.00 | .00 |
| CONTRACT HAUL Lease and O/O | 16,798,724.21 | .93 |
| CONTRACT LABOR | 166,015.32 | .01 |
| DAMAGES & CLAIMS PAID | (33,617.37) | (.00) |
| DEPRECIATION | 1,845,286.60 | .10 |
| FEES - OTHERS | (28,050.67) | (.00) |
| FINES & PENALTIES | 34,704.20 | .00 |
| FUEL - DIESEL, GAS & OIL | 9,648,608.31 | .53 |
| INSURANCE | 3,276,068.74 | .18 |
| INSURANCE - HEALTH | 552,113.01 | .03 |
| INSURANCE O/O OCC/ACC | 4,688.06 | .00 |
| INSURANCE O/O PHYS DAM | (6,562.53) | (.00) |
| Insurance - Colonial Life | 59,527.83 | .00 |
| INTEREST | 208,207.41 | .01 |
| LEASED EQUIPMENT | 2,184,179.43 | .12 |
| TWIC and Escort Expense | 15,397.63 | .00 |
| MEDICAL & TESTING | 49,392.23 | .00 |
| OPERATING SUPPLIES/Expense | 489,066.77 | .03 |
| REPAIRS - TRUCKS SHOP | 2,504,336.53 | .14 |
| REPAIR-TIRES & TUBES TRUCKS | 141,400.29 | .01 |
| REPAIRS - OTHER | 52,825.31 | .00 |
| OTR Repairs Trucks | (41,514.16) | (.00) |
| OTR Repair Tire & Tube Truck | 63,591.57 | .00 |
| SAFETY AWARDS & GIFTS | 207.03 | .00 |
| SALARIES - TRUCKING | 8,034,133.98 | .44 |
| Per diem | 2,113,771.33 | .12 |
| SCALES, TOLLS, PERMITS | 268,122.52 | .01 |
| TAXES - PAYROLL | 787,494.82 | .04 |
| TAXES - FUEL | 16,889.19 | .00 |
| TAXES - TAGS & PERMITS | 5,595.02 | .00 |
| TRAVEL | 110,672.09 | .01 |
| Total COS | 49,406,672.04 | 2.73 |

**Big Level Trucking, Inc.**
**Income Statement YTD**
**December 31, 2025**

|  | 12/31/2025 | RPM |
|---|---|---|
| **Lease Operators** | | |
| Drivers/Salary Reimbursement | (4,129,004.07) | (.23) |
| Lease Operators - Fuel | (5,219,869.64) | (.29) |
| Driver/Per Diem Reimb | (1,180,565.06) | (.07) |
| Lease Operator Workers Comp | (487,539.45) | (.03) |
| Lease Operator FICA | (315,871.97) | (.02) |
| Lease Operator Health Ins | (99,756.40) | (.01) |
| Lease Operator FUTA SUTA | (6,812.90) | (.00) |
| Lease Operator ELD | (45,641.98) | (.00) |
| Lease Operator Camera | (45,690.70) | (.00) |
| Lease Operator Phys Damage | (331,526.91) | (.02) |
| Lease Operator Maint | (1,193,318.20) | (.07) |
| Lease Operator Scale/Toll | (174,138.30) | (.01) |
| Lease Operator Lumper | (16,190.39) | (.00) |
| **Total Lease Operators** | (13,245,925.97) | (.73) |
| | | |
| **Expenses** | | |
| ADVERTISING/Subscriptions | 37,218.10 | .00 |
| AUTO ALLOWANCE | 3,040.38 | .00 |
| BANK CHARGES | 92,107.49 | .01 |
| CORP BILLING FEES | 351,742.05 | .02 |
| DONATIONS | 3,263.14 | .00 |
| DISCOUNTS/ADJUSTMENTS | 158,816.30 | .01 |
| RENTAL EXPENSE | (15,316.69) | (.00) |
| Rental Expense -Tupelo | 27,007.19 | .00 |
| LEGAL & PROFESSIONAL | 111,579.06 | .01 |
| MEALS & ENTERTAINMENT | 32,222.90 | .00 |
| Meals & Entertainment Tupelo | 94.83 | .00 |
| MISCELLANEOUS EXPENSE | 41,603.20 | .00 |
| Misc Expense  Tupelo | 1,333.98 | .00 |
| OFFICE SUPPLIES & EXPENSE | 2,460.72 | .00 |
| SIGNING BONUS | 31,200.00 | .00 |
| REFERRAL BONUS | 39,000.00 | .00 |
| SALARIES - MECHANICS | 441,665.85 | .02 |
| SALARIES - OFFICERS | 252,463.88 | .01 |
| SALARIES - OFFICE | 1,772,865.00 | .10 |
| 401K EMPLOYER EXPENSE | 125,300.61 | .01 |
| SMALL TOOLS | 11,960.90 | .00 |
| Shop Supplies | 1,518.92 | .00 |
| TAXES -LICENCES & OTHER | 158,222.90 | .01 |
| TELEPHONE & COMMUNICATIONS | 22,452.05 | .00 |
| IT / Computer | 213,235.11 | .01 |
| BAD DEBT | 7,061.72 | .00 |
| WRITE OFF | 9,056.13 | .00 |
| UNIFORMS | 18,150.11 | .00 |
| UTILITIES | 32,835.00 | .00 |
| Temporary - Ask Accountant | 1,875.57 | .00 |
| **Total Expenses** | 3,986,036.40 | .22 |
| | | |
| **Net Income** | (1,826,857.77) | (.10) |
| | | |
| Total Revenue | 38,319,924.70 | 2.12 |
| Total Cost of Sales | 49,406,672.04 | 2.73 |

**Big Level Trucking, Inc.**
**Income Statement YTD**
**December 31, 2025**

| | 12/31/2025 | RPM |
|---|---|---|
| Total Lease Operators | (13,245,925.97) | (.73) |
| Total Expenses | 3,986,036.40 | .22 |
| Income | (1,826,857.77) | (.10) |
| Net Income | (1,826,857.77) | (.10) |
| Interest | 208,207.41 | .01 |
| Taxes | .00 | .00 |
| Depreciation | 1,845,286.60 | .10 |
| Amortization | .00 | .00 |
| EBITDA | 226,636.24 | .01 |
| Check Total | | |
| Check Total Net Income | (1,826,857.77) | (.10) |