# MOR Supplement December 2025

**Big Level Trucking**

**Lease/Purchase Payments**

Date:  1/23/26

| Name | Amount |
|------|--------|
| H&P Trailer Lease | 76309.85 |
| Xtra Trailer Lease | 18145.35 |
| Trustmark Tractor Purchase | 10750.00 |
| Penske Tractor Lease | 12500.00 |
| Total | 117705.20 |