07/08/2026 0957

**Income Statement**

Page 1

Big Level Trucking, Inc.

For Period 01/01/2026 to 01/31/2026

|  |  | Current Period |  | Year To Date |  |
|---|---|---:|---:|---:|---:|
| **Revenue** | | | | | |
| 6000-00-00 | TRUCKING INCOME | $20,371.35 | 0.7% | $20,371.35 | 0.7% |
| 6000-01-01 | TRUCKING INCOME VAN WIGGINS | 2,119,869.17 | 71.3 | 2,119,869.17 | 71.3 |
| 6000-02-01 | TRUCKING INCOME FLAT WIGGINS | 228,778.65 | 7.7 | 228,778.65 | 7.7 |
| 6000-03-01 | TRUCKING INCOME POLE WIGGINS | 42,350.00 | 1.4 | 42,350.00 | 1.4 |
| 6000-04-01 | TRUCKING INCOME SAND WIGGINS | 105,413.17 | 3.5 | 105,413.17 | 3.5 |
| 6000-05-01 | TRUCKING INCOME SHAG WIGGINS | 385.42 | 0.0 | 385.42 | 0.0 |
| 6100-00-00 | INCOME - HAULING | 2,470.47 | 0.1 | 2,470.47 | 0.1 |
| 6100-01-01 | INCOME - HAULING VAN WIGGINS | 1,370.00 | 0.0 | 1,370.00 | 0.0 |
| 6200-00-00 | FUELSURCHARGE | 2,843.69 | 0.1 | 2,843.69 | 0.1 |
| 6200-01-01 | FUELSURCHARGE VAN WIGGINS | 386,249.19 | 13.0 | 386,249.19 | 13.0 |
| 6200-02-01 | FUELSURCHARGE FLAT WIGGINS | 38,806.47 | 1.3 | 38,806.47 | 1.3 |
| 6200-04-01 | FUELSURCHARGE SAND WIGGINS | 19,186.35 | 0.6 | 19,186.35 | 0.6 |
| 6200-05-01 | FUELSURCHARGE SHAG WIGGINS | 91.99 | 0.0 | 91.99 | 0.0 |
| 6400-01-01 | LUMPER VAN WIGGINS | 3,428.82 | 0.1 | 3,428.82 | 0.1 |
| 6410-01-01 | Accessorial Charges | 250.00 | 0.0 | 250.00 | 0.0 |
| 6410-02-01 | Accessorial Charges | 450.00 | 0.0 | 450.00 | 0.0 |
| 6740-00-00 | INCOME-OTHER | 230.00 | 0.0 | 230.00 | 0.0 |
| 6740-01-01 | INCOME-OTHER VAN WIGGINS | 682.00 | 0.0 | 682.00 | 0.0 |
| 6750-01-01 | Income-Storage Van Wiggins | 500.00 | 0.0 | 500.00 | 0.0 |
| | Total Revenue | 2,973,726.74 | 100.0 | 2,973,726.74 | 100.0 |
| **Cost of Sales** | | | | | |
| 7100-00-00 | Lumper Expense | 5,139.15 | 0.2 | 5,139.15 | 0.2 |
| 7100-01-01 | Lumper Expense Van Wiggins | 1,008.40 | 0.0 | 1,008.40 | 0.0 |
| 7210-00-00 | CONTRACT HAUL Lease and O/O | 1,436,323.53 | 48.3 | 1,436,323.53 | 48.3 |
| 7210-01-01 | CONTRACT HAULING/VAN WIGG | 38,581.76 | 1.3 | 38,581.76 | 1.3 |
| 7210-02-01 | CONTRACT HAULING/FLAT WIGG | 25,935.30 | 0.9 | 25,935.30 | 0.9 |
| 7220-00-00 | CONTRACT LABOR | 9,157.50 | 0.3 | 9,157.50 | 0.3 |
| 7229-00-00 | DEPRECIATION | 122,791.60 | 4.1 | 122,791.60 | 4.1 |
| 7230-00-00 | FEES - OTHERS | (3,490.54) | (0.1) | (3,490.54) | (0.1) |
