07/10/2026 1008        **Income Statement**        Page 1

Big Level Trucking, Inc.

For Period 02/01/2026 to 02/28/2026

| | | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| **Revenue** | | | | | |
| 6000-00-00 | TRUCKING INCOME | $11,250.16 | 0.4% | $31,621.51 | 0.5% |
| 6000-01-01 | TRUCKING INCOME VAN WIGGINS | 2,161,654.97 | 72.3 | 4,281,524.14 | 71.8 |
| 6000-02-01 | TRUCKING INCOME FLAT WIGGINS | 206,091.80 | 6.9 | 434,870.45 | 7.3 |
| 6000-03-01 | TRUCKING INCOME POLE WIGGINS | 52,425.00 | 1.8 | 94,775.00 | 1.6 |
| 6000-04-01 | TRUCKING INCOME SAND WIGGINS | 112,710.25 | 3.8 | 218,123.42 | 3.7 |
| 6000-05-01 | TRUCKING INCOME SHAG WIGGINS | 3,471.72 | 0.1 | 3,857.14 | 0.1 |
| 6100-00-00 | INCOME - HAULING | 282.45 | 0.0 | 2,752.92 | 0.0 |
| 6100-01-01 | INCOME - HAULING VAN WIGGINS | 1,607.29 | 0.1 | 2,977.29 | 0.0 |
| 6100-02-01 | INCOME - HAULING FLAT WIGGIN | 109.68 | 0.0 | 109.68 | 0.0 |
| 6200-00-00 | FUELSURCHARGE | 1,715.00 | 0.1 | 4,558.69 | 0.1 |
| 6200-01-01 | FUELSURCHARGE VAN WIGGINS | 376,924.57 | 12.6 | 763,173.76 | 12.8 |
| 6200-02-01 | FUELSURCHARGE FLAT WIGGINS | 32,214.56 | 1.1 | 71,021.03 | 1.2 |
| 6200-04-01 | FUELSURCHARGE SAND WIGGINS | 20,710.12 | 0.7 | 39,896.47 | 0.7 |
| 6200-05-01 | FUELSURCHARGE SHAG WIGGINS | 425.51 | 0.0 | 517.50 | 0.0 |
| 6400-01-01 | LUMPER VAN WIGGINS | 4,201.65 | 0.1 | 7,630.47 | 0.1 |
| 6400-02-01 | LUMPER FLAT WIGGINS | 33.44 | 0.0 | 33.44 | 0.0 |
| 6400-04-01 | LUMPER SAND WIGGINS | 55.34 | 0.0 | 55.34 | 0.0 |
| 6410-00-00 | Accessorial Charges | 1,250.00 | 0.0 | 1,250.00 | 0.0 |
| 6410-01-01 | Accessorial Charges | 2,750.00 | 0.1 | 3,000.00 | 0.1 |
| 6410-02-01 | Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| 6510-01-01 | Detention Charges | 1,100.00 | 0.0 | 1,100.00 | 0.0 |
| 6740-00-00 | INCOME-OTHER | 40.00 | 0.0 | 270.00 | 0.0 |
| 6740-01-01 | INCOME-OTHER VAN WIGGINS | 605.50 | 0.0 | 1,287.50 | 0.0 |
| 6750-01-01 | Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| | Total Revenue | 2,991,629.01 | 100.0 | 5,965,355.75 | 100.0 |
| **Cost of Sales** | | | | | |
| 7100-00-00 | Lumper Expense | 6,323.98 | 0.2 | 11,463.13 | 0.2 |
| 7100-01-01 | Lumper Expense Van Wiggins | 1,572.67 | 0.1 | 2,581.07 | 0.0 |
| 7200-00-00 | CONTRACT HAULING - BROKERAGE | 0.30 | 0.0 | 0.30 | 0.0 |
| 7210-00-00 | CONTRACT HAUL Lease and O/O | 1,290,263.36 | 43.1 | 2,726,586.89 | 45.7 |
