**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| BIG LEVEL TRUCKING, INC., | § | Case No.: 25-51204-KMS |
| | § | |
| Debtor. | § | |

---

**MOTION BY WELLS FARGO EQUIPMENT FINANCE, INC.**
**TO WITHDRAW NOTICE OF SECOND EVENT OF DEFAULT AND CURE**
**OPPORTUNITY REGARDING ORDER GRANTING ADEQUATE PROTECTION TO**
**WELLS FARGO EQUIPMENT FINANCE, INC.**

---

**COMES NOW** Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), a secured creditor and party-in-interest in the above-captioned bankruptcy case, and seeks leave of Court to withdraw its *Notice of Second Event of Default and Cure Opportunity Regarding Order on Granting Adequate Protection to Wells Fargo Equipment Finance, Inc.* [Bkr. Dkt. #510] (the "Second Notice of Default"), in light of Wells Fargo's belief that all issues raised by the Second Notice of Default have now been fully resolved via Wells Fargo's filing of its *Notice of Withdrawal of Notice of Second Event of Default and Cure Opportunity Regarding Order on Granting Adequate Protection to Wells Fargo Equipment Finance, Inc.* [Bkr. Dkt. #530].

Based on the foregoing, and pursuant to Section 105 of the Bankruptcy Code, Wells Fargo respectfully requests entry of an Order in substantially the form as is attached hereto as **Exhibit "A"**, withdrawing the Second Notice of Default from the docket in this case.

1

4937-9364-6780v1
1039341-001047

This, the 21st day of July, 2026.

Respectfully submitted,

WELLS FARGO EQUIPMENT FINANCE, INC.

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY:     */s/ Alan L. Smith*
        Alan L. Smith, Esq. (MS Bar No. 10345)

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, PC
Alan Lee Smith, Esq. (MS Bar #10345)
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:     (601) 351-2455
Facsimile:     (601) 427-0050
Email: asmith@bakerdonelson.com

2

4937-9364-6780v1
1039341-001047

## CERTIFICATE OF SERVICE

I, Alan Lee Smith, Esq., do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

Office of the United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Abigail M. Marbury, Esq.
abigail.m.marbury@usdoj.gov

Craig R. Geno, Esq.
cmgeno@cmgenolaw.com

Christopher J. Steiskal, Sr., Esq.
csteiskal@cmgenolaw.com

This, the 21st day of July, 2026.

/s/ Alan L. Smith
Alan L. Smith, Esq. (MS Bar No. 10345)

3

4937-9364-6780v1
1039341-001047