**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| BIG LEVEL TRUCKING, INC., | § | Case No.: 25-51204-KMS |
| | § | |
| Debtor. | § | |

_____

**ORDER ON MOTION BY WELLS FARGO EQUIPMENT FINANCE, INC. TO
WITHDRAW NOTICE OF SECOND EVENT OF DEFAULT AND CURE
OPPORTUNITY REGARDING ORDER GRANTING ADEQUATE PROTECTION TO
WELLS FARGO EQUIPMENT FINANCE, INC.**
*[Bkr. Dkt. #550]*

_____

**HAVING COME** before the Court on the *Motion by Wells Fargo Equipment Finance, Inc. to Withdraw Notice of Second Event of Default and Cure Opportunity Regarding Order on Granting Adequate Protection to Wells Fargo Equipment Finance, Inc.* [Bkr. Dkt. #550] (the "Withdrawal Motion") and the Court, having duly considered the Withdrawal Motion and finding same to be well-taken, finds that entry of this Order is appropriate.  It is, accordingly, hereby:

**ORDERED AND ADJUDGED** that the *Notice of Second Event of Default and Cure Opportunity Regarding Order on Granting Adequate Protection to Wells Fargo Equipment Finance, Inc.* [Bkr. Dkt. #510] (the "Second Notice of Default") is hereby withdrawn from the

Exhibit "A"

docket in this case; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order is entered without prejudice to Wells Fargo's right to seek any other, additional and/or alternative relief to which it may be entitled at law or in equity, including but not limited to making future declarations of Events of Default pursuant to the terms and conditions of that certain *Order on Motion by Wells Fargo Equipment Finance, Inc. for Relief from the Automatic Stay and to Compel Abandonment or, in the Alternative, to Compel Adequate Protection.* [Bkr. Dkt. #440].

**##END OF ORDER##**

**PREPARED BY:**

*/s/ Alan L. Smith*
Alan L. Smith, Esq. (MS Bar No.10345)
BAKER, DONELSON, BEARMAN,
      CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:    (601) 351-8932
E-Mail:       asmith@bakerdonelson.com

***ATTORNEYS FOR WELLS FARGO EQUIPMENT FINANCE, INC.***