_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BIG LEVEL TRUCKING, INC. | ) | Case No. 25-51204-KMS |
| | ) | Chapter 11 |
| Debtor. | ) | |

## AGREED ORDER CORRECTING DISCLOSURE STATEMENT
## AND FIRST ADDENDUM THERETO

This matter comes before the Court on the Limited Objection (Dkt. #542) filed by PNC Bank, National Association ("PNC" or "Creditor," collectively with the Debtor, the "Parties"), to the Debtor's First Addendum to Disclosure Statement (Dkt. #525) (the "Addendum"). The Court having held a hearing on the Limited Objection, at which counsel for the Debtor acknowledged that the Disclosure Statement and Addendum contain inaccuracies regarding the treatment of PNC's secured claim, and the Parties having agreed to the corrections set forth herein, and good cause appearing;

**IT IS THEREFORE ORDERED** as follows:

1.      PNC's Limited Objection (Dkt. #542) is hereby RESOLVED on the terms set forth in this Agreed Order.

1

2.      The treatment of Class 15 (Secured Claims of PNC Equipment Finance) set forth in the Disclosure Statement (Dkt. #420) is hereby amended to replace the reference to Docket No. 389 (the Agreed Order Granting PNC's Motion for Relief from the Automatic Stay) with a reference to the Agreed Order Establishing Treatment of PNC's Secured Claim, entered June 5, 2026 (Dkt. #522) (the "PNC Secured Claim Order"), as the operative order establishing the treatment of PNC's secured claim for the duration of the case.

3.      Paragraph 5 of the Addendum (Dkt. #525) is hereby amended to replace the reference to Docket No. 389 (the Agreed Order Granting PNC's Motion for Relief from the Automatic Stay) with a reference to the PNC Secured Claim Order (Dkt. #522), as the operative order establishing the treatment of PNC's secured claim for the duration of the case.

4.      Exhibit A to the Addendum (Dkt. #525) is hereby amended to correct the payment figures for PNC's secured claim to reflect the treatment established by the PNC Secured Claim Order (Dkt. #522) as follows: weekly payments of $764.05, monthly equivalent payments of $3,056.19, and corresponding annual payments of $36,674.28.

5.      This Agreed Order constitutes a binding amendment to the Disclosure Statement and the Addendum with respect to the matters set forth herein, and the corrections set forth above shall have full force and effect as if originally set forth in the Disclosure Statement and the Addendum.

6.      Nothing in this Order shall alter, amend, or diminish PNC's rights under the PNC Secured Claim Order (Dkt. #522), including without limitation the requirement that no plan of

2

3

reorganization may be confirmed with treatment of PNC's secured claim that is materially inconsistent with Dkt. #522 absent PNC's written consent or further order of this Court.

**## END OF DOCUMENT ##**

Approved and Agreed:

*/s/ Winston K. Lee*
Winston K. Lee (MSB 106832)
Counsel for PNC Bank, National Association

*/s/ Craig M. Geno*
Craig M. Geno (MSB 4793)
Counsel for Big Level Trucking, Inc.

Order submitted by:

**BURR & FORMAN LLP**

Winston K. Lee (MSB 106832)
T. Jack Schultz (MSB 106153)
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
(601) 355-3434
wlee@burr.com
jschultz@burr.com
*Counsel for PNC Bank, National Association*

PPAB 13795623v2