_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Big Level Trucking, Inc.,**                        **CASE NO: 25-51204 KMS**

           **DEBTOR(S).**                                **CHAPTER 11**

Sylvie Robinson, Esq.
William Dukes, Esq.
Craig M. Geno, Esq.

### <u>ORDER TO SHOW CAUSE</u>

YOU ARE HEREBY ORDERED TO APPEAR on August 6, 2026, at 1:30 p.m. in the

Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why

sanctions or other relief should not be imposed for failure to submit the order on the Mississippi

Department of Revenue's Objection to Debtor's First Addendum to Disclosure Statement (Dkt.

#537) in the above-styled case.  *See* Miss. Bankr. L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##