_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| BIG LEVEL TRUCKING, INC., | § | Case No.: 25-51204-KMS |
| | § | |
| Debtor. | § | |

_____

### AGREED ORDER RESOLVING LIMITED OBJECTION BY BANC OF AMERICA LEASING & CAPITAL, LLC TO FIRST ADDENDUM TO DISCLOSURE STATEMENT
### *[Bkr. Dkt. #539]*
_____

**HAVING COME** before the Court on the joint request of Banc of America Leasing & Capital, LLC ("BAL"), a creditor and party-in-interest in the above-captioned bankruptcy case, and Big Level Trucking, Inc. (the "Debtor" and together with BAL, collectively, the "Parties") for entry of this Agreed Order resolving all issues raised in the *Limited Objection by Banc of America Leasing & Capital, LLC to First Addendum to Disclosure Statement* [Bkr. Dkt. #539] (the "Limited Objection"). All capitalized terms used herein, but which are not otherwise defined herein, shall have the meanings ascribed thereto in that certain *Agreed Order Resolving Motion by Banc of America Leasing & Capital, LLC for Relief from the Automatic Stay and to Compel Abandonment or, in the Alternative, to Compel Adequate Protection, and for Related Relief* [Bkr. Dkt. #438] (the "Adequate Protection Order").

4922-9058-3229v1
2812712-000168

1

The Court, having duly considered the Parties' joint request and being advised that the Parties agree and stipulate as to all facts, circumstances and relief set forth herein, orders as follows:

**IT IS ORDERED AND ADJUDGED** that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 1409, and that this matter is a core proceeding under 28 U.S.C. § 157(b)(2);

**IT IS FURTHER ORDERED AND ADJUDGED** that the statutory and procedural predicate for the relief sought herein are Sections 105(a), 362(d), 363(e), 554, 506(a), 1123 and 11293 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 4001 and 6007 of the Federal Rules of Bankruptcy Procedure, and various orders of reference;

**IT IS FURTHER ORDERED AND ADJUDGED** that notice and opportunity for hearing and objection were adequate and appropriate under the circumstances;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtor's *Disclosure Statement* [Bkr. Dkt. #420] (as now existing and/or hereafter amended, collectively, the "Disclosure Statement") together with the Debtor's *Plan of Reorganization* [Bkr. Dkt. #421] (as now existing and/or hereafter amended, collectively, the "Proposed Plan" and together with the Disclosure Statement, collectively, the "Plan") shall be deemed to fully incorporate by reference the Adequate Protection Order;[1] and,

---

[1] The provisions regarding "Events of Default" and cure opportunity for same as set forth in the Adequate Protection Order are cumulative, and include any Events of Default and/or "cured Events of Default" that may now exist as well as any Events of Default or cure that may occur subsequent to entry of this Agreed Order, including any Events of Default and/or cure of Events of Default that may occur regarding Payments required by the Plan.

4922-9058-3229v1
2812712-000168

**IT IS, THEREFORE, FURTHER ORDERED AND ADJUDGED** that this Agreed Order is entered without prejudice to Bank of America's right to seek any other, additional and/or alternative relief to which it may be entitled at law or in equity.


**##END OF ORDER##**


**AGREED AND SUBMITTED BY:**


*/s/ Alan L. Smith*
Alan L. Smith, Esq. (MS Bar No.10345)
BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:     (601) 351-8932
E-Mail:        asmith@bakerdonelson.com

*ATTORNEYS FOR BANC OF AMERICA LEASING & CAPITAL, LLC*


*/s/ Craig M. Geno*
Craig M. Geno, Esq. (MS Bar No. 4793)
GENO and STEISKAL, PLLC
601 Renaissance Way – Suite A
Ridgeland, Mississippi 39157
Telephone:     (601) 427-0048
Facsimile:     (601) 427-0050
E-Mail:        cmgeno@cmgenolaw.com

*ATTORNEYS FOR BIG LEVEL TRUCKING, INC.*