United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                  Case No. 25-51204-KMS

Big Level Trucking, Inc.                                                Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 22, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID            Recipient Name and Address**
dbpos                + Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

**Name                        Email Address**

Abigail M. Marbury
                        on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
                        on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Alan Lee Smith
                        on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
                        on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Alan Lee Smith
                        on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Andrew R. Wilson
                        on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

District/off: 0538-6                     User: mssbad                                    Page 2 of 3
Date Rcvd: Jul 22, 2026                  Form ID: pdf012                               Total Noticed: 1

Andrew R. Wilson
                    on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com  blsw@ecf.courtdrive.com

Chad J. Hammons
                    on behalf of Creditor Mitsubishi HC Capital America  Inc. chammons@joneswalker.com,
                    mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
                    on behalf of Debtor In Possession Big Level Trucking  Inc. csteiskal@cmgenolaw.com,
                    kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                    on behalf of Debtor In Possession Big Level Trucking  Inc. cmgeno@cmgenolaw.com,
                    kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com

Eric T. Ray
                    on behalf of Creditor Corporate Billing  a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best
                    on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank ebest@watkinseager.com,
                    ldeford@watkinseager.com

James Haney
                    on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com  sfiorentino@wongfleming.com

James A. McCullough, II
                    on behalf of Creditor Webster Capital Finance jmccullough@brunini.com  jfarmer@brunini.com

Jim F. Spencer, Jr.
                    on behalf of Creditor Trustmark Bank  successor in interest to Trustmark National Bank jspencer@watkinseager.com,
                    mryan@watkinseager.com

Joe Stevens
                    on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
                    on behalf of Creditor H&P Leasing  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
                    on behalf of Creditor Southern States Utility Trailer Sales  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
                    on behalf of Creditor BMO Bank  N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
                    on behalf of Creditor Chuck Evans mmcdade@balch.com
                    bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Nicholas T Grillo
                    on behalf of Creditor Lloyd Justin Anderson grillolawms@gmail.com  GrilloLawFirm@jubileebk.net

Nicholas T Grillo
                    on behalf of Creditor Keisha Jackson Anderson grillolawms@gmail.com  GrilloLawFirm@jubileebk.net

Paul S. Murphy
                    on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com  kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
                    on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
                    kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
                    on behalf of Creditor Midland States Bank rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
                    on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
                    on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com  MLGBK@ecf.courtdrive.com

Steven Usry
                    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Sylvie Derdeyn Robinson
                    on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
                    on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
                    on behalf of Creditor PNC Equipment Finance jschultz@burr.com

District/off: 0538-6                                       User: mssbad                                            Page 3 of 3
Date Rcvd: Jul 22, 2026                                   Form ID: pdf012                                         Total Noticed: 1

cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas Jackson Schultz

on behalf of Creditor PNC Bank  National Association jschultz@burr.com,
cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt

on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

on behalf of Creditor PNC Equipment Finance wlee@burr.com
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

on behalf of Creditor PNC Bank  National Association wlee@burr.com,
sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

TOTAL: 38

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BIG LEVEL TRUCKING, INC. | ) | Case No. 25-51204-KMS |
| | ) | Chapter 11 |
| Debtor. | ) | |

**AGREED ORDER CORRECTING DISCLOSURE STATEMENT**
**AND FIRST ADDENDUM THERETO**

This matter comes before the Court on the Limited Objection (Dkt. #542) filed by PNC Bank, National Association ("PNC" or "Creditor," collectively with the Debtor, the "Parties"), to the Debtor's First Addendum to Disclosure Statement (Dkt. #525) (the "Addendum"). The Court having held a hearing on the Limited Objection, at which counsel for the Debtor acknowledged that the Disclosure Statement and Addendum contain inaccuracies regarding the treatment of PNC's secured claim, and the Parties having agreed to the corrections set forth herein, and good cause appearing;

**IT IS THEREFORE ORDERED** as follows:

1.      PNC's Limited Objection (Dkt. #542) is hereby RESOLVED on the terms set forth in this Agreed Order.

1

PPAB 13795623v2

2.      The treatment of Class 15 (Secured Claims of PNC Equipment Finance) set forth in the Disclosure Statement (Dkt. #420) is hereby amended to replace the reference to Docket No. 389 (the Agreed Order Granting PNC's Motion for Relief from the Automatic Stay) with a reference to the Agreed Order Establishing Treatment of PNC's Secured Claim, entered June 5, 2026 (Dkt. #522) (the "PNC Secured Claim Order"), as the operative order establishing the treatment of PNC's secured claim for the duration of the case.

3.      Paragraph 5 of the Addendum (Dkt. #525) is hereby amended to replace the reference to Docket No. 389 (the Agreed Order Granting PNC's Motion for Relief from the Automatic Stay) with a reference to the PNC Secured Claim Order (Dkt. #522), as the operative order establishing the treatment of PNC's secured claim for the duration of the case.

4.      Exhibit A to the Addendum (Dkt. #525) is hereby amended to correct the payment figures for PNC's secured claim to reflect the treatment established by the PNC Secured Claim Order (Dkt. #522) as follows: weekly payments of $764.05, monthly equivalent payments of $3,056.19, and corresponding annual payments of $36,674.28.

5.      This Agreed Order constitutes a binding amendment to the Disclosure Statement and the Addendum with respect to the matters set forth herein, and the corrections set forth above shall have full force and effect as if originally set forth in the Disclosure Statement and the Addendum.

6.      Nothing in this Order shall alter, amend, or diminish PNC's rights under the PNC Secured Claim Order (Dkt. #522), including without limitation the requirement that no plan of

2

PPAB 13795623v2

reorganization may be confirmed with treatment of PNC's secured claim that is materially inconsistent with Dkt. #522 absent PNC's written consent or further order of this Court.

## END OF DOCUMENT ##

Approved and Agreed:

/s/ Winston K. Lee
Winston K. Lee (MSB 106832)
Counsel for PNC Bank, National Association

/s/ Craig M. Geno
Craig M. Geno (MSB 4793)
Counsel for Big Level Trucking, Inc.

Order submitted by:

**BURR & FORMAN LLP**

Winston K. Lee (MSB 106832)
T. Jack Schultz (MSB 106153)
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
(601) 355-3434
wlee@burr.com
jschultz@burr.com
*Counsel for PNC Bank, National Association*

PPAB 13795623v2