United States Bankruptcy Court
Southern District of Mississippi

In re:

Big Level Trucking, Inc.

Debtor

Case No. 25-51204-KMS

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3

Date Rcvd: Jul 24, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID**      **Recipient Name and Address**

dbpos      + Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Abigail M. Marbury
     on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Alan Lee Smith
     on behalf of Creditor Wells Fargo Equipment Finance  Inc. asmith@bakerdonelson.com

Alan Lee Smith
     on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Alan Lee Smith
     on behalf of Creditor Banc of America Leasing & Capital  LLC asmith@bakerdonelson.com

Alan Lee Smith
     on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com

Andrew R. Wilson
     on behalf of Creditor VanPete  LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com

District/off: 0538-6                        User: mssbad                          Page 2 of 3
Date Rcvd: Jul 24, 2026                    Form ID: pdf012                       Total Noticed: 1

Andrew R. Wilson
                    on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com

Chad J. Hammons
                    on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com,
                    mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
                    on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com,
                    kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                    on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com,
                    kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com

Eric T. Ray
                    on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@wallerlaw.com

Erin McManus Best
                    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank ebest@watkinseager.com,
                    ldeford@watkinseager.com

James Haney
                    on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com

James A. McCullough, II
                    on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com

Jim F. Spencer, Jr.
                    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com,
                    mryan@watkinseager.com

Joe Stevens
                    on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
                    on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
                    on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
                    on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
                    on behalf of Creditor Chuck Evans mmcdade@balch.com
                    bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Nicholas T Grillo
                    on behalf of Creditor Lloyd Justin Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net

Nicholas T Grillo
                    on behalf of Creditor Keisha Jackson Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net

Paul S. Murphy
                    on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
                    on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com
                    kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
                    on behalf of Creditor Midland States Bank rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
                    on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
                    on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com

Steven Usry
                    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Sylvie Derdeyn Robinson
                    on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
                    on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Jackson Schultz
                    on behalf of Creditor PNC Equipment Finance jschultz@burr.com

District/off: 0538-6                          User: mssbad                          Page 3 of 3
Date Rcvd: Jul 24, 2026                       Form ID: pdf012                       Total Noticed: 1

                  cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas Jackson Schultz

                  on behalf of Creditor PNC Bank  National Association jschultz@burr.com,
                  cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com

Thomas M Hewitt

                  on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com
                  ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

United States Trustee

                  USTPRegion05.JA.ECF@usdoj.gov

William B. Palmertree

                  on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com
                  paralegal@gpfirm.com;reception@gpfirm.com

William P. Wessler

                  on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com

Winston Lee

                  on behalf of Creditor PNC Equipment Finance wlee@burr.com
                  sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

Winston Lee

                  on behalf of Creditor PNC Bank  National Association wlee@burr.com,
                  sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com

TOTAL: 38

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| BIG LEVEL TRUCKING, INC., | § | Case No.: 25-51204-KMS |
| | § | |
| Debtor. | § | |

_____

**AGREED ORDER RESOLVING LIMITED OBJECTION BY BANC OF AMERICA LEASING & CAPITAL, LLC TO FIRST ADDENDUM TO DISCLOSURE STATEMENT**
*[Bkr. Dkt. #539]*

_____

**HAVING COME** before the Court on the joint request of Banc of America Leasing & Capital, LLC ("BAL"), a creditor and party-in-interest in the above-captioned bankruptcy case, and Big Level Trucking, Inc. (the "Debtor" and together with BAL, collectively, the "Parties") for entry of this Agreed Order resolving all issues raised in the *Limited Objection by Banc of America Leasing & Capital, LLC to First Addendum to Disclosure Statement* [Bkr. Dkt. #539] (the "Limited Objection").   All capitalized terms used herein, but which are not otherwise defined herein, shall have the meanings ascribed thereto in that certain *Agreed Order Resolving Motion by Banc of America Leasing & Capital, LLC for Relief from the Automatic Stay and to Compel Abandonment or, in the Alternative, to Compel Adequate Protection, and for Related Relief* [Bkr. Dkt. #438] (the "Adequate Protection Order").

4922-9058-3229v1
2812712-000168

The Court, having duly considered the Parties' joint request and being advised that the Parties agree and stipulate as to all facts, circumstances and relief set forth herein, orders as follows:

**IT IS ORDERED AND ADJUDGED** that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 1409, and that this matter is a core proceeding under 28 U.S.C. § 157(b)(2);

**IT IS FURTHER ORDERED AND ADJUDGED** that the statutory and procedural predicate for the relief sought herein are Sections 105(a), 362(d), 363(e), 554, 506(a), 1123 and 11293 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 4001 and 6007 of the Federal Rules of Bankruptcy Procedure, and various orders of reference;

**IT IS FURTHER ORDERED AND ADJUDGED** that notice and opportunity for hearing and objection were adequate and appropriate under the circumstances;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtor's *Disclosure Statement* [Bkr. Dkt. #420] (as now existing and/or hereafter amended, collectively, the "Disclosure Statement") together with the Debtor's *Plan of Reorganization* [Bkr. Dkt. #421] (as now existing and/or hereafter amended, collectively, the "Proposed Plan" and together with the Disclosure Statement, collectively, the "Plan") shall be deemed to fully incorporate by reference the Adequate Protection Order;[1] and,

---

[1] The provisions regarding "Events of Default" and cure opportunity for same as set forth in the Adequate Protection Order are cumulative, and include any Events of Default and/or "cured Events of Default" that may now exist as well as any Events of Default or cure that may occur subsequent to entry of this Agreed Order, including any Events of Default and/or cure of Events of Default that may occur regarding Payments required by the Plan.

4922-9058-3229v1
2812712-000168

2

**IT IS, THEREFORE, FURTHER ORDERED AND ADJUDGED** that this Agreed Order is entered without prejudice to Bank of America's right to seek any other, additional and/or alternative relief to which it may be entitled at law or in equity.

**##END OF ORDER##**

<u>**AGREED AND SUBMITTED BY:**</u>

<u>/s/ Alan L. Smith</u>
Alan L. Smith, Esq. (MS Bar No.10345)
BAKER, DONELSON, BEARMAN,
     CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:   (601) 351-8932
E-Mail:        asmith@bakerdonelson.com

***ATTORNEYS FOR BANC OF AMERICA LEASING & CAPITAL, LLC***

<u>/s/ Craig M. Geno</u>
Craig M. Geno, Esq. (MS Bar No. 4793)
GENO and STEISKAL, PLLC
601 Renaissance Way – Suite A
Ridgeland, Mississippi 39157
Telephone:   (601) 427-0048
Facsimile:   (601) 427-0050
E-Mail:        cmgeno@cmgenolaw.com

***ATTORNEYS FOR BIG LEVEL TRUCKING, INC.***

4922-9058-3229v1
2812712-000168

3