## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BIG LEVEL TRUCKING, INC.**                    **CHAPTER 11**
           **Debtor**                                      **CASE NO. 25-51204-KMS**

### SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF GENO AND STEISKAL, PLLC

COMES NOW the Law Offices of Geno and Steiskal, PLLC (the "Applicant"), and files this its *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), and in support thereof would show unto the Court the following, to-wit:

1.      On August 18, 2025, the Debtor herein filed with this Court its Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code.

2.      An *Order* **[DK #90]** authorizing the employment of the Law Offices of Geno and Steiskal, PLLC as counsel for the Debtor was entered on September 19, 2025.

3.      The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate.  An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**.  The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered.  A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4.      The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5.      This is the Applicant's second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from October 29, 2025, to and including July 24, 2026, and is for the sum of $80,865.19 ($78,553.75 in fees and $2,311.44 in expenses).

6.      The Applicant's first request for allowance of compensation for professional services rendered in this proceeding covered the period from May 10, 2025, to and including January 17, 2026, and was for the sum of $104,193.15 ($100,202.50 in fees and $3,990.65 in expenses), less any retainer balance remaining. An *Order* [DK #375] was entered approving the full amount requested.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an order awarding reasonable attorneys' fees for the professional services rendered herein, and authorizing and directing the Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

THIS, the 30th day of July, 2026.

Respectfully submitted,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By:_____

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Lovel Trucking, Inc\Fee Apps\LOGS\2nd\Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Steven D. Usry, Esq.
Office of the United States Trustee
steve.usry@usdoj.gov

THIS, the 30th day of July, 2026.

Craig M. Geno

-3-

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        BIG LEVEL TRUCKING, INC.                                    CHAPTER 11
              Debtor                                           CASE NO. 25-51204-KMS

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **BIG LEVEL TRUCKING, INC.**   **CHAPTER 11**
**Debtor**   **CASE NO. 25-51204-KMS**

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Geno and Steiskal, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorneys' fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of July, 2026.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2029

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **BIG LEVEL TRUCKING, INC.**                    **CHAPTER 11**
         **Debtor**                              **CASE NO. 25-51204-KMS**

# EXHIBIT "B"

## *Law Offices of Geno and Steiskal PLLC*

601 Renaissance Way
Suite A
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048          Fax:601-427-0050

Big Level Trucking, Inc.                                                July 27, 2026
1727 Dummy Line Road
Wiggins, MS-Mississippi
39577 USA

|  | File #: | 325022 |
|---|---|---|
| **Attention:** Don Mattocks | Inv #: | 348455 |

**RE:**      Chapter 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-29-25 | Review Banc of America Leasing & Capital (BAL) motion for relief from stay | 0.50 | 200.00 | CJS |
| Jan-08-26 | Review numerous memos to/from various secured creditors regarding AP payment | 1.00 | 500.00 | CMG |
| Jan-12-26 | Telephone conference with Christy Cannette regarding status of hearings, and reset issues | 0.20 | 100.00 | CMG |
|  | Review numerous memos to/from allsecured creditor counsel regarding status of hearings | 0.75 | 375.00 | CMG |
| Jan-13-26 | Review memos to/from Scott Goldsholl regarding Adequate Protection of Simmons Bank collateral | 0.20 | 100.00 | CMG |
| Jan-15-26 | Review numerous minute entries regarding resetting of Motion for Relief from the Automatic Stay | 0.20 | 100.00 | CMG |
| Jan-17-26 | Review memos to/from Hailey Klabo regarding response to PNC's offer to take back trucks | 0.15 | 75.00 | CMG |
| Jan-19-26 | Review clerk's 4001 memo regarding BMO Bank MTLS | 0.20 | 100.00 | CMG |
|  | Assist CMG reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.10 | 25.00 | KLC |

Invoice #:   348455                Page   3                              July 27, 2026

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Dictation of letter to counsel opposite for Crossroads transmitting draft order | 0.20 | 100.00 | CMG |
| Jan-23-26 | Review and revision of Rule 9019 regarding settlement of Secka claims | 0.55 | 275.00 | CMG |
| | Review memos to/from Evan Goldstein regarding efforts to resolve Webster Bank secured claims | 0.20 | 100.00 | CMG |
| | Review memos to/from Don Mattocks, review and study Administrative Expense/Tax Claims and approve same | 0.15 | 75.00 | CMG |
| | Review memos to/from Douglas Gerber regarding 9019 Motion on Accident Claim | 0.20 | 100.00 | CMG |
| | Review receivership notice from factor | 0.20 | 100.00 | CMG |
| | Review memos from J. Haney, KLC regarding Crossroads Order | 0.20 | 100.00 | CMG |
| | Dictation of Order on Rule 2019 Settlement; review and revision of same | 0.75 | 375.00 | CMG |
| | Work on revisions to debtor motion to approve Rule 9019 settlement of disputed claims | 0.20 | 80.00 | CJS |
| | Research and review of authority re secured creditors' entitlement to adequate protection, valuation, and calculation | 1.90 | 760.00 | CJS |
| | Assist CMG drafting Notice, Certificate of Service and Order re 9019 Motion to Approve Settlement of Secka Lawsuit | 0.20 | 50.00 | KLC |
| | Organize and supervise mailout of 9019 Motion to Approve Settlement of Secka Lawsuit | 0.30 | 75.00 | KLC |
| Jan-24-26 | Review memos to/from client, Evan Goldstein regarding truck/tire inspections and mileages | 0.15 | 75.00 | CMG |
| | Review memos to/from Mr. Mattocks regarding December 2025 financial footnotes regarding insurance reduction and skewing of financial cash availability and profitability | 0.25 | 125.00 | CMG |
| Jan-26-26 | Continue research and review of authority re secured creditors' entitlement to adequate | 4.90 | 1,960.00 | CJS |

Invoice #:     348455                          Page     5                          July 27, 2026

