## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BIG LEVEL TRUCKING, INC.**            **CHAPTER 11**
            **Debtor**                                  **CASE NO. 25-51204-KMS**

### NOTICE

TO:     ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, the Law Offices of Geno and Steiskal, PLLC has filed its *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), covering the period from October 29, 2025, to and including July 24, 2026, and is for the sum of $80,865.19 ($78,553.75 in fees and $2,311.44 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from Katie Carter kcarter@cmgenolaw.com. If no objections are filed within **twenty-one (21) days** from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy served upon Craig M. Geno of the Law Offices of Geno and Steiskal, PLLC, the attorneys for the Debtor, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157, the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

SO NOTICED, this, the 30 day of July, 2026.

Respectfully submitted,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
           Craig M. Geno

-2-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Fee Apps\LOGS\2nd\Notice.wpd