_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **BIG LEVEL TRUCKING, INC.,**            **CASE NO. 25-51204 KMS**

          **DEBTOR(S).**                  **CHAPTER 11**

## <u>ORDER DISMISSING ORDER TO SHOW CAUSE</u>

There came on for consideration the Order to Show Cause (Dkt. #556) entered on

July 24, 2026, to show cause why sanctions or other relief should not be imposed for failure to

submit the order on the Objection to Debtor's First Addendum to Disclosure Statement filed by the

Mississippi Department of Revenue (Dkt. #537) in the above-styled case.   The Court, having

considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##