

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **BIG LEVEL TRUCKING** | **CASE NO  25-51204 - KMS** |
| **DEBTOR** | **CHAPTER 11** |

### AGREED ORDER RESOLVING MISSISSIPPI DEPARTMENT OF REVENUE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION

**THIS MATTER** came before the Court on the Mississippi Department of Revenue's *Objection* (Dkt. #537) to the Debtor's *First Addendum to the Disclosure Statement* (Dkt. #525) ("Addendum"). The Court, finding that the Debtor and the Mississippi Department of Revenue ("MDOR") have come to an agreement to resolve the Objection as set forth below; orders as follows:

**IT IS ORDERED AND ADJUDGED THAT** Paragraph 4 of the Addendum is amended to include the provisions below:

a.      Post-petition taxes projected to be owed to MDOR by the Debtor total approximately $30,000 a month ($25,000 in withholding taxes and $5,000 in IFTA fuel taxes). Exhibit A to the Addendum has accounted for and included these payment obligations in the amounts set forth in the Payroll Taxes and Fuel Costs categories,

1

respectively.

b.        Priority taxes owed to MDOR by the Debtor total $24,868.00. To the extent the Debtor does not pay the priority tax in full on the Effective Date from Surplus Cash or as otherwise agreed to by the parties, in order to pay the priority taxes in full in equal monthly installment payments for the period beginning on an assumed Effective Date of  9/30/2026 and ending no later than the 60 month anniversary of the date of the order for relief, along with non-bankruptcy interest in accordance with sections 511 and 1129(a)(9)(C) of the Bankruptcy Code and Mississippi.state tax law, the projected payment will approximately $600 month. Exhibit A to the Addendum has accounted for and included this $600 monthly payment obligation in the Payroll Taxes category.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** this Order amends the Disclosure Statement and the Addendum with respect to the matters set forth herein, and these amendments have full force and effect as if originally set forth in the Disclosure Statement and the Addendum.

**IT IS FUTHER ORDERED AND ADJUDGED THAT** the right of MDOR to object to the Plan is preserved and not limited by its previous objections to the Disclosure Statement, the Addendum or by the contents of this Order.

**##END OF ORDER##**

Prepared, submitted, and agreed to by:

Agreed to by:

*/s/ Sylvie D. Robinson*
Sylvie D. Robinson (MSB # 8931)
Mississippi Department of Revenue
Post Office Box 22828
Jackson, MS 39225
Sylvie.robinson@dor.ms.gov
601.923.7410

*/s/ Craig Geno*
Craig Geno (MS Bar No. 4793)
Attorney for Big Level Trucking, Inc.
GENO AND STEISKAL, PLLC
601 Renaissance Way – Suite A
Ridgeland, MS 39157
cmgeno@cmgenolaw.com
601.427.0048

2