08/03/2026 0851

**Income Statement**
Big Level Trucking, Inc.
For Period 04/01/2026 to 04/30/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| TRUCKING INCOME | $9,609.07 | 0.3% | $69,250.99 | 0.5% |
| TRUCKING INCOME VAN WIGGINS | 2,297,240.16 | 66.2 | 8,933,690.81 | 69.8 |
| TRUCKING INCOME FLAT WIGGINS | 288,722.22 | 8.3 | 930,633.08 | 7.3 |
| TRUCKING INCOME POLE WIGGINS | 66,180.00 | 1.9 | 214,149.01 | 1.7 |
| TRUCKING INCOME SAND WIGGINS | 143,785.48 | 4.1 | 488,042.95 | 3.8 |
| TRUCKING INCOME SHAG WIGGINS | 10,529.91 | 0.3 | 20,513.65 | 0.2 |
| INCOME - HAULING | 9,587.86 | 0.3 | 15,473.44 | 0.1 |
| INCOME - HAULING VAN WIGGINS | 181.15 | 0.0 | 7,919.22 | 0.1 |
| INCOME - HAULING FLAT WIGGIN | (24.84) | 0.0 | 56.90 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 130.96 | 0.0 | 157.62 | 0.0 |
| FUELSURCHARGE | 1,208.66 | 0.0 | 9,505.86 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 549,294.70 | 15.8 | 1,805,998.29 | 14.1 |
| FUELSURCHARGE FLAT WIGGINS | 42,639.87 | 1.2 | 144,245.29 | 1.1 |
| FUELSURCHARGE SAND WIGGINS | 33,995.53 | 1.0 | 101,138.81 | 0.8 |
| FUELSURCHARGE SHAG WIGGINS | 2,924.94 | 0.1 | 3,981.25 | 0.0 |
| LUMPER VAN WIGGINS | 2,437.17 | 0.1 | 12,597.84 | 0.1 |
| LUMPER FLAT WIGGINS | 0.00 | 0.0 | 96.52 | 0.0 |
| LUMPER SAND WIGGINS | 0.00 | 0.0 | 459.34 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,250.00 | 0.0 |
| Accessorial Charges | 600.00 | 0.0 | 3,750.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Accessorial Charges Shag | 75.00 | 0.0 | 75.00 | 0.0 |
| Detention Charges | 100.00 | 0.0 | 1,500.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 5,052.22 | 0.1 | 31,232.01 | 0.2 |
| EXPENSE REIMBURSEMENTS | (290.17) | 0.0 | (290.17) | 0.0 |
| INCOME-OTHER | 4,535.00 | 0.1 | 4,910.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 550.00 | 0.0 | 2,418.00 | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 3,469,064.89 | 100.0 | 12,803,705.71 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 5,314.52 | 0.2 | 22,740.82 | 0.2 |
| Lumper Expense Van Wiggins | 687.00 | 0.0 | 3,268.07 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,252,135.30 | 36.1 | 5,197,356.41 | 40.6 |
| CONTRACT HAULING/VAN WIGG | 55,711.16 | 1.6 | 177,056.54 | 1.4 |
| CONTRACT HAULING/FLAT WIGG | 36,977.57 | 1.1 | 116,834.38 | 0.9 |
| CONTRACT LABOR | 5,420.00 | 0.2 | 31,462.22 | 0.2 |
| DAMAGES & CLAIMS PAID | (2,961.31) | (0.1) | (1,961.31) | 0.0 |
| DEPRECIATION | 122,791.60 | 3.5 | 491,166.40 | 3.8 |
| FEES - OTHERS | (43,963.16) | (1.3) | (52,597.06) | (0.4) |
| FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | 235.00 | 0.0 |
| FINES & PENALTIES | 270.00 | 0.0 | 1,321.88 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 1,099,356.41 | 31.7 | 3,677,342.60 | 28.7 |
| FUEL - DIESEL GAS & OIL/VAN | 220.00 | 0.0 | 1,414.83 | 0.0 |
| FUEL - DIESEL GAS & OIL/FLAT | 6,769.79 | 0.2 | 23,173.97 | 0.2 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 200.00 | 0.0 |
| INSURANCE | 237,498.21 | 6.8 | 1,269,769.94 | 9.9 |
| INSURANCE - HEALTH | 23,189.12 | 0.7 | 124,477.01 | 1.0 |
| INSURANCE O/O OCC/ACC | (872.97) | 0.0 | (371.08) | 0.0 |
| INSURANCE O/O PHYS DAM | (526.11) | 0.0 | (1,827.54) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (470.73) | 0.0 |
| Insurance - Colonial Life | 3,564.36 | 0.1 | 23,988.62 | 0.2 |
| INTEREST | 7,533.95 | 0.2 | 8,849.35 | 0.1 |
| LEASED EQUIPMENT | 17,602.40 | 0.5 | 60,334.06 | 0.5 |
| LEASED EQUIPMENT VAN | 280,657.17 | 8.1 | 700,223.61 | 5.5 |
| TWIC and Escort Expense | 274.00 | 0.0 | 3,108.91 | 0.0 |
| TWIC and Escort Expense/Van | 150.00 | 0.0 | 2,208.00 | 0.0 |
| TWIC and Escort Expense/Flat | 0.00 | 0.0 | 575.00 | 0.0 |
| TWIC Escort Sand Wiggins | 112.50 | 0.0 | 112.50 | 0.0 |
| TWIC and Escort Expense/Shag | 75.00 | 0.0 | 525.00 | 0.0 |

