# MOR Supplement April 2026

## Big Level Trucking

## Lease/Purchase Payments

Date:  5/4/26

| Name | Amount |
|---|---|
| H&P Trailer Lease (catchup $15.4k wk) | $   229,957.95 |
| Xtra Trailer Lease (catchup $1k wk) | $     16,645.35 |
| Trustmark Tractor Purchase | $     10,750.00 |
| Penske Tractor Lease (catchup 3.5k wk) | $     26,500.00 |
| Navitas | $       5,093.70 |
| M&T Purchase | $       2,790.70 |
| Crossroads Purchase | $          872.10 |
| BMO Purchase | $       1,201.95 |
| Mitsubishi Purchase | $          464.50 |
| Navistar Purchase | $     15,856.15 |
| BOA Purchase | $       1,644.25 |
| Webster Purchase | $          957.05 |
| Wells Fargo (catchup:caught up) | $     12,725.84 |
| Bank of Wiggins (LOC) | $       4,235.52 |
| Total | $   325,459.54 |