08/03/2026 1006 **Income Statement** Page 1

Big Level Trucking, Inc.

For Period 05/01/2026 to 05/31/2026

| | Current Period | | Year To Date | |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| TRUCKING INCOME | $4,147.50 | 0.1% | $73,398.49 | 0.5% |
| TRUCKING INCOME VAN WIGGINS | 2,217,431.22 | 65.8 | 11,151,122.03 | 68.9 |
| TRUCKING INCOME FLAT WIGGINS | 281,440.61 | 8.3 | 1,212,073.69 | 7.5 |
| TRUCKING INCOME POLE WIGGINS | 66,145.00 | 2.0 | 280,294.01 | 1.7 |
| TRUCKING INCOME SAND WIGGINS | 157,110.22 | 4.7 | 645,153.17 | 4.0 |
| TRUCKING INCOME SHAG WIGGINS | 16,995.09 | 0.5 | 37,508.74 | 0.2 |
| INCOME - HAULING | 6,017.02 | 0.2 | 21,490.46 | 0.1 |
| INCOME - HAULING VAN WIGGINS | 657.60 | 0.0 | 8,576.82 | 0.1 |
| INCOME - HAULING FLAT WIGGIN | 0.00 | 0.0 | 56.90 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 92.40 | 0.0 | 250.02 | 0.0 |
| FUELSURCHARGE | 771.64 | 0.0 | 10,277.50 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 537,034.50 | 15.9 | 2,343,032.79 | 14.5 |
| FUELSURCHARGE FLAT WIGGINS | 34,046.38 | 1.0 | 178,291.67 | 1.1 |
| FUELSURCHARGE SAND WIGGINS | 35,489.30 | 1.1 | 136,628.11 | 0.8 |
| FUELSURCHARGE SHAG WIGGINS | 1,946.49 | 0.1 | 5,927.74 | 0.0 |
| LUMPER VAN WIGGINS | 792.28 | 0.0 | 13,390.12 | 0.1 |
| LUMPER FLAT WIGGINS | 0.00 | 0.0 | 96.52 | 0.0 |
| LUMPER SAND WIGGINS | 252.00 | 0.0 | 711.34 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,250.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 3,750.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Accessorial Charges Shag | 0.00 | 0.0 | 75.00 | 0.0 |
| Detention Charges | 0.00 | 0.0 | 1,500.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 12,565.25 | 0.4 | 43,797.26 | 0.3 |
| EXPENSE REIMBURSEMENTS | (470.79) | 0.0 | (760.96) | 0.0 |
| INCOME-OTHER | (25.00) | 0.0 | 4,885.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | (394.00) | 0.0 | 2,024.00 | 0.0 |
| INCOME-OTHER SAND WIGGINS | (150.00) | 0.0 | (150.00) | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 3,371,894.71 | 100.0 | 16,175,600.42 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 6,533.97 | 0.2 | 29,274.79 | 0.2 |
| Lumper Expense Van Wiggins | 2,358.40 | 0.1 | 5,626.47 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,571,373.30 | 46.6 | 6,768,729.71 | 41.8 |
| CONTRACT HAULING/VAN WIGG | 47,625.23 | 1.4 | 224,681.77 | 1.4 |
| CONTRACT HAULING/FLAT WIGG | 18,257.77 | 0.5 | 135,092.15 | 0.8 |
| CONTRACT LABOR | 7,982.49 | 0.2 | 39,444.71 | 0.2 |
| DAMAGES & CLAIMS PAID | 0.00 | 0.0 | (1,961.31) | 0.0 |
| DEPRECIATION | 122,791.60 | 3.6 | 613,958.00 | 3.8 |
| FEES - OTHERS | (6,410.58) | (0.2) | (59,007.64) | (0.4) |
| FEES - OTHERS VAN WIGGINS | (200.00) | 0.0 | 35.00 | 0.0 |
| FEES - OTHERS SAND WIGGINS | (100.00) | 0.0 | (100.00) | 0.0 |
| FINES & PENALTIES | 2,603.00 | 0.1 | 3,924.88 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 1,068,999.81 | 31.7 | 4,746,342.41 | 29.3 |
| FUEL - DIESEL GAS & OIL/VAN | 4,586.82 | 0.1 | 6,001.65 | 0.0 |
| FUEL - DIESEL GAS & OIL/FLAT | 0.00 | 0.0 | 23,173.97 | 0.1 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 200.00 | 0.0 |
| INSURANCE | 447,153.64 | 13.3 | 1,716,923.58 | 10.6 |
| INSURANCE - HEALTH | 9.20 | 0.0 | 124,486.21 | 0.8 |
| INSURANCE O/O OCC/ACC | 979.12 | 0.0 | 608.04 | 0.0 |
| INSURANCE O/O PHYS DAM | (719.94) | 0.0 | (2,547.48) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (138.45) | 0.0 | (609.18) | 0.0 |
| Insurance - Colonial Life | 1,995.44 | 0.1 | 25,984.06 | 0.2 |
| INTEREST | 4,727.59 | 0.1 | 13,576.94 | 0.1 |
| LEASED EQUIPMENT | 10,690.51 | 0.3 | 71,024.57 | 0.4 |
| LEASED EQUIPMENT VAN | 146,972.01 | 4.4 | 847,195.62 | 5.2 |
| TWIC and Escort Expense | 105.00 | 0.0 | 3,213.91 | 0.0 |
| TWIC and Escort Expense/Van | 0.00 | 0.0 | 2,208.00 | 0.0 |
| TWIC and Escort Expense/Flat | 338.00 | 0.0 | 913.00 | 0.0 |

