08/03/2026 1150

**Balance Sheet**
Big Level Trucking, Inc.
As of 06/30/2026

**Assets**

**Cash**

| | | |
|---|---|---|
| CASH - Petty | 9,604.07 | |
| BOW - LOC 4905 | 4,235.52 | |
| KFCU - Bus Primary Share | 5.00 | |
| TRUSTMARK BANK | 779.31 | |
| RENASANT BANK | 168,325.08 | |
| Renasant Bank Payroll | 133,382.08 | |
| KFCU - MM 8339 | 12,629.63 | |
| Total Cash | | 328,960.69 |

**Current Assets**

| | | |
|---|---|---|
| Check and Deposit Correction | 3,322.54 | |
| Total Current Assets | | 3,322.54 |

**Receivables**

| | | |
|---|---|---|
| Accounts Receivable | 4,018,725.40 | |
| Employee Loans | (2,061.18) | |
| EFS & Driver Advances | 192,562.73 | |
| Driver Receivable | 4,689.69 | |
| N/R Harold Hageman | 120,785.37 | |
| N/R WORTMAN | 25,326.90 | |
| A/R-ARRINGTON KV3367 | 38,322.52 | |
| A/R MILLER | 4,933.81 | |
| Total Receivables | | 4,403,285.24 |

**Other Current Assets**

| | | |
|---|---|---|
| DUE TO/FR DEPENDABLE | (4,263.60) | |
| DUE TO/FR CET LOGISTICS | 26,898.55 | |
| N/R - Current Portion LT | 156,950.48 | |
| INSURANCE CLAIMS - Pending | (578.00) | |
| INVENTORY-FUEL | 3,790.09 | |
| Inventory - Parts | 584,449.89 | |
| Inventory - Tires | 23,718.47 | |
| N/R - FRONEK, HAROLD | (400.00) | |
| N/R- Rollin Robbie | (36,406.63) | |
| N/R TIMOTHY PITTS | 27,464.72 | |
| ESCROW-OWNER/OPERATORS | (102,337.30) | |
| Total Other Current Assets | | 679,286.67 |

**Prepaid Expenses**

| | | |
|---|---|---|
| PREPAID TAGS & PERMITS | 147,679.67 | |
| Prepaid Expenses - General | 18,927.19 | |
| Prepaid EFS | 28,921.63 | |
| PREPAID RELAY | 34,902.90 | |
| Total Prepaid Expenses | | 230,431.39 |

**Property & Equipment**

| | | |
|---|---|---|
| EQUIPMENT | 17,189,801.63 | |
| OFFICE EQUIPMENT | 3,502.35 | |
| BUILDINGS | 264,285.42 | |
| NEW OFFICE BLDG | 411,656.19 | |
| LAND | 59,653.19 | |
| Property Equity | (0.48) | |
| ROU Accumulated Amortization | (3,935,737.45) | |
| ACCUM DEPRECIATION | (15,489,595.98) | |
| SOFTWARE | 242,086.84 | |
| ACCUM AMORTIZATION | (242,087.21) | |
| Total Property & Equipment | | (1,496,435.50) |

**Other Assets**

| | | |
|---|---|---|
| DUE FROM SHAREHOLDERS | 3,599,620.21 | |
| Operating Lease ROU Assets | 6,528,064.45 | |
| Insurance Stock Purchase | 75,000.00 | |

08/03/2026 1150

**Balance Sheet**

Page 2

Big Level Trucking, Inc.

As of 06/30/2026

| | | |
|---|---|---|
| Total Other Assets | | 10,202,684.66 |
| **Receivables Long Term** | | |
| N/R - Current Offset | (157,656.48) | |
| N/R KV30147 | 7,680.89 | |
| N/R - Triple E | (27,348.72) | |
| N/R - Triple E | (27,348.72) | |
| N/R - Hageman | 57,978.65 | |
| N/R MILLER TRANSPORT | 42,414.64 | |
| N/R Miller Rentals Unit 3172 | (56,564.89) | |
| Total Receivables Long Term | | (160,844.63) |
| Total Non-Current Assets | | 14,190,691.06 |
| Total Assets | | $14,190,691.06 |

08/03/2026 1150

**Balance Sheet**

Big Level Trucking, Inc.

As of 06/30/2026

**Liabilities & Equity**

**Accounts Payable**

| | | |
|---|---|---|
| ACCOUNTS PAYABLE | 948,969.27 | |
| Driver Payable | 327,141.20 | |
| Total Accounts Payable | | 1,276,110.47 |

**Current Liabilities**

| | | |
|---|---|---|
| N/P SHAREHOLDERS | 250,000.00 | |
| Total Current Liabilities | | 250,000.00 |

**Accrued Expenses**

| | | |
|---|---|---|
| EFS Repair Order | 150.00 | |
| Escrow Repair Orders | (1,987.32) | |
| FEDERAL 941 PAYABLE | 5,291.77 | |
| STATE W/H PAYABLE | 19,314.35 | |
| SUTA  PAYABLE | 1,704.14 | |
| FUTA  PAYABLE | 3,638.66 | |
| 401K Account | 281,001.40 | |
| Accrued Office Payroll | (612.19) | |
| EMPLOYEE GARNISHMENTS | (64,574.83) | |
| Rent collections - EVANS | (24,562.31) | |
| EMPLOYEE SUPPLEMENTAL INS | 8,448.80 | |
| Pet Deposits | 13,173.00 | |
| INTEREST PAYABLE | 8,604.33 | |
| Credit Card VISA | (109,714.42) | |
| CREDIT CARD AmEx | (12,469.26) | |
| McLeod Payroll Clearing | 42,120.69 | |
| Total Accrued Expenses | | 169,526.81 |

