08/03/2026 1150

**Income Statement**

Page 1

Big Level Trucking, Inc.

For Period 06/01/2026 to 06/30/2026

|  | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| TRUCKING INCOME | $11,692.26 | 0.3% | $85,090.75 | 0.4% |
| TRUCKING INCOME VAN WIGGINS | 2,603,614.47 | 65.0 | 13,754,736.50 | 68.2 |
| TRUCKING INCOME FLAT WIGGINS | 328,568.17 | 8.2 | 1,540,641.86 | 7.6 |
| TRUCKING INCOME POLE WIGGINS | 130,511.40 | 3.3 | 410,805.41 | 2.0 |
| TRUCKING INCOME SAND WIGGINS | 205,814.72 | 5.1 | 850,967.89 | 4.2 |
| TRUCKING INCOME SHAG WIGGINS | 66,904.00 | 1.7 | 104,412.74 | 0.5 |
| INCOME - HAULING | 10,939.14 | 0.3 | 32,429.60 | 0.2 |
| INCOME - HAULING VAN WIGGINS | (1,310.50) | 0.0 | 7,266.32 | 0.0 |
| INCOME - HAULING FLAT WIGGIN | 0.00 | 0.0 | 56.90 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 0.00 | 0.0 | 250.02 | 0.0 |
| FUELSURCHARGE | 837.42 | 0.0 | 11,114.92 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 553,132.09 | 13.8 | 2,896,164.88 | 14.4 |
| FUELSURCHARGE FLAT WIGGINS | 41,953.42 | 1.0 | 220,245.09 | 1.1 |
| FUELSURCHARGE POLE WIGGINS | 713.60 | 0.0 | 713.60 | 0.0 |
| FUELSURCHARGE SAND WIGGINS | 37,392.17 | 0.9 | 174,020.28 | 0.9 |
| FUELSURCHARGE SHAG WIGGINS | 7,860.00 | 0.2 | 13,787.74 | 0.1 |
| LUMPER VAN WIGGINS | 2,093.00 | 0.1 | 15,483.12 | 0.1 |
| LUMPER FLAT WIGGINS | 0.00 | 0.0 | 96.52 | 0.0 |
| LUMPER SAND WIGGINS | 0.00 | 0.0 | 711.34 | 0.0 |
| Accessorial Charges | 78.00 | 0.0 | 1,328.00 | 0.0 |
| Accessorial Charges | 200.00 | 0.0 | 3,950.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Accessorial Charges | 250.00 | 0.0 | 250.00 | 0.0 |
| Accessorial Charges Shag | 0.00 | 0.0 | 75.00 | 0.0 |
| TRUCK ORDERS N/U | 595.20 | 0.0 | 595.20 | 0.0 |
| Detention Charges | 0.00 | 0.0 | 1,500.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 0.00 | 0.0 | 43,797.26 | 0.2 |
| EXPENSE REIMBURSEMENTS | 0.00 | 0.0 | (760.96) | 0.0 |
| INCOME-OTHER | 0.00 | 0.0 | 4,885.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 1,632.00 | 0.0 | 3,656.00 | 0.0 |
| INCOME-OTHER SAND WIGGINS | 281.00 | 0.0 | 131.00 | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 4,003,751.56 | 100.0 | 20,179,351.98 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 5,133.52 | 0.1 | 34,408.31 | 0.2 |
| Lumper Expense Van Wiggins | 510.00 | 0.0 | 6,136.47 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,027,429.59 | 25.7 | 7,796,159.30 | 38.6 |
| CONTRACT HAULING/VAN WIGG | 72,189.60 | 1.8 | 296,871.37 | 1.5 |
| CONTRACT HAULING/FLAT WIGG | 47,806.01 | 1.2 | 182,898.16 | 0.9 |
| CONTRACT LABOR | 3,547.50 | 0.1 | 42,992.21 | 0.2 |
| DAMAGES & CLAIMS PAID | 0.00 | 0.0 | (1,961.31) | 0.0 |
| DEPRECIATION | 122,791.60 | 3.1 | 736,749.60 | 3.7 |
| FEES - OTHERS | (4,262.96) | (0.1) | (63,270.60) | (0.3) |
| FEES - OTHERS VAN WIGGINS | (175.00) | 0.0 | (140.00) | 0.0 |
| FEES - OTHERS SAND WIGGINS | 0.00 | 0.0 | (100.00) | 0.0 |
| FINES & PENALTIES | 308.89 | 0.0 | 4,233.77 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 993,527.93 | 24.8 | 5,739,870.34 | 28.4 |
| FUEL - DIESEL GAS & OIL/VAN | 6,629.03 | 0.2 | 12,630.68 | 0.1 |
| FUEL - DIESEL GAS & OIL/FLAT | 0.00 | 0.0 | 23,173.97 | 0.1 |
| FUEL - DIESEL GAS & OIL/SAND | 75.00 | 0.0 | 275.00 | 0.0 |
| INSURANCE | 337,919.40 | 8.4 | 2,054,842.98 | 10.2 |
| INSURANCE - HEALTH | 62,719.55 | 1.6 | 187,205.76 | 0.9 |
| INSURANCE O/O OCC/ACC | 1,340.70 | 0.0 | 1,948.74 | 0.0 |
| INSURANCE O/O PHYS DAM | (498.42) | 0.0 | (3,045.90) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (719.94) | 0.0 |
| Insurance - Colonial Life | 2,999.28 | 0.1 | 28,983.34 | 0.1 |
| INTEREST | 8,652.16 | 0.2 | 22,229.10 | 0.1 |
| LEASED EQUIPMENT | 18,053.15 | 0.5 | 89,077.72 | 0.4 |
| LEASED EQUIPMENT VAN | 169,606.13 | 4.2 | 1,016,801.75 | 5.0 |

