# MOR Supplement June 2026

**Big Level Trucking**

**Lease/Purchase Payments**

Date:  7/28/26

| Name | Amount |
|---|---|
| H&P Trailer Lease (catchup $7.7k wk) | $ 191,288.90 |
| Xtra Trailer Lease (catchup $1k wk) | $ 14,116.28 |
| Trustmark Tractor Purchase | $ 8,600.00 |
| Penske Tractor Lease | $ 7,852.55 |
| Navitas | $ 4,074.96 |
| M&T Purchase | $ 2,232.56 |
| Crossroads Purchase | $ 697.68 |
| BMO Purchase | $ 961.56 |
| Mitsubishi Purchase | $ 350.00 |
| Navistar Purchase | $ 12,684.92 |
| BOA Purchase | $ 1,315.40 |
| Webster Purchase | $ 765.64 |
| Wells Fargo | $ 2,380.00 |
| Midland | $ 2,307.68 |
| PNC Purchase | $ 13,820.25 |
| Simmons Bank Purchase | $ 650.52 |
| Bank of Wiggins (LOC) | $ 8,471.04 |
| Total | $ 272,569.94 |