# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51204 **Case Name:** Big Level Trucking, Inc.

**Set:** 08/25/2026 01:00 pm **Chapter:** 11 **Type:** bk **Judge** Katharine M. Samson

**matter** Objection to Debtor's First Addendum to Disclosure Statement (Re: 525 Document filed by Debtor In Possession Big Level Trucking, Inc.) Filed by Creditor Bank of Wiggins (Dkt. #543)

---

Minute Entry Re: (related document(s): [543] Objection to Disclosure Statement filed by Bank of Wiggins) Geno to submit an Agreed Order. Order due by 09/08/2026. (mcc)