**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BIG LEVEL TRUCKING, INC.** **CHAPTER 11**
**Debtor** **CASE NO. 25-51204-KMS**

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Motion for Authority to Assume Lease with XTRA Lease, LLC* and the *Notice* in connection with same (copies of which are attached hereto as collective Exhibit "A"), to the following:

XTRA Lease, LLC
c/o Thomas M. Hewitt, Esq.
thomas.hewitt@butlersnow.com

THIS, the 27th day of August, 2026.

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\COS - Mot to Assume XTRA Lease 3-26-26.wpd

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BIG LEVEL TRUCKING, INC.**
**Debtor**

**CHAPTER 11**
**CASE NO. 25-51204-KMS**

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that the Debtor herein has filed its *Motion for Authority to Assume Lease with XTRA Lease, LLC* (the "Motion"), a copy of which Motion is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading within **<u>twenty-one (21) days</u>** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Craig M. Geno, PLLC, counsel for the Debtors, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to the Motion is filed, it will be scheduled for hearing in due course.

DATED, this the 28th day of August, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: [signature]
Craig M. Geno

**EXHIBIT "A"**

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Notice - Mot to Assume XTRA Lease 3-26-26.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BIG LEVEL TRUCKING, INC. CHAPTER 11
Debtor CASE NO. 25-51204-KMS

## MOTION FOR AUTHORITY TO ASSUME LEASE WITH XTRA LEASE, LLC

COMES NOW Debtor Big Level Trucking, Inc. (the "Debtor" or "Movant"), by and through undersigned counsel, and files this its *Motion for Authority to Assume Lease with XTRA Lease, LLC* (the "Motion"), and in support thereof would respectfully show as follows, to-wit:

1. On August 18, 2025, the Debtor filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 365, 541, 1107, related statutes, related rules and various orders of reference. This is a core proceeding.

3. The Debtor is the lessee under a certain trailer lease (the "Agreement") for the rental of trailers from XTRA Lease, LLC ("XTRA"). The Agreement is more fully described as follows:

| LESSOR NAME/ADDRESS | DESCRIPTION OF LEASE |
|---|---|
| XTRA Lease, LLC<br>c/o Thomas M. Hewitt, Esq.<br>thomas.hewitt@butlersnow.com | Lease of Trailers |

4. The Agreement is an asset of significant importance to the Debtor and its estate.

5. The Debtor's mandate is to exercise its business judgment and ask the Court, pursuant to the Motion, for an order authorizing the assumption by the Debtor of the Agreement.

6. Upon information and belief, the Debtor asserts that there are no monetary or non-monetary defaults with respect to the Agreement that need to be cured prior to the assumption. However, if Debtor is mistaken in this belief, XTRA must respond to the Motion, setting forth the

**EXHIBIT "A"**

alleged defaults and the alleged cures (monetary and non-monetary), so as to allow the Debtor to either negotiate and resolve the alleged cures, or in the event of a failure of negotiations to reach a resolution, then the Debtor and XTRA can present those issues to the Court for resolution.

7. The Debtor asserts that assumption of the Agreement described above is in the best interest of the Debtor, all creditors and all parties-in-interest.

8. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion, authorizing and allowing the Debtor to assume the Agreement. The Debtor prays for general relief.

THIS, the 27th day of August, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Mot to Assume XTRA Lease 3-26-26.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Steven D. Usry, Esq.
Office of the United States Trustee
steven.usry@usdoj.gov

THIS, the 27th day of August, 2026.

Craig M. Geno