**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BIG LEVEL TRUCKING, INC.** **CHAPTER 11**
**Debtor** **CASE NO. 25-51204-KMS**

# ORDER

THIS CAUSE having come on for consideration of the *Motion to Assume Service Agreement with Idle Smart* (the "Motion") **[DK #587]** filed herein by Big Level Trucking, Inc. (the "Debtor"), and the Court having considered the Motion, and being fully advised in the matter, does hereby find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. On August 18, 2025, the Debtor filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

3. This Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 365, 541, 1107, related statutes, related rules and various orders of reference. This is a core proceeding.

4. The Debtor is the obligor under an agreements (the "Agreement") for services provided by Idle Smart, and is more fully described as follows:

| VENDOR NAME/ADDRESS | DESCRIPTION OF SERVICES |
|---|---|
| Idle Smart<br>150 Pittsfield Road<br>Lenox, MA 01240 | Automated Idle Reduction and Fleet Technology Services |

5. The Agreement is an asset of significant importance to the Debtor and its estate.

6. The Debtor's mandate is to exercise its business judgment and ask the Court, pursuant to the Motion, for an order authorizing the assumption by the Debtor of the Agreement.

7. Upon information and belief, the Debtor asserts that there are monetary defaults with respect to the Agreement in the sum of approximately $5,512 that need to be cured. Debtor proposes to cure those defaults on the plan effective date.

8. Assumption of the Agreement described above is in the best interest of the Debtor, all creditors and all parties-in-interest.

9. The Court finds that the Motion is well-taken and is hereby granted. The Debtor is authorized to execute such documents so as to finalize the assumption of the Agreement.

**## END OF ORDER ##**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\Order - Mot to Assume Idle Smart Agreement 6-17-26.wpd