**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BIG LEVEL TRUCKING, INC.**<br>**Debtor** | **CHAPTER 11**<br>**CASE NO. 25-51204-KMS** |

**MOTION TO SHORTEN NOTICE PERIOD**

COMES NOW Big Level Trucking, Inc. (the "Debtor") and files this its *Motion to Shorten Notice Period* (the "Motion"), and in support thereof, would respectfully show as follows, to-wit:

1. On August 18, 2025, the Debtor herein filed with this Court its Voluntary Petition (the "Petition") for bankruptcy under Chapter 11 of the Bankruptcy Code.

2. The Debtor has filed its *Rule 9019 Motion to Approve Settlement with Bank of Wiggins* **[DK#596]** (the "9019 Motion"), seeking Court approval of a settlement reached between the Debtor and Bank of Wiggins. The 9019 Motion is incorporated herein by reference.

3. The Debtor would respectfully show unto the Court that a situation exists that justifies the Court in expediting the processing and procedures with respect to the 9019 Motion including, but not limited to, shortening the notice period from twenty-one (21) days to fourteen (14) days.

4. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion. The Debtor also prays for all general relief.

THIS, the 6th day of October, 2026.

Respectfully submitted,

BIG LEVEL TRUCKING, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: ______________________________
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Mot to Shorten Notice re 9019 Mot to Settle with Bank of Wiggins 10-6-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Steven D. Usry, Esq.
Office of the United States Trustee
steven.usry@usdoj.gov

THIS, the 6th day of October, 2026.

______________________________
Craig M. Geno