**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BIG LEVEL TRUCKING, INC.**
**Debtor**

**CHAPTER 11**
**CASE NO. 25-51204-KMS**

**ORDER ON OBJECTION TO**
**FIRST ADDENDUM TO DISCLOSURE STATEMENT**

THIS CAUSE having come on for consideration of the *First Addendum to Disclosure Statement* (the "Addendum") **[DK #525]** filed herein by Big Level Trucking, Inc. (the "Debtor"), and the *Objection* **[DK #543]** thereto filed by Bank of Wiggins (the "Bank"), the Court having been advised that the parties have resolved their differences, does hereby find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. The Objection of the Bank is hereby withdrawn. The settlement reached between the parties will be memorialized in a motion to approve the settlement pursuant to Bankruptcy Rule of Procedure 9019, and will be noticed out to creditors and parties-in-interest.

3. Accordingly, the *Disclosure Statement* **[DK #420]** and Addendum are approved. The Clerk of the Court shall enter its standard order approving the Disclosure Statement and setting the hearing on confirmation along with balloting and objection deadlines.

**## END OF ORDER ##**

APPROVED FOR ENTRY:

Craig M. Geno
Counsel for Big Level Trucking, Inc.

*Submitted to but not approved*
Paul S. Murphy
Counsel for Bank of Wiggins

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Plan, DS\Order re BOW's Obj to 1st Addendum to DS 9-22-26.wpd