**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BIG LEVEL TRUCKING, INC.**<br>**Debtor** | **CHAPTER 11**<br>**CASE NO. 25-51204-KMS** |

**AGREED ORDER EXTENDING RESPONSE DEADLINE ON MOTION FOR AUTHORITY TO ASSUME LEASE WITH XTRA LEASE, LLC**

THIS CAUSE having come on for consideration on the joint request of the Debtor and XTRA Lease, LLC ("XTRA") for additional time to allow XTRA to file responsive pleadings to Debtor's *Motion for Authority to Assume Lease with XTRA Lease, LLC* (the "Motion") **[DK #584]**, the Court being advised that the relief sought has been agreed to the parties, is of the opinion that XTRA should be granted additional time within which to respond to the Motion. It is, accordingly,

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

ORDERED, ADJUDGED AND DECREED that XTRA is granted until **seven (7) days** before the date of the confirmation hearing within which to respond to the Motion. XTRA reserves all rights, claims and defenses. If a response is filed to the Motion, a hearing on the Motion and the response shall be set for hearing on the same date as the confirmation hearing.

**### END OF ORDER ###**

APPROVED AND AGREED:

Craig M. Geno
Counsel for Big Level Trucking, Inc.

*/s/ David Unseth* [WITH PERMISSION]
David Unseth
Counsel for XTRA Lease, LLC

SUBMITTED BY:

Craig M. Geno, Esq.; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Pleadings\Assumption\AO - Add'l Time to File Resp to Mot to Assume XTRA Lease 9-15-26.wpd