**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **BIG LEVEL TRUCKING** | **CASE NO 25-51204 - KMS** |
| **DEBTOR** | **CHAPTER 11** |

## AGREED ORDER RESOLVING MISSISSIPPI DEPARTMENT OF REVENUE'S OBJECTION TO DISCLOSURE STATEMENT (DKT. # 484)

**THIS MATTER** came before the Court on the Mississippi Department of Revenue's *Objection* (Dkt. #484) ("Objection") to the Debtor's *Disclosure Statement* (Dkt. #420) ("Disclosure Statement") and to the confirmation of the *Debtor's Plan of Reorganization* (Dkt. #421) ("Plan"). The Court, finding that the Debtor and the Mississippi Department of Revenue ("MDOR") have come to an agreement to resolve MDOR's Objection as it relates to the Disclosure Statement as set forth below; orders as follows:

**IT IS ORDERED AND ADJUDGED THAT**

The *Agreed Order* (Dkt. #570) ("Agreed Order"), which resolved MDOR's *Objection* (Dkt. #537) to the Debtor's *First Addendum to the Disclosure Statement* (Dkt. #525) ("Addendum"), also resolves MDOR's objection to the Disclosure Statement as set forth in para. 2 of the Objection (Dkt. 484).

**IT IS FUTHER ORDERED AND ADJUDGED THAT** the right of MDOR to object to the Plan of Reorganization is preserved and not limited by its previous objections or by the contents of the Agreed Order or this order.

**##END OF ORDER##**

Prepared, submitted, and agreed to by:

*/s/ Sylvie D. Robinson*
Sylvie D. Robinson (MSB # 8931)
Mississippi Department of Revenue
Post Office Box 22828
Jackson, MS 39225
Sylvie.robinson@dor.ms.gov
601.923.7410

Agreed to by:

*/s/ Craig Geno*
Craig Geno (MS Bar No. 4793)
Attorney for Big Level Trucking, Inc.
GENO AND STEISKAL, PLLC
601 Renaissance Way – Suite A
Ridgeland, MS 39157
cmgeno@cmgenolaw.com
601.427.0048