**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BIG LEVEL TRUCKING, INC.**<br>**Debtor** | **CHAPTER 11**<br>**CASE NO. 25-51204-KMS** |

## ORDER ON OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT

THIS CAUSE having come on for consideration of the *Disclosure Statement* **[DK #420]** filed herein by Big Level Trucking, Inc. (the "Debtor"), and the *Objection* **[DK #482]** thereto filed by Renasant Bank (the "Bank"), the Court having been advised that the parties have resolved their differences, does hereby find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. The Objection of the Bank has been resolved by the provisions and information contained within the Debtor's *First Addendum to Disclosure Statement* (the "Addendum") **[DK #525]**.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

3. Accordingly, the Disclosure Statement and Addendum are approved. The Clerk of the Court shall enter its standard order approving the Disclosure Statement and setting the hearing on confirmation along with balloting and objection deadlines.

**## END OF ORDER ##**

APPROVED FOR ENTRY:

Craig M. Geno
Counsel for Big Level Trucking, Inc.

*/s/ Joe D. Stevens* [WITH PERMISSION]
Joe D. Stevens
Counsel for Renasant Bank

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Big Level Trucking, Inc\Plan, DS\Order re Renasant's Obj to DS 10-15-26.wpd