**Income Statement**

Big Level Trucking, Inc.

For Period 07/01/2026 to 07/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| TRUCKING INCOME | $34,070.60 | 0.9% | $119,161.35 | 0.5% |
| TRUCKING INCOME VAN WIGGINS | 2,395,767.72 | 62.4 | 16,150,504.22 | 67.2 |
| TRUCKING INCOME FLAT WIGGINS | 452,274.53 | 11.8 | 1,992,916.39 | 8.3 |
| TRUCKING INCOME POLE WIGGINS | 111,644.20 | 2.9 | 522,449.61 | 2.2 |
| TRUCKING INCOME SAND WIGGINS | 150,386.84 | 3.9 | 1,001,354.73 | 4.2 |
| TRUCKING INCOME SHAG WIGGINS | 60,632.86 | 1.6 | 165,045.60 | 0.7 |
| INCOME - HAULING | 13,830.24 | 0.4 | 46,259.84 | 0.2 |
| INCOME - HAULING VAN WIGGINS | 2,545.39 | 0.1 | 9,811.71 | 0.0 |
| INCOME - HAULING FLAT WIGGIN | 500.00 | 0.0 | 556.90 | 0.0 |
| INCOME - HAULING SAND WIGGIN | (1,656.60) | 0.0 | (1,406.58) | 0.0 |
| FUELSURCHARGE | 1,254.40 | 0.0 | 12,369.32 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 481,655.36 | 12.5 | 3,377,820.24 | 14.1 |
| FUELSURCHARGE FLAT WIGGINS | 66,731.31 | 1.7 | 286,976.40 | 1.2 |
| FUELSURCHARGE POLE WIGGINS | 2,709.60 | 0.1 | 3,423.20 | 0.0 |
| FUELSURCHARGE SAND WIGGINS | 27,461.63 | 0.7 | 201,481.91 | 0.8 |
| FUELSURCHARGE SHAG WIGGINS | 9,079.09 | 0.2 | 22,866.83 | 0.1 |
| Lumper Customer Charge | (229.30) | 0.0 | (229.30) | 0.0 |
| LUMPER VAN WIGGINS | 1,700.73 | 0.0 | 17,183.85 | 0.1 |
| LUMPER FLAT WIGGINS | 0.00 | 0.0 | 96.52 | 0.0 |
| LUMPER SAND WIGGINS | 0.00 | 0.0 | 711.34 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,328.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 3,950.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 250.00 | 0.0 |
| Accessorial Charges Shag | 0.00 | 0.0 | 75.00 | 0.0 |
| TRUCK ORDERS N/U | (595.20) | 0.0 | 0.00 | 0.0 |
| Detention Charges | 0.00 | 0.0 | 1,500.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 29,223.23 | 0.8 | 73,020.49 | 0.3 |
| EXPENSE REIMBURSEMENTS | (25.00) | 0.0 | (785.96) | 0.0 |
| INCOME-OTHER | 5.00 | 0.0 | 4,890.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 1,396.50 | 0.0 | 5,052.50 | 0.0 |
| INCOME-OTHER SAND WIGGINS | 0.00 | 0.0 | 131.00 | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 3,840,363.13 | 100.0 | 24,019,715.11 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 8,385.27 | 0.2 | 42,793.58 | 0.2 |
| Lumper Expense Van Wiggins | 150.00 | 0.0 | 6,286.47 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,734,900.48 | 45.2 | 9,531,059.78 | 39.7 |
| CONTRACT HAULING/VAN WIGG | 81,075.53 | 2.1 | 377,946.90 | 1.6 |
| CONTRACT HAULING/FLAT WIGG | 49,597.78 | 1.3 | 232,495.94 | 1.0 |
| CONTRACT LABOR | 4,922.50 | 0.1 | 47,914.71 | 0.2 |
| DAMAGES & CLAIMS PAID | (27,582.66) | (0.7) | (29,543.97) | (0.1) |
| DEPRECIATION | 114,566.41 | 3.0 | 837,326.61 | 3.5 |
| FEES - OTHERS | (6,777.69) | (0.2) | (67,658.31) | (0.3) |
| FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | (140.00) | 0.0 |
| FEES - OTHERS SAND WIGGINS | 0.00 | 0.0 | (100.00) | 0.0 |
| FINES & PENALTIES | 2,327.20 | 0.1 | 17,860.55 | 0.1 |
| FUEL - DIESEL, GAS & OIL | 989,707.16 | 25.8 | 6,729,771.53 | 28.0 |
| FUEL - DIESEL GAS & OIL/VAN | 7,355.48 | 0.2 | 19,986.16 | 0.1 |
| FUEL - DIESEL GAS & OIL/FLAT | 0.00 | 0.0 | 23,173.97 | 0.1 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 275.00 | 0.0 |
| INSURANCE | 316,424.96 | 8.2 | 2,069,731.55 | 8.6 |
| INSURANCE - HEALTH | 5,136.15 | 0.1 | 192,341.91 | 0.8 |
| INSURANCE O/O OCC/ACC | (1,214.55) | 0.0 | 734.19 | 0.0 |
| INSURANCE O/O PHYS DAM | (747.63) | 0.0 | (3,793.53) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (138.45) | 0.0 | (858.39) | 0.0 |
| Insurance - Colonial Life | (3,945.00) | (0.1) | 25,038.34 | 0.1 |
| INTEREST | 185.29 | 0.0 | 14,445.46 | 0.1 |
| LEASED EQUIPMENT | 19,654.76 | 0.5 | 108,732.48 | 0.5 |

**Income Statement**

Big Level Trucking, Inc.

