**United States Bankruptcy Court**
**Southern District of Mississippi**

**Danny L. Miller**
**Clerk**

**Jackson Office**
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

**Gulfport Office**
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

November 13, 2026

Craig M. Geno, Esq.
Law Offices of Geno and Steiskal, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157

Re: Big Level Trucking, Inc.
Case No.: 25-51204-KMS

Dear Craig M. Geno, Esq.,

The Bankruptcy Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections to the Plan of Reorganization Combined with a Hearing Notice Thereof* (Dkt. #613), in the above captioned Chapter 11 case on November 13, 2026.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before November 18, 2026. The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b). The summary and certification must be filed on or before January 11, 2027. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Alexis Bradley
Case Administrator
228-563-1809