United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51204-KMS
Big Level Trucking, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Nov 13, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Alan Lee Smith | on behalf of Creditor Wells Fargo Equipment Finance Inc. asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Banc of America Leasing & Capital LLC asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com |
| Andrew R. Wilson | on behalf of Creditor VanPete LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com |

| | |
|---|---|
| Andrew R. Wilson | on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com |
| Chad J. Hammons | on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Christopher J. Steiskal, Sr. | on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com |
| Eric T. Ray | on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@hklaw.com;hapi@hklaw.com |
| Erin McManus Best | on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank ebest@watkinseager.com, ldeford@watkinseager.com |
| James Haney | on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com |
| James A. McCullough, II | on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com |
| Jim F. Spencer, Jr. | on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com, mryan@watkinseager.com |
| Joe Stevens | on behalf of Creditor Renasant Bank jds@wisecarter.com |
| John S. Simpson | on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| John S. Simpson | on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Justin B. Little | on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com |
| Matthew Ward McDade | on behalf of Creditor Chuck Evans mmcdade@balch.com bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com |
| Nicholas T Grillo | on behalf of Creditor Lloyd Justin Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net |
| Nicholas T Grillo | on behalf of Creditor Keisha Jackson Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net |
| Paul S. Murphy | on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com |
| Paul S. Murphy | on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com |
| Robert Alan Byrd | on behalf of Creditor Midland States Bank rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Scot P. Goldsholl | on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Sylvie Derdeyn Robinson | on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov |
| Thomas Carl Rollins, Jr | on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Jackson Schultz | |

| | |
|---|---|
| | on behalf of Creditor PNC Equipment Finance jschultz@burr.com cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com |
| Thomas Jackson Schultz | on behalf of Creditor PNC Bank National Association jschultz@burr.com, cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com |
| Thomas M Hewitt | on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William B. Palmertree | on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com paralegal@gpfirm.com;reception@gpfirm.com |
| William P. Wessler | on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com |
| Winston Lee | on behalf of Creditor PNC Equipment Finance wlee@burr.com sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com |
| Winston Lee | on behalf of Creditor PNC Bank National Association wlee@burr.com, sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com |

TOTAL: 38

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**BIG LEVEL TRUCKING, INC.** **CASE NO. 25-51204-KMS**

**DEBTOR.** **CHAPTER 11**

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN OF REORGANIZATION COMBINED WITH A HEARING NOTICE THEREOF**

The Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on March 13, 2026, (Dkt. #420), the First Addendum to Disclosure Statement having been filed by the Debtor on June 8, 2026, (Dkt. #525) and the Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by the Debtor on March 13, 2026 (Dkt. #421); and the Court having determined that any objections were resolved and that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. Section 1125:

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

(1) The Disclosure Statement is approved.

(2) The 7th day of January, 2027 is fixed as the last day for filing written objections to confirmation of the Plan.

(3) The 7th day of January, 2027 is fixed as the last day for submitting ballots of acceptance or rejection of the Plan with the attorney for the Debtor. (Address of Debtor's attorney: Craig M. Geno, Esq, 601 Renaissance Way, Suite A Ridgeland, MS 39157).

(4) A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may not appear or act on its own behalf without counsel except for limited purposes. MISS. BANKR. L.R. 9010-1(b)(2)(C). One of these limited purposes allows such an entity to file a ballot without counsel.

(5) A hearing on confirmation of the Plan will be held on January 14, 2027, at 1:30 PM, in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi. Testimony will be taken. Witnesses should attend.

(6) The attorney for the Debtor shall cause to be mailed to each creditor, the United States Trustee, and other parties in interest a copy of the following:

(A) This Order;
(B) The approved Disclosure Statement;
(C) The proposed Plan of Reorganization; and
(D) A ballot form for voting on the acceptance or rejection of the Plan which should be returned to the Debtor's attorney and not the Court.

(7) This mailing shall be completed within 5 days from the date of this Order.

(8) The attorney for the Debtor shall file a Certificate of Service with the Court, listing the name and address of each party served, immediately after the mailing of this Order with the enclosures specified herein.

##END OF ORDER##