United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51204-KMS
Big Level Trucking, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Nov 13, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dbpos | + | Big Level Trucking, Inc., P.O. Box 306, Wiggins, MS 39577-0306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Alan Lee Smith | on behalf of Creditor Wells Fargo Equipment Finance Inc. asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Banc of America Leasing & Capital LLC asmith@bakerdonelson.com |
| Alan Lee Smith | on behalf of Creditor Navistar Leasing Company asmith@bakerdonelson.com |
| Andrew R. Wilson | on behalf of Creditor VanPete LLC awilson@blswlaw.com, blsw@ecf.courtdrive.com |

Andrew R. Wilson
on behalf of Creditor M&T Equipment Finance Corporation awilson@blswlaw.com blsw@ecf.courtdrive.com

Chad J. Hammons
on behalf of Creditor Mitsubishi HC Capital America Inc. chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com

Christopher J. Steiskal, Sr.
on behalf of Debtor In Possession Big Level Trucking Inc. csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
on behalf of Debtor In Possession Big Level Trucking Inc. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com

Eric T. Ray
on behalf of Creditor Corporate Billing a Division of SouthState Bank etray@hklaw.com, brooke.freeman@hklaw.com;hapi@hklaw.com

Erin McManus Best
on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank ebest@watkinseager.com, ldeford@watkinseager.com

James Haney
on behalf of Creditor Crossroads Equipment Lease and Finance jhaney@wongfleming.com sfiorentino@wongfleming.com

James A. McCullough, II
on behalf of Creditor Webster Capital Finance jmccullough@brunini.com jfarmer@brunini.com

Jim F. Spencer, Jr.
on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jspencer@watkinseager.com, mryan@watkinseager.com

Joe Stevens
on behalf of Creditor Renasant Bank jds@wisecarter.com

John S. Simpson
on behalf of Creditor H&P Leasing Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

John S. Simpson
on behalf of Creditor Southern States Utility Trailer Sales Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Justin B. Little
on behalf of Creditor BMO Bank N.A. jlittle@rrllaw.com, jbrown@rrllaw.com;rdavis@rrllaw.com

Matthew Ward McDade
on behalf of Creditor Chuck Evans mmcdade@balch.com bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

Nicholas T Grillo
on behalf of Creditor Lloyd Justin Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net

Nicholas T Grillo
on behalf of Creditor Keisha Jackson Anderson grillolawms@gmail.com GrilloLawFirm@jubileebk.net

Paul S. Murphy
on behalf of Creditor Bank of Wiggins paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Paul S. Murphy
on behalf of Creditor XTRA Lease LLC paul.murphy@butlersnow.com kitty.logan@butlersnow.com;ecf.notices@butlersnow.com

Robert Alan Byrd
on behalf of Creditor Midland States Bank rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Scot P. Goldsholl
on behalf of Creditor Simmons Bank scot.goldsholl@padgettlawgroup.com MLGBK@ecf.courtdrive.com

Steven Usry
on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Sylvie Derdeyn Robinson
on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr
on behalf of Creditor Aloysius Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the

Thomas Jackson Schultz

| | |
|---|---|
| | on behalf of Creditor PNC Equipment Finance jschultz@burr.com cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com |
| Thomas Jackson Schultz | on behalf of Creditor PNC Bank  National Association jschultz@burr.com, cmccann@burr.com;sberry@burr.com;kpitts@burr.com;cbankston@burr.com |
| Thomas M Hewitt | on behalf of Creditor XTRA Lease LLC thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William B. Palmertree | on behalf of Creditor Tennessee Farmers Mutual Insurance Companies bpalmertree@gpfirm.com paralegal@gpfirm.com;reception@gpfirm.com |
| William P. Wessler | on behalf of Creditor Crossroads Equipment Lease and Finance william@wesslerbankruptcy.com |
| Winston Lee | on behalf of Creditor PNC Equipment Finance wlee@burr.com sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com |
| Winston Lee | on behalf of Creditor PNC Bank  National Association wlee@burr.com, sberry@burr.com;cbankston@burr.com;cmccann@burr.com;vmcqueen@burr.com;kpitts@burr.com |

TOTAL: 38

# United States Bankruptcy Court
## Southern District of Mississippi

**Danny L. Miller**
**Clerk**

**Jackson Office**
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

**Gulfport Office**
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

November 13, 2026

Craig M. Geno, Esq.
Law Offices of Geno and Steiskal, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157

Re: Big Level Trucking, Inc.
Case No.: 25-51204-KMS

Dear Craig M. Geno, Esq.,

The Bankruptcy Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections to the Plan of Reorganization Combined with a Hearing Notice Thereof* (Dkt. #613), in the above captioned Chapter 11 case on November 13, 2026.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before November 18, 2026. The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b). The summary and certification must be filed on or before January 11, 2027. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Alexis Bradley
Case Administrator
228-563-1809