**Balance Sheet**

Big Level Trucking, Inc.

As of 08/31/2026

**Assets**

| | | |
|---|---|---|
| **Cash** | | |
| CASH - Petty | 13,906.29 | |
| KFCU - Bus Primary Share | 5.00 | |
| TRUSTMARK BANK | 2,422.29 | |
| RENASANT BANK | (74,849.83) | |
| Renasant Bank Payroll | 100,000.00 | |
| KFCU - MM 8339 | 12,629.63 | |
| Total Cash | | 54,113.38 |
| **Current Assets** | | |
| Check and Deposit Correction | 3,322.54 | |
| Total Current Assets | | 3,322.54 |
| **Receivables** | | |
| Accounts Receivable | 3,866,381.27 | |
| Employee Loans | (4,118.96) | |
| EFS & Driver Advances | 240,775.73 | |
| Driver Receivable | 4,689.69 | |
| N/R Harold Hageman | 120,785.37 | |
| N/R WORTMAN | 22,211.50 | |
| A/R MILLER | 4,933.81 | |
| Total Receivables | | 4,255,658.41 |
| **Other Current Assets** | | |
| DUE TO/FR CET LOGISTICS | 36,236.97 | |
| N/R - Current Portion LT | 156,950.48 | |
| INSURANCE CLAIMS - Pending | (578.00) | |
| INVENTORY-FUEL | 3,790.09 | |
| Inventory - Parts | 75,261.96 | |
| Inventory - Tires | 23,718.47 | |
| N/R- Rollin Robbie | 52,292.20 | |
| ESCROW-OWNER/OPERATORS | (97,640.90) | |
| Total Other Current Assets | | 250,031.27 |
| **Prepaid Expenses** | | |
| PREPAID TAGS & PERMITS | 550.00 | |
| Prepaid Payroll | (792.04) | |
| Prepaid Expenses - General | 18,927.19 | |
| Prepaid EFS | 28,384.67 | |
| PREPAID RELAY | 23,130.27 | |
| Total Prepaid Expenses | | 70,200.09 |
| **Property & Equipment** | | |
| EQUIPMENT | 17,387,766.35 | |
| OFFICE EQUIPMENT | 3,502.35 | |
| BUILDINGS | 264,285.42 | |
| NEW OFFICE BLDG | 411,656.19 | |
| LAND | 59,653.19 | |
| Property Equity | (0.48) | |
| ROU Accumulated Amortization | (3,935,737.45) | |
| ACCUM DEPRECIATION | (15,703,936.31) | |
| SOFTWARE | 242,086.84 | |
| ACCUM AMORTIZATION | (242,087.21) | |
| Total Property & Equipment | | (1,512,811.11) |
| **Other Assets** | | |
| DUE FROM SHAREHOLDERS | 3,599,620.21 | |
| Operating Lease ROU Assets | 6,528,064.45 | |
| Insurance Stock Purchase | 75,000.00 | |
| Total Other Assets | | 10,202,684.66 |
| **Receivables Long Term** | | |
| N/R - Current Offset | (315,312.96) | |
| N/R KV30147 | (22,835.70) | |

**Balance Sheet**

Big Level Trucking, Inc.

As of 08/31/2026

| | | |
|---|---|---|
| N/R - Triple E | 48,479.62 | |
| N/R - Triple E | 48,479.62 | |
| N/R - Hageman | 57,978.65 | |
| N/R MILLER TRANSPORT | 36,632.56 | |
| Total Receivables Long Term | | (146,578.21) |
| Total Non-Current Assets | | 13,176,621.03 |
| Total Assets | | $13,176,621.03 |

# Balance Sheet

Big Level Trucking, Inc.

