**Income Statement**

Big Level Trucking, Inc.

For Period 08/01/2026 to 08/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| TRUCKING INCOME | $46,285.81 | 1.3% | $165,447.16 | 0.6% |
| TRUCKING INCOME VAN WIGGINS | 2,369,349.19 | 65.0 | 18,519,853.41 | 67.0 |
| TRUCKING INCOME FLAT WIGGINS | 319,572.20 | 8.8 | 2,312,488.59 | 8.4 |
| TRUCKING INCOME POLE WIGGINS | 100,268.20 | 2.8 | 622,717.81 | 2.3 |
| TRUCKING INCOME SAND WIGGINS | 104,852.73 | 2.9 | 1,106,207.46 | 4.0 |
| TRUCKING INCOME SHAG WIGGINS | 53,792.57 | 1.5 | 218,838.17 | 0.8 |
| INCOME - HAULING | 6,995.00 | 0.2 | 53,254.84 | 0.2 |
| INCOME - HAULING VAN WIGGINS | 1,308.27 | 0.0 | 11,119.98 | 0.0 |
| INCOME - HAULING FLAT WIGGIN | 100.00 | 0.0 | 656.90 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 0.00 | 0.0 | (1,406.58) | 0.0 |
| FUELSURCHARGE | 2,847.73 | 0.1 | 15,217.05 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 531,059.34 | 14.6 | 3,908,879.58 | 14.1 |
| FUELSURCHARGE FLAT WIGGINS | 62,474.64 | 1.7 | 349,451.04 | 1.3 |
| FUELSURCHARGE POLE WIGGINS | 2,096.80 | 0.1 | 5,520.00 | 0.0 |
| FUELSURCHARGE SAND WIGGINS | 23,623.99 | 0.6 | 225,105.90 | 0.8 |
| FUELSURCHARGE SHAG WIGGINS | 11,696.43 | 0.3 | 34,563.26 | 0.1 |
| Lumper Customer Charge | 0.00 | 0.0 | (229.30) | 0.0 |
| LUMPER VAN WIGGINS | 2,574.77 | 0.1 | 19,758.62 | 0.1 |
| LUMPER FLAT WIGGINS | 42.69 | 0.0 | 139.21 | 0.0 |
| LUMPER SAND WIGGINS | 0.00 | 0.0 | 711.34 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,328.00 | 0.0 |
| Accessorial Charges | 147.44 | 0.0 | 4,097.44 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 250.00 | 0.0 |
| Accessorial Charges Shag | 0.00 | 0.0 | 75.00 | 0.0 |
| Detention Charges | 202.50 | 0.0 | 1,702.50 | 0.0 |
| INCOME - INSURANCE CLAIMS | 2,379.80 | 0.1 | 75,400.29 | 0.3 |
| EXPENSE REIMBURSEMENTS | 0.00 | 0.0 | (785.96) | 0.0 |
| INCOME-OTHER | 20.00 | 0.0 | 4,910.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 600.00 | 0.0 | 5,652.50 | 0.0 |
| INCOME-OTHER SAND WIGGINS | 150.00 | 0.0 | 281.00 | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 3,642,440.10 | 100.0 | 27,662,155.21 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 6,536.68 | 0.2 | 49,330.26 | 0.2 |
| Lumper Expense Van Wiggins | 432.40 | 0.0 | 6,718.87 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,257,201.62 | 34.5 | 10,788,261.40 | 39.0 |
| CONTRACT HAULING/VAN WIGG | 63,659.86 | 1.7 | 441,606.76 | 1.6 |
| CONTRACT HAULING/FLAT WIGG | 35,655.82 | 1.0 | 268,151.76 | 1.0 |
| CONTRACT LABOR | 2,657.50 | 0.1 | 50,572.21 | 0.2 |
| DAMAGES & CLAIMS PAID | (37,501.28) | (1.0) | (67,045.25) | (0.2) |
| DEPRECIATION | 113,763.32 | 3.1 | 951,089.93 | 3.4 |
| FEES - OTHERS | 278.29 | 0.0 | (67,380.02) | (0.2) |
| FEES - OTHERS VAN WIGGINS | (300.00) | 0.0 | (440.00) | 0.0 |
| FEES - OTHERS SAND WIGGINS | 0.00 | 0.0 | (100.00) | 0.0 |
| FINES & PENALTIES | 2,409.72 | 0.1 | 20,270.27 | 0.1 |
| FINES & PENALTIES/VAN WIGG | 45.00 | 0.0 | 45.00 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 1,065,203.34 | 29.2 | 7,794,974.87 | 28.2 |
| FUEL - DIESEL GAS & OIL/VAN | 7,079.57 | 0.2 | 27,065.73 | 0.1 |
| FUEL - DIESEL GAS & OIL/FLAT | 0.00 | 0.0 | 23,173.97 | 0.1 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 275.00 | 0.0 |
| INSURANCE | 372,104.84 | 10.2 | 2,441,836.39 | 8.8 |
| INSURANCE - HEALTH | 1,796.08 | 0.0 | 194,137.99 | 0.7 |
| INSURANCE O/O OCC/ACC | 1,282.75 | 0.0 | 2,016.94 | 0.0 |
| INSURANCE O/O PHYS DAM | (526.11) | 0.0 | (4,319.64) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (110.76) | 0.0 | (969.15) | 0.0 |
| Insurance - Colonial Life | 3,909.72 | 0.1 | 28,948.06 | 0.1 |
| INTEREST | 0.00 | 0.0 | 14,445.46 | 0.1 |
| LEASED EQUIPMENT | 14,807.71 | 0.4 | 123,540.19 | 0.4 |

