**Income Statement**

Big Level Trucking, Inc.

For Period 09/01/2026 to 09/30/2026



| | Current Period | | Year To Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| TRUCKING INCOME | $64,875.60 | 1.8% | $230,322.76 | 0.7% |
| TRUCKING INCOME VAN WIGGINS | 2,304,968.18 | 65.5 | 20,824,821.59 | 66.8 |
| TRUCKING INCOME FLAT WIGGINS | 216,566.68 | 6.2 | 2,529,055.27 | 8.1 |
| TRUCKING INCOME POLE WIGGINS | 75,883.60 | 2.2 | 698,601.41 | 2.2 |
| TRUCKING INCOME SAND WIGGINS | 137,028.17 | 3.9 | 1,243,235.63 | 4.0 |
| TRUCKING INCOME SHAG WIGGINS | 41,396.38 | 1.2 | 260,234.55 | 0.8 |
| INCOME - HAULING | 8,995.11 | 0.3 | 62,249.95 | 0.2 |
| INCOME - HAULING VAN WIGGINS | 657.25 | 0.0 | 11,777.23 | 0.0 |
| INCOME - HAULING FLAT WIGGIN | 1,167.75 | 0.0 | 1,824.65 | 0.0 |
| INCOME - HAULING SAND WIGGIN | 250.00 | 0.0 | (1,156.58) | 0.0 |
| FUELSURCHARGE | 3,463.49 | 0.1 | 18,680.54 | 0.1 |
| FUELSURCHARGE VAN WIGGINS | 562,257.85 | 16.0 | 4,471,137.43 | 14.3 |
| FUELSURCHARGE FLAT WIGGINS | 52,180.86 | 1.5 | 401,631.90 | 1.3 |
| FUELSURCHARGE POLE WIGGINS | 1,766.40 | 0.1 | 7,286.40 | 0.0 |
| FUELSURCHARGE SAND WIGGINS | 36,394.68 | 1.0 | 261,500.58 | 0.8 |
| FUELSURCHARGE SHAG WIGGINS | 10,342.84 | 0.3 | 44,906.10 | 0.1 |
| Lumper Customer Charge | 0.00 | 0.0 | (229.30) | 0.0 |
| LUMPER VAN WIGGINS | 583.22 | 0.0 | 20,341.84 | 0.1 |
| LUMPER FLAT WIGGINS | 0.00 | 0.0 | 139.21 | 0.0 |
| LUMPER SAND WIGGINS | 0.00 | 0.0 | 711.34 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 1,328.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 4,097.44 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 450.00 | 0.0 |
| Accessorial Charges | 0.00 | 0.0 | 250.00 | 0.0 |
| Accessorial Charges Shag | 0.00 | 0.0 | 75.00 | 0.0 |
| Detention Charges | 0.00 | 0.0 | 1,702.50 | 0.0 |
| Detention Charges | 151.00 | 0.0 | 151.00 | 0.0 |
| INCOME - INSURANCE CLAIMS | 4,938.95 | 0.1 | 80,339.24 | 0.3 |
| EXPENSE REIMBURSEMENTS | (5,824.00) | (0.2) | (6,609.96) | 0.0 |
| INCOME-OTHER | 20.00 | 0.0 | 4,930.00 | 0.0 |
| INCOME-OTHER VAN WIGGINS | 1,160.00 | 0.0 | 6,812.50 | 0.0 |
| INCOME-OTHER SAND WIGGINS | 310.00 | 0.0 | 591.00 | 0.0 |
| Income-Storage Van Wiggins | 0.00 | 0.0 | 500.00 | 0.0 |
| Total Revenue | 3,519,534.01 | 100.0 | 31,181,689.22 | 100.0 |
| **Cost of Sales** | | | | |
| Lumper Expense | 4,884.72 | 0.1 | 54,214.98 | 0.2 |
| Lumper Expense Van Wiggins | 0.00 | 0.0 | 6,718.87 | 0.0 |
| CONTRACT HAULING - BROKERAGE | 0.00 | 0.0 | 0.31 | 0.0 |
| CONTRACT HAUL Lease and O/O | 1,260,516.65 | 35.8 | 12,048,778.05 | 38.6 |
| CONTRACT HAULING/VAN WIGG | 53,980.27 | 1.5 | 495,587.03 | 1.6 |
| CONTRACT HAULING/FLAT WIGG | 21,763.46 | 0.6 | 289,915.22 | 0.9 |
| CONTRACT LABOR | 2,680.00 | 0.1 | 53,252.21 | 0.2 |
| DAMAGES & CLAIMS PAID | (2,900.00) | (0.1) | (69,945.25) | (0.2) |
| DEPRECIATION | 119,013.38 | 3.4 | 1,070,103.31 | 3.4 |
| FEES - OTHERS | (2,870.05) | (0.1) | (70,250.07) | (0.2) |
| FEES - OTHERS VAN WIGGINS | 0.00 | 0.0 | (440.00) | 0.0 |
| FEES - OTHERS SAND WIGGINS | 0.00 | 0.0 | (100.00) | 0.0 |
| FINES & PENALTIES | 2,649.81 | 0.1 | 22,920.08 | 0.1 |
| FINES & PENALTIES/VAN WIGG | 0.00 | 0.0 | 45.00 | 0.0 |
| FUEL - DIESEL, GAS & OIL | 1,203,317.70 | 34.2 | 8,998,292.57 | 28.9 |
| FUEL - DIESEL GAS & OIL/VAN | 10,834.93 | 0.3 | 37,900.66 | 0.1 |
| FUEL - DIESEL GAS & OIL/FLAT | 0.00 | 0.0 | 23,173.97 | 0.1 |
| FUEL - DIESEL GAS & OIL/SAND | 0.00 | 0.0 | 275.00 | 0.0 |
| INSURANCE | 138,712.48 | 3.9 | 2,580,548.87 | 8.3 |
| INSURANCE - HEALTH | 30,530.29 | 0.9 | 224,668.28 | 0.7 |
| INSURANCE O/O OCC/ACC | 565.41 | 0.0 | 2,582.35 | 0.0 |
| INSURANCE O/O PHYS DAM | (553.80) | 0.0 | (4,873.44) | 0.0 |
| INSURANCE O/O PHYS DAM FLAT | (83.07) | 0.0 | (1,052.22) | 0.0 |
| Insurance - Colonial Life | (2,945.74) | (0.1) | 26,002.32 | 0.1 |
| INTEREST | 5,399.39 | 0.2 | 19,844.85 | 0.1 |