| 7230-01-01 | FEES - OTHERS VAN WIGGINS | 235.00 | 0.0 | 235.00 | 0.0 |
| 7250-00-00 | FUEL - DIESEL, GAS & OIL | 769,431.68 | 25.9 | 769,431.68 | 25.9 |
| 7250-01-01 | FUEL - DIESEL GAS & OIL/VAN | 386.67 | 0.0 | 386.67 | 0.0 |
| 7250-02-01 | FUEL - DIESEL GAS & OIL/FLAT | 5,767.02 | 0.2 | 5,767.02 | 0.2 |
| 7260-00-00 | INSURANCE | 477,219.47 | 16.0 | 477,219.47 | 16.0 |
| 7270-00-00 | INSURANCE - HEALTH | 27,722.25 | 0.9 | 27,722.25 | 0.9 |
| 7280-00-00 | INSURANCE O/O OCC/ACC | (25.48) | 0.0 | (25.48) | 0.0 |
| 7290-00-00 | INSURANCE O/O PHYS DAM | (553.80) | 0.0 | (553.80) | 0.0 |
| 7290-02-01 | INSURANCE O/O PHYS DAM FLAT | (138.45) | 0.0 | (138.45) | 0.0 |
| 7291-00-00 | Insurance - Colonial Life | 2,437.77 | 0.1 | 2,437.77 | 0.1 |
| 7310-00-00 | LEASED EQUIPMENT | 14,116.28 | 0.5 | 14,116.28 | 0.5 |
| 7310-01-01 | LEASED EQUIPMENT VAN | 134,595.76 | 4.5 | 134,595.76 | 4.5 |
| 7320-00-00 | TWIC and Escort Expense | 1,747.00 | 0.1 | 1,747.00 | 0.1 |
| 7320-01-01 | TWIC and Escort Expense/Van | 1,350.00 | 0.0 | 1,350.00 | 0.0 |
| 7320-02-01 | TWIC and Escort Expense/Flat | 350.00 | 0.0 | 350.00 | 0.0 |
| 7330-00-00 | MEDICAL & TESTING | 4,697.62 | 0.2 | 4,697.62 | 0.2 |
| 7340-00-00 | OPERATING SUPPLIES/Expense | 32,048.49 | 1.1 | 32,048.49 | 1.1 |
| 7340-01-01 | OPERATING SUPPLIES/VAN | 1,242.67 | 0.0 | 1,242.67 | 0.0 |
| 7340-02-01 | OPERATING SUPPLIES/FLAT | 485.08 | 0.0 | 485.08 | 0.0 |
| 7350-00-00 | REPAIRS - TRUCKS SHOP | (200,298.64) | (6.7) | (200,298.64) | (6.7) |
| 7360-00-00 | REPAIR-TIRES & TUBES TRUCKS | 8,027.92 | 0.3 | 8,027.92 | 0.3 |
| 7370-00-00 | REPAIRS - OTHER | 305.62 | 0.0 | 305.62 | 0.0 |
| 7370-01-01 | REPAIRS - OTHER VAN | 391.32 | 0.0 | 391.32 | 0.0 |
| 7380-00-00 | OTR Repairs Trucks | 134,461.65 | 4.5 | 134,461.65 | 4.5 |
| 7410-00-00 | SALARIES - TRUCKING | 123,230.27 | 4.1 | 123,230.27 | 4.1 |
| 7410-01-01 | SALARIES - TRUCKING VAN WIGG | 468,741.25 | 15.8 | 468,741.25 | 15.8 |
| 7410-02-01 | SALARIES - TRUCKING FLAT WIG | 47,476.41 | 1.6 | 47,476.41 | 1.6 |
| 7410-03-01 | SALARIES - TRUCKING POLE WIG | 9,702.28 | 0.3 | 9,702.28 | 0.3 |
| 7410-04-01 | SALARIES - TRUCKING SAND WIG | 20,753.69 | 0.7 | 20,753.69 | 0.7 |
| 7420-00-00 | Per diem | 1,408.80 | 0.0 | 1,408.80 | 0.0 |
| 7420-01-01 | Per diem Van Wiggins | 148,898.05 | 5.0 | 148,898.05 | 5.0 |