| 7210-01-01 | CONTRACT HAULING/VAN WIGG | 30,337.15 | 1.0 | 68,918.91 | 1.2 |
| 7210-02-01 | CONTRACT HAULING/FLAT WIGG | 16,093.84 | 0.5 | 42,029.14 | 0.7 |
| 7220-00-00 | CONTRACT LABOR | 8,958.50 | 0.3 | 18,116.00 | 0.3 |
| 7229-00-00 | DEPRECIATION | 122,791.60 | 4.1 | 245,583.20 | 4.1 |
| 7230-00-00 | FEES - OTHERS | (2,000.14) | (0.1) | (5,490.68) | (0.1) |
| 7230-01-01 | FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | 235.00 | 0.0 |
| 7240-00-00 | FINES & PENALTIES | 1,153.88 | 0.0 | 1,153.88 | 0.0 |
| 7250-00-00 | FUEL - DIESEL, GAS & OIL | 736,430.76 | 24.6 | 1,505,862.44 | 25.2 |
| 7250-01-01 | FUEL - DIESEL GAS & OIL/VAN | 329.65 | 0.0 | 716.32 | 0.0 |
| 7250-02-01 | FUEL - DIESEL GAS & OIL/FLAT | 5,343.46 | 0.2 | 11,110.48 | 0.2 |
| 7250-04-01 | FUEL - DIESEL GAS & OIL/SAND | 200.00 | 0.0 | 200.00 | 0.0 |
| 7260-00-00 | INSURANCE | 317,288.69 | 10.6 | 794,508.16 | 13.3 |
| 7270-00-00 | INSURANCE - HEALTH | 43,154.83 | 1.4 | 70,877.08 | 1.2 |
| 7280-00-00 | INSURANCE O/O OCC/ACC | 325.11 | 0.0 | 299.63 | 0.0 |
| 7290-00-00 | INSURANCE O/O PHYS DAM | (332.28) | 0.0 | (886.08) | 0.0 |
| 7290-02-01 | INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (249.21) | 0.0 |
| 7291-00-00 | Insurance - Colonial Life | 12,602.91 | 0.4 | 15,040.68 | 0.3 |
| 7310-00-00 | LEASED EQUIPMENT | 14,116.28 | 0.5 | 28,232.56 | 0.5 |
| 7310-01-01 | LEASED EQUIPMENT VAN | 147,595.76 | 4.9 | 282,191.52 | 4.7 |
| 7320-00-00 | TWIC and Escort Expense | 837.91 | 0.0 | 2,584.91 | 0.0 |
| 7320-01-01 | TWIC and Escort Expense/Van | 150.00 | 0.0 | 1,500.00 | 0.0 |
| 7320-02-01 | TWIC and Escort Expense/Flat | 150.00 | 0.0 | 500.00 | 0.0 |
| 7320-05-01 | TWIC and Escort Expense/Shag | 225.00 | 0.0 | 225.00 | 0.0 |
| 7330-00-00 | MEDICAL & TESTING | 3,469.07 | 0.1 | 8,166.69 | 0.1 |
| 7340-00-00 | OPERATING SUPPLIES/Expense | 23,948.94 | 0.8 | 55,997.43 | 0.9 |
| 7340-01-01 | OPERATING SUPPLIES/VAN | 2,069.52 | 0.1 | 3,312.19 | 0.1 |
| 7340-02-01 | OPERATING SUPPLIES/FLAT | 78.04 | 0.0 | 563.12 | 0.0 |
| 7350-00-00 | REPAIRS - TRUCKS SHOP | 101,853.58 | 3.4 | (98,445.06) | (1.7) |
| 7360-00-00 | REPAIR-TIRES & TUBES TRUCKS | 4,005.22 | 0.1 | 12,033.14 | 0.2 |
| 7370-00-00 | REPAIRS - OTHER | (11,447.17) | (0.4) | (11,141.55) | (0.2) |

**Income Statement**

Big Level Trucking, Inc.