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG drafting Notice of Accessing DIP Loan Funds | 0.20 | 50.00 | KLC |
| Jan-31-26 | Review memos to/from Brad Palmertree regarding lifting the Stay for a state law claim involving Shay Emmons damge assertions | 0.20 | 100.00 | CMG |
|  | Review memos to/from Andrew Wilson regarding Van Pete Order and approve same | 0.20 | 100.00 | CMG |
| Feb-01-26 | Review memos to/from Evan Goldstein regarding response on  Adequate Protection payments | 0.10 | 50.00 | CMG |
| Feb-02-26 | Review memos to/from Don Mattocks, Kacy Burnsed re PrePass claim and debt resolution | 0.30 | 150.00 | CMG |
|  | Review memos to/from Mr. Mattocks, Kacy Burnsed regarding offer to PrePass to resolve their post-petition claims and surety bond issues | 0.35 | 175.00 | CMG |
|  | Review further memos to/from Don Mattocks, Kacy Burnsed regarding PrePass claim and debt resolution | 0.30 | 150.00 | CMG |
|  | Review memos to/from Chad Hammons, Mr. Mattocks regarding offer to Mitsibishi of Adequate Protection | 0.15 | 75.00 | CMG |
|  | Review memos to/from Douglas Gerber regarding status of settlement in Florida litigation | 0.10 | 50.00 | CMG |
| Feb-03-26 | Review numerous memos to/from Don Mattocks regarding depreciation costs for Mitsubishi and Webster Bank | 0.30 | 150.00 | CMG |
|  | Review memos to/from Doug Gerber regarding objection deadline on Florida settlement | 0.20 | 100.00 | CMG |
|  | Conference call with Don Mattocks, Kacy Burnsed, CJS regarding offers of adequate protection to Wells Fargo, Banc of America, Navistar, Simmons, Webster and BMO | 0.55 | 275.00 | CMG |
|  | Follow up telephone conference with Evan Goldstein regarding terms of Webster Capital transaction and offers back and forth | 0.20 | 100.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Webster collateral; status of Webster settlement proposals | | | |
|  | Review memos to/from Don Mattocks confirming terms of offer to Webster Bank, telephone conference with Evan Goldstein (vm) regarding final offer on resolution of Webster Bank claims for duration of case | 0.25 | 125.00 | CMG |
|  | Telephone conference with Jim Spencer regarding funding of payroll through Trustmark Bank account | 0.20 | 100.00 | CMG |
|  | Review Notice of Hearing on Motion for Relief from the Stay filed by Midland State Bank | 0.20 | 100.00 | CMG |
|  | Receipt and review of hearing notice re Midland's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 37.50 | KLC |
| Feb-06-26 | Review MDOR Proof of Claim | 0.20 | 100.00 | CMG |
|  | Dictation of letter to Don Mattocks regarding MDOR Proof of Claim and objection to it | 0.20 | 100.00 | CMG |
|  | Review email from Alan Smith, counsel for Navistar, re hearing on motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| Feb-09-26 | Review numerous memos to/from Evan Goldstein outlining and finalizing Settlement Offer with Webster Bank; review memos to/from Don Mattocks confirming wrecked vehicle is not part of Webster Bank offer | 0.45 | 225.00 | CMG |
|  | Review memos to/from Jim Haney re Crossroads payment; Review memos to/from Don Mattocks and from Jim Haney's firm advising debtor attempted to pay weekly installments via ACH but it was returned | 0.25 | 125.00 | CMG |
|  | Review analysis of payments under the plan to secured creditors | 0.25 | 125.00 | CMG |
|  | Conference call with client group regarding valuations, prepare testimony and numerous related issues | 0.45 | 225.00 | CMG |

Invoice #:      348455                    Page    9                              July 27, 2026

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG revising Answer, Response re BMO's Motion for Relief from Stay | 0.20 | 50.00 | KLC |
| Feb-10-26 | Finalize cross and direct examinations, closing argument for Lift Stay hearings | 0.55 | 275.00 | CMG |
|  | Attended Motion for Relief from the Automatic Stay of Navistar, Banc of America, Wells Fargo | 7.00 | 3,500.00 | CMG |
|  | Travel to Jackson | 1.50 | 750.00 | CMG |
|  | Review numerous memos to/from Evan Goldstein regarding confirmation of terms of agreement, beginning date, lack of need for hearing and numerous related issues | 0.20 | 100.00 | CMG |
|  | Telephone conference with Justin Little regarding pushing hearing back to 2/23 while negotiating settlement on BMO claim | 0.20 | 100.00 | CMG |
|  | Review numerous memos to/from Evan Goldstein regarding start date of adequate protection payments, restructuring of debt and payoff for damaged vehicle | 0.40 | 200.00 | CMG |
|  | Receive and review court minute entry re Wells Fargo's motion for relief from stay | 0.05 | 20.00 | CJS |
|  | Receive and review court minute entry re Banc of America's motion for relief from stay | 0.05 | 20.00 | CJS |
|  | Receive and review court minute entry re Navistar's motion for relief from stay | 0.05 | 20.00 | CJS |
| Feb-11-26 | Review order resetting BMO motion for relief from stay | 0.20 | 100.00 | CMG |
|  | Review court minute entry re settlement of Webster Capital Finance's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| Feb-12-26 | Receipt and review of Order Resetting Hearing re BMO's Motion for Relief from Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 25.00 | KLC |
|  | Receipt and review of Minutes re Navistar's Motion for Relief from Stay, Banc of America's Motion for Relief from Stay, Wells | 0.10 | 25.00 | KLC |