**Income Statement**

Big Level Trucking, Inc.

For Period 04/01/2026 to 04/30/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| MEDICAL & TESTING | 270.00 | 0.0 | 12,829.36 | 0.1 |
| OPERATING SUPPLIES/Expense | 32,919.96 | 0.9 | 120,721.93 | 0.9 |
| OPERATING SUPPLIES/VAN | 296.38 | 0.0 | 3,827.06 | 0.0 |
| OPERATING SUPPLIES/FLAT | (74.36) | 0.0 | 976.00 | 0.0 |
| REPAIRS - TRUCKS SHOP | 124,053.06 | 3.6 | 141,088.21 | 1.1 |
| REPAIR- TRAILER/VAN SHOP | 5,219.04 | 0.2 | 5,219.04 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 5,989.13 | 0.2 | 26,738.23 | 0.2 |
| REPAIRS - OTHER | 165.65 | 0.0 | (10,745.90) | (0.1) |
| REPAIRS - OTHER VAN | 100.90 | 0.0 | 492.22 | 0.0 |
| OTR Repairs Trucks | 142,155.18 | 4.1 | 507,235.29 | 4.0 |
| OTR Repairs Trailer Van | 0.00 | 0.0 | 43.96 | 0.0 |
| SALARY- DRIVER TRAINING | 530.00 | 0.0 | 1,330.00 | 0.0 |
| SALARIES - TRUCKING | 67,352.23 | 1.9 | 319,761.27 | 2.5 |
| SALARIES - TRUCKING VAN WIGG | 511,623.80 | 14.7 | 1,985,194.26 | 15.5 |
| SALARIES - TRUCKING FLAT WIG | 61,406.75 | 1.8 | 194,211.25 | 1.5 |
| SALARIES - TRUCKING POLE WIG | 16,069.87 | 0.5 | 50,228.60 | 0.4 |
| SALARIES - TRUCKING SAND WIG | 26,927.02 | 0.8 | 95,280.67 | 0.7 |
| SALARIES - TRUCKING SHAG WIG | 0.00 | 0.0 | 210.00 | 0.0 |
| Per diem | 0.00 | 0.0 | 2,510.16 | 0.0 |
| Per diem Van Wiggins | 127,639.67 | 3.7 | 536,213.72 | 4.2 |
| Per diem Flat Wiggins | 13,046.20 | 0.4 | 47,472.44 | 0.4 |
| Per diem Pole Wiggins | 3,784.13 | 0.1 | 13,806.10 | 0.1 |
| Per diem Sand Wiggins | 7,182.60 | 0.2 | 28,142.43 | 0.2 |
| SCALES, TOLLS, PERMITS | 58,408.25 | 1.7 | 155,893.65 | 1.2 |
| SCALES & TOLLS VAN WIGGINS | 1,957.25 | 0.1 | 7,432.50 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 35.75 | 0.0 | 118.25 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 103.25 | 0.0 | 191.75 | 0.0 |
| TAXES - PAYROLL | 58,201.26 | 1.7 | 254,162.43 | 2.0 |
| TAXES - FUEL | 1,698.28 | 0.0 | 6,613.06 | 0.1 |
| TAXES - TAGS & PERMITS | 0.00 | 0.0 | 61.61 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 4,125.30 | 0.1 | 16,853.46 | 0.1 |
| Total Cost of Sales | 4,379,062.30 | 126.2 | 16,404,730.72 | 128.1 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (290,740.91) | (8.4) | (1,287,229.91) | (10.1) |
| Lease Operators - Fuel | (514,408.22) | (14.8) | (1,863,773.25) | (14.6) |
| Driver/Per Diem Reimb | (81,187.95) | (2.3) | (359,194.36) | (2.8) |
| Lease Operator Workers Comp | (34,014.38) | (1.0) | (149,864.61) | (1.2) |
| Lease Operator FICA | (22,241.66) | (0.6) | (97,779.27) | (0.8) |
| Lease Operator Health Ins | (6,974.90) | (0.2) | (31,107.97) | (0.2) |
| Lease Operator FUTA SUTA | (479.74) | 0.0 | (2,108.97) | 0.0 |
| Lease Operator ELD | (2,935.64) | (0.1) | (13,479.79) | (0.1) |
| Lease Operator Camera | (2,938.80) | (0.1) | (13,494.30) | (0.1) |
| Lease Operator Phys Damage | (20,432.48) | (0.6) | (95,435.72) | (0.7) |
| Lease Operator Maint | (103,635.85) | (3.0) | (368,921.59) | (2.9) |
| Lease Operator Scale/Toll | (427.76) | 0.0 | (2,041.16) | 0.0 |
| Lease Operator Lumper | (3,162.71) | (0.1) | (10,984.79) | (0.1) |
| Total Lease Operators | (1,083,581.00) | (31.2) | (4,295,415.69) | (33.5) |
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 0.00 | 0.0 | 1,465.02 | 0.0 |
| BANK CHARGES | 1,081.91 | 0.0 | 40,955.31 | 0.3 |
| CORP BILLING FEES | 27,153.59 | 0.8 | 118,778.25 | 0.9 |
| DISCOUNTS/ADJUSTMENTS | 21,121.24 | 0.6 | 58,786.23 | 0.5 |
| RENTAL EXPENSE | 0.00 | 0.0 | (4,576.23) | 0.0 |
| Rental Expense -Tupelo | 0.00 | 0.0 | 12,050.00 | 0.1 |
| LEGAL & PROFESSIONAL | 9,206.80 | 0.3 | 86,683.45 | 0.7 |
| LEGAL & PROFESSIONAL/VAN | (104.92) | 0.0 | (445.91) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (42.36) | 0.0 | (180.03) | 0.0 |
| MEALS & ENTERTAINMENT | 4,599.24 | 0.1 | 5,812.85 | 0.0 |
| MISCELLANEOUS EXPENSE | (525.72) | 0.0 | 7,498.11 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | 1,214.42 | 0.0 | 1,852.06 | 0.0 |