**Income Statement**
Big Level Trucking, Inc.
For Period 05/01/2026 to 05/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| TWIC Escort Sand Wiggins | 0.00 | 0.0 | 112.50 | 0.0 |
| TWIC and Escort Expense/Shag | 0.00 | 0.0 | 525.00 | 0.0 |
| MEDICAL & TESTING | 5,372.78 | 0.2 | 18,202.14 | 0.1 |
| OPERATING SUPPLIES/Expense | 26,783.64 | 0.8 | 147,505.57 | 0.9 |
| OPERATING SUPPLIES/VAN | 756.01 | 0.0 | 4,583.07 | 0.0 |
| OPERATING SUPPLIES/FLAT | 238.82 | 0.0 | 1,214.82 | 0.0 |
| OPERATING SUPPLIES/SHAG | 109.61 | 0.0 | 109.61 | 0.0 |
| REPAIRS - TRUCKS SHOP | 122,494.75 | 3.6 | 263,582.96 | 1.6 |
| REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 5,219.04 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 0.00 | 0.0 | 26,738.23 | 0.2 |
| REPAIRS - OTHER | 192.90 | 0.0 | (10,553.00) | (0.1) |
| REPAIRS - OTHER VAN | 52.50 | 0.0 | 544.72 | 0.0 |
| OTR Repairs Trucks | 126,443.77 | 3.7 | 633,679.06 | 3.9 |
| OTR Repairs Trailer Van | 676.25 | 0.0 | 720.21 | 0.0 |
| OTR Repair Tire & Tube Truck | 809.13 | 0.0 | 809.13 | 0.0 |
| SALARY- DRIVER TRAINING | 60.00 | 0.0 | 1,390.00 | 0.0 |
| SALARIES - TRUCKING | 94,325.09 | 2.8 | 414,086.36 | 2.6 |
| SALARIES - TRUCKING VAN WIGG | 421,153.60 | 12.5 | 2,406,347.86 | 14.9 |
| SALARIES - TRUCKING FLAT WIG | 43,905.65 | 1.3 | 238,116.90 | 1.5 |
| SALARIES - TRUCKING POLE WIG | 14,249.80 | 0.4 | 64,478.40 | 0.4 |
| SALARIES - TRUCKING SAND WIG | 30,374.30 | 0.9 | 125,654.97 | 0.8 |
| SALARIES - TRUCKING SHAG WIG | 3,424.16 | 0.1 | 3,634.16 | 0.0 |
| Per diem | 0.00 | 0.0 | 2,510.16 | 0.0 |
| Per diem Van Wiggins | 155,560.39 | 4.6 | 691,774.11 | 4.3 |
| Per diem Flat Wiggins | 18,235.19 | 0.5 | 65,707.63 | 0.4 |
| Per diem Pole Wiggins | 5,593.70 | 0.2 | 19,399.80 | 0.1 |
| Per diem Sand Wiggins | 9,969.17 | 0.3 | 38,111.60 | 0.2 |
| Per diem Shag Wiggins | 615.77 | 0.0 | 615.77 | 0.0 |
| SCALES, TOLLS, PERMITS | 21,861.00 | 0.6 | 177,754.65 | 1.1 |
| SCALES & TOLLS VAN WIGGINS | 1,861.00 | 0.1 | 9,293.50 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 111.50 | 0.0 | 229.75 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 40.75 | 0.0 | 232.50 | 0.0 |
| TAXES - PAYROLL | 72,928.94 | 2.2 | 327,091.37 | 2.0 |
| TAXES - FUEL | 18,445.15 | 0.5 | 25,058.21 | 0.2 |
| TAXES - TAGS & PERMITS | 93.60 | 0.0 | 155.21 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 8,631.22 | 0.3 | 25,484.68 | 0.2 |
|     Total Cost of Sales | 4,663,884.07 | 138.3 | 21,068,614.79 | 130.2 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (350,281.47) | (10.4) | (1,637,511.38) | (10.1) |
| Lease Operators - Fuel | (610,415.77) | (18.1) | (2,474,189.02) | (15.3) |
| Driver/Per Diem Reimb | (96,692.00) | (2.9) | (455,886.36) | (2.8) |
| Lease Operator Workers Comp | (40,902.01) | (1.2) | (190,766.62) | (1.2) |
| Lease Operator FICA | (26,796.55) | (0.8) | (124,575.82) | (0.8) |
| Lease Operator Health Ins | (8,457.46) | (0.3) | (39,565.43) | (0.2) |
| Lease Operator FUTA SUTA | (577.95) | 0.0 | (2,686.92) | 0.0 |
| Lease Operator ELD | (3,613.81) | (0.1) | (17,093.60) | (0.1) |
| Lease Operator Camera | (3,617.70) | (0.1) | (17,112.00) | (0.1) |
| Lease Operator Phys Damage | (29,952.50) | (0.9) | (125,388.22) | (0.8) |
| Lease Operator Maint | (122,292.01) | (3.6) | (491,213.60) | (3.0) |
| Lease Operator Scale/Toll | (824.98) | 0.0 | (2,866.14) | 0.0 |
| Lease Operator Lumper | (3,869.61) | (0.1) | (14,854.40) | (0.1) |
|     Total Lease Operators | (1,298,293.82) | (38.5) | (5,593,709.51) | (34.6) |
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 0.00 | 0.0 | 1,465.02 | 0.0 |
| BANK CHARGES | 1,097.21 | 0.0 | 42,052.52 | 0.3 |
| CORP BILLING FEES | 29,583.57 | 0.9 | 148,361.82 | 0.9 |
| DISCOUNTS/ADJUSTMENTS | 6,625.53 | 0.2 | 65,411.76 | 0.4 |
| RENTAL EXPENSE | (2,288.11) | (0.1) | (6,864.34) | 0.0 |
| Rental Expense -Tupelo | 0.00 | 0.0 | 12,050.00 | 0.1 |
| LEGAL & PROFESSIONAL | 19,771.00 | 0.6 | 106,454.45 | 0.7 |