**Factoring Obligation**

| | | |
|---|---|---|
| CORP BILL Reserve | 289,893.34 | |
| Corp Bill Factor Receivable | 3,311,876.39 | |
| Total Factoring Obligation | | 3,601,769.73 |

**Current Portion LT Debt**

| | | |
|---|---|---|
| N/P CURRENT PORTION | 3,901,399.14 | |
| Current Portion Lease Liab | 1,245,223.00 | |
| Total Current Portion LT Debt | | 5,146,622.14 |

**Long-Term Debt**

| | |
|---|---|
| N/P BOW53965100 (1119.31) | 40,786.83 |
| N/P BOW - Comm RE 1700 | 1,031,447.94 |
| BOW WRITE OFF ACCOUNTS | 1,624,204.97 |
| N/P BOW COMM 8300 | 176,133.91 |
| N/P BOW COMM 1300 | 614,977.03 |
| N/P BOW 53965100 | (6,353.28) |
| N/P BMO - 7568.57 | 206,591.58 |
| N/P BMO - 5068.52 | 139,977.41 |
| Crossroads (2875.76) | 135,114.51 |
| Crossroads (2866.92) | 132,218.93 |
| Crossroads (2866.92) | 138,149.80 |
| Mitsubishi HC (13724.69) | 131,514.50 |
| N/P KFCU-F150  (868.89) | 21,305.91 |
| N/P KFCU (1021.78) | 44,439.42 |
| N/P Mack Financial (8799.34) | 360,891.75 |
| N/P MIDLAND  (2339.34) | (2,814.58) |
| Midland (5628.03) | 281,941.05 |
| N/P Midland 4118.29 | 37,606.10 |
| Midland States Bank (3067.33 | 142,672.41 |
| N/P NAVISTAR 2TRUCKS 5912.53 | 181,616.09 |
| N/P Navistar 3Trucks 9063.17 | 284,547.87 |
| 4 TRUCKS 12080.20 | 432,820.41 |
| 5 TRUCKS (15625.08) | 503,711.06 |
| N/P Navitas (7879.85) | (43,161.60) |
| N/P PEOPLES 6 Flat May 21 | 45,953.23 |

08/03/2026 1150

**Balance Sheet**

Big Level Trucking, Inc.

As of 06/30/2026

Page 4

| | | |
|---|---:|---:|
| N/P PNC Bank | (23,279.15) | |
| N/P PNC Equip Finance | 52,925.60 | |
| N/P PNC - 12306.29 | 328,039.56 | |
| N/P Renasant 2503.93 | 53,546.21 | |
| N/P RENASANT 5566.43 | 169,360.04 | |
| N/P Renasant Land(12,608.11) | 1,290,569.30 | |
| N/P SBA EIDL LOAN | 150,000.00 | |
| N/P SIGNATURE FINANCE | (19,858.53) | |
| N/P SIMMONS BK (5207.50) | (3,419.38) | |
| N/P SIMMONS BK (10396.75) | (3,816.32) | |
| N/P SOUTHERN STATES SSUT | 578,327.51 | |
| N/P Webster (12021.06) 837 | (191.41) | |
| Webster 9716.86 | 129,865.01 | |
| Sumitomo Mitsui  (5391.51) | 16,139.62 | |
| N/P Trustmark - 7180.60 | 193,298.86 | |
| N/P Trustmark 8053.77 | 182,381.36 | |
| N/P Trustmark LOC | (81,700.00) | |
| N/P TRUSTMARK 5581.02 | 178,118.51 | |
| N/P TRUSTMARK 2629.34 | 109,714.23 | |
| N/P US BANK (4699.19) SOFTWR | 336.79 | |
| N/P VFI Lease (29583.88) | 414,888.29 | |
| N/P Evans | (490.12) | |
| N/P Steven Evans | 85,873.65 | |
| N/P Current Portion Offset | (3,778,709.58) | |
| Oper Lease Current Offset | 1,346,820.21 | |
| Deferred Gain on Sale | 19,873.32 | |
| Total Long-Term Debt | | 8,044,906.83 |
| **Other Liabilities** | | |
| Uncleared Payroll Checks | 2,019.93 | |
| Total Other Liabilities | | 2,019.93 |
| Total Liabilities | | 18,490,955.91 |
| **Equity** | | |
| Treasury Stock | (8,828.40) | |
| INSURANCE CAPTIVE | (2,208,427.89) | |
| ADDITIONAL PAID IN CAPITAL | 5,076,719.00 | |
| RETAINED EARNINGS | (6,395,734.91) | |
| Retained Earnings - Current Year | (763,992.65) | |
| Total Equity | | (4,300,264.85) |
| **Total Liabilities & Equity** | | **$14,190,691.06** |