**Income Statement**
Big Level Trucking, Inc.
For Period 06/01/2026 to 06/30/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| TWIC and Escort Expense | 153.00 | 0.0 | 3,366.91 | 0.0 |
| TWIC and Escort Expense/Van | 275.00 | 0.0 | 2,483.00 | 0.0 |
| TWIC and Escort Expense/Flat | 0.00 | 0.0 | 913.00 | 0.0 |
| TWIC Escort Sand Wiggins | 0.00 | 0.0 | 112.50 | 0.0 |
| TWIC and Escort Expense/Shag | 0.00 | 0.0 | 525.00 | 0.0 |
| MEDICAL & TESTING | 5,176.62 | 0.1 | 23,378.76 | 0.1 |
| OPERATING SUPPLIES/Expense | 30,738.79 | 0.8 | 178,244.36 | 0.9 |
| OPERATING SUPPLIES/VAN | 868.20 | 0.0 | 5,451.27 | 0.0 |
| OPERATING SUPPLIES/FLAT | (11.25) | 0.0 | 1,203.57 | 0.0 |
| OPERATING SUPPLIES/SAND | 600.01 | 0.0 | 600.01 | 0.0 |
| OPERATING SUPPLIES/SHAG | 0.00 | 0.0 | 109.61 | 0.0 |
| REPAIRS - TRUCKS SHOP | 138,018.32 | 3.4 | 401,601.28 | 2.0 |
| REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 5,219.04 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 3,672.96 | 0.1 | 30,411.19 | 0.2 |
| REPAIRS - OTHER | 97.00 | 0.0 | (10,456.00) | (0.1) |
| REPAIRS - OTHER VAN | 74.96 | 0.0 | 619.68 | 0.0 |
| OTR Repairs Trucks | 172,926.65 | 4.3 | 806,605.71 | 4.0 |
| OTR Repairs Trailer Van | 0.00 | 0.0 | 720.21 | 0.0 |
| OTR Repair Tire & Tube Truck | 0.00 | 0.0 | 809.13 | 0.0 |
| SALARY- DRIVER TRAINING | 0.00 | 0.0 | 1,390.00 | 0.0 |
| SALARIES - TRUCKING | 101,678.82 | 2.5 | 515,765.18 | 2.6 |
| SALARIES - TRUCKING VAN WIGG | 510,730.20 | 12.8 | 2,917,078.06 | 14.5 |
| SALARIES - TRUCKING FLAT WIG | 64,454.15 | 1.6 | 302,571.05 | 1.5 |
| SALARIES - TRUCKING POLE WIG | 32,653.92 | 0.8 | 97,132.32 | 0.5 |
| SALARIES - TRUCKING SAND WIG | 39,574.67 | 1.0 | 165,229.64 | 0.8 |
| SALARIES - TRUCKING SHAG WIG | 15,440.89 | 0.4 | 19,075.05 | 0.1 |
| Per diem | 0.00 | 0.0 | 2,510.16 | 0.0 |
| Per diem Van Wiggins | 125,773.10 | 3.1 | 817,547.21 | 4.1 |
| Per diem Flat Wiggins | 13,772.22 | 0.3 | 79,479.85 | 0.4 |
| Per diem Pole Wiggins | 6,499.50 | 0.2 | 25,899.30 | 0.1 |
| Per diem Sand Wiggins | 11,005.62 | 0.3 | 49,117.22 | 0.2 |
| Per diem Shag Wiggins | 3,442.16 | 0.1 | 4,057.93 | 0.0 |
| SCALES, TOLLS, PERMITS | 28,725.00 | 0.7 | 206,479.65 | 1.0 |
| SCALES & TOLLS VAN WIGGINS | 1,814.50 | 0.0 | 11,108.00 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 124.00 | 0.0 | 353.75 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 96.75 | 0.0 | 329.25 | 0.0 |
| TAXES - PAYROLL | 63,176.99 | 1.6 | 390,268.36 | 1.9 |
| TAXES - FUEL | 0.00 | 0.0 | 25,058.21 | 0.1 |
| TAXES - TAGS & PERMITS | 0.00 | 0.0 | 155.21 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 3,216.86 | 0.1 | 28,701.54 | 0.1 |
| Total Cost of Sales | 4,250,961.51 | 106.2 | 25,319,576.30 | 125.5 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (223,759.11) | (5.6) | (1,861,270.49) | (9.2) |
| Lease Operators - Fuel | (354,803.12) | (8.9) | (2,828,992.14) | (14.0) |
| Driver/Per Diem Reimb | (60,952.10) | (1.5) | (516,838.46) | (2.6) |
| Lease Operator Workers Comp | (26,261.92) | (0.7) | (217,028.54) | (1.1) |
| Lease Operator FICA | (17,188.25) | (0.4) | (141,764.07) | (0.7) |
| Lease Operator Health Ins | (5,286.09) | (0.1) | (44,851.52) | (0.2) |
| Lease Operator FUTA SUTA | (370.68) | 0.0 | (3,057.60) | 0.0 |
| Lease Operator ELD | (2,192.44) | (0.1) | (19,286.04) | (0.1) |
| Lease Operator Camera | (2,194.80) | (0.1) | (19,306.80) | (0.1) |
| Lease Operator Phys Damage | (18,951.74) | (0.5) | (144,339.96) | (0.7) |
| Lease Operator Maint | (67,859.52) | (1.7) | (559,073.12) | (2.8) |
| Lease Operator Scale/Toll | (228.75) | 0.0 | (3,094.89) | 0.0 |
| Lease Operator Lumper | (1,559.32) | 0.0 | (16,413.72) | (0.1) |
| Total Lease Operators | (781,607.84) | (19.5) | (6,375,317.35) | (31.6) |
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 0.00 | 0.0 | 1,465.02 | 0.0 |
| BANK CHARGES | 1,140.16 | 0.0 | 43,192.68 | 0.2 |
| CORP BILLING FEES | 32,588.06 | 0.8 | 180,949.88 | 0.9 |