For Period 07/01/2026 to 07/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| LEASED EQUIPMENT VAN | 251,259.88 | 6.5 | 1,142,895.27 | 4.8 |
| TWIC and Escort Expense | 0.00 | 0.0 | 3,366.91 | 0.0 |
| TWIC and Escort Expense/Van | 225.00 | 0.0 | 2,708.00 | 0.0 |
| TWIC and Escort Expense/Flat | 0.00 | 0.0 | 913.00 | 0.0 |
| TWIC Escort Sand Wiggins | 0.00 | 0.0 | 112.50 | 0.0 |
| TWIC and Escort Expense/Shag | 0.00 | 0.0 | 525.00 | 0.0 |
| MEDICAL & TESTING | 6,522.08 | 0.2 | 29,900.84 | 0.1 |
| OPERATING SUPPLIES/Expense | 27,863.10 | 0.7 | 207,030.07 | 0.9 |
| OPERATING SUPPLIES/VAN | 491.02 | 0.0 | 5,942.29 | 0.0 |
| OPERATING SUPPLIES/FLAT | (92.95) | 0.0 | 1,110.62 | 0.0 |
| OPERATING SUPPLIES/SAND | 410.14 | 0.0 | 1,010.15 | 0.0 |
| OPERATING SUPPLIES/SHAG | 48.14 | 0.0 | 157.75 | 0.0 |
| REPAIRS - TRUCKS SHOP | 92,225.57 | 2.4 | 1,003,288.99 | 4.2 |
| REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 5,565.87 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 7,806.41 | 0.2 | 38,217.60 | 0.2 |
| REPAIRS - OTHER | 4,294.25 | 0.1 | (6,161.75) | 0.0 |
| REPAIRS - OTHER VAN | 0.00 | 0.0 | 619.68 | 0.0 |
| OTR Repairs Trucks | 313,601.59 | 8.2 | 1,120,207.30 | 4.7 |
| OTR Repairs Trailer Van | 0.00 | 0.0 | 720.21 | 0.0 |
| OTR Repair Tire & Tube Truck | 2,189.96 | 0.1 | 2,999.09 | 0.0 |
| SAFETY AWARDS & GIFTS | 25.00 | 0.0 | 25.00 | 0.0 |
| SALARY- DRIVER TRAINING | 0.00 | 0.0 | 1,390.00 | 0.0 |
| SALARIES - TRUCKING | 113,620.89 | 3.0 | 629,386.07 | 2.6 |
| SALARIES - TRUCKING VAN WIGG | 474,610.19 | 12.4 | 3,391,688.25 | 14.1 |
| SALARIES - TRUCKING FLAT WIG | 87,804.75 | 2.3 | 390,375.80 | 1.6 |
| SALARIES - TRUCKING POLE WIG | 23,756.25 | 0.6 | 120,888.57 | 0.5 |
| SALARIES - TRUCKING SAND WIG | 28,096.36 | 0.7 | 193,326.00 | 0.8 |
| SALARIES - TRUCKING SHAG WIG | 11,302.10 | 0.3 | 30,377.15 | 0.1 |
| Per diem | 2,254.73 | 0.1 | 4,764.89 | 0.0 |
| Per diem Van Wiggins | 143,993.44 | 3.7 | 961,540.65 | 4.0 |
| Per diem Flat Wiggins | 26,408.05 | 0.7 | 105,887.90 | 0.4 |
| Per diem Pole Wiggins | 9,737.01 | 0.3 | 35,636.31 | 0.1 |
| Per diem Sand Wiggins | 11,466.42 | 0.3 | 60,583.64 | 0.3 |
| Per diem Shag Wiggins | 5,366.63 | 0.1 | 9,424.56 | 0.0 |
| SCALES, TOLLS, PERMITS | 36,214.29 | 0.9 | 245,774.46 | 1.0 |
| SCALES & TOLLS VAN WIGGINS | 2,515.75 | 0.1 | 13,623.75 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 45.75 | 0.0 | 399.50 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 40.25 | 0.0 | 369.50 | 0.0 |
| TAXES - PAYROLL | 78,258.99 | 2.0 | 468,527.35 | 2.0 |
| TAXES - FUEL | 5,498.82 | 0.1 | 48,762.64 | 0.2 |
| TAXES - TAGS & PERMITS | 28.51 | 0.0 | 183.72 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 32,154.72 | 0.8 | 111,174.54 | 0.5 |
| Total Cost of Sales | 5,094,026.08 | 132.6 | 30,561,160.88 | 127.2 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (407,817.88) | (10.6) | (2,269,088.37) | (9.4) |
| Lease Operators - Fuel | (617,725.38) | (16.1) | (3,446,717.52) | (14.3) |
| Driver/Per Diem Reimb | (103,882.79) | (2.7) | (620,721.25) | (2.6) |
| Lease Operator Workers Comp | (47,666.51) | (1.2) | (264,695.05) | (1.1) |
| Lease Operator FICA | (31,198.04) | (0.8) | (172,962.11) | (0.7) |
| Lease Operator Health Ins | (8,808.66) | (0.2) | (53,660.18) | (0.2) |
| Lease Operator FUTA SUTA | (672.90) | 0.0 | (3,730.50) | 0.0 |
| Lease Operator ELD | (4,003.99) | (0.1) | (23,290.03) | (0.1) |
| Lease Operator Camera | (4,008.30) | (0.1) | (23,315.10) | (0.1) |
| Lease Operator Phys Damage | (35,760.60) | (0.9) | (180,100.56) | (0.7) |
| Lease Operator Maint | (146,415.68) | (3.8) | (705,488.80) | (2.9) |
| Lease Operator Scale/Toll | (437.47) | 0.0 | (3,532.36) | 0.0 |
| Lease Operator Lumper | (3,204.27) | (0.1) | (19,617.99) | (0.1) |
| Lease Operator Truck Wash | (799.99) | 0.0 | (799.99) | 0.0 |
| Total Lease Operators | (1,412,402.46) | (36.8) | (7,787,719.81) | (32.4) |
| **Expenses** | | | | |