As of 08/31/2026

## Liabilities & Equity

| | | |
|---|---|---|
| **Accounts Payable** | | |
| ACCOUNTS PAYABLE | 973,710.64 | |
| Driver Payable | 293,655.92 | |
| Total Accounts Payable | | 1,267,366.56 |
| **Current Liabilities** | | |
| N/P SHAREHOLDERS | 250,000.00 | |
| Total Current Liabilities | | 250,000.00 |
| **Accrued Expenses** | | |
| EFS Repair Order | 150.00 | |
| Escrow Repair Orders | (1,987.32) | |
| FEDERAL 941 PAYABLE | 42,264.79 | |
| STATE W/H PAYABLE | 20,196.35 | |
| SUTA PAYABLE | 1,346.73 | |
| FUTA PAYABLE | 3,135.58 | |
| 401K Account | 5,304.91 | |
| BONUS WAGES PAYABLE | (87.35) | |
| Accrued Office Payroll | (612.19) | |
| EMPLOYEE GARNISHMENTS | 2,026.94 | |
| Rent collections - EVANS | (2,138.71) | |
| EMPLOYEE SUPPLEMENTAL INS | 8,783.69 | |
| Pet Deposits | 13,373.00 | |
| INTEREST PAYABLE | 8,604.33 | |
| Credit Card VISA | 23,286.91 | |
| McLeod Payroll Clearing | 68,474.40 | |
| Total Accrued Expenses | | 192,122.06 |
| **Factoring Obligation** | | |
| CORP BILL Reserve | 242,970.47 | |
| Corp Bill Factor Receivable | 3,235,543.00 | |
| Total Factoring Obligation | | 3,478,513.47 |
| **Current Portion LT Debt** | | |
| N/P CURRENT PORTION | 3,901,399.14 | |
| Current Portion Lease Liab | 1,245,223.00 | |
| Total Current Portion LT Debt | | 5,146,622.14 |
| **Long-Term Debt** | | |
| N/P BOW53965100 (1119.31) | 40,786.83 | |
| N/P BOW - Comm RE 1700 | 1,031,447.94 | |
| BOW WRITE OFF ACCOUNTS | 1,624,204.97 | |
| N/P BOW COMM 8300 | 169,780.63 | |
| N/P BOW COMM 1300 | 614,977.03 | |
| N/P BOW 53965100 | (25,413.12) | |
| N/P BMO - 7568.57 | 197,184.52 | |
| N/P BMO - 5068.52 | 137,799.95 | |
| Crossroads (2875.76) | 129,068.06 | |
| Crossroads (2866.92) | 132,044.51 | |
| Crossroads (2866.92) | 137,975.38 | |
| Mitsubishi HC (13724.69) | 127,966.10 | |
| N/P KFCU-F150 (868.89) | 21,305.91 | |
| N/P KFCU (1021.78) | 44,439.42 | |
| N/P Mack Financial (8799.34) | 344,800.37 | |
| N/P MIDLAND (2339.34) | (2,814.58) | |
| N/P MIDLAND ($4460) | (576.92) | |
| Midland (5628.03) | 278,479.53 | |
| N/P Midland 4118.29 | 35,875.34 | |
| Midland States Bank (3067.33 | 142,095.49 | |
| N/P NAVISTAR 2TRUCKS 5912.53 | 169,376.90 | |
| N/P Navistar 3Trucks 9063.17 | 277,902.99 | |
| 4 TRUCKS 12080.20 | 432,820.41 | |
| 5 TRUCKS (15625.08) | 503,711.06 | |
| N/P Navitas (7879.85) | (47,510.73) | |

**Balance Sheet**

Big Level Trucking, Inc.

As of 08/31/2026

| | | |
|---|---|---|
| N/P PEOPLES 6 Flat May 21 | 45,953.23 | |
| N/P PNC Bank | (23,279.15) | |
| N/P PNC Equip Finance | 44,521.05 | |
| N/P PNC - 12306.29 | 328,039.56 | |
| N/P Renasant 2503.93 | 53,546.21 | |
| N/P RENASANT 5566.43 | 169,360.04 | |
| N/P Renasant Land(12,608.11) | 1,290,569.30 | |
| N/P SBA EIDL LOAN | 150,000.00 | |
| N/P SIGNATURE FINANCE | (19,858.53) | |
| N/P SIMMONS BK (5207.50) | (3,419.38) | |
| N/P SIMMONS BK (10396.75) | (3,816.32) | |
| N/P SOUTHERN STATES SSUT | 578,327.51 | |
| N/P Webster (12021.06) 837 | (882.84) | |
| Webster 9716.86 | 128,290.74 | |
| N/P WELLS FARGO (7694.87) | 197,012.40 | |
| Sumitomo Mitsui (5391.51) | 16,139.62 | |
| N/P Trustmark - 7180.60 | 166,961.36 | |
| N/P Trustmark 8053.77 | 158,193.86 | |
| N/P TRUSTMARK 5581.02 | 153,931.01 | |
| N/P TRUSTMARK 2629.34 | 85,526.73 | |
| N/P US BANK (4699.19) SOFTWR | 336.79 | |
| N/P VFI Lease (29583.88) | 414,888.29 | |
| N/P Evans | (490.12) | |
| N/P Steven Evans | 81,462.57 | |
| N/P Current Portion Offset | (3,778,709.58) | |
| Oper Lease Current Offset | 1,346,820.21 | |
| Deferred Gain on Sale | 19,873.32 | |
| Total Long-Term Debt | | 8,117,025.87 |
| **Other Liabilities** | | |
| SUSPENSE | (221,094.59) | |
| Uncleared Payroll Checks | 2,019.93 | |
| Total Other Liabilities | | (219,074.66) |
| Total Liabilities | | 18,232,575.44 |
| **Equity** | | |
| Treasury Stock | (8,828.40) | |
| INSURANCE CAPTIVE | (4,296,061.76) | |
| ADDITIONAL PAID IN CAPITAL | 5,076,719.00 | |
| RETAINED EARNINGS | (4,480,906.25) | |
| Retained Earnings - Current Year | (1,346,877.00) | |
| Total Equity | | (5,055,954.41) |
| **Total Liabilities & Equity** | | **$13,176,621.03** |