**Income Statement**
Big Level Trucking, Inc.
For Period 08/01/2026 to 08/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| LEASED EQUIPMENT VAN | 180,523.63 | 5.0 | 1,323,418.90 | 4.8 |
| TWIC and Escort Expense | 275.00 | 0.0 | 3,641.91 | 0.0 |
| TWIC and Escort Expense/Van | 600.00 | 0.0 | 3,308.00 | 0.0 |
| TWIC and Escort Expense/Flat | 0.00 | 0.0 | 913.00 | 0.0 |
| TWIC Escort Sand Wiggins | 0.00 | 0.0 | 112.50 | 0.0 |
| TWIC and Escort Expense/Shag | 0.00 | 0.0 | 525.00 | 0.0 |
| MEDICAL & TESTING | 4,611.51 | 0.1 | 34,512.35 | 0.1 |
| OPERATING SUPPLIES/Expense | 31,785.90 | 0.9 | 238,815.97 | 0.9 |
| OPERATING SUPPLIES/VAN | 325.45 | 0.0 | 6,267.74 | 0.0 |
| OPERATING SUPPLIES/FLAT | (74.36) | 0.0 | 1,036.26 | 0.0 |
| OPERATING SUPPLIES/SAND | 31.02 | 0.0 | 1,041.17 | 0.0 |
| OPERATING SUPPLIES/SHAG | 0.00 | 0.0 | 157.75 | 0.0 |
| REPAIRS - TRUCKS SHOP | 126,065.86 | 3.5 | 1,129,354.85 | 4.1 |
| REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 5,565.87 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 6,516.33 | 0.2 | 44,733.93 | 0.2 |
| REPAIRS - OTHER | 5,874.30 | 0.2 | (287.45) | 0.0 |
| REPAIRS - OTHER VAN | 15.00 | 0.0 | 634.68 | 0.0 |
| OTR Repairs Trucks | 250,255.10 | 6.9 | 1,370,462.40 | 5.0 |
| OTR Repairs Trailer Van | 0.00 | 0.0 | 720.21 | 0.0 |
| OTR Repair Tire & Tube Truck | 0.00 | 0.0 | 2,999.09 | 0.0 |
| SAFETY AWARDS & GIFTS | 0.00 | 0.0 | 25.00 | 0.0 |
| SALARY- DRIVER TRAINING | 0.00 | 0.0 | 1,390.00 | 0.0 |
| SALARIES - TRUCKING | 81,250.98 | 2.2 | 710,637.05 | 2.6 |
| SALARIES - TRUCKING VAN WIGG | 520,119.54 | 14.3 | 3,911,807.79 | 14.1 |
| SALARIES - TRUCKING FLAT WIG | 61,155.08 | 1.7 | 451,530.88 | 1.6 |
| SALARIES - TRUCKING POLE WIG | 22,889.70 | 0.6 | 143,778.27 | 0.5 |
| SALARIES - TRUCKING SAND WIG | 22,249.79 | 0.6 | 215,575.79 | 0.8 |
| SALARIES - TRUCKING SHAG WIG | 11,826.59 | 0.3 | 42,203.74 | 0.2 |
| Per diem | 2,037.56 | 0.1 | 6,802.45 | 0.0 |
| Per diem Van Wiggins | 117,401.49 | 3.2 | 1,078,942.14 | 3.9 |
| Per diem Flat Wiggins | 17,088.17 | 0.5 | 122,976.07 | 0.4 |
| Per diem Pole Wiggins | 7,190.76 | 0.2 | 42,827.07 | 0.2 |
| Per diem Sand Wiggins | 5,498.90 | 0.2 | 66,082.54 | 0.2 |
| Per diem Shag Wiggins | 3,235.33 | 0.1 | 12,659.89 | 0.0 |
| SCALES, TOLLS, PERMITS | 29,509.46 | 0.8 | 275,283.92 | 1.0 |
| SCALES & TOLLS VAN WIGGINS | 1,547.50 | 0.0 | 15,171.25 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 76.25 | 0.0 | 475.75 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 78.75 | 0.0 | 448.25 | 0.0 |
| TAXES - PAYROLL | 63,333.48 | 1.7 | 531,860.83 | 1.9 |
| TAXES - FUEL | 15,875.04 | 0.4 | 64,637.68 | 0.2 |
| TAXES - TAGS & PERMITS | 28.51 | 0.0 | 212.23 | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 12,326.99 | 0.3 | 123,501.53 | 0.4 |
| Total Cost of Sales | 4,511,910.68 | 123.9 | 35,073,071.56 | 126.8 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (307,684.58) | (8.4) | (2,576,772.95) | (9.3) |
| Lease Operators - Fuel | (484,301.69) | (13.3) | (3,931,019.21) | (14.2) |
| Driver/Per Diem Reimb | (73,831.94) | (2.0) | (694,553.19) | (2.5) |
| Lease Operator Workers Comp | (36,004.26) | (1.0) | (300,699.31) | (1.1) |
| Lease Operator FICA | (23,537.90) | (0.6) | (196,500.01) | (0.7) |
| Lease Operator Health Ins | (6,121.31) | (0.2) | (59,781.49) | (0.2) |
| Lease Operator FUTA SUTA | (507.71) | 0.0 | (4,238.21) | 0.0 |
| Lease Operator ELD | (2,907.77) | (0.1) | (26,197.80) | (0.1) |
| Lease Operator Camera | (2,910.90) | (0.1) | (26,226.00) | (0.1) |
| Lease Operator Phys Damage | (25,224.09) | (0.7) | (205,324.65) | (0.7) |
| Lease Operator Maint | (83,859.58) | (2.3) | (789,348.38) | (2.9) |
| Lease Operator Scale/Toll | (213.49) | 0.0 | (3,745.85) | 0.0 |
| Lease Operator Highway Use | (599.50) | 0.0 | (599.50) | 0.0 |
| Lease Operator Lumper | (3,137.82) | (0.1) | (22,755.81) | (0.1) |
| Lease Operator Truck Wash | (750.00) | 0.0 | (1,549.99) | 0.0 |
| Total Lease Operators | (1,051,592.54) | (28.9) | (8,839,312.35) | (32.0) |