**Income Statement**

Big Level Trucking, Inc.

For Period 09/01/2026 to 09/30/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| LEASED EQUIPMENT | 11,286.30 | 0.3 | 134,826.49 | 0.4 |
| LEASED EQUIPMENT VAN | 146,895.33 | 4.2 | 1,470,314.23 | 4.7 |
| TWIC and Escort Expense | 1,160.00 | 0.0 | 4,801.91 | 0.0 |
| TWIC and Escort Expense/Van | 100.00 | 0.0 | 3,408.00 | 0.0 |
| TWIC and Escort Expense/Flat | 0.00 | 0.0 | 913.00 | 0.0 |
| TWIC Escort Sand Wiggins | 0.00 | 0.0 | 112.50 | 0.0 |
| TWIC and Escort Expense/Shag | 0.00 | 0.0 | 525.00 | 0.0 |
| MEDICAL & TESTING | 5,064.82 | 0.1 | 39,577.17 | 0.1 |
| OPERATING SUPPLIES/Expense | 23,516.86 | 0.7 | 262,332.83 | 0.8 |
| OPERATING SUPPLIES/VAN | 326.48 | 0.0 | 6,594.22 | 0.0 |
| OPERATING SUPPLIES/FLAT | 306.25 | 0.0 | 1,342.51 | 0.0 |
| OPERATING SUPPLIES/SAND | 69.99 | 0.0 | 1,111.16 | 0.0 |
| OPERATING SUPPLIES/SHAG | 46.49 | 0.0 | 204.24 | 0.0 |
| REPAIRS - TRUCKS SHOP | 107,684.52 | 3.1 | 1,237,039.37 | 4.0 |
| REPAIR- TRAILER/VAN SHOP | 0.00 | 0.0 | 5,565.87 | 0.0 |
| REPAIR-TIRES & TUBES TRUCKS | 1,309.67 | 0.0 | 46,043.60 | 0.1 |
| REPAIRS - OTHER | 2,803.14 | 0.1 | 2,515.69 | 0.0 |
| REPAIRS - OTHER VAN | 0.00 | 0.0 | 634.68 | 0.0 |
| OTR Repairs Trucks | 219,938.09 | 6.2 | 1,590,400.49 | 5.1 |
| OTR Repairs Trailer Van | 1,000.00 | 0.0 | 1,720.21 | 0.0 |
| OTR Repair Tire & Tube Truck | 2,097.90 | 0.1 | 5,096.99 | 0.0 |
| SAFETY AWARDS & GIFTS | 0.00 | 0.0 | 25.00 | 0.0 |
| SALARY- DRIVER TRAINING | 0.00 | 0.0 | 1,390.00 | 0.0 |
| SALARIES - TRUCKING | 105,316.75 | 3.0 | 815,953.80 | 2.6 |
| SALARIES - TRUCKING VAN WIGG | 492,834.65 | 14.0 | 4,404,642.44 | 14.1 |
| SALARIES - TRUCKING FLAT WIG | 46,707.67 | 1.3 | 498,238.55 | 1.6 |
| SALARIES - TRUCKING POLE WIG | 17,856.70 | 0.5 | 161,634.97 | 0.5 |
| SALARIES - TRUCKING SAND WIG | 28,172.24 | 0.8 | 243,748.03 | 0.8 |
| SALARIES - TRUCKING SHAG WIG | 9,401.21 | 0.3 | 51,604.95 | 0.2 |
| Per diem | 3,971.55 | 0.1 | 10,774.00 | 0.0 |