07/08/2026 0957                                    **Income Statement**                                           Page 2
                                                    Big Level Trucking, Inc.
                                              For Period 01/01/2026 to 01/31/2026

|  |  | Current Period | | Year To Date | |
|---|---|---|---|---|---|
| 7420-02-01 | Per diem Flat Wiggins | 12,896.73 | 0.4 | 12,896.73 | 0.4 |
| 7420-03-01 | Per diem Pole Wiggins | 3,002.72 | 0.1 | 3,002.72 | 0.1 |
| 7420-04-01 | Per diem Sand Wiggins | 7,678.37 | 0.3 | 7,678.37 | 0.3 |
| 7430-00-00 | SCALES, TOLLS, PERMITS | 11,775.50 | 0.4 | 11,775.50 | 0.4 |
| 7430-01-01 | SCALES & TOLLS VAN WIGGINS | 2,062.75 | 0.1 | 2,062.75 | 0.1 |
| 7430-04-01 | SCALES & TOLLS SAND WIGGINS | 29.50 | 0.0 | 29.50 | 0.0 |
| 7440-00-00 | TAXES - PAYROLL | 76,482.17 | 2.6 | 76,482.17 | 2.6 |
| 7450-00-00 | TAXES - FUEL | 4,914.78 | 0.2 | 4,914.78 | 0.2 |
| 7470-00-00 | TRAVEL | 516.12 | 0.0 | 516.12 | 0.0 |
| | Total Cost of Sales | 3,991,018.99 | 134.2 | 3,991,018.99 | 134.2 |
| **Lease Operators** | | | | | |
| 8917-00-00 | Drivers/Salary Reimbursement | (375,466.70) | (12.6) | (375,466.70) | (12.6) |
| 8918-00-00 | Lease Operators - Fuel | (445,927.40) | (15.0) | (445,927.40) | (15.0) |
| 8919-00-00 | Driver/Per Diem Reimb | (104,818.39) | (3.5) | (104,818.39) | (3.5) |
| 8920-00-00 | Lease Operator Workers Comp | (43,072.38) | (1.4) | (43,072.38) | (1.4) |
| 8921-00-00 | Lease Operator FICA | (27,968.18) | (0.9) | (27,968.18) | (0.9) |
| 8922-00-00 | Lease Operator Health Ins | (9,489.06) | (0.3) | (9,489.06) | (0.3) |
| 8923-00-00 | Lease Operator FUTA SUTA | (603.26) | 0.0 | (603.26) | 0.0 |
| 8924-00-00 | Lease Operator ELD | (4,282.69) | (0.1) | (4,282.69) | (0.1) |
| 8925-00-00 | Lease Operator Camera | (4,287.30) | (0.1) | (4,287.30) | (0.1) |
| 8926-00-00 | Lease Operator Phys Damage | (30,794.76) | (1.0) | (30,794.76) | (1.0) |
| 8927-00-00 | Lease Operator Maint | (106,751.99) | (3.6) | (106,751.99) | (3.6) |
| 8928-00-00 | Lease Operator Scale/Toll | (516.19) | 0.0 | (516.19) | 0.0 |
| 8930-00-00 | Lease Operator Lumper | (4,018.38) | (0.1) | (4,018.38) | (0.1) |
| | Total Lease Operators | (1,157,996.68) | (38.9) | (1,157,996.68) | (38.9) |
| **Expenses** | | | | | |
| 8050-00-00 | BANK CHARGES | 986.39 | 0.0 | 986.39 | 0.0 |
| 8055-00-00 | CORP BILLING FEES | 33,000.00 | 1.1 | 33,000.00 | 1.1 |
| 8090-00-00 | DISCOUNTS/ADJUSTMENTS | 15,408.05 | 0.5 | 15,408.05 | 0.5 |
| 8420-00-00 | RENTAL EXPENSE | (2,288.12) | (0.1) | (2,288.12) | (0.1) |
| 8450-00-00 | LEGAL & PROFESSIONAL | 1,156.54 | 0.0 | 1,156.54 | 0.0 |
| 8450-01-01 | LEGAL & PROFESSIONAL/VAN | (131.15) | 0.0 | (131.15) | 0.0 |
| 8450-02-01 | LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (52.95) | 0.0 |
| 8470-00-00 | MISCELLANEOUS EXPENSE | (0.73) | 0.0 | (0.73) | 0.0 |
| 8480-00-00 | OFFICE SUPPLIES & EXPENSE | (2,890.95) | (0.1) | (2,890.95) | (0.1) |
| 8561-00-00 | REFERRAL BONUS | 900.00 | 0.0 | 900.00 | 0.0 |
| 8601-00-00 | SALARIES - MECHANICS | 42,853.60 | 1.4 | 42,853.60 | 1.4 |
| 8602-00-00 | SALARIES - OFFICERS | 25,812.50 | 0.9 | 25,812.50 | 0.9 |
| 8603-00-00 | SALARIES - OFFICE | 162,620.03 | 5.5 | 162,620.03 | 5.5 |
| 8650-00-00 | SMALL TOOLS | 1,498.36 | 0.1 | 1,498.36 | 0.1 |
| 8703-00-00 | TAXES -LICENCES & OTHER | 11,677.45 | 0.4 | 11,677.45 | 0.4 |
| 8750-00-00 | TELEPHONE & COMMUNICATIONS | 3,272.34 | 0.1 | 3,272.34 | 0.1 |
| 8755-00-00 | IT / Computer | 17,141.19 | 0.6 | 17,141.19 | 0.6 |
| 8800-00-00 | BAD DEBT | 904.35 | 0.0 | 904.35 | 0.0 |
| 8801-00-00 | WRITE OFF | 500.00 | 0.0 | 500.00 | 0.0 |
| 8860-00-00 | UNIFORMS | 2,775.14 | 0.1 | 2,775.14 | 0.1 |
| 8900-00-00 | UTILITIES | 2,645.17 | 0.1 | 2,645.17 | 0.1 |
| 9997-00-00 | Temporary - Ask Accountant | 0.01 | 0.0 | 0.01 | 0.0 |
| | Total Expenses | 317,787.22 | 10.7 | 317,787.22 | 10.7 |
| | Total Expenses | 3,150,809.53 | 106.0 | 3,150,809.53 | 106.0 |
| | Income from Operations | (177,082.79) | (6.0) | (177,082.79) | (6.0) |
| **Other Revenue and Gains** | | | | | |
| | Total Other Revenue and Gains | 0.00 | 0.0 | 0.00 | 0.0 |
| **Other Expenses and Losses** | | | | | |
| | Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |

07/08/2026 0957

**Income Statement**

Big Level Trucking, Inc.

For Period 01/01/2026 to 01/31/2026

Page 3

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| Income before Taxes | (177,082.79) | (6.0) | (177,082.79) | (6.0) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($177,082.79) | (6.0) % | ($177,082.79) | (6.0)% |

**Big Level Trucking, Inc.**
**Income Statement**

| | Current Period 1/ 2026 | YTD 2026 |
|---|---|---|
| Miles | $1,401,814.00 | 1,401,814.00 |

| Revenue | | |
|---|---|---|
| TRUCKING INCOME | 2,517,167.76 | 2,517,167.76 |
| INCOME - HAULING | 3,840.47 | 3,840.47 |
| FUELSURCHARGE | 447,177.69 | 447,177.69 |
| Lumper Customer Charge | 3,428.82 | 3,428.82 |
| Accessorial Charges | 700.00 | 700.00 |
| INCOME-OTHER | 912.00 | 912.00 |
| INCOME-STORAGE WIGGINS | 500.00 | 500.00 |
| Total Revenue | 2,973,726.74 | 2,973,726.74 |

| COS | | |
|---|---|---|
| Lumper Expense | 6,147.55 | 6,147.55 |
| CONTRACT HAUL Lease and O/O | 1,500,840.59 | 1,500,840.59 |
| CONTRACT LABOR | 9,157.50 | 9,157.50 |
| DEPRECIATION | 122,791.60 | 122,791.60 |
| FEES - OTHERS | (3,255.54) | (3,255.54) |
| FUEL - DIESEL, GAS & OIL | 775,585.37 | 775,585.37 |
| INSURANCE | 477,219.47 | 477,219.47 |
| INSURANCE - HEALTH | 27,722.25 | 27,722.25 |
| INSURANCE O/O OCC/ACC | (25.48) | (25.48) |
| INSURANCE O/O PHYS DAM | (692.25) | (692.25) |
| Insurance - Colonial Life | 2,437.77 | 2,437.77 |
| LEASED EQUIPMENT | 148,712.04 | 148,712.04 |
| TWIC and Escort Expense | 3,447.00 | 3,447.00 |
| MEDICAL & TESTING | 4,697.62 | 4,697.62 |
| OPERATING SUPPLIES/Expense | 33,776.24 | 33,776.24 |
| REPAIRS - TRUCKS SHOP | (200,298.64) | (200,298.64) |
| REPAIR-TIRES & TUBES TRUCKS | 8,027.92 | 8,027.92 |
| REPAIRS - OTHER | 696.94 | 696.94 |
| OTR Repairs Trucks | 134,461.65 | 134,461.65 |
| SALARIES - TRUCKING | 669,903.90 | 669,903.90 |
| Per diem | 173,884.67 | 173,884.67 |
| SCALES, TOLLS, PERMITS | 13,867.75 | 13,867.75 |
| TAXES - PAYROLL | 76,482.17 | 76,482.17 |
| TAXES - FUEL | 4,914.78 | 4,914.78 |
| TRAVEL | 516.12 | 516.12 |
| Total COS | 3,991,018.99 | 3,991,018.99 |