For Period 02/01/2026 to 02/28/2026

| | | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| 7370-01-01 | REPAIRS - OTHER VAN | 0.00 | 0.0 | 391.32 | 0.0 |
| 7380-00-00 | OTR Repairs Trucks | 91,925.42 | 3.1 | 226,387.07 | 3.8 |
| 7380-01-01 | OTR Repairs Trailer Van | 43.96 | 0.0 | 43.96 | 0.0 |
| 7410-00-00 | SALARIES - TRUCKING | 65,676.78 | 2.2 | 188,907.05 | 3.2 |
| 7410-01-01 | SALARIES - TRUCKING VAN WIGG | 488,622.77 | 16.3 | 957,364.02 | 16.0 |
| 7410-02-01 | SALARIES - TRUCKING FLAT WIG | 41,884.55 | 1.4 | 89,360.96 | 1.5 |
| 7410-03-01 | SALARIES - TRUCKING POLE WIG | 12,371.00 | 0.4 | 22,073.28 | 0.4 |
| 7410-04-01 | SALARIES - TRUCKING SAND WIG | 23,501.35 | 0.8 | 44,255.04 | 0.7 |
| 7420-00-00 | Per diem | 0.00 | 0.0 | 1,408.80 | 0.0 |
| 7420-01-01 | Per diem Van Wiggins | 126,776.39 | 4.2 | 275,674.44 | 4.6 |
| 7420-02-01 | Per diem Flat Wiggins | 11,539.53 | 0.4 | 24,436.26 | 0.4 |
| 7420-03-01 | Per diem Pole Wiggins | 3,356.50 | 0.1 | 6,359.22 | 0.1 |
| 7420-04-01 | Per diem Sand Wiggins | 6,609.82 | 0.2 | 14,288.19 | 0.2 |
| 7430-00-00 | SCALES, TOLLS, PERMITS | 42,885.71 | 1.4 | 54,661.21 | 0.9 |
| 7430-01-01 | SCALES & TOLLS VAN WIGGINS | 1,493.00 | 0.0 | 3,555.75 | 0.1 |
| 7430-02-01 | SCALES & TOLLS FLAT WIGGINS | 48.00 | 0.0 | 48.00 | 0.0 |
| 7430-04-01 | SCALES & TOLLS SAND WIGGINS | 14.75 | 0.0 | 44.25 | 0.0 |
| 7440-00-00 | TAXES - PAYROLL | 59,747.47 | 2.0 | 136,229.64 | 2.3 |
| 7450-00-00 | TAXES - FUEL | 0.00 | 0.0 | 4,914.78 | 0.1 |
| 7460-00-00 | TAXES - TAGS & PERMITS | 61.61 | 0.0 | 61.61 | 0.0 |
| 7470-00-00 | TRAVEL | 7,199.23 | 0.2 | 7,715.35 | 0.1 |
| | Total Cost of Sales | 3,861,537.50 | 129.1 | 7,852,556.49 | 131.6 |

**Lease Operators**

| | | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| 8917-00-00 | Drivers/Salary Reimbursement | (325,919.86) | (10.9) | (701,386.56) | (11.8) |
| 8918-00-00 | Lease Operators - Fuel | (411,214.05) | (13.7) | (857,141.45) | (14.4) |
| 8919-00-00 | Driver/Per Diem Reimb | (91,510.00) | (3.1) | (196,328.39) | (3.3) |
| 8920-00-00 | Lease Operator Workers Comp | (38,169.20) | (1.3) | (81,241.58) | (1.4) |
| 8921-00-00 | Lease Operator FICA | (24,932.87) | (0.8) | (52,901.05) | (0.9) |
| 8922-00-00 | Lease Operator Health Ins | (7,806.61) | (0.3) | (17,295.67) | (0.3) |
| 8923-00-00 | Lease Operator FUTA SUTA | (537.74) | 0.0 | (1,141.00) | 0.0 |
| 8924-00-00 | Lease Operator ELD | (3,307.24) | (0.1) | (7,589.93) | (0.1) |
| 8925-00-00 | Lease Operator Camera | (3,310.80) | (0.1) | (7,598.10) | (0.1) |
| 8926-00-00 | Lease Operator Phys Damage | (23,616.84) | (0.8) | (54,411.60) | (0.9) |
| 8927-00-00 | Lease Operator Maint | (99,354.89) | (3.3) | (206,106.88) | (3.5) |
| 8928-00-00 | Lease Operator Scale/Toll | (515.94) | 0.0 | (1,032.13) | 0.0 |
| 8930-00-00 | Lease Operator Lumper | (2,896.20) | (0.1) | (6,914.58) | (0.1) |
| | Total Lease Operators | (1,033,092.24) | (34.5) | (2,191,088.92) | (36.7) |