Invoice #: 348455          Page   11                    July 27, 2026

|  | | | | |
|---|---|---|---|---|
| | correspondence to Alan Smith, counsel for Navistar, Banc of America, and Wells Fargo, re plan payment offers for pending motions for relief from the automatic stay | | | |
| | Assist CMG revising letter to Alan Smith re plan payment offers | 0.10 | 25.00 | KLC |
| Feb-18-26 | Telephone conference with Jack Schultz regarding offer to PNC Bank on its collateral | 0.20 | 100.00 | CMG |
| | Review order resetting Mitubishi Motion to Lift Stay | 0.20 | 100.00 | CMG |
| | Review email from Alan Smith, counsel for counsel for Navistar, Banc of America, and Wells Fargo, re plan payment offers to secured creditors | 0.05 | 20.00 | CJS |
| | Review email from Chad Hammons, counsel for Mitsubishi, re continuance on pending motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Review order resetting hearing on Mitsubishi's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| Feb-19-26 | Review memos to/from Justin Little confirming settlement with BMO Bank; telephone conference with Justin Little re same | 0.20 | 100.00 | CMG |
| | Telephone conference with Christy Cannette regarding settlement of BMO Bank motion and related motions | 0.15 | 75.00 | CMG |
| | Review memos to/from Chad Hammons regarding Mitsubishi requests for inspection at Wiggins | 0.25 | 125.00 | CMG |
| | Review numerous memso to/from Alan Smith, client regarding Navistar offers, counteroffers and discussions | 1.50 | 750.00 | CMG |
| | Review memos to/from Chad Hammons regarding settlement proposal on Mitsubishi counteroffer | 0.20 | 100.00 | CMG |
| | Review minute entry on PNC Motion | 0.10 | 50.00 | CMG |
| | Review minute entry on BMO Motion | 0.10 | 50.00 | CMG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | settlement of Navistar's motion for relief from the automatic stay | | | |
| | Review amended court docket entry re Banc of America's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Receive and review order resetting hearing on Wells Fargo's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| Feb-21-26 | Review memos to/from Paul Murphy regarding abandonment of dischargeability issue | 0.15 | 75.00 | CMG |
| | Review numerous memos to/from Don Mattocks, Alan Smith regarding finalizing settlement and last minute terms/offers/counteroffers | 0.50 | 250.00 | CMG |
| Feb-22-26 | Review order resetting Wells Fargo Motion for relief from Stay | 0.10 | 50.00 | CMG |
| Feb-23-26 | Attend telephonic hearing advising court of status of Navistar settlement, lack of settlement with Wells Fargo and extension of time to resolve Banc of America Lift Stay Motion | 0.20 | 100.00 | CMG |
| | Review file, attended hearing on Wells Fargo Motion for Adequate protection | 1.10 | 550.00 | CMG |
| | Review numerous minute entries from Wells Fargo ruling and withdrawal of Bank of Wiggins Motion | 0.15 | 75.00 | CMG |
| | Review court docket entry re Bank of Wiggins' withdrawal of motion to extend time to file an objection to discharge | 0.05 | 20.00 | CJS |
| | Review court docket entry re hearing held on Wells Fargo's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Receipt and review of Amended Minutes re Banc of America's Motion for Relief from Stay; calendar deadline to contact court for status report | 0.10 | 25.00 | KLC |
| | Receipt and review of Minutes re PNC's Motion for Relief from Stay; calendar deadline to submit agreed order | 0.10 | 25.00 | KLC |

| Invoice #: | 348455 | Page   15 | | | July 27, 2026 |

| | | | | | |
|---|---|---|---|---|---|
| | | Work on debtor's answer and response to Bank of Wiggins' motion for relief from the automatic stay | 0.50 | 200.00 | CJS |
| | | Receive and review notice filed by creditor Clarence Roberts | 0.05 | 20.00 | CJS |
| Feb-27-26 | | Review file; Review Trustmark motion for relief and documents, memo from client; Dictation of adequate protection/restructuring proposal to Jim Spencer for Trustmark | 0.50 | 250.00 | CMG |
| | | Assist CMG drafting letter to Jim Spencer re Trustmark offer | 0.10 | 25.00 | KLC |
| Feb-28-26 | | Review memos to/from Sarita Sisco re Workforce contract assumption and cure time frame | 0.35 | 175.00 | CMG |
| Mar-02-26 | | Review memos to/from Alan Smith, client re counteroffer on Banc of America collateral | 0.35 | 175.00 | CMG |
| | | Review proposed amendments to schedules, values and numerous related matters; Dictation of schedule amendments | 1.00 | 500.00 | CMG |
| | | Review additional memos to/from Alan Smith, Don Mattocks re counteroffer to Banc of America on its motion for relief from the automatic stay | 0.20 | 100.00 | CMG |
| | | Review memos to/from Zach Parker of WorkForce re definition of curing defaults of executory contracts | 0.20 | 100.00 | CMG |
| | | Review memos to/from Brad Palmertree; Review motion to lift stay for Tennessee accident claim with Farm Bureau | 0.40 | 200.00 | CMG |
| | | Review email from Don Mattocks re access to Ritchie Brothers liquidation values | 0.05 | 20.00 | CJS |
| | | Review two emails from Chad Hammons, counsel for Mitsubishi, re proposed debtor adequate protection payments | 0.10 | 40.00 | CJS |
| | | Receive and review agreed order granting PNC Bank's motion for relief from the automatic stay (.05); email to Don Mattocks re same (.05) ; review and respond to email from Mr. Mattocks re abandonment of collateral (.05) | 0.15 | 60.00 | CJS |

Invoice #:  348455                Page   17                                July 27, 2026

| | | | | |
|---|---|---|---|---|
| | Work on final revisions to debtor's answer and response to Midland State Bank's motion for relief from the automatic stay | 0.10 | 40.00 | CJS |
| | Work on final revisions to debtor's answer and response to Bank of Wiggins' motion for relief from the automatic stay | 0.10 | 40.00 | CJS |
| Mar-05-26 | Review issues concerning lien priority of Renasant/Simmons Bank | 0.20 | 100.00 | CMG |
| | Review and consider possible adequate protection proposals to Midland, Simmons Bank and Renasant; Review conflicting lien issues | 0.35 | 175.00 | CMG |
| | Review email from Lauren Weber, counsel for Simmons Bank, re status of collateral (.10); email to Don Mattocks re same (.10) | 0.20 | 80.00 | CJS |
| | Review email from Chad Hammons, counsel for Mitsubishi, re creditor ACH information | 0.05 | 20.00 | CJS |
| | Review email from Alan Smith, counsel for Wells Fargo, re creditor ACH information | 0.05 | 20.00 | CJS |
| | Review email from Don Mattocks re status of Simmons Bank collateral (.10); email to Lauren Weber, counsel for Simmons Bank, re payments on collateral (.20) | 0.30 | 120.00 | CJS |
| | Review and respond to email from Don Mattocks re status of Simmons Bank lien on 3 other trucks | 0.20 | 80.00 | CJS |
| | Email to Lauren Weber, counsel for Simmons Bank, re updated offer on payments on collateral | 0.20 | 80.00 | CJS |
| | Review, redact and prepare January 2026 MOR and attachments for filing | 0.55 | 137.50 | KLC |
| Mar-06-26 | Telephone conference with Don Mattocks re treatment, valuation, offer on BOW debt | 0.30 | 150.00 | CMG |
| | Work on reporting AP payments and draws on LOC | 0.10 | 50.00 | CMG |
| | Review and approve Midland Bank AP offer | 0.10 | 50.00 | CMG |
| | Review memos to/from S. Evans re Penske | 0.20 | 100.00 | CMG |