08/03/2026 0851               **Income Statement**               Page 3

Big Level Trucking, Inc.

For Period 04/01/2026 to 04/30/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| REFERRAL BONUS | 4,600.00 | 0.1 | 10,200.00 | 0.1 |
| SALARIES - MECHANICS | 36,002.95 | 1.0 | 150,237.69 | 1.2 |
| SALARIES - OFFICERS | 20,650.00 | 0.6 | 87,762.50 | 0.7 |
| SALARIES - OFFICE | 133,421.18 | 3.8 | 551,998.44 | 4.3 |
| SMALL TOOLS | 0.00 | 0.0 | 1,498.36 | 0.0 |
| TAXES -LICENCES & OTHER | 11,677.45 | 0.3 | 46,709.80 | 0.4 |
| TELEPHONE & COMMUNICATIONS | 1,176.81 | 0.0 | 11,883.96 | 0.1 |
| IT / Computer | 5,325.39 | 0.2 | 52,938.69 | 0.4 |
| BAD DEBT | 6,792.60 | 0.2 | 14,700.51 | 0.1 |
| WRITE OFF | 20,862.50 | 0.6 | 23,622.24 | 0.2 |
| UNIFORMS | 0.00 | 0.0 | 5,817.83 | 0.0 |
| UTILITIES | 5,019.89 | 0.1 | 15,908.28 | 0.1 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 309,232.97 | 8.9 | 1,301,957.42 | 10.2 |
| Total Expenses | 3,604,714.27 | 103.9 | 13,411,272.45 | 104.7 |
| Income from Operations | (135,649.38) | (3.9) | (607,566.74) | (4.7) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | (135,649.38) | (3.9) | (607,270.31) | (4.7) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($135,649.38) | (3.9) % | ($607,270.31) | (4.7)% |