08/03/2026 1006

**Income Statement**

Page 3

Big Level Trucking, Inc.

For Period 05/01/2026 to 05/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| LEGAL & PROFESSIONAL/VAN | (131.15) | 0.0 | (577.06) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (232.98) | 0.0 |
| MEALS & ENTERTAINMENT | 0.00 | 0.0 | 5,812.85 | 0.0 |
| MISCELLANEOUS EXPENSE | 9,510.20 | 0.3 | 17,008.31 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | 728.10 | 0.0 | 2,580.16 | 0.0 |
| REFERRAL BONUS | 6,000.00 | 0.2 | 16,200.00 | 0.1 |
| SALARIES - MECHANICS | 46,064.74 | 1.4 | 196,302.43 | 1.2 |
| SALARIES - OFFICERS | 28,559.70 | 0.8 | 116,322.20 | 0.7 |
| SALARIES - OFFICE | 164,558.73 | 4.9 | 716,557.17 | 4.4 |
| SMALL TOOLS | 0.00 | 0.0 | 1,498.36 | 0.0 |
| TAXES -LICENCES & OTHER | 11,677.45 | 0.3 | 58,387.25 | 0.4 |
| TELEPHONE & COMMUNICATIONS | 4,918.19 | 0.1 | 16,802.15 | 0.1 |
| IT / Computer | 13,234.62 | 0.4 | 66,173.31 | 0.4 |
| BAD DEBT | 0.00 | 0.0 | 14,700.51 | 0.1 |
| WRITE OFF | 0.00 | 0.0 | 23,622.24 | 0.1 |
| UNIFORMS | 0.00 | 0.0 | 5,817.83 | 0.0 |
| UTILITIES | 8,195.24 | 0.2 | 24,103.52 | 0.1 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 348,052.07 | 10.3 | 1,650,009.49 | 10.2 |
| Total Expenses | 3,713,642.32 | 110.1 | 17,124,914.77 | 105.9 |
| Income from Operations | (341,747.61) | (10.1) | (949,314.35) | (5.9) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | (341,747.61) | (10.1) | (949,017.92) | (5.9) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($341,747.61) | (10.1) % | ($949,017.92) | (5.9)% |