08/03/2026 1150

**Income Statement**

Big Level Trucking, Inc.

For Period 06/01/2026 to 06/30/2026

Page 3

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| DISCOUNTS/ADJUSTMENTS | 6,959.88 | 0.2 | 72,371.64 | 0.4 |
| RENTAL EXPENSE | 0.00 | 0.0 | (6,864.34) | 0.0 |
| Rental Expense -Tupelo | 0.00 | 0.0 | 12,050.00 | 0.1 |
| LEGAL & PROFESSIONAL | 34,154.53 | 0.9 | 140,608.98 | 0.7 |
| LEGAL & PROFESSIONAL/VAN | (104.92) | 0.0 | (681.98) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (42.36) | 0.0 | (275.34) | 0.0 |
| MEALS & ENTERTAINMENT | 0.00 | 0.0 | 5,812.85 | 0.0 |
| MISCELLANEOUS EXPENSE | 5,859.62 | 0.1 | 22,867.93 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | 2,892.47 | 0.1 | 5,472.63 | 0.0 |
| REFERRAL BONUS | 6,600.00 | 0.2 | 22,800.00 | 0.1 |
| SALARIES - MECHANICS | 40,802.97 | 1.0 | 237,105.40 | 1.2 |
| SALARIES - OFFICERS | 20,650.00 | 0.5 | 136,972.20 | 0.7 |
| SALARIES - OFFICE | 135,751.12 | 3.4 | 852,308.29 | 4.2 |
| SMALL TOOLS | 203.81 | 0.0 | 1,702.17 | 0.0 |
| TAXES -LICENCES & OTHER | 11,677.45 | 0.3 | 70,064.70 | 0.3 |
| TELEPHONE & COMMUNICATIONS | 3,231.54 | 0.1 | 20,033.69 | 0.1 |
| IT / Computer | 13,292.40 | 0.3 | 79,465.71 | 0.4 |
| BAD DEBT | 17,763.00 | 0.4 | 32,463.51 | 0.2 |
| WRITE OFF | 750.00 | 0.0 | 24,372.24 | 0.1 |
| UNIFORMS | 4,360.67 | 0.1 | 10,178.50 | 0.1 |
| UTILITIES | 10,842.22 | 0.3 | 34,945.74 | 0.2 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 349,372.62 | 8.7 | 1,999,382.11 | 9.9 |
| Total Expenses | 3,818,726.29 | 95.4 | 20,943,641.06 | 103.8 |
| Income from Operations | 185,025.27 | 4.6 | (764,289.08) | (3.8) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | 185,025.27 | 4.6 | (763,992.65) | (3.8) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | $185,025.27 | 4.6 % | ($763,992.65) | (3.8)% |