**Income Statement**

Big Level Trucking, Inc.

For Period 07/01/2026 to 07/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| ADVERTISING/Subscriptions | 1,442.58 | 0.0 | 10,803.57 | 0.0 |
| BANK CHARGES | 968.38 | 0.0 | 44,161.06 | 0.2 |
| CORP BILLING FEES | 31,789.96 | 0.8 | 212,739.84 | 0.9 |
| DISCOUNTS/ADJUSTMENTS | 30,016.15 | 0.8 | 102,387.79 | 0.4 |
| RENTAL EXPENSE | 0.00 | 0.0 | (6,864.34) | 0.0 |
| Rental Expense -Tupelo | 0.00 | 0.0 | 12,050.00 | 0.1 |
| LEGAL & PROFESSIONAL | 35,085.47 | 0.9 | 176,194.45 | 0.7 |
| LEGAL & PROFESSIONAL/VAN | (91.13) | 0.0 | (773.11) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (52.95) | 0.0 | (328.29) | 0.0 |
| MEALS & ENTERTAINMENT | 1,226.90 | 0.0 | 13,651.04 | 0.1 |
| MISCELLANEOUS EXPENSE | (2,949.97) | (0.1) | 19,917.96 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | 1,227.81 | 0.0 | 14,316.69 | 0.1 |
| REFERRAL BONUS | 5,250.00 | 0.1 | 28,050.00 | 0.1 |
| SALARIES - MECHANICS | 54,993.79 | 1.4 | 292,099.19 | 1.2 |
| SALARIES - OFFICERS | 25,812.50 | 0.7 | 162,784.70 | 0.7 |
| SALARIES - OFFICE | 178,846.89 | 4.7 | 1,031,155.18 | 4.3 |
| SMALL TOOLS | 8,691.83 | 0.2 | 10,394.00 | 0.0 |
| TAXES -LICENCES & OTHER | 11,677.45 | 0.3 | 81,742.15 | 0.3 |
| TELEPHONE & COMMUNICATIONS | 1,917.60 | 0.0 | 21,951.29 | 0.1 |
| IT / Computer | 24,209.47 | 0.6 | 103,675.18 | 0.4 |
| BAD DEBT | (13,040.36) | (0.3) | 19,423.15 | 0.1 |
| WRITE OFF | 0.00 | 0.0 | 24,372.24 | 0.1 |
| UNIFORMS | 2,295.47 | 0.1 | 12,473.97 | 0.1 |
| UTILITIES | 1,953.40 | 0.1 | 36,899.14 | 0.2 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 401,271.24 | 10.4 | 2,423,276.86 | 10.1 |
| Total Expenses | 4,082,894.86 | 106.3 | 25,196,717.93 | 104.9 |
| Income from Operations | (242,531.73) | (6.3) | (1,177,002.82) | (4.9) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | (242,531.73) | (6.3) | (1,176,706.39) | (4.9) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($242,531.73) | (6.3) % | ($1,176,706.39) | (4.9)% |