**Income Statement**

Big Level Trucking, Inc.

For Period 08/01/2026 to 08/31/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 945.00 | 0.0 | 11,748.57 | 0.0 |
| BANK CHARGES | 1,095.71 | 0.0 | 45,256.77 | 0.2 |
| CORP BILLING FEES | 32,526.14 | 0.9 | 245,265.98 | 0.9 |
| DISCOUNTS/ADJUSTMENTS | 21,238.66 | 0.6 | 123,626.45 | 0.4 |
| RENTAL EXPENSE | (2,288.11) | (0.1) | (9,152.45) | 0.0 |
| Rental Expense -Tupelo | 0.00 | 0.0 | 12,050.00 | 0.0 |
| LEGAL & PROFESSIONAL | 49,307.51 | 1.4 | 225,501.96 | 0.8 |
| LEGAL & PROFESSIONAL/VAN | (51.56) | 0.0 | (824.67) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (42.36) | 0.0 | (370.65) | 0.0 |
| MEALS & ENTERTAINMENT | 747.11 | 0.0 | 14,398.15 | 0.1 |
| MISCELLANEOUS EXPENSE | 243.71 | 0.0 | 20,161.67 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | 2,308.94 | 0.1 | 16,625.63 | 0.1 |
| REFERRAL BONUS | 5,550.00 | 0.2 | 33,600.00 | 0.1 |
| SALARIES - MECHANICS | 41,612.21 | 1.1 | 333,711.40 | 1.2 |
| SALARIES - OFFICERS | 20,650.00 | 0.6 | 183,434.70 | 0.7 |
| SALARIES - OFFICE | 138,093.42 | 3.8 | 1,169,248.60 | 4.2 |
| SMALL TOOLS | 0.00 | 0.0 | 10,394.00 | 0.0 |
| Shop Supplies | 834.58 | 0.0 | 834.58 | 0.0 |
| TAXES -LICENCES & OTHER | 13,489.68 | 0.4 | 95,231.83 | 0.3 |
| TELEPHONE & COMMUNICATIONS | 3,177.72 | 0.1 | 25,129.01 | 0.1 |
| IT / Computer | 13,800.26 | 0.4 | 117,475.44 | 0.4 |
| BAD DEBT | 0.00 | 0.0 | 19,423.15 | 0.1 |
| WRITE OFF | 0.00 | 0.0 | 24,372.24 | 0.1 |
| UNIFORMS | 523.86 | 0.0 | 12,997.83 | 0.0 |
| UTILITIES | 8,530.09 | 0.2 | 45,429.23 | 0.2 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 352,292.57 | 9.7 | 2,775,569.43 | 10.0 |
| Total Expenses | 3,812,610.71 | 104.7 | 29,009,328.64 | 104.9 |
| Income from Operations | (170,170.61) | (4.7) | (1,347,173.43) | (4.9) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | (170,170.61) | (4.7) | (1,346,877.00) | (4.9) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | ($170,170.61) | (4.7) % | ($1,346,877.00) | (4.9)% |