| Per diem Van Wiggins | 112,153.93 | 3.2 | 1,191,096.07 | 3.8 |
| Per diem Flat Wiggins | 11,209.07 | 0.3 | 134,185.14 | 0.4 |
| Per diem Pole Wiggins | 4,908.38 | 0.1 | 47,735.45 | 0.2 |
| Per diem Sand Wiggins | 5,851.85 | 0.2 | 71,934.39 | 0.2 |
| Per diem Shag Wiggins | 2,354.07 | 0.1 | 15,013.96 | 0.0 |
| SCALES, TOLLS, PERMITS | 13,964.60 | 0.4 | 289,248.52 | 0.9 |
| SCALES & TOLLS VAN WIGGINS | 1,162.00 | 0.0 | 16,333.25 | 0.1 |
| SCALES & TOLLS FLAT WIGGINS | 61.00 | 0.0 | 536.75 | 0.0 |
| SCALES & TOLLS SAND WIGGINS | 36.75 | 0.0 | 485.00 | 0.0 |
| TAXES - PAYROLL | 61,905.16 | 1.8 | 593,765.99 | 1.9 |
| TAXES - FUEL | 0.00 | 0.0 | 64,637.68 | 0.2 |
| TAXES - TAGS & PERMITS | (12,049.90) | (0.3) | (11,837.67) | 0.0 |
| TAXES - TAGS & PERMITS FLAT | 0.00 | 0.0 | 100.00 | 0.0 |
| TRAVEL | 11,007.37 | 0.3 | 134,508.90 | 0.4 |
| Total Cost of Sales | 4,285,926.72 | 121.8 | 39,358,998.28 | 126.2 |
| **Lease Operators** | | | | |
| Drivers/Salary Reimbursement | (282,134.95) | (8.0) | (2,858,907.90) | (9.2) |
| Lease Operators - Fuel | (534,792.09) | (15.2) | (4,465,811.30) | (14.3) |
| Driver/Per Diem Reimb | (71,601.36) | (2.0) | (766,154.55) | (2.5) |
| Lease Operator Workers Comp | (32,907.87) | (0.9) | (333,607.18) | (1.1) |
| Lease Operator FICA | (21,583.35) | (0.6) | (218,083.36) | (0.7) |
| Lease Operator Health Ins | (5,557.90) | (0.2) | (65,339.39) | (0.2) |
| Lease Operator FUTA SUTA | (465.50) | 0.0 | (4,703.71) | 0.0 |
| Lease Operator ELD | (2,861.32) | (0.1) | (29,059.12) | (0.1) |
| Lease Operator Camera | (2,864.40) | (0.1) | (29,090.40) | (0.1) |
| Lease Operator Phys Damage | (24,618.75) | (0.7) | (229,943.40) | (0.7) |
| Lease Operator Maint | (74,697.82) | (2.1) | (864,046.20) | (2.8) |
| Lease Operator Scale/Toll | (229.25) | 0.0 | (3,975.10) | 0.0 |
| Lease Operator Highway Use | (6,050.00) | (0.2) | (6,649.50) | 0.0 |
| Lease Operator Lumper | (1,002.72) | 0.0 | (23,758.53) | (0.1) |
| Lease Operator Truck Wash | (200.00) | 0.0 | (1,749.99) | 0.0 |