| Lease Operators | | |
|---|---|---|
| Drivers/Salary Reimbursement | (375,466.70) | (375,466.70) |
| Lease Operators - Fuel | (445,927.40) | (445,927.40) |
| Driver/Per Diem Reimb | (104,818.39) | (104,818.39) |
| Lease Operator Workers Comp | (43,072.38) | (43,072.38) |
| Lease Operator FICA | (27,968.18) | (27,968.18) |
| Lease Operator Health Ins | (9,489.06) | (9,489.06) |
| Lease Operator FUTA SUTA | (603.26) | (603.26) |
| Lease Operator ELD | (4,282.69) | (4,282.69) |
| Lease Operator Camera | (4,287.30) | (4,287.30) |
| Lease Operator Phys Damage | (30,794.76) | (30,794.76) |
| Lease Operator Maint | (106,751.99) | (106,751.99) |
| Lease Operator Scale/Toll | (516.19) | (516.19) |
| Lease Operator Lumper | (4,018.38) | (4,018.38) |
| Total Lease Operators | (1,157,996.68) | (1,157,996.68) |

**Big Level Trucking, Inc.**
**Income Statement**

| | Current Period<br>1/ 2026 | YTD<br>2026 |
|---|---|---|
| Expenses | | |
| BANK CHARGES | 986.39 | 986.39 |
| CORP BILLING FEES | 33,000.00 | 33,000.00 |
| DISCOUNTS/ADJUSTMENTS | 15,408.05 | 15,408.05 |
| RENTAL EXPENSE | (2,288.12) | (2,288.12) |
| LEGAL & PROFESSIONAL | 972.44 | 972.44 |
| MISCELLANEOUS EXPENSE | (.73) | (.73) |
| OFFICE SUPPLIES & EXPENSE | (2,890.95) | (2,890.95) |
| REFERRAL BONUS | 900.00 | 900.00 |
| SALARIES - MECHANICS | 42,853.60 | 42,853.60 |
| SALARIES - OFFICERS | 25,812.50 | 25,812.50 |
| SALARIES - OFFICE | 162,620.03 | 162,620.03 |
| SMALL TOOLS | 1,498.36 | 1,498.36 |
| TAXES -LICENCES & OTHER | 11,677.45 | 11,677.45 |
| TELEPHONE & COMMUNICATIONS | 3,272.34 | 3,272.34 |
| IT / Computer | 17,141.19 | 17,141.19 |
| BAD DEBT | 904.35 | 904.35 |
| WRITE OFF | 500.00 | 500.00 |
| UNIFORMS | 2,775.14 | 2,775.14 |
| UTILITIES | 2,645.17 | 2,645.17 |
| Temporary - Ask Accountant | .01 | .01 |
| Total Expenses | 317,787.22 | 317,787.22 |
| Net Income | (177,082.79) | (177,082.79) |
| | | |
| Total Revenue | 2,973,726.74 | 2,973,726.74 |
| Total Cost of Sales | 3,991,018.99 | 3,991,018.99 |
| Total Lease Operators | (1,157,996.68) | (1,157,996.68) |
| Total Expenses | 317,787.22 | 317,787.22 |
| Income | (177,082.79) | (177,082.79) |
| Net Income | (177,082.79) | (177,082.79) |
| Interest | .00 | .00 |
| Taxes | .00 | .00 |
| Depreciation | 122,791.60 | 122,791.60 |
| Amortization | .00 | .00 |
| EBITDA | (54,291.19) | (54,291.19) |
| | | |
| Check Total | | |
| Check Total Net Income | (177,082.79) | (177,082.79) |