**Expenses**

| | | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| 8010-00-00 | ADVERTISING/Subscriptions | 1,465.02 | 0.0 | 1,465.02 | 0.0 |
| 8050-00-00 | BANK CHARGES | 38,123.27 | 1.3 | 39,109.66 | 0.7 |
| 8055-00-00 | CORP BILLING FEES | 31,500.00 | 1.1 | 64,500.00 | 1.1 |
| 8090-00-00 | DISCOUNTS/ADJUSTMENTS | 14,243.58 | 0.5 | 29,651.63 | 0.5 |
| 8420-00-00 | RENTAL EXPENSE | 0.00 | 0.0 | (2,288.12) | 0.0 |
| 8421-00-00 | Rental Expense -Tupelo | 2,500.00 | 0.1 | 2,500.00 | 0.0 |
| 8450-00-00 | LEGAL & PROFESSIONAL | 196.04 | 0.0 | 1,352.58 | 0.0 |
| 8450-01-01 | LEGAL & PROFESSIONAL/VAN | (104.92) | 0.0 | (236.07) | 0.0 |
| 8450-02-01 | LEGAL & PROFESSIONAL/FLAT | (31.77) | 0.0 | (84.72) | 0.0 |
| 8470-00-00 | MISCELLANEOUS EXPENSE | 2,573.79 | 0.1 | 2,573.06 | 0.0 |
| 8480-00-00 | OFFICE SUPPLIES & EXPENSE | 1,869.73 | 0.1 | (1,021.22) | 0.0 |
| 8561-00-00 | REFERRAL BONUS | 1,500.00 | 0.1 | 2,400.00 | 0.0 |
| 8601-00-00 | SALARIES - MECHANICS | 34,859.82 | 1.2 | 77,713.42 | 1.3 |
| 8602-00-00 | SALARIES - OFFICERS | 20,650.00 | 0.7 | 46,462.50 | 0.8 |
| 8603-00-00 | SALARIES - OFFICE | 126,425.08 | 4.2 | 289,045.11 | 4.8 |
| 8650-00-00 | SMALL TOOLS | 0.00 | 0.0 | 1,498.36 | 0.0 |
| 8703-00-00 | TAXES -LICENCES & OTHER | 11,677.45 | 0.4 | 23,354.90 | 0.4 |
| 8750-00-00 | TELEPHONE & COMMUNICATIONS | 6,044.15 | 0.2 | 9,316.49 | 0.2 |
| 8755-00-00 | IT / Computer | 17,102.67 | 0.6 | 34,243.86 | 0.6 |
| 8800-00-00 | BAD DEBT | 150.00 | 0.0 | 1,054.35 | 0.0 |
| 8801-00-00 | WRITE OFF | 2,259.74 | 0.1 | 2,759.74 | 0.0 |
| 8860-00-00 | UNIFORMS | 0.00 | 0.0 | 2,775.14 | 0.0 |
| 8900-00-00 | UTILITIES | 4,489.61 | 0.2 | 7,134.78 | 0.1 |

07/10/2026 1008

**Income Statement**

Page 3

Big Level Trucking, Inc.