Invoice #:     348455                     Page    19                                July 27, 2026

| | | | | |
|---|---|---|---|---|
| | Work on omnibus motion to assume lease/owner operator agreements | 0.50 | 200.00 | CJS |
| | Work on omnibus motion to assume service agreements | 0.50 | 200.00 | CJS |
| Mar-10-26 | Review memos to/from Mr. Mattocks re no hearing on Bank of Wiggins claim and relief from stay, Midland motion still active for Thursday's hearing | 0.15 | 75.00 | CMG |
| | Review memos to/from Don Mattocks re continuance of Bank of Wiggins motion for relief from the automatic stay and only one remaining hearing for Thursday and update on it, and reference updated cash flow due to fluctuations in the oil/diesel markets | 0.10 | 50.00 | CMG |
| | Work on plan considerations for fluctuating oil/diesel market | 0.20 | 100.00 | CMG |
| | Work on Midland settlement issues and related matters | 0.20 | 100.00 | CMG |
| | Receive and review order resetting hearing on Bank of Wiggins' motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Continue work on debtor's disclosure statement | 0.65 | 260.00 | CJS |
| | Work on debtor's plan of reorganization | 1.00 | 400.00 | CJS |
| | Receive and review order to show cause re submission of agreed order re Navistar's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Receive court docket entry re settlement of Mitsubishi's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Review email from Bob Byrd, counsel for Midland States Bank, re debtor values of trucks (.05); email to Don Mattocks re same (.05); review email from Mr. Mattocks and respond to Mr. Byrd re same (.05) | 0.15 | 60.00 | CJS |
| | Email to Don Mattocks re updated cash flow and budget projections for the debtor (.10); review email from Mr. Mattocks re same (.05) | 0.15 | 60.00 | CJS |

Invoice #:      348455                          Page    21                                    July 27, 2026

|  | interest rates and terms on Navistar agreement and approval of same | | | |
|---|---|---|---|---|
|  | Review and revision of omnibus motion to assume service agreements | 0.30 | 150.00 | CMG |
|  | Dictation of notice of objection deadline and certificate of service on motion to assume service agreements | 0.20 | 100.00 | CMG |
|  | Review and revision of omnibus motion to assume truck/trailer leases | 0.30 | 150.00 | CMG |
|  | Dictation of notice of objection deadline and certificate of service on motion to assume truck/trailer leases | 0.20 | 100.00 | CMG |
|  | Review and revision of omnibus motion to assume lease/owner operator agreements | 0.30 | 150.00 | CMG |
|  | Dictation of notice of objection deadline and certificate of service on motion to assume lease/owner operator agreements | 0.20 | 100.00 | CMG |
|  | Respond to email from Alan Smith, counsel for Navistar, re proposed agreed order on Navistar's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
|  | Receive and review agreed order on Tennessee Farmers Mutual Ins. Co.'s motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
|  | Review revisions to debtor's disclosure statement | 0.40 | 160.00 | CJS |
|  | Assist CMG revising Disclosure Statement | 0.75 | 187.50 | KLC |
| Mar-13-26 | Review and revision of plan | 0.75 | 375.00 | CMG |
|  | Final review and revision of disclosure statement and plan; Review and study memos to/from Mr. Mattocks; Review and study updated cash flow information expanded from 90 days to 1 year | 1.75 | 875.00 | CMG |
|  | Phone call to Don Mattocks re debtor budget for disclosure statement | 0.05 | 20.00 | CJS |
|  | Review and respond to email from Alan | 0.05 | 20.00 | CJS |

| Invoice #: | 348455 | Page 23 | | | July 27, 2026 |
|---|---|---|---|---|---|

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | counsel re non-rejection of XTRA Lease transactions and leases | | | |
| | Receive and review order to show cause for failure to submit order on Wells Fargo's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Review email from David Unseth, counsel for XTRA Lease, re assumption of contract | 0.05 | 20.00 | CJS |
| | Receive and review order setting aside order approving disclosure statement | 0.05 | 20.00 | CJS |
| Mar-19-26 | Review memos to/from David Unseth re any additional issues on rejection of leases | 0.10 | 50.00 | CMG |
| | Review and approve Banc of America order | 0.25 | 125.00 | CMG |
| | Review draft Wells Fargo order, comment on same and review memos to/from Alan Smith re adding an allocation provision for adequate protection payments to be applied to principal | 0.75 | 375.00 | CMG |
| | Review memos to/from Alan Smith; Review and approve revised court ruling on Wells Fargo adequate protection | 0.20 | 100.00 | CMG |
| | Review and respond to email from Alan Smith, counsel for Banc of America Leasing, and proposed AO resolving BOA's motion for relief from the automatic stay | 0.20 | 80.00 | CJS |
| | Review emails from Alan Smith, counsel for Wells Fargo, re proposed AO resolving Wells Fargo's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | Receive and review order setting hearing on disclosure statement | 0.05 | 20.00 | CJS |
| | Receipt and review of Order and Notice of Hearing on DS; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 37.50 | KLC |
| Mar-20-26 | Review memos to/from Don Mattocks re draw on shareholder DIP financing | 0.10 | 50.00 | CMG |
| | Review email from Don Mattocks re transfer of funds from Shareholder DIP account | 0.05 | 20.00 | CJS |