**Income Statement**
Big Level Trucking, Inc.
For Period 09/01/2026 to 09/30/2026

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| Total Lease Operators | (1,061,567.28) | (30.2) | (9,900,879.63) | (31.8) |
| **Expenses** | | | | |
| ADVERTISING/Subscriptions | 514.37 | 0.0 | 12,262.94 | 0.0 |
| BANK CHARGES | 1,016.10 | 0.0 | 46,272.87 | 0.1 |
| CORP BILLING FEES | 29,725.09 | 0.8 | 274,991.07 | 0.9 |
| DISCOUNTS/ADJUSTMENTS | 8,545.47 | 0.2 | 132,171.92 | 0.4 |
| RENTAL EXPENSE | (4,576.22) | (0.1) | (13,728.67) | 0.0 |
| Rental Expense -Tupelo | 0.00 | 0.0 | 12,050.00 | 0.0 |
| LEGAL & PROFESSIONAL | 411.49 | 0.0 | 225,913.45 | 0.7 |
| LEGAL & PROFESSIONAL/VAN | (64.04) | 0.0 | (888.71) | 0.0 |
| LEGAL & PROFESSIONAL/FLAT | (50.24) | 0.0 | (420.89) | 0.0 |
| MEALS & ENTERTAINMENT | 1,021.92 | 0.0 | 15,420.07 | 0.0 |
| MISCELLANEOUS EXPENSE | (1,476.36) | 0.0 | 18,685.31 | 0.1 |
| OFFICE SUPPLIES & EXPENSE | (1,139.43) | 0.0 | 15,486.20 | 0.0 |
| REFERRAL BONUS | 8,025.00 | 0.2 | 41,625.00 | 0.1 |
| SALARIES - MECHANICS | 43,403.99 | 1.2 | 377,115.39 | 1.2 |
| SALARIES - OFFICERS | 20,650.00 | 0.6 | 204,084.70 | 0.7 |
| SALARIES - OFFICE | 135,771.48 | 3.9 | 1,305,020.08 | 4.2 |
| SMALL TOOLS | 0.00 | 0.0 | 10,394.00 | 0.0 |
| Shop Supplies | 0.00 | 0.0 | 834.58 | 0.0 |
| TAXES -LICENCES & OTHER | 8,412.85 | 0.2 | 103,644.68 | 0.3 |
| TELEPHONE & COMMUNICATIONS | 814.87 | 0.0 | 25,943.88 | 0.1 |
| IT / Computer | 15,185.09 | 0.4 | 132,660.53 | 0.4 |
| BAD DEBT | 4,929.20 | 0.1 | 24,352.35 | 0.1 |
| WRITE OFF | 1,500.00 | 0.0 | 25,872.24 | 0.1 |
| UNIFORMS | 0.00 | 0.0 | 12,997.83 | 0.0 |
| UTILITIES | 8,027.53 | 0.2 | 53,456.76 | 0.2 |
| Temporary - Ask Accountant | 0.00 | 0.0 | 0.01 | 0.0 |
| Total Expenses | 280,648.16 | 8.0 | 3,056,217.59 | 9.8 |
| Total Expenses | 3,505,007.60 | 99.6 | 32,514,336.24 | 104.3 |
| Income from Operations | 14,526.41 | 0.4 | (1,332,647.02) | (4.3) |
| **Other Revenue and Gains** | | | | |
| OTHER INCOME | 0.00 | 0.0 | 296.43 | 0.0 |
| Total Other Revenue and Gains | 0.00 | 0.0 | 296.43 | 0.0 |
| **Other Expenses and Losses** | | | | |
| Total Other Expenses and Losses | 0.00 | 0.0 | 0.00 | 0.0 |
| Income before Taxes | 14,526.41 | 0.4 | (1,332,350.59) | (4.3) |
| **Income Tax Expense** | | | | |
| Total Income Tax Expense | 0.00 | 0.0 | 0.00 | 0.0 |
| Net Income (Loss) | $14,526.41 | 0.4 % | ($1,332,350.59) | (4.3)% |