For Period 02/01/2026 to 02/28/2026

| | | Current Period | | Year To Date | |
|---|---|---:|---:|---:|---:|
| 9997-00-00 | Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | | 317,493.26 | 10.6 | 635,280.48 | 10.6 |
| Total Expenses | | 3,145,938.52 | 105.2 | 6,296,748.05 | 105.6 |
| Income from Operations | | (154,309.51) | (5.2) | (331,392.30) | (5.6) |
| **Other Revenue and Gains** | | | | | |
| 6770-00-00 | OTHER INCOME | 296.43 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | | 296.43 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | | |
| Total Other Expenses and Losses | | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | | (154,013.08) | (5.1) | (331,095.87) | (5.6) |
| **Income Tax Expense** | | | | | |
| Total Income Tax Expense | | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | | ($154,013.08) | (5.1) % | ($331,095.87) | (5.6)% |

**Big Level Trucking, Inc.**
**Income Statement**

| | Current Period 2/ 2026 | YTD 2026 |
|---|---|---|
| Miles | $1,349,279.00 | 2,751,093.00 |

**Revenue**

| | | |
|---|---|---|
| TRUCKING INCOME | 2,547,603.90 | 5,064,771.66 |
| INCOME - HAULING | 1,999.42 | 5,839.89 |
| FUELSURCHARGE | 431,989.76 | 879,167.45 |
| Lumper Customer Charge | 4,290.43 | 7,719.25 |
| Accessorial Charges | 4,000.00 | 4,700.00 |
| Detention Charges | 1,100.00 | 1,100.00 |
| INCOME-OTHER | 645.50 | 1,557.50 |
| INCOME-STORAGE WIGGINS | .00 | 500.00 |
| OTHER INCOME | 296.43 | 296.43 |
| Total Revenue | 2,991,925.44 | 5,965,652.18 |

**COS**

| | | |
|---|---|---|
| Lumper Expense | 7,896.65 | 14,044.20 |
| CONTRACT HAULING - BROKERAGE | .30 | .30 |
| CONTRACT HAUL Lease and O/O | 1,336,694.35 | 2,837,534.94 |
| CONTRACT LABOR | 8,958.50 | 18,116.00 |
| DEPRECIATION | 122,791.60 | 245,583.20 |
| FEES - OTHERS | (2,000.14) | (5,255.68) |
| FINES & PENALTIES | 1,153.88 | 1,153.88 |
| FUEL - DIESEL, GAS & OIL | 742,303.87 | 1,517,889.24 |
| INSURANCE | 317,288.69 | 794,508.16 |
| INSURANCE - HEALTH | 43,154.83 | 70,877.08 |
| INSURANCE O/O OCC/ACC | 325.11 | 299.63 |
| INSURANCE O/O PHYS DAM | (443.04) | (1,135.29) |
| Insurance - Colonial Life | 12,602.91 | 15,040.68 |
| LEASED EQUIPMENT | 161,712.04 | 310,424.08 |
| TWIC and Escort Expense | 1,362.91 | 4,809.91 |
| MEDICAL & TESTING | 3,469.07 | 8,166.69 |
| OPERATING SUPPLIES/Expense | 26,096.50 | 59,872.74 |
| REPAIRS - TRUCKS SHOP | 101,853.58 | (98,445.06) |
| REPAIR-TIRES & TUBES TRUCKS | 4,005.22 | 12,033.14 |
| REPAIRS - OTHER | (11,447.17) | (10,750.23) |
| OTR Repairs Trucks | 91,969.38 | 226,431.03 |
| SALARIES - TRUCKING | 632,056.45 | 1,301,960.35 |
| Per diem | 148,282.24 | 322,166.91 |
| SCALES, TOLLS, PERMITS | 44,441.46 | 58,309.21 |
| TAXES - PAYROLL | 59,747.47 | 136,229.64 |
| TAXES - FUEL | .00 | 4,914.78 |
| TAXES - TAGS & PERMITS | 61.61 | 61.61 |
| TRAVEL | 7,199.23 | 7,715.35 |
| Total COS | 3,861,537.50 | 7,852,556.49 |