| Invoice #: | 348455 | Page 25 | | | July 27, 2026 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | Receive and review order resolving Wells Fargo's motion for relief from the automatic stay | 0.10 | 40.00 | CJS |
| | | Email to Lauren Weber, counsel for Simmons Bank, re debtor's proposed plan treatment for Bank | 0.05 | 20.00 | CJS |
| | | Receive and review agreed order resolving Navistar's motion for relief from the automatic stay | 0.10 | 40.00 | CJS |
| | | Assist CMG drafting Motion to Assume Lease with XTRA Lease, Notice, Certificate of Service and Order re same | 0.20 | 50.00 | KLC |
| | | Assist CMG drafting Report of "Drawn" DIP Loan Funds | 0.15 | 37.50 | KLC |
| Mar-27-26 | | Phone call from Jack Schultz re PNC Bank's collateral (.10); email to Don Mattocks re same (.05) | 0.15 | 60.00 | CJS |
| | | Review email from Alan Smith, counsel for Wells Fargo, re adequate protection payments | 0.05 | 20.00 | CJS |
| | | Receive and review order to show cause re submission of order re Mitsubishi's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
| | | Review email from Paul Murphy, counsel for Bank of Wiggins, re proposed adequate protection payments | 0.05 | 20.00 | CJS |
| | | Review email from Don Mattocks re required payments to Wells Fargo | 0.05 | 20.00 | CJS |
| | | Review email from Don Mattocks re proof of insurance on Wells Fargo's collateral (.05); email re same to Alan Smith, counsel for Wells Fargo | 0.10 | 40.00 | CJS |
| | | Review email and proposed AO from Chad Hammons, counsel for Mitsubishi, re plan treatment (.10); response email to Mr. Hammons re same (.10) | 0.20 | 80.00 | CJS |
| | | Review email and correspondence from Jack Schultz, counsel for PNC, re return of PNC collateral (.10); email response to Mr. Schultz re same (.10) | 0.20 | 80.00 | CJS |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | proposal for Bank of Wiggins (.05); review email from Don Mattocks re proposed payments (.05); email to Paul Murphy, counsel for Bank of Wiggins, re same (.10) | | | |
| | Email to Don Mattocks re adequate protection payments to Mitsubishi | 0.05 | 20.00 | CJS |
| | Review email from Don Mattocks and proof of insurance on Webster Capital Finance's collateral (.10); forward same to counsel for Webster Capital Finance (.05) | 0.15 | 60.00 | CJS |
| | Review email from Don Mattocks and proposed agreed order from Justin Little, counsel for BMO Bank, re BMO's motion for relief from the automatic stay (.15); email response to Mr. Little re proposed agreed order (.05) | 0.20 | 80.00 | CJS |
| | Review and respond to email from Paul Murphy, counsel for Bank of Wiggins, re proposed plan treatment | 0.05 | 20.00 | CJS |
| Mar-31-26 | Review memos to/from Matt Kye re acceptance of plan amendments to Sumitomo treatment | 0.20 | 100.00 | CMG |
| | Review memos to/from Bob Byrd re Midland Bank prior offer of adequate protection | 0.20 | 100.00 | CMG |
| | Review notice of hearing on Simmons motion for relief from stay | 0.20 | 100.00 | CMG |
| | Review notice of hearing on reset of Bank of Wiggins motion | 0.20 | 100.00 | CMG |
| | Review email from Justin Little, counsel for BMO, re submission of proposed agreed order (.05); email to courtroom deputy Christy Cannette re same (.05); review email from Ms. Cannette re removal of hearing | 0.15 | 60.00 | CJS |
| | Review and respond to email from Lauren Weber, counsel for Simmons Bank, re proposed plan treatment for the Bank | 0.20 | 80.00 | CJS |
| | Receive and review order resetting hearing on Simmons Bank's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |

Invoice #:    348455                    Page    29                                    July 27, 2026

| | | | | |
|---|---|---|---|---|
| | Relief from Stay; calendar hearing date to trigger preparation of hearing folder | | | |
| Apr-02-26 | Review memos to/from Don Mattocks, Alan Smith re notice of default of Wells Fargo obligation and misunderstanding with Mr. Mattocks as to whether Wells Fargo was negotiated or ruled on by the court | 0.25 | 125.00 | CMG |
| | Review memos to/from Kathleen Valbrun from the U.S. Department of Labor re 401(k) and contributions | 0.20 | 100.00 | CMG |
| | Receive and review notice of default filed by Wells Fargo (.05); review email from Alan Smith, counsel for Wells Fargo, re same (.05); email to Don Mattocks re same (.05) | 0.15 | 60.00 | CJS |
| | Assist CMG revising Motion to Assume Contract of Love's as Critical Vendor | 0.30 | 75.00 | KLC |
| Apr-03-26 | Review memos to/from Mr. Mattocks re rejection of adequate protection/restructuring offer made to Wells Fargo | 0.20 | 100.00 | CMG |
| | Telephone conference with Don Mattocks re how the business is doing in light of fuel price increases, draws on remaining line of credit, opening additional amounts under line of credit, Wells Fargo issues and prepare for long term offer to Wells Fargo | 0.20 | 100.00 | CMG |
| | Review memos to/from Mr. Mattocks re actions to be taken to enforce agreement on financing and draw down | 0.10 | 50.00 | CMG |
| | Conference with KLC re notice of additional draw downs on line of credit | 0.05 | 25.00 | CMG |
| | Review notice of hearing on motion to assume | 0.20 | 100.00 | CMG |
| | Receipt and review of hearing notice re Motion to Assume Contract of Love's as Critical Vendor; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 37.50 | KLC |
| | Receipt and review of Wells Fargo's Notice of Default; calendar deadline to cure default | 0.10 | 25.00 | KLC |