**Lease Operators**

| | | |
|---|---|---|
| Drivers/Salary Reimbursement | (325,919.86) | (701,386.56) |
| Lease Operators - Fuel | (411,214.05) | (857,141.45) |
| Driver/Per Diem Reimb | (91,510.00) | (196,328.39) |
| Lease Operator Workers Comp | (38,169.20) | (81,241.58) |
| Lease Operator FICA | (24,932.87) | (52,901.05) |
| Lease Operator Health Ins | (7,806.61) | (17,295.67) |
| Lease Operator FUTA SUTA | (537.74) | (1,141.00) |
| Lease Operator ELD | (3,307.24) | (7,589.93) |
| Lease Operator Camera | (3,310.80) | (7,598.10) |
| Lease Operator Phys Damage | (23,616.84) | (54,411.60) |

**Big Level Trucking, Inc.**
**Income Statement**

|  | Current Period 2/ 2026 | YTD 2026 |
|---|---|---|
| Lease Operator Maint | (99,354.89) | (206,106.88) |
| Lease Operator Scale/Toll | (515.94) | (1,032.13) |
| Lease Operator Lumper | (2,896.20) | (6,914.58) |
| Total Lease Operators | (1,033,092.24) | (2,191,088.92) |
| **Expenses** | | |
| ADVERTISING/Subscriptions | 1,465.02 | 1,465.02 |
| BANK CHARGES | 38,123.27 | 39,109.66 |
| CORP BILLING FEES | 31,500.00 | 64,500.00 |
| DISCOUNTS/ADJUSTMENTS | 14,243.58 | 29,651.63 |
| RENTAL EXPENSE | .00 | (2,288.12) |
| Rental Expense -Tupelo | 2,500.00 | 2,500.00 |
| LEGAL & PROFESSIONAL | 59.35 | 1,031.79 |
| MISCELLANEOUS EXPENSE | 2,573.79 | 2,573.06 |
| OFFICE SUPPLIES & EXPENSE | 1,869.73 | (1,021.22) |
| REFERRAL BONUS | 1,500.00 | 2,400.00 |
| SALARIES - MECHANICS | 34,859.82 | 77,713.42 |
| SALARIES - OFFICERS | 20,650.00 | 46,462.50 |
| SALARIES - OFFICE | 126,425.08 | 289,045.11 |
| SMALL TOOLS | .00 | 1,498.36 |
| TAXES -LICENCES & OTHER | 11,677.45 | 23,354.90 |
| TELEPHONE & COMMUNICATIONS | 6,044.15 | 9,316.49 |
| IT / Computer | 17,102.67 | 34,243.86 |
| BAD DEBT | 150.00 | 1,054.35 |
| WRITE OFF | 2,259.74 | 2,759.74 |
| UNIFORMS | .00 | 2,775.14 |
| UTILITIES | 4,489.61 | 7,134.78 |
| Temporary - Ask Accountant | .00 | .01 |
| Total Expenses | 317,493.26 | 635,280.48 |
| Net Income | (154,013.08) | (331,095.87) |
| | | |
| Total Revenue | 2,991,925.44 | 5,965,652.18 |
| Total Cost of Sales | 3,861,537.50 | 7,852,556.49 |
| Total Lease Operators | (1,033,092.24) | (2,191,088.92) |
| Total Expenses | 317,493.26 | 635,280.48 |
| Income | (154,013.08) | (331,095.87) |
| Net Income | (154,013.08) | (331,095.87) |
| Interest | .00 | .00 |
| Taxes | .00 | .00 |
| Depreciation | 122,791.60 | 245,583.20 |
| Amortization | .00 | .00 |
| EBITDA | (31,221.48) | (85,512.67) |
| Check Total | | |
| Check Total Net Income | (154,013.08) | (331,095.87) |