|  |  | | | |
|---|---|---|---|---|
|  | obligation under the court's order requiring shareholders to loan money to the Debtor if need be |  |  |  |
|  | Review emails from Don Mattocks and Bob Byrd re status of Midland States Bank's collateral | 0.05 | 20.00 | CJS |
| Apr-09-26 | Review memos to/from Don Mattocks, Kacy Burnsed regarding Midland collateral inspection logistics | 0.15 | 75.00 | CMG |
| Apr-10-26 | Review email from Don Mattocks re status of PrePass balance | 0.05 | 20.00 | CJS |
|  | Receipt and review of hearing notice re Wells Fargo's Notice of Default; calendar hearing date to trigger preparation of hearing folder | 0.10 | 25.00 | KLC |
| Apr-11-26 | Review notice of hearing on notice of default and debtor's response | 0.20 | 100.00 | CMG |
| Apr-14-26 | Review shareholder order; Dictation of e-mail to Joey Ferguson; Review e-mail from Joey Ferguson regarding his obligation to fund DIP loan | 0.65 | 325.00 | CMG |
| Apr-15-26 | Review memos to/from Kathleen Valbrun, senior investigator for the Department of Labor, re Big Level 401(k) plan and trust | 0.25 | 125.00 | CMG |
| Apr-16-26 | Review email from Paul Murphy, counsel for Bank of Wiggins, re debtor proposal for plan treatment of Bank | 0.05 | 20.00 | CJS |
| Apr-17-26 | Assist CMG revising Report of "Drawn" DIP Loan Funds | 0.05 | 12.50 | KLC |
| Apr-18-26 | Review memos to/from Ben Gantt (controller at Rand McNally) regarding payment arrangements for assumption of agreement | 0.20 | 100.00 | CMG |
|  | Review memo to/from client, Brian Guy (PrePass rep) regarding assumption of contract, continuation of payments, deferring assumption of contracts for disclosure statement stage | 0.20 | 100.00 | CMG |
| Apr-20-26 | Assist CMG drafting outline of Responses to Trustmark's 1st Set of Interrogatories and Requests for POD and Notice of Service re same | 0.20 | 50.00 | KLC |

Invoice #:     348455                    Page    33                                    July 27, 2026

| | | | |
|---|---|---|---|
| Review memos to/from Padgett Law Firm; Review, study and approve Simmons Bank draft agreed order on adequate protection | 0.35 | 175.00 | CMG |
| Review memos to/from David Unseth regarding treatment of Xtra Lease currently, abate prepetition default payments and plan confirmation issues | 0.20 | 100.00 | CMG |
| Review memos to/from Bob Byrd, client regarding Midland request for adequate protection | 0.15 | 75.00 | CMG |
| Review numerous memos to/from client, Bob Byrd regarding negotiating an adequate protection payment to Midland Bank | 0.30 | 150.00 | CMG |
| Review more memos to/from Mr. Mattocks regarding relief from lease "catch up" payments | 0.20 | 100.00 | CMG |
| Review and respond to email from Lauren Weber, counsel for Simmons Bank, and proposed agreed order re plan payment terms to the Bank | 0.20 | 80.00 | CJS |
| May-05-26 | Attended board meeting on May 5; discussed valuation issues, trucking in general, cash flow, interim payments to Midland Bank, disclosure statement issues, Renasant Bank assistance with overpayment of claim to Utah firm, discussed remainder dockets still open for May 7 and numerous related matters | 0.25 | 125.00 | CMG |
| Review memos to/from Paul Murphy regarding new restructuring offer for entire case, dictation of memo to client regarding same | 0.35 | 175.00 | CMG |
| Review memos to/from Don Mattocks regarding defining new Midland Bank offer | 0.10 | 50.00 | CMG |
| Review memos to/from Andrew Wilson, review draft order resolving landlord objection to disclosure statement and approve same | 0.10 | 50.00 | CMG |
| Review memos to/from Lauren Weber, review revised (and not yet agreed to) Simmons Bank order which removed "interest only" payments but approved same; Dictation of memo to Ms. Weber | 0.35 | 175.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Mattocks, Bob Byrd regarding appraisal of remaining 2 units |  |  |  |
|  | Review minute entry on Midland States Bank motion | 0.15 | 75.00 | CMG |
|  | Review emails from debtor rep Don Mattocks and Bob Byrd, counsel for Midland States Bank, re inspection of collateral | 0.10 | 40.00 | CJS |
|  | Assist CMG revising Order re Motion to Assume Love's Contract | 0.10 | 25.00 | KLC |
| May-07-26 | Telephone conference with Ms. Cannette regarding settlement and motion to lift stay | 0.10 | 50.00 | CMG |
|  | Review numerous objections to disclosure statement and prepare for hearing | 1.25 | 625.00 | CMG |
|  | Attended hearing on objections to disclosure statement | 2.15 | 1,075.00 | CMG |
|  | Review agreed order resolving VanPete's limited objection to disclosure statement | 0.05 | 20.00 | CJS |
|  | Receive and review agreed order resolving Simmons Bank's motion for relief from the automatic stay | 0.05 | 20.00 | CJS |
|  | Review file and court docket re: 5/7/26 hearing on Disclosure Statement; prepare hearing folder and exhibits for same | 0.75 | 187.50 | KLC |
|  | Receipt and review of Order re Motion for Additional Time to Answer Trustmark's Discovery Requests; calendar deadline to answer discovery requests | 0.10 | 25.00 | KLC |
| May-08-26 | Review minute entry regarding Wells Fargo notice of default | 0.15 | 75.00 | CMG |
|  | Review minute entry regarding order for notice and hearing on disclosure statement | 0.15 | 75.00 | CMG |
|  | Review minute entry on Bank of Wiggins Motion for Relief From Stay | 0.15 | 75.00 | CMG |
|  | Review minute entry on Motion to Assume or Reject executory contract | 0.05 | 25.00 | CMG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Review debtor's payments to creditors made within 90 days before case filing | 0.15 | 60.00 | CJS |
| May-15-26 | Review memos to/from Alan Smith regarding default | 0.10 | 50.00 | CMG |
| | Review memos to/from accounting firm regarding getting employed and paid | 0.25 | 125.00 | CMG |
| | Receipt and review of Wells Fargo's Notice of 2nd Event of Default; calendar deadline to cure default | 0.10 | 25.00 | KLC |
| May-17-26 | Review memos to/from Mr. Mattocks, Mr. Burnsed regarding PrePass account, curing defaults and assumption issues | 0.25 | 125.00 | CMG |
| May-19-26 | Review memos to/from William Kennedy (counsel for PrePass) re restructuring defaults on PrePass contract | 0.25 | 125.00 | CMG |
| | Work on demand letter to American Express for refund of preferential payments within 90 days of the case filing | 0.70 | 280.00 | CJS |
| | Email to Don Mattocks re payments made to Systems 9 Business Solutions within 90 days of the case filing | 0.10 | 40.00 | CJS |
| May-20-26 | Review memos to/from Marleen at PrePass re status of case and efforts to resolve delinquencies | 0.20 | 100.00 | CMG |
| May-21-26 | Review memos to/from Paul Murphy, review draft Bank of Wiggins order | 0.55 | 275.00 | CMG |
| | Telephone conference with Paul Murphy approving Bank of Wiggins interim order | 0.20 | 100.00 | CMG |
| May-22-26 | Dictation of response to Wells Fargo notice of default; review and revision of same | 0.30 | 150.00 | CMG |
| | Review memos to/from Don Mattocks regarding payment due date to Bank of Wiggins, lack of entry of order and delivery of check to Bank of Wiggins | 0.20 | 100.00 | CMG |
| | Review memos to/from CS regarding initial analysis of preferences | 0.25 | 125.00 | CMG |
| | Assist CMG drafting Response re Wells Fargo's 2nd Notice of Default | 0.15 | 37.50 | KLC |

Invoice #:   348455                Page   39                                July 27, 2026

|  |  |  |  |  |
|---|---|---|---|---|
|  | opportunity re order granting adequate protection |  |  |  |
|  | Receive and review agreed order on Bank of Wiggins' motion for relief from the automatic stay (.10); email to Don Mattocks re same (.10) | 0.20 | 80.00 | CJS |
|  | Receipt and review of hearing notice re Wells Fargo's 2nd Notice of Default; calendar hearing date to trigger preparation of hearing folder | 0.10 | 25.00 | KLC |
|  | Receipt and review of Show Cause Order re order on Midland's Motion for Relief from Stay; calendar hearing date to trigger preparation of hearing folder | 0.10 | 25.00 | KLC |
| May-29-26 | Review memos to/from Jack Schultz, review draft PNC order and approve same | 0.50 | 250.00 | CMG |
|  | Dictation of memo to Don Mattocks regarding payment instructions on PNC order | 0.10 | 50.00 | CMG |
|  | Receipt and review of Order re Midland's Motion for Relief from Stay; calendar deadline to begin payments | 0.10 | 25.00 | KLC |
| May-30-26 | Review memos to/from Mr. Mattocks regarding payment to PrePass; need for further cash flow and specific information on month to month basis for more detailed line items | 0.20 | 100.00 | CMG |
|  | Review memos to/from Mr. Evans regarding mistakes in monthly operating report with line items entries for leases as credits/debits in preparation for additional funding from Waters International | 0.20 | 100.00 | CMG |
| Jun-01-26 | Email to Don Mattocks re adequate protection payments to be made to Midland States Bank (North Mill Credit Trust) per the agreed order on the motion for relief from the automatic stay | 0.20 | 80.00 | CJS |
|  | Review email from Don Mattocks re payment information for Midland States Bank; email to Bob Byrd re same; receive ACH instructions from Bob Byrd and forward same to Don Mattocks | 0.15 | 60.00 | CJS |

| Date | Description | | | |
|---|---|---|---|---|
| | Dictation of first addendum to disclosure statement | 0.85 | 425.00 | CMG |
| | Review projected cash flow amendments and supplements | 0.35 | 175.00 | CMG |
| | Review and revision of first addendum to disclosure statement | 0.35 | 175.00 | CMG |
| | Review and respond to email from Ken Kleppinger, counsel for American Express, re debtor demand letter on preferential transfers | 0.10 | 40.00 | CJS |
| | Assist CMG drafting and revising 1st Addendum to DS | 0.60 | 150.00 | KLC |
| Jun-09-26 | Review email from Don Mattocks re returned payment from Simmons Bank (.10); email to counsel for Simmons Bank re same (.10) | 0.20 | 80.00 | CJS |
| | Email to Don Mattocks and Kacy Burnsed re adequate protection payment to be made to PNC Bank | 0.05 | 20.00 | CJS |
| | Assist CMG drafting Application to Employ Idle Smart, Notice, Certificate of Service and Order re same | 0.20 | 50.00 | KLC |
| Jun-10-26 | Review memos to/from Vickie Watts regarding mistake in monthly operating reports by counting insurance payments twice; correction of April monthly operating report | 0.75 | 375.00 | CMG |
| | Review email from US Trustee trial attorney Steve Usry re proof of current insurance; email to Don Mattocks re same | 0.10 | 40.00 | CJS |
| Jun-11-26 | Review and respond to email from Kacy Burnsed re status of Justin and Anderson's motion to lift automatic stay on insurance claim | 0.20 | 80.00 | CJS |
| | Email to Nick Grillo, counsel for Justin and Anderson, re status of Justin and Anderson's motion to lift automatic stay on insurance claim | 0.20 | 80.00 | CJS |
| Jun-12-26 | Extended telephone conference with Steven Evans regarding deductions/expense errors in | 0.30 | 150.00 | CMG |

|  | | | | |
|---|---|---|---|---|
|  | and Mr. Mattocks regarding restating of April and May monthly operating reports, 2025 financial result | | | |
|  | Assist CMG drafting Motion to Assume Service Agreement with Idle Smart, Notice, Certificate of Service and Order re same | 0.30 | 75.00 | KLC |
| Jun-18-26 | Review letter from Ken Kleppinger, CS regarding American Express new value and defenses and comment on same to CS | 0.25 | 125.00 | CMG |
|  | Review email and letter from Ken Kleppinger, counsel for American Express, re Amex response to debtor demand letter on preferential transfers | 0.10 | 40.00 | CJS |
|  | Organize and supervise mailout of 1st Addendum to DS | 0.60 | 150.00 | KLC |
| Jun-19-26 | Respond to email and letter from Ken Kleppinger, counsel for American Express, re Amex response to debtor demand letter on preferential transfers | 0.20 | 80.00 | CJS |
| Jun-22-26 | Review memos to/from Kacy Burnsed, Matt Miller regarding Arevalo claims and court approval of settlement | 0.25 | 125.00 | CMG |
|  | Review email from Bob Byrd, counsel for Midland States Bank, re coordination between debtor and bank for collateral inspection; email to Don Mattocks re same | 0.10 | 40.00 | CJS |
|  | Review email from Don Mattocks to bank representative re status of trucks; review email from bank representative re same | 0.10 | 40.00 | CJS |
|  | Assist CMG revising Motion to Assume Service Agreement with Idle Smart and Order re same | 0.10 | 25.00 | KLC |
| Jun-24-26 | Review issues concerning ACH transfers and best method of payment to Simmons under the circumstances that exists and having ACH payments returned by the bank | 0.20 | 100.00 | CMG |
|  | Review memo from Lauren Weber regarding payments to Simmons Bank | 0.10 | 50.00 | CMG |
|  | Review email from Don Mattocks re return of debtor payments from Simmons Bank; review | 0.10 | 40.00 | CJS |

| Invoice #: | 348455 | Page   45 | | July 27, 2026 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | Review Wells Fargo's limited objection to the debtor's First Addendum to DS | 0.05 | 20.00 | CJS |
| | | Review PNC Bank's limited objection to the debtor's First Addendum to DS | 0.05 | 20.00 | CJS |
| | | Review Bank of Wiggins' objection to the debtor's First Addendum to DS | 0.10 | 40.00 | CJS |
| | | Review agreed order granting limited stay relief for Lloyd Austin and Keisha Jackson Anderson in bodily injury case; email same to Kacy Burnsed | 0.10 | 40.00 | CJS |
| Jul-06-26 | | Review memos to/from Sylvie Robinson regarding absence from 7/9 hearing | 0.20 | 100.00 | CMG |
| Jul-07-26 | | Review memos to/from Mr. Mattocks regarding Sumitomo payments and lift stay motion | 0.20 | 100.00 | CMG |
| Jul-08-26 | | Review email from Dianne Sossaman, Midland States representative, and email from Don Mattocks, re inspection of collateral | 0.10 | 40.00 | CJS |
| | | Review file and court docket re: 7/9/26 hearing on 1st Addendum to Disclosure Statement; prepare hearing folder and exhibits for same | 0.75 | 187.50 | KLC |
| Jul-09-26 | | Review minute entries from hearings and disclosure statement matters | 0.20 | 100.00 | CMG |
| | | Review objections to disclosure statement | 0.75 | 375.00 | CMG |
| | | Attended hearing on objections to disclosure statement | 2.00 | 1,000.00 | CMG |
| Jul-10-26 | | Review order resetting hearing on disclosure statement | 0.20 | 100.00 | CMG |
| | | Review memos to/from Mr. Mattocks regarding inspection of tractors by Midland and logistics of same | 0.10 | 50.00 | CMG |
| | | Review memos to/from Evan Goldstein (Webster counsel) regarding status of plan confirmation hearing | 0.20 | 100.00 | CMG |
| | | Receipt and review of Order Resetting Hearing re BOW's Objection to 1st Addendum | 0.10 | 25.00 | KLC |

Invoice #:     348455                    Page   47                                July 27, 2026

| | | | | |
|---|---|---|---|---|
| Jul-19-26 | Review memos to/from Don Mattocks; Review updated cash flow budget as of July 15, 2026, and related matters; Dictation of memo to client regarding diesel prices | 0.25 | 125.00 | CMG |
| | Review memos to/from Matt Kye, client regarding Sumitomo claim and treatment of it under the plan consistent with our prior agreement. | 0.20 | 100.00 | CMG |
| | Review memos to/from Alan Smith, review draft Wells Fargo order and comment on same to client | 0.55 | 275.00 | CMG |
| Jul-20-26 | Review memos to/from Don Mattocks, Alan Smith regarding acceptance of Wells Fargo offer of adequate protection and restructuring | 0.10 | 50.00 | CMG |
| | Review memo of Alan Smith confirming agreements from BOA and Navistar | 0.05 | 25.00 | CMG |
| Jul-21-26 | Review memos to/from Sylvie Robinson regarding content of order on disclosure statement objection | 0.20 | 100.00 | CMG |
| | Review additional memos to/from S. Robinson, D. Mattocks regarding possible discount for lump sum payment of MDOR claim, brief review of MDOR proofs of claim | 0.25 | 125.00 | CMG |
| | Receive email from Don Mattocks re returned payment by PNC Bank; email to Jack Schultz, counsel for PNC, re same | 0.20 | 80.00 | CJS |
| | Receive and review Wells Fargo's motion to withdraw notice of second default and cure opportunity | 0.10 | 40.00 | CJS |
| Jul-22-26 | Email to Eric Stollsteimer re receipt of settlement check from American Express | 0.05 | 20.00 | CJS |
| | Receive and review order granting debtor's Rule 9019 motion to settle and compromise disputed claims with American Express | 0.10 | 40.00 | CJS |
| | Receive and review agreed order correcting disclosure statement and first addendum re treatment of PNC Bank | 0.05 | 20.00 | CJS |
| | Receive and review order on Wells Fargo's motion to withdraw notice of second event of default and cure opportunity | 0.05 | 20.00 | CJS |

Invoice #:     348455                Page    49                                July 27, 2026

|  |  |  |
|---|---|---|
|  | Long Distance | 6.13 |
|  | Long Distance | 2.13 |
| May-07-26 | Long Distance | 1.13 |
|  | Transportation (parking fee) | 7.50 |
| May-11-26 | Photocopies 18 @ $.25/page | 4.50 |
|  | Postage 2 @ $.74 - Joey Ferguson | 1.48 |
| May-12-26 | Long Distance | 4.13 |
| May-20-26 | Photocopies 158 @ $.25/page | 39.50 |
|  | Postage 1 @ $.74 - American Express | 0.74 |
| Jun-03-26 | Long Distance | 1.00 |
| Jun-04-26 | Transportation (Parking Fee) | 5.00 |
| Jun-11-26 | Mileage 362 miles @ .725 = $262.45 | 262.45 |
| Jun-18-26 | Postage 29 @ $.74 - Mailout | 21.46 |
| Jun-26-26 | Photocopies 303 pages @ $.25/page - Mailouts on 6/18, 6/26 | 75.75 |
|  | Postage 7 @ $.74 - Mailout | 5.18 |
| Jul-09-26 | Parking | 7.50 |
| Jul-15-26 | Long Distance | 3.00 |

Totals                                                       $2,311.44

**Total Fee & Disbursements**                                **$80,865.19**

## SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | **$500.00** | **111.30** | **$55,650.00** |
| **Christopher J. Steiskal** | **$400.00** | **43.15** | **$17,260.00** |
| **Amanda W. Molpus** | **$125.00** | **0.75** | **$93.75** |
| **Kathryn L. Carter** | **$250.00** | **22.20** | **$5,550.00** |

TAX